# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORLOK, et al.,<br><br>    v.<br><br>CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 17-4213 |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 27th day of April, 2018 having considered the Motion to Dismiss the Complaint (ECF 9) of Defendant the City of Philadelphia, and the response and reply thereto, and for the reasons explained in the foregoing memorandum, it is hereby ORDERED that:

1. Count I of the Complaint is DISMISSED without prejudice, with leave to amend;
2. Count II of the Complaint is DISMISSED without prejudice, with leave to amend;
3. Count III of the Complaint is DISMISSED without prejudice, with leave to amend;
4. Any amendments must be made within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

Date: 4/27/18

O:\CIVIL 17\17-4213 Morlok v City of Phila\MTD Order_17-4213.docx