# EXHIBIT "B"

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON STREETS AND SERVICES

Room 400, City Hall
Philadelphia, Pennsylvania
Tuesday, March 21, 2017
10:19 a.m.

PRESENT:

COUNCILMAN MARK SQUILLA - CHAIR
COUNCILWOMAN MARIA D. QUINONES-SANCHEZ - VICE
COUNCILWOMAN CINDY BASS
COUNCILMAN WILLIAM K. GREENLEE
COUNCILMAN DAVID OH
COUNCILMAN AL TAUBENBERGER

ALSO PRESENT:

COUNCIL PRESIDENT DARRELL L. CLARKE

BILLS: 161057, 161108, 170001, 170003,
170004, 170010, 170014, 170018,
170020, 170092, 170093, 170111,
170112, 170113, 170163, 170193, 170202

Committee on Streets and Services
March 21, 2017

Page 26

1   the next bill please.
2       (Clerk momentarily stepped away.)
3       COUNCILMAN SQUILLA:  Title of the Bill
4   No. 170093:  Amending section 12-1131 of The
5   Philadelphia Code, entitled "Electric
6   Vehicle Parking," to impose a moratorium on
7   new electric vehicle parking spaces, under
8   certain terms and conditions.
9       Before we start with the testimony,
10  Councilman Oh.
11      COUNCILMAN OH:  Thank you very much,
12  Mr. Chairman.  I just wanted to update the
13  Committee and to the public about what --
14  what is transpiring at this point in time.
15      There was a bill, kind of innovative
16  bill back in 2007 introduced by then
17  Councilman James Kenney which provided an
18  opportunity for the owners of electric
19  vehicles to apply for and obtain a reserved
20  on street parking space for electric
21  vehicles designated by the Philadelphia
22  Parking Authority.  Such spaces would have
23  an electric vehicle or EV charging station
24  installed at curbside, and were for the

1  exclusive use of the EV vehicle owner.
2      The reserve parking spaces started to be
3  installed on a more regular basis in the
4  last couple of years.  And as a result, we
5  began to receive a lot of complaints from
6  residents, neighbors in the vicinity.  The
7  issue for them was that in very crowded
8  neighborhoods, two or three reserved spaces
9  was being made available for electric
10 vehicles only on a 24/7 basis.
11     And so taking a look at that, the
12 complaint of the community versus the
13 benefits of the electric vehicles, we took a
14 look to see are we currently employing best
15 practices.  And so, based on what we
16 understood from research and speaking with
17 electric vehicle owners, the Parking
18 Authority, the Streets Department and also
19 many other types of innovative companies
20 that not only provide electric vehicle
21 charging stations but also provide access to
22 electric vehicles for rent much like Bike
23 Share, we found that Philadelphia at this
24 time is not employing best practices.

1    And so, the Streets Department and the
2    Philadelphia Parking Authority and we agreed
3    to put a moratorium on it in the interim
4    until today's hearing.  There are 56
5    approved EV parking spaces, and there were
6    12 spaces that had been approved during the
7    moratorium leading up until today.  Those 12
8    spaces will be approved under this terms and
9    conditions that is going to apply to all 68
10   spaces.  And they are as follows:
11       That the spaces will be approved for the
12   12 and the existing 56 spaces on a basis of
13   being reserved from 6:00 p.m. to 6:00 a.m.
14   So during that time, the homeowner who has
15   installed the electric vehicle charging
16   station will have that space reserved for
17   themselves.  If some other vehicle which is
18   not an electric vehicle is parked in that
19   location, they will be able to have it towed
20   between the hours of 6:00 p.m. and 6:00 a.m.
21   However, after 6:00 p.m. they may choose to
22   keep their vehicle there.  That's not a
23   problem.  But if they leave that parking
24   spot after 6:00 a.m. and before 6:00 p.m,

1   that space is available for any other
2   vehicle, electrical or not, to park in that
3   space.  Typically neighbor, delivery
4   anything like that.
5        We felt that this was a good compromise
6   in especially challenging neighborhoods
7   where parking is a premium.  The bigger
8   policy issue around that was really this.
9   That while residential charging is
10  important, one of the issues was that even
11  the EV owners that we spoke to said that
12  they would not have gotten an electric
13  vehicle without first obtaining the reserve
14  spot because they had no place to charge.
15  So, the greater issue for us is how do we
16  create an infrastructure in Philadelphia of
17  a variety of types of charging stations so
18  that EV owners, which we believe will grow
19  and we want them to grow, will be able to
20  drive throughout our City and our region in
21  a more easy manner?  What that would entail
22  is putting in publicly accessible charging
23  stations.
24       So while we will move forward today to

```
 1   hear this bill, which places a moratorium on
 2   any future application for reserve parking
 3   spaces, residential parking spaces for
 4   electric vehicle owners, we will be holding
 5   a continued hearing on best practices.  Our
 6   goals would be to make strategic decisions
 7   of where we would invest through
 8   public/private partnerships to have ultra
 9   fast charging stations located in geographic
10   locations around our City and, particularly,
11   close to 95, 76.  And to try to work with
12   the Turnpike about putting electric vehicle
13   charging stations there, as well.
14        Concerning the internal areas of the
15   City, the fast or moderate speed charging
16   stations which are generally anywhere from
17   two to four hours, could be placed
18   strategically throughout the City in areas
19   where metered parking or kiosk parking is
20   available between those hours, two to four
21   hours, making those spaces limited and
22   available for electric vehicles.
23        And in addition to which, they would be
24   limited in time.  One of the complaints we
```

Committee on Streets and Services
March 21, 2017

Page 31

1  got from electric vehicle owners is that
2  they have an app.  They find the electric
3  vehicle charging location.  And there is
4  electric vehicle that's chosen to park there
5  for more time than is needed and the other
6  electric vehicles cannot park.  There are
7  private companies that are installing
8  electric charging, electric vehicle charging
9  in, for example, their parking lots.  But
10  it's still unregulated as to some issues
11  that we have.
12     For example, in City parking facilities,
13  we would like to provide electric vehicle
14  charging.  But there is some issue that we
15  are trying to get our arms around a state
16  law or City law so that we can actually
17  provide electric vehicle charging at these
18  locations.
19     We have also spoken to some of the
20  innovation companies which, as I said,
21  provide electric vehicles.  They provide the
22  charging stations as well as rent electric
23  vehicles much like Bike Share.  But we are
24  talking to some of the manufacturers about

Committee on Streets and Services
March 21, 2017

Page 32

1    the possibility of locating some of their
2    facilities and creating employment in our
3    City.  And then we will look at how
4    government tax incentives, investments and
5    other types of policies would be able to
6    create that infrastructure.
7        What I understand from our research and
8    from talking to various types of people is
9    that residential charging is important, but
10   that we currently do not have a sustainable
11   plan.  We cannot put two to three parking
12   spaces on every block throughout City.  And
13   for anyone who ends up being number three,
14   four or five with the electric vehicle, they
15   would not be able to get a parking space.
16       So, there is an amendment.  It would
17   amend the hours to 6:00 p.m. to 6:00 a.m.
18   for the reserved parked space.  And should
19   the owner of the vehicle move that vehicle,
20   it becomes open to any vehicle, electric or
21   not, until 6:00 p.m. when it is again
22   reserved for electric vehicle owners.
23       And that is the update.  Thank you very
24   much.

Committee on Streets and Services
March 21, 2017

Page 33

1     COUNCILMAN SQUILLA:  Thank you,
2  Councilman Oh.  And before we do start the
3  testimony, I do want to add one other thing.
4     Speaking to the EV manufacturers PECO,
5  we are having meetings set up with them.  As
6  they see and have acknowledged that
7  Philadelphia is not in a position to grow
8  the EV uses the way our current regulations
9  are set up, especially knowing that a lot of
10 streets -- some streets don't have any
11 parking on them at all, which eliminate
12 those people from having EV vehicles.  Other
13 streets have only parking on one side, which
14 eliminates all the people on the other side
15 of the street not having EV vehicles.
16    And also, the way our policy is, if you
17 have four regulated spots on streets that
18 have parking on both sides, if you happen to
19 have three handicap spots on that block,
20 that means only one person would be able to
21 get an EV.  They see we are not going to be
22 able to grow this in the future.  As the
23 price of EV vehicles come down, we hope to
24 promote the use of this in the future.