# EXHIBIT "C"

Page 1

COUNCIL OF THE CITY OF PHILADELPHIA

STATED MEETING

Room 400, City Hall
Philadelphia, Pennsylvania
Thursday, March 30, 2017
11:00 a.m.

PRESENT:
    COUNCIL PRESIDENT DARRELL L. CLARKE
    COUNCILWOMAN CINDY BASS
    COUNCILWOMAN JANNIE L. BLACKWELL
    COUNCILMAN ALLAN DOMB
    COUNCILMAN DEREK S. GREEN
    COUNCILMAN WILLIAM K. GREENLEE
    COUNCILWOMAN HELEN GYM
    COUNCILMAN BOBBY HENON
    COUNCILMAN KENYATTA JOHNSON
    COUNCILMAN CURTIS JONES, JR.
    COUNCILMAN DAVID OH
    COUNCILMAN BRIAN J. O'NEILL
    COUNCILWOMAN CHERELLE L. PARKER
    COUNCILWOMAN MARIA D. QUINONES-SANCHEZ
    COUNCILWOMAN BLONDELL REYNOLDS BROWN
    COUNCILMAN MARK SQUILLA
    COUNCILMAN AL TAUBENBERGER

MICHAEL A. DECKER, CHIEF CLERK

- - -

Stated Meeting
March 30, 2017

Page 49

| | |
|---|---|
| 1 | 3/30/17 - STATED - PUBLIC COMMENT |
| 2 | better sustainable future. |
| 3 | Put a moratorium on this |
| 4 | project if you must while we craft this |
| 5 | future, but in fairness, you must |
| 6 | grandfather, without condition, current |
| 7 | permit holders. |
| 8 | Thank you. |
| 9 | COUNCIL PRESIDENT CLARKE: |
| 10 | Thank you for your testimony, sir. |
| 11 | CHIEF CLERK:  Deen Kogan. |
| 12 | Deen Kogan. |
| 13 | (Witness approached podium.) |
| 14 | MS. KOGAN:  Hi. |
| 15 | CHIEF CLERK:  Commenting on |
| 16 | 170093. |
| 17 | MS. KOGAN:  It's a lady, not a |
| 18 | man. |
| 19 | I have lived on the 200 block |
| 20 | of Delancey Street for 50 years.  We've |
| 21 | had a wonderful neighborhood.  Parking |
| 22 | has always been a problem.  I have |
| 23 | pictures of 4 o'clock yesterday on my |
| 24 | block, big empty spaces.  I thought the |
| 25 | ordinance called for two spots, either |

```
 1         3/30/17 - STATED - PUBLIC COMMENT
 2     handicapped or electric or whatever.  We
 3     have three.  And in my neighborhood, my
 4     immediate neighborhood, Second Street,
 5     Delancey, Pine, we have over nine spaces.
 6     It's caused a tremendous amount of
 7     contention in the neighborhood.
 8                I don't understand, and nobody
 9     has been able to explain to me, how
10     public land has been given to private
11     owners.  One of our electric car owners
12     had a neighbor towed because they
13     happened to park in his spot.  I've been
14     threatened, because I have a big mouth.
15                I really appreciate the fact
16     that City Council is looking into this,
17     Councilman Squilla, Councilman Oh, and
18     everybody else.  I hope this is just the
19     beginning, and I really hope that this
20     ordinance will be overturned completely.
21     There's no justification for it.
22                My attorney says that we are in
23     violation of the ADA Act.  I have a
24     couple on my block that I'm speaking for
25     who need a handicapped space and they
```

```
 1         3/30/17 - STATED - PUBLIC COMMENT
 2     need it terribly.  They can't get it.  I
 3     don't know what else to say.  I don't
 4     know what else to do, but I sincerely
 5     hope that these people are not
 6     grandfathered in for their lifetime.
 7     It's not fair and it's not what
 8     Philadelphia should be about.
 9               If you have any questions, see
10     me later.
11               COUNCIL PRESIDENT CLARKE:
12     Thank you for your testimony, ma'am.
13               CHIEF CLERK:  Roseanne Loesch,
14     commenting on 170093.
15               (Witness approached podium.)
16               MS. LOESCH:  It's hard to
17     follow that act.
18               I am actually -- you are in my
19     district.
20               My name is Roseanne Loesch and
21     I am President of Society Hill Civic
22     Association, which represents over 5,000
23     residents.  Thank you, Council President
24     Clarke and Council and especially
25     Councilman Oh, for this opportunity to
```

Stated Meeting
March 30, 2017

Page 52

```
 1         3/30/17 - STATED - PUBLIC COMMENT
 2     testify on behalf of the electric vehicle
 3     charging station moratorium bill, and I'd
 4     like to thank our District Councilman,
 5     Mark Squilla, who has strongly supported
 6     us in trying to correct the current
 7     situation.
 8               Society Hill Civic Association
 9     strongly supports the increase of clean
10     vehicles in the City, and we also support
11     this proposed moratorium on new electric
12     vehicle parking spaces and looking into
13     the question of grandfathering spaces,
14     which was raised today.
15               Our neighborhood in particular
16     has had a disproportionate amount of the
17     total permits issued for this purpose.
18     In Councilman Squilla's district, there
19     has been about 75 percent of the permits
20     issued, and our residents have let us
21     know loud and clear that the
22     appropriation of a public good for
23     private use cannot and should not
24     continue.
25               As you all must be aware, under
```

```
 1           3/30/17 - STATED - PUBLIC COMMENT
 2      the current practice, in theory, any
 3      electric vehicle can park and use a
 4      recharger installed in front of a private
 5      home.  However, in practice, no other
 6      electric vehicle owner but the homeowner
 7      who installed the recharger has access to
 8      it.  So essentially this amounts to one
 9      individual getting a permanent personal
10      parking space on a public street.
11              In our review of other cities
12      in the United States, no other city
13      essentially gives away the extremely
14      valuable commodity of a reserved parking
15      space to an individual homeowner.
16              The fee the City charges for
17      this privilege is a tiny fraction of the
18      price of renting a monthly parking space
19      in Center City Philadelphia.  And
20      allowing these vehicles to park at night
21      only is the worst time of day for trying
22      to find a parking space in our
23      neighborhood.  So that does not solve the
24      problem.
25              I urge Council to pass this
```

```
 1          3/30/17 - STATED - PUBLIC COMMENT
 2      bill, and I welcome any questions you may
 3      have from Council.
 4                 Thank you.
 5                 COUNCIL PRESIDENT CLARKE:
 6      Thank you so much for your testimony.
 7                 CHIEF CLERK:  Mary Pisculli,
 8      commenting on 170093.
 9                 (Witness approached podium.)
10                 COUNCIL PRESIDENT CLARKE:  Good
11      morning.
12                 MS. PISCULLI:  Good morning,
13      Councilmembers.  My name is Mary
14      Pisculli.  I come to ask you to please
15      preserve the electric vehicle parking
16      space program as it was written for all
17      current and approved EV space holders.
18                 I'm a proud supporter of the
19      City of Philadelphia's green initiatives,
20      and I share the concern of many about our
21      air quality, our proximity to I-95, and I
22      sincerely appreciate the Council's
23      efforts to green the entire city.
24                 We purchased an electric
25      vehicle in October of 2016 after years of
```

1              3/30/17 - STATED - PUBLIC COMMENT
2       what these costs were.  My electric
3       vehicle cost $22,000 more than the
4       non-electric equivalent.  I followed the
5       spirit and the letter of the law in
6       selecting my vehicle.  Like many others
7       on the market, it is not compatible with
8       a DC fast charger.  My vehicle's usage
9       and my reason for buying it are not
10      compatible with only nighttime charging
11      or restricted daytime charging.
12                With restricted charger access,
13      I would not and could not have purchased
14      my vehicle, which I did only a few months
15      ago.  There are other EV owners that have
16      the same concerns of short battery time
17      and need to frequently charge.  There is
18      no industry standard for battery size,
19      battery range or even charger
20      compatibility, which I know frustrates
21      your ability to create a public
22      infrastructure.  This means policy cannot
23      be retroactively changed as it can't
24      accommodate the spectrum of EVs that
25      already have been purchased in keeping

```
 1           3/30/17 - STATED - PUBLIC COMMENT
 2      with the law.  Going forward, you may be
 3      able to influence that.
 4                 Any change to the ordinance
 5      after we have adopted it is wholly unfair
 6      and will penalize us and other EV owners
 7      who adopted the City's green initiatives
 8      at considerable personal expense and
 9      sends a terrible message about the City's
10      commitment to green initiatives in the
11      future.
12                 To comment on what was said
13      before, I live on the 100 block of
14      Delancey.  I am the only electric vehicle
15      on that block, where four were eligible.
16      There are a couple of open spots on our
17      street every day for parking.  Day
18      parking is not the issue.  I also know
19      that this is not private land.  It does
20      not increase my property value.  It is
21      not transferable.
22                 Having said that, someone
23      parked in our charger spot yesterday and
24      was still there as of 9:30 this morning,
25      without a ticket.
```

```
                          Stated Meeting
                          March 30, 2017
```

Page 58

```
 1          3/30/17 - STATED - PUBLIC COMMENT
 2                  COUNCIL PRESIDENT CLARKE:  Can
 3     you wrap it up, ma'am.
 4                  MS. PISCULLI:  Thank you.  I
 5     just ask you to please embrace the
 6     initiative that we embraced in good
 7     faith.
 8                  Thank you.
 9                  COUNCIL PRESIDENT CLARKE:
10     Thank you, ma'am, for your testimony.
11                  CHIEF CLERK:  Brian Egan,
12     commenting on 170093.
13                  (Witness approached podium.)
14                  COUNCIL PRESIDENT CLARKE:  Good
15     morning.
16                  MR. EGAN:  Good morning,
17     Council.  My name is Brian Egan.  I am
18     here today requesting that you reject
19     proposed Bill 170093.  In short, the
20     proposed bill disparately treats those
21     who have expended significant time and
22     resources to participate in
23     Philadelphia's novel charging station
24     program as compared to other similar
25     programs offered by the City.
```

```
 1         3/30/17 - STATED - PUBLIC COMMENT
 2               In addition, the proposed hours
 3     restriction on electric vehicle parking
 4     does little to curb parking problems,
 5     which are generally present at night, not
 6     during the day, and punish those who rely
 7     on their ability to charge their vehicle
 8     throughout the day.
 9               A comparison that has been
10     missed in this process is, one, The
11     Philadelphia Code, Section 12-918,
12     entitled "Parking for Auto Sharing
13     Organizations."  That section of the code
14     permits for-profit companies, including
15     Enterprise and Zipcar, to pay $150 a year
16     for a street-side parking spot that is
17     reserved for the exclusive use of a
18     single ride-share vehicle.  These
19     ride-sharing programs are designed such
20     that the reserved spot is for the
21     exclusive use of only a single vehicle.
22     That is, a member of the ride-sharing
23     program that chooses to use the vehicle
24     must return that vehicle to the same
25     exact spot.  This means that any time the
```

|    |                                                    |
|----|----------------------------------------------------|
| 1  | 3/30/17 - STATED - PUBLIC COMMENT                  |
| 2  | vehicle is in use, the parking spot                |
| 3  | remains vacant and no other vehicle can            |
| 4  | park in that spot, not even other                  |
| 5  | ride-sharing vehicles.                             |
| 6  | These cars can be rented hourly                    |
| 7  | or by the day, meaning that extensive              |
| 8  | periods of time may lapse with the spot            |
| 9  | remaining vacant.  Yet the City takes no           |
| 10 | issue with these vacancies and affords             |
| 11 | for-profit companies exclusive rights to           |
| 12 | these parking spaces even when some or             |
| 13 | all residents in the block are not                 |
| 14 | members of these ride-sharing programs.            |
| 15 | By comparison, the electric                        |
| 16 | vehicle charging station program requires          |
| 17 | the same annual expenditure from                   |
| 18 | participants, $150 for space in Center             |
| 19 | City, but also requires a significant              |
| 20 | cost up front, which runs upwards of               |
| 21 | $4,000 for installing the charging                 |
| 22 | station, plus the cost of the vehicle              |
| 23 | itself.  The participants and pending              |
| 24 | participants are all residents and who             |
| 25 | personally absorb the installation cost            |

Stated Meeting
March 30, 2017

Page 61

```
 1         3/30/17 - STATED - PUBLIC COMMENT
 2       total less than 70 citywide.  Zipcar
 3       alone had over 400 vehicles parked
 4       throughout Philadelphia as of June 2015.
 5                 In contrast to these reserved
 6       spaces, the electric vehicle parking
 7       spots are not for the exclusive use of a
 8       single electric vehicle.  Any electric
 9       vehicle can park in these spots, but
10       somehow it is the electric vehicle
11       program that is being singled out by the
12       City for its exclusivity to the detriment
13       of those who invested in it.  Other
14       programs, including the for-profit
15       ride-share program that dedicates a
16       reserved parking space to a single
17       vehicle, remain intact.
18                 I urge the Council to take this
19       point into consideration when evaluating
20       the merits of Bill No. 170093.  The bill
21       should be rejected and those current
22       permit holders of electric vehicle
23       parking spaces should be grandfathered
24       under the program as originally
25       implemented.
```

Stated Meeting
March 30, 2017

Page 62

1        3/30/17 - STATED - PUBLIC COMMENT
2                Thank you.
3                COUNCIL PRESIDENT CLARKE:
4        Thank you for your testimony, sir.
5                CHIEF CLERK:  Jack Cassidy,
6        commenting on 170093.
7                (Witness approached podium.)
8                MR. CASSIDY:  Good morning,
9        Council.
10               COUNCIL PRESIDENT CLARKE:  Good
11       morning.
12               MR. CASSIDY:  I'm an electric
13       vehicle owner with an electric vehicle
14       parking spot.
15               Sorry.
16               As I stated, I'm an electric
17       vehicle owner with an electric vehicle
18       parking spot.  I also live in Council
19       President Clarke's district.
20               I want to give you -- and I
21       urge Council to vote no on this bill
22       that's going to restrict our use of
23       parking from 6:00 p.m. 6:00 a.m.
24               I just want to give you an
25       example of for me how it will adversely

```
 1           3/30/17 - STATED - PUBLIC COMMENT
 2      affect my use of my car.  I purchased
 3      this car about a year ago, and I'm sure
 4      all the other electric car owners will
 5      have similar examples, but I'm going to
 6      give you my example.
 7                 As I stated, I have a fully
 8      electric car, not a hybrid.  And if I
 9      visit my daughter in Langhorne, PA, then
10      return home, I would be completely out of
11      electric when I come home.  And if
12      somebody is parking in the spot for the
13      entire day, I would not be able to use
14      that charger until 6:00 p.m., and this is
15      going to restrict my ability to get
16      around if I want to go out that evening.
17      So that's a real problem for me, and it
18      could be problems for everybody else.
19                 As you know, electric vehicle
20      owners made a large investment in this
21      program, and I just want to give you an
22      example.  As was stated before, electric
23      vehicles do cost 3,000 to 5,000 more than
24      combustion engine cars.  The electric
25      installation and the charger was over
```

```
 1        3/30/17 - STATED - PUBLIC COMMENT
 2     $3,500.  The application just to get into
 3     the program was $50.  There is also a fee
 4     of $150 that I had to pay for installing
 5     the "electric vehicle only" signs.  And
 6     then every year there's a $75 renewal
 7     fee, which I just paid on March 1st.
 8              Now, if this amended bill is
 9     passed, I will have to purchase a permit,
10     because my street has permit parking.  So
11     that's going to be another whatever it
12     is, $20 or $30.
13              As you know, electric car
14     owners purchase cars because they like
15     clean air and they care about the
16     environment.  We followed the rules of
17     the program as currently posted and
18     should be grandfathered under the current
19     rules.  Any amendment to the rules should
20     apply to all new applicants.
21              Thank you.
22              COUNCIL PRESIDENT CLARKE:
23     Thank you for your testimony.
24              CHIEF CLERK:  Robert Curley,
25     commenting on 170093.
```

```
1            3/30/17 - STATED - PUBLIC COMMENT
2                    (Witness approached podium.)
3                    MR. CURLEY:  Good morning and,
4       again, thank you, Council, for allowing
5       this testimony.  I'm here today on behalf
6       of the Crosstown Coalition, which is a
7       coalition of 23 neighborhood civic
8       associations.
9                    The Coalition membership voted
10      to support Philadelphia City Council Bill
11      17009301 amending Section 12-1131 of The
12      Philadelphia Code.  The 23 members were
13      asked on March 23rd to vote yes or no in
14      support of the bill.  In that short
15      turnaround period, 20 associations
16      voted - 14 favored the bill and two voted
17      against it, and four abstained because
18      they could not convene a board vote in
19      the time period allowed.
20                   The members who voted in favor
21      agreed to the following statement:  The
22      advent of practical electrical vehicles
23      is full of promise for cleaner air and
24      reduced dependence on non-renewable fuel
25      sources.  Their increased use should be
```

Stated Meeting
March 30, 2017

Page 66

1              3/30/17 - STATED - PUBLIC COMMENT
2       strongly encouraged.
3                 However, the use comes with one
4       major drawback.  In a dense urban core
5       lacking driveways or garages, where do
6       you plug them in?  Providing
7       infrastructure to recharge electric
8       vehicles encourages their use.
9                 The current practice in
10      Philadelphia is to reserve on-street
11      parking spaces for the exclusive use of
12      one electric vehicle.  The Streets
13      Department may designate a space for an
14      electric vehicle without consent of the
15      adjacent neighbors and prohibit
16      non-electric vehicles from parking in
17      that space.  There are currently no time
18      limits on the electric parking spaces.
19                This practice has its
20      consequences.  Reserving an on-street
21      parking space effectively turns a public
22      asset into a private one, reducing the
23      availability of on-street parking for
24      non-electric vehicles in the
25      neighborhoods where demand for on-street

Stated Meeting
March 30, 2017

Page 67

```
 1           3/30/17 - STATED - PUBLIC COMMENT
 2      parking exceeds supply.  The adverse
 3      effects are exacerbated if there's more
 4      than one electric vehicle designation on
 5      a block or when combined with handicapped
 6      parking and other restrictions.
 7                  Current practices may also have
 8      a natural limit on how many spaces can be
 9      designated and even breed resentment
10      among neighbors who own non-electric
11      cars.  Over time both only serve to
12      discourage electric vehicle usage.
13                  The Crosstown Coalition
14      supports the proposed moratorium on new
15      electrical vehicle parking spaces
16      provided that City Council and the
17      Streets Department investigate best
18      practices for electric vehicle
19      infrastructure and recommend workable
20      alternatives to 24/7 on-street parking
21      designation that balances the needs of
22      all City residents.  The Coalition
23      welcomes the opportunity to discuss this
24      matter further with any Councilmembers.
25                  Thank you.
```

STREHLOW & ASSOCIATES, INC.
(215) 504-4622