## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MORLOK, et al.,<br><br>v.<br><br>CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 17-4213 |
|---|---|

### ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 21st day of November, 2018 having considered the Motion to Dismiss the Amended Complaint of Defendant City of Philadelphia (ECF 26), and the response and reply thereto, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Count I of the Amended Complaint is **GRANTED** with prejudice;

2. Defendant's Motion to Dismiss Count II of the Amended Complaint is **GRANTED** with prejudice; and

3. Defendant's Motion to Dismiss Count III of the Amended Complaint is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.