**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM MORLOK, ADAM NOVICK, | : | |
| THEODORE LEWIS, individually and on behalf | : | |
| of all others similarly situated, | : | |
|     Plaintiffs | : | CIVIL ACTION 17-4213 |
| | : | |
|     vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
|     Defendant | | |

## Declaration

I, Amy M. Kirby, hereby declare as follows:

1.      I am a Deputy City Solicitor with the Affirmative and Special Litigation Unit of the City of Philadelphia Law Department.  I make this declaration in support Defendant's Motion for Summary Judgment.

2.      On November 15, 2007 the City of Philadelphia enacted Philadelphia Code Section 12-1131, entitled "Electric Vehicle Parking" (the "EV Ordinance").  A true and correct copy of that ordinance is attached hereto as Exhibit A.

3.      The EV Ordinance allowed parking spaces on City streets to be designated for electric vehicle parking up to 24 hours a day if an applicant for such a space completed all of the requirements set forth in the "Electrical Vehicle Parking Space Application" (the "EV Application") available through the Philadelphia Parking Authority (the "PPA").  A true and correct copy of the EV Application is attached hereto as Exhibit B.

4.      Prior to passage of the EV Ordinance the City held before the Council of the City of Philadelphia, Committee on the Environment on October 24, 2007.  The EV Ordinance was

discussed during that Committee Hearing.  A true and correct copy of the relevant portion of the transcript from the Committee Hearing is attached hereto as Exhibit C.[1]

5.     On February 8, 2019 Plaintiff provided responses to the City's discovery requests. A true and correct copy of Plaintiffs' Responses to Interrogatories are attached hereto as Exhibit D.

6.     On December 11, 2019 Plaintiff Theodore Lewis was deposed in the City of Philadelphia Law Department by Attorney Kirby.  A true and correct copy of the transcript from that deposition is attached hereto at Exhibit E.

7.     On December 11, 2019 Plaintiff William Morlok was deposed in the City of Philadelphia Law Department by Attorney Kirby.  A true and correct copy of the transcript from that deposition is attached hereto at Exhibit F.

8.     On December 18, 2019 Plaintiff Adam Novick was deposed in the City of Philadelphia Law Department by Attorney Kirby.  A true and correct copy of the transcript from that deposition is attached hereto at Exhibit G.

9.     On March 21, 2017 the City of Philadelphia City Council Commission on Streets and Services held a meeting where amendment to the EV Ordinance was discussed.  A true and correct copy of relevant portions of that hearing is attached hereto as Exhibit H.[2]

---

[1] The entire transcript of the hearing is publicly available here:  https://council-transcript-room.s3.amazonaws.com/Public%20Hearings/environment/2007/en102407.pdf
[2] The entire transcript of the hearing is publicly available here: https://www.phila.gov/city-council-transcript-room/?prefix=Public%20Hearings/streets/2017/ by selecting hearing ss032117.

10.     On March 30, 2017 the City of Philadelphia full Council held a meeting regarding amendment to the EV Ordinance was discussed.  A true and correct copy of relevant portions of that hearing is attached hereto as Exhibit I.[3]

11.     City Council passed Bill No. 170093-A amending the EV Ordinance (the "Amendment") which was made effective on April 20, 2017.  A true and correct copy of the Amendment is attached hereto as Exhibit J.

12.     Following passage of the Amendment, the City of Philadelphia Electric Vehicle Policy Task Force was created to provide recommendations regarding the future of EV infrastructure in Philadelphia.  On March 8, 2018 the Task Force issued a report with policy recommendations related to EV infrastructure.  (the "Task Force Report").  A true and correct copy of the Task Force Report is attached hereto as Exhibit K.

13.     On April 20, 2018 a second amendment to the EV Ordinance was signed by the Mayor of the City of Philadelphia, further amending the original EV Ordinance.  A true and correct copy of the Second Amended Ordinance is attached hereto as Exhibit L.

/s/ Amy M Kirby
Amy M Kirby, Deputy City Solicitor
Pa. Attorney ID No. 323938
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-3566
amy.kirby@phila.gov

---

[3] The entire transcript of the meeting is publicly available here: https://www.phila.gov/city-council-transcript-room/?prefix=Stated%20Meetings/2017/ by selecting hearing sm033017.pdf

# EXHIBIT "A"

# City of Philadelphia



(Bill No. 070788)

AN ORDINANCE

Enacting a new Section 12-1131 of The Philadelphia Code, entitled "Electric Vehicle Parking," to provide for the designation of electric vehicle on-street parking spaces where only electric vehicles may be parked and amending Section 12-2809 of The Philadelphia Code to provide for penalties for illegally parking in a designated electric vehicle parking space; all under certain terms and conditions.

*THE COUNCIL OF THE CITY OF PHIILADELPHIA HEREBY ORDAINS:*

SECTION 1.  A new Section 12-1131 of The Philadelphia Code entitled "Electric Vehicle Parking," is hereby enacted, to read as follows:

*§12-1131.     Electric Vehicle Parking.*

*(1) Definitions.*

*"Department" means the department or departments designated by the Mayor to administer the provisions of subsection 12-1131(3)(b)(.3).*

*"Electric Vehicle" is any motor vehicle that receives motive power from a battery or other storage device that receives electricity from an external source such as a charger, and includes a Plug-in Hybrid Electric Vehicle.*

*"Electric Vehicle Charger" is a device which permits the transfer of electric energy (by conductive or inductive means) to a battery or other storage device in an electric vehicle.*

*"Electric Vehicle Parking Space" is any legally marked parking space that identifies the use to be exclusively for an electric vehicle.*

*"Non-Electric Vehicle" is any motor vehicle that does not meet the definition of "Electric Vehicle."*

*"Plug-in Hybrid Electric Vehicle" is any motor vehicle that combines a conventional propulsion system with an on-board rechargeable energy storage system. The different propulsion power systems in the Plug-in Hybrid Electric Vehicle may have common subsystems or components.*

*(2)     Electric Vehicle Parking Spaces – Generally.*

*(a)     Electric vehicle parking spaces are reserved for parking electric vehicles only.*

---

# City of Philadelphia

BILL NO. 070788 continued

Certified Copy

(b)   *Electric vehicles may be parked in any space designated for public parking, subject to the restrictions that would apply to any other vehicle that would park in that space.*

(c)   *This Section shall not apply to parking provided in private parking lots for residential or commercial uses.*

(3)   *Designation of Electric Vehicle Reserved On-Street Parking Space.*

(a)   *After an investigation determining need has been performed through the Philadelphia Parking Authority with the information set forth in subsection (3)(b) and the Parking Authority has approved of use of the location for practicality and feasibility of traffic operations, the Philadelphia Parking Authority may designate a reserved on-street parking space for electric vehicles. Such a reserved space shall not be designated at any location where parking is otherwise prohibited by law.*

(b)   *When applying for a reserved on-street parking space for the exclusive use of electric vehicles, at least the following information shall be supplied by the applicant to the Philadelphia Parking Authority and, in part, shall be used as criteria for determining the appropriate location for a reserved space for electric vehicles;*

(.1) *a Pennsylvania Department of Transportation Vehicle Registration indicating that the vehicle is owned or leased by an individual who is a resident of the address at which the reserved parking space is sought;*

(.2) *proof that the owner of the property at which the reserved parking space is sought, if such person is not the applicant, consents to the application;*

(.3) *documentation of approval from the Department for the installation of an electrical vehicle charger at the curb immediately adjacent to the electric vehicle parking space, pursuant to any requirements established by the Department by regulation in connection with such approval, including an administrative fee;*

(.4) *the written consent of an adjacent neighbor if the Philadelphia Parking Authority determines that it is necessary for the reserved parking zone to extend in front of that neighbor's property;*

(.5) *any other information which the Philadelphia Parking Authority may require.*

(c)   *The Streets Department shall cause appropriate signs and marking to be placed in and around electric vehicle parking spaces, indicating prominently thereon the parking regulations. The signs shall state that the parking space is reserved for the*

# City of Philadelphia

BILL NO. 070788 continued

Certified Copy

*exclusive use of electric vehicles and that violators are subject to a fine and removal of their vehicle.*

*(4)     Prohibitions.*

*When a sign authorized under Section 12-1131(3)(c) provides notice that a space is a designated electric vehicle parking space, no person shall park any non-electric vehicle in a designated electric vehicle parking space.*

*(5)     Violations-Penalties.*

*(a)     Any person violating any of the provisions of Section 12-1131 shall be liable for payment of fines, costs and additional fees prescribed and assessed in accordance with the provisions of Chapter 12-2800 of this Title.*

*(b)     In addition to the payment of  fines, costs and additional fees, a person who has parked in violation of this Section, is subject to having the vehicle  removed by any person authorized by and subject to the requirements of the Chapter 12-2400 of The Philadelphia Code.*

SECTION 2.  Section 12-2809 of The Philadelphia Code entitled "Civil Penalties and Costs," is hereby amended to read as follows:

§ 12-2809. Civil Penalties and Costs.

*             *             *

(2)     Any person violating the following provisions of Title 12 shall, upon a final finding of liability pursuant to this Chapter 12-2800, be liable for payment of the civil penalty indicated, in addition to the costs and fees set forth in subsection 12-2809(1):

Code Provision          Violation Description Penalty

*             *             *

*12-1131          Parking for Electric Vehicles only ………     $300*

*             *             *

_____

**Explanation:**

*Italics* indicate new matter added.

# City of Philadelphia

BILL NO. 070788 continued

Certified Copy

CERTIFICATION:  This is a true and correct copy of the original Bill, Passed by the City Council on November 1, 2007.  The Bill was Signed by the Mayor on November 15, 2007.

*Patricia Rafferty*

Patricia Rafferty
Chief Clerk of the City Council

# EXHIBIT "B"



# ELECTRIC VEHICLE PARKING
# SPACE APPLICATION

701 Market Street, Suite 5400
Philadelphia, Pa 19106
Phone #: 215-683-9738
Fax #: 215-683-9809

Date of Application: _____ / _____ / 20 _____.

_____

Mailing/Billing Address: _____
          (Street Address)                    (City)      (State)     (Zip Code)

Contact Information:
    Phone #: _____

    E-mail Address: _____@_____

---

## Proposed Electric Vehicle Parking Space Information

Address: _____
   (Street Address)                   (City)          (State)      (Zip Code)

Are you the owner of the address for the proposed electric vehicle parking space?    Yes        No
*If No, please obtain consent from the property owner of the proposed address, stating that they have no objection to an electric vehicle parking space being installed on their property on the attached consent form.*

Is the proposed property 20 feet in width?    Yes       No
*If No, please obtain consent from one of your neighbor's, stating that they have no objection to an electric vehicle parking space infringing upon their property on the attached consent form.*

Please fill in the following vehicle information:

    Make: _____   Model: _____   Year: _____   Vehicle Length: _____ Feet

The following information is to be included with this application. Failure to include any of these items will result in the return of the application. Your application will not begin to be processed until all correct and complete information has been received.

> ➢ Vehicle Registration: registered to the address where the space is sought (upon approval).
>
> ➢ Driver's License: showing the address where the space is sought.
>
> ➢ Aforementioned consent of property owner or neighbor.
>
> ➢ A clear photograph showing the entire area in which the electric vehicle parking space would be located, and the front of all property abutting the proposed electric vehicle parking space.
>
> ➢ $50 Non-Refundable Application Fee made payable to the "Philadelphia Parking Authority"

## UPON APPROVAL BY THE PHILADELPHIA PARKING AUTHORITY

After the Philadelphia Parking Authority has determined that an electric vehicle parking space is practical, the applicant must apply to the Department of Licenses & Inspections (L & I) for a curb side electric outlet.  Below are code requirements and recommendations from the Department of Licenses & Inspections

- ➢ Installations shall follow the current National Electrical Code and must be performed by a Licensed Electrical Contractor with an electrical permit from Licenses & Inspections
- ➢ All conductors and equipment used for this installation, including the cord used to connect the vehicle to the receptacle, shall be approved, identified, labeled and listed suitable for the specific purpose, environment and application
- ➢ Receptacle must be located on a dedicated branch circuit with ground fault circuit protection located in the main panel
- ➢ A shut-off switch for the receptacle must be installed inside the building at the exit
- ➢ The receptacle must be tamper-resistant and located within an outdoor, weatherproof, hinged, lockable enclosure to prevent accidental or intentional contact
- ➢ Location of receptacle must be no higher than 48 inches
- ➢ There shall be no commercial uses associated with the use of the receptacle
- ➢ Electrical permit from L & I must be obtained prior to installation of electrical box

## UPON APPROVAL BY THE DEPARTMENT OF LICENSES & INSPECTIONS

After the installation of a properly functioning Electric Vehicle Charger, the Philadelphia Parking Authority will post the required signs designating the Electric Vehicle Parking Space

## REQUIREMENTS & POLICIES REGARDING AN ELECTRIC VEHICLE PARKING SPACE

- ➢ The proposed EVPS must be no more than 20 feet in length, unless a greater length is necessary, based on the size of the vehicle

- ➢ The proposed EVPS shall not be in any location where parking is currently prohibited by state or local law

- ➢ The proposed EVPS would <u>not</u> require elimination of a metered parking space

- ➢ The location is practical with respect to general parking availability

- ➢ No garage, driveway, or other location not in the right of way is available to the applicant for parking of the Electric Vehicle

- ➢ The number of reserved on-street parking spaces, of any kind, on a hundred block, does not exceed:
  - o On blocks with single-sided parking: two (2), neither of which is an EVPS
  - o On blocks shorter than 500 feet in length, with parking on both sides: three (3),no more than (1) of which is an EVPS
  - o On blocks that are 500 feet or longer in length, with parking on both sides: four (4),no more than (2) of which are EVPSs

➢ The Philadelphia Parking Authority shall not approve an EVPS where the applicant is liable for any delinquent fines or penalties (i.e., has three open tickets or more)

➢ An applicant is not entitled to an EVPS based solely any on the purchase or lease of an electric vehicle or the filing an application for an EVPS

➢ Installation Fee, to be paid upon approval by the Department of Licenses & Inspections:
   o Center City & University City area:
      ▪ $250 per 20 feet of space
   o All other areas of the city:
      ▪ $150 per 20 feet of space

➢ Yearly Renewal Fee:
   o Center City & University City area: $150 per year
   o All other areas of the city: $75 per year
   o An EVPS may be revoked, and the EVPS and EVC may be removed by the Philadelphia Parking Authority if such yearly renewal fee is not timely paid in accordance with the program

➢ The person to whom an EVPS has been issued shall immediately notify the Philadelphia Parking Authority, and the EVPS may be immediately revoked, if any of the following events occur:
   o The registration or license plate is transferred to a Non-Electric Vehicle
   o The Electric Vehicle is transferred to another owner who does not reside at the address for which the EVPS was established
   o The owner of the Electric Vehicle ceases to reside at the address for which the EVPS was established

➢ An EVPS may be revoked under any of the following circumstances:
   o Any condition necessary for the grant of the EVPS under the regulation ceases to be met
   o The EVC or its associated wiring is not maintained in good repair or presents a hazard due to deterioration, malfunction, or improper use
   o Any excavation of the right of way for installation or maintenance of the EVC or associated wiring is not properly restored

➢ An EVPS should not be treated as a personal parking spot.  Anyone with an electric vehicle is allowed to park in the EVPS.  Any abuse of the EVPS (i.e., cones, telling other electric vehicle operators they are forbidden to park in the EVPS, etc.) will result in the removal of the space.

### CONSENT OF PROPERTY OWNER

I, (print name) _____, certify that I am the owner of

(address) _____.
I understand that my tenant is applying for an Electric Vehicle Parking Space.  If approved, I have no objections to the Philadelphia Parking Authority installing a sign on the sidewalk in front of my property in order to designate such a zone.

Signature: _____ Date: _____ Telephone #: _____

### CONSENT OF ADJACENT PROPERTY OWNER

I, (print name) _____, certify that I am the owner of

(address) _____.
I understand that my neighbor is in need of additional footage in order to install an Electric Vehicle Parking Space.  I have no objections to the Philadelphia Parking Authority installing a sign on the sidewalk in front of my property.  I am aware that the footage required may be as little as 2 feet to a maximum of 15 feet depending on the width of my neighbor's home.

Signature: _____ Date: _____ Telephone #: _____

### CONSENT OF ADJACENT PROPERTY OWNER

I, (print name) _____, certify that I am the owner of

(address) _____.
I understand that my neighbor is in need of additional footage in order to install an Electric Vehicle Parking Space.  I have no objections to the Philadelphia Parking Authority installing a sign on the sidewalk in front of my property.  I am aware that the footage required may be as little as 2 feet to a maximum of 15 feet depending on the width of my neighbor's home.

Signature: _____ Date: _____ Telephone #: _____

# EXHIBIT "C"

4

```
1       10/24/07 - ENVIRONMENT - BILL 070671, ETC.
2           into a driveway, connect to your home and
3           have the vehicle charged.  In the City,
4           most people don't have those
5           opportunities.  So this provides an
6           opportunity for people who wish to have
7           electric vehicles to do them in an
8           environment where there are not direct
9           access to garages and driveways.
10              So the Authority has no problem
11          with the assignments that were given it
12          under this legislation and would
13          recommend favorable consideration of the
14          bill.
15              COUNCILMAN KENNEY:  Thank you.
16              Councilman Rizzo.
17              COUNCILMAN RIZZO:  Mr. Dickson,
18          how will you and who will set the rates
19          for the energy that you charge for people
20          to charge their electric vehicles?
21              MR. DICKSON:  We have no
22          control over that.  The electricity, I
23          would assume, would be under a permit
24          issued by the Streets Department to
25          connect -- to have a connection at the
```

# EXHIBIT "D"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM MORLOK, ADAM NOVICK, | : | |
| THEODORE LEWIS, individually and on behalf | | |
| of all others similarly situated, | : | |
| Plaintiffs | : | CIVIL ACTION 17-4213 |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADLEPHIA, | : | |
| Defendant | | |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST
SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS**

Plaintiffs, William Morlok, Adam Novick, Theodore Lewis, individually and on behalf of all other Electric Vehicle Permit Holders whom they seek to represent ("Plaintiffs"), hereby respond to Defendant City of Philadelphia's First Set of Interrogatories.

**INTERROGATORIES**

1.      Provide the full name and address of any individual providing responses to any of the Interrogatories herein.

**RESPONSE:**

Plaintiffs William Morlok, Adam Novick, and Theodore Lewis provided responses to these Interrogatories, with the assistance of counsel. Plaintiffs can be contacted through the undersigned counsel.

2.      Explain in detail each and every way in which the City has been enriched or benefited by or through each Permit Holder's installation of their electric vehicle charging stations.

**RESPONSE:**

The City of Philadelphia has received tangible benefit from the Plaintiffs in the form of installation of electric vehicle charging infrastructure in front of the homes of each Plaintiff

1

as a part of the electric vehicle parking ("EVP") program. The specific monetary value received in each instance is set forth with specificity in the documents produced by Plaintiffs in response to the City's Request for Production. In addition, the City has benefited from the ability to promote itself as a technologically advanced, environmentally conscious municipality. Plaintiffs reserve the right to supplement this response as discovery continues.

3.       Please provide specific examples of how the City promoted the electrical

vehicle parking program as alleged in Paragraph 56 of Plaintiffs' Amended Complaint.

a.       For each example provide the type of promotion, the distribution

of the promotion, and the date or dates of the promotion.

**RESPONSE:**

See documents produced by Plaintiffs in response to the City's Request for Production. By way of further response, the City is in possession or control of additional information that is responsive to this Interrogatory, and same is the subject of discovery propounded by the Plaintiffs. Plaintiffs reserve the right to supplement this response as discovery continues.

4.       Provide all specific examples of any publicity the City received due

to each Permit Holder's installation of the electric vehicle charging stations.

a.       For each example of publicity provide the type of

publicity, the distribution of the publicity and the dates of the publicity.

**RESPONSE:**

See documents produced by Plaintiffs in response to the City's Request for Production. By way of further response, the City is in possession or control of additional information that is responsive to this Interrogatory, and same is the subject of discovery propounded by the Plaintiffs. Plaintiffs reserve the right to supplement this response as discovery continues.

5.       Describe in detail what value the City gained by each Permit

Holder's improvements as alleged in Paragraph 61 of Plaintiffs' Amended

Complaint.

a.       If such value was monetary, provide the specific amount of

monetary benefit the City allegedly received.

2

**RESPONSE:**

The City of Philadelphia has received tangible benefit from the Plaintiffs in the form of installation of electric vehicle charging infrastructure in front of the homes of each Plaintiff. The specific monetary value received in each instance is set forth with specificity in the documents produced by Plaintiffs in response to the City's Request for Production. In addition, the City has benefited from the ability to promote itself as a technologically advanced, environmentally conscious municipality. By way of further response, the City is in possession or control of additional information that is responsive to this Interrogatory, and same is the subject of discovery propounded by the Plaintiffs. Plaintiffs reserve the right to supplement this response as discovery continues.

      6.     Explain how the amendment to §12-1131 changed, lessened or reduced

any of the benefits each Permit Holder alleges the City received due to that Permit

Holder's installation of their individual electric vehicle chargers.

**RESPONSE:**

The amendment to §12-1131 (the "Amendment") allows conventional internal combustion engine (i.e. non-electric) vehicles to park in the EVP spaces from 6:00 am until 6:00 pm daily. When an internal combustion engine vehicle is parked in the Plaintiffs' EVP spaces, Plaintiffs are unable to charge their vehicles or access the charging infrastructure that they purchased and installed in front of their respective homes. Electric vehicles, such as those owned by each of the Plaintiffs, cannot be driven when their batteries are discharged; without a charge, the electric vehicles are useless. Since the Amendment, each of the Plaintiffs regularly encounter internal combustion vehicles parked in the EVP spaces, and are thereby deprived of the use of their charging infrastructure and electric vehicles.

      7.     As to each Permit Holder, do they contend that they would not have

installed their electric vehicle chargers if the amendment to §12-1131 had been in place

at the time each Permit Holder first applied for their permits?

**RESPONSE:**

Each of the Plaintiffs installed their respective charging infrastructure based on §12-1131 as originally written, which provided for access to the EVP spaces twenty-four hours per day. None of the Plaintiffs have the ability to charge their electric vehicles at their homes without access to the EVP spaces, and would not have installed their respective charging infrastructure had the hours been restricted as they are in the Amendment.

      8.     As to each Permit Holder, provide specific information regarding how the

City could convert that Permit Holder's private electric vehicle charger from private use to public use, including the approximate cost to do so and whether each such Permit Holder would consent to such conversion.

       a.    In responding, please articulate how the information regarding the cost or feasibility of conversion was discovered (i.e. research, personal knowledge, hiring of expert/professional).

**RESPONSE:**

Upon information and belief, Plaintiffs' electric vehicle charging infrastructure can be disconnected from their respective residential electric systems and connected to the public grid. Plaintiffs do not know the cost of such a conversion. Plaintiffs are unable to answer the question of whether they would consent to such a conversion given the lack of information regarding price, disruption, and access to the chargers.

       9.    As to each Permit Holder, how, specifically, did the City encourage that Permit Holder to participate in the Electric Vehicle parking program?

**RESPONSE:**

Each of the Plaintiffs was induced by the City to apply for an EVP space by the City's adoption of §12-1131 as originally written.

       10.    As to each Permit Holder, would the Permit Holder still have applied for their individual electric vehicle parking permits even if the City had not promoted the electric vehicle permit program in the ways that each Permit Holder alleges the City did in their Amended Complaint?

**RESPONSE:**

Plaintiffs Morlok, Novick and Lewis each applied for their respective electric vehicle parking permits specifically because the City of Philadelphia promoted the Electric Vehicle Permit Program. None of the Plaintiffs would be able to charge their respective electric vehicles without their designated electric vehicle parking spots. None of the Plaintiffs would have applied for their electric vehicle parking spots absent promotion of the program by the City of Philadelphia.

       11.    Prior to installing their electric vehicle charging station, did each Permit

4

Holder believe that they would be entitled to any compensation for installing their

electric vehicle charging station?

      a.     If so, what amount of compensation did each Permit Holder

believe he or she was entitled to and what was the rationale for determining that

they should be compensated?

**RESPONSE:**

Each of the Plaintiffs was induced to apply for an EVP space by the City's adoption of §12-1131 as originally written. At the time of their original installation, none of the Plaintiffs believed that they were entitled to compensation for installing their respective electric vehicle charging infrastructure.

      12.     After installing their electric vehicle charging station, did each Permit

Holder believe that they would be entitled to any compensation for installing their

electric vehicle charging station?

      a.     If so, what amount of compensation did each Permit Holder believe

he or she was entitled to and what was the rationale for determining that they

should be compensated?

**RESPONSE:**

Each of the Plaintiffs was induced to apply for an EVP space by the City's adoption of §12-1131 as originally written. At the time of their original installation, none of the Plaintiffs believed that they were entitled to compensation for installing their respective electric vehicle charging infrastructure.

      13.     As to each Permit Holder, please describe and quantify the value of the

EV Permit program to them, either monetarily or otherwise, both before and after the

amendment to §12- 1131.

**RESPONSE:**

Each of the Plaintiffs was induced to apply for an EVP space by the City's adoption of §12-1131 as originally written. At the time of their original installation, none of the Plaintiffs believed that they were entitled to compensation for installing their respective

electric vehicle charging infrastructure. Each Plaintiff has expended significant financial resources in order to comply with §12-1131, including purchasing an electric vehicle, purchasing charging infrastructure, paying for the installation of said infrastructure, and paying for the electricity associated with charging their vehicles. The specific monetary expenditure by each Plaintiff is set forth in the documents produced in response to the City's Request for Production.

14.     Explain how the investment each Permit Holder made compares in

value to the benefit that Permit Holder alleges the City received for that installation.

**RESPONSE:**

Each Plaintiff has expended significant financial resources in order to comply with §12-1131, including purchasing an electric vehicle, purchasing charging infrastructure, paying for the installation of said infrastructure, and paying for the electricity associated with charging their vehicles. The specific monetary expenditure by each Plaintiff is set forth in the documents produced in response to the City's Request for Production. The City has been unjustly enriched in an amount at least equal to these expenditures.

15.     As to each Permit Holder, did they expect any compensation for

installing their electric vehicle charging station?

a.      If so, in what amount and when did they expect this compensation?

**RESPONSE:**

Each of the Plaintiffs was induced to apply for an EVP space by the City's adoption of §12-1131 as originally written. At the time of their original installation, none of the Plaintiffs believed that they were entitled to compensation for installing their respective electric vehicle charging infrastructure.

16.     Identify all individuals expected to be called as witnesses at any

hearing/trial for this matter and what each individual will testify to.

**RESPONSE:**

Plaintiffs have not yet ascertained the list of fact and/or expert witnesses to be called at trial. Plaintiffs reserve the right to supplement this response in accordance with the Federal Rules of Civil Procedure and the orders of the Court.

MATANOVIC LAW LLC

/s/ Stephan Matanovic
Stephan Matanovic (Pa. Bar ID 83459)
399 Market Street
Suite 360
Philadelphia, PA 19106
(267) 332-1768
smatanovic@matanoviclaw.com

VINTAGE LAW LLC
Sean P. Whalen (PA Bar ID 200709)
6 Coulter Avenue, Suite 1000
Ardmore, PA 19003
(484) 416-3207
sw@vintage-law.com

**_Attorneys for Plaintiffs_**

Dated: February 8, 2019

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephan Matanovic, hereby affirm that on February 8, 2019, I served the foregoing documents via electronic mail on the following:

Amy Kirby (amy.kirby@phila.gov)
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
*Counsel for Defendant City of Philadelphia*


/s/ Stephan Matanovic

# EXHIBIT "E"

Theodore Lewis
December 11, 2019

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM MORLOK, ADAM        : No. 17-4213
NOVICK, THEODORE LEWIS,     :
Individually & on behalf of :
all others similarly        :
situated,                   :
                            :
          Plaintiffs,       :
                            :
     vs.                    :
                            :
CITY OF PHILADELPHIA,       :
                            :
          Defendant.        :

                    -   -   -

          Wednesday, December 11, 2019

                    -   -   -

          Oral deposition of THEODORE LEWIS

was taken at the CITY OF PHILADELPHIA LAW

DEPARTMENT, 1515 Arch Street, 14th Floor,

Philadelphia, PA before Julie Henry, a Notary

Public of the Commonwealth of Pennsylvania,

on the above date, commencing at 10:08 a.m.

                    -   -   -

          STREHLOW & ASSOCIATES
          54 FRIENDS LANE, SUITE 116
          NEWTOWN, PENNSYLVANIA 18940
             (215) 504-4622
          WWW.STREHLOWCOURTREPORTING.COM

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 2

APPEARANCES:

MATANOVIC LAW, LLC
BY: STEPHAN MATANOVIC, ESQUIRE
   399 Market Street
   Suite 360
   Philadelphia, PA 19106
   smatanovic@matanoviclaw.com
   (215)915-7978
Representing the Plaintiffs

CITY OF PHILADELPHIA LAW DEPARTMENT
BY: AMY KIRBY, ESQUIRE
   1515 Arch Street
   14th Floor
   Philadelphia, PA 19102
   Amy.kirby@phila.gov
   (215) 686-1776
Representing the Defendant

Page 3

INDEX

WITNESS:
THEODORE LEWIS
BY        EXAMINATION     PAGE
Ms. Kirby    Direct     4
Mr. Matanovic   Cross    81

EXHIBITS

NUMBER    DESCRIPTION    PAGE
Lewis-1    Application   24
Lewis-2    Renewal    43
Lewis-3    Renewal    45
Lewis-4    List    47
Lewis-5   Collection of Documents   65

Page 4

```
 1              - - - - -
 2          (It is agreed by and between
 3      counsel that reading, signing, sealing,
 4      filing, and certification are hereby waived
 5      and all objections, except as to the form of
 6      the questions, are reserved until the time of
 7      the trial.)
 8              - - - - -
 9          THEODORE LEWIS, having been duly
10      sworn according to law, was examined, and
11      testified as follows:
12              - - - - -
13          DIRECT EXAMINATION
14              - - - - -
15      BY MS. KIRBY:
16      Q   Good morning.
17      A   Good morning.
18      Q   Can you state your name for the
19  record, please?
20      A   Theodore Lewis.
21      Q   Have you ever been deposed before?
22      A   No.
23      Q   Are you an attorney?
24      A   No.
```

Page 5

```
 1      Q   Let me go over some ground rules.
 2  I talk really quickly, so you can tell me to
 3  slow down any time you don't understand
 4  something I'm saying.  If you don't
 5  understand a question at all, you can always
 6  ask me to repeat it.  Your attorney may
 7  object to some of the questions I ask.
 8  Unless we argue about it, you can always
 9  answer the question.  So after he states
10  objection, you can go ahead and answer.  Any
11  time I ask you a question, please make sure
12  you give an audible response.  The court
13  reporter has to take it down, no nodding or
14  uh-huh or anything like that.
15          If you need to take a break,
16  totally fine, just make sure we don't take
17  one while a question is pending.  You can
18  answer a question and take as many breaks as
19  you want.
20          Did you look at anything before
21  today for this deposition in preparation?
22          MR. MATANOVIC:  Objection, to the
23      extent it calls for materials protected
24      by the attorney/client privilege.
```

2 (Pages 2 to 5)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 6

1        You can answer if you looked at
2   stuff, you should not discuss what you
3   looked at in the context of our
4   preparation.
5        THE WITNESS:  I have a spreadsheet
6   of people who participated in the EVPS
7   program.  I did look at that spreadsheet
8   to familiarize myself.  Since there is
9   so much information on that spreadsheet,
10  I quickly realized there was no way that
11  I was going to memorize it to be able to
12  regurgitate it.  That's the only thing I
13  looked at.
14  BY MS. KIRBY:
15      Q   Did you speak to anyone, other than
16  your attorney, before this deposition in
17  preparation?
18      A   In preparation, no.
19      Q   You didn't speak to any of the
20  other members of the class or anything like
21  that?
22      A   After I spoke to my lawyer, no.
23      Q   Prior to that, after you knew the
24  deposition was happening, did you speak to

Page 7

1   anybody from the class or anyone else with EV
2   spots?
3       A   No.
4       Q   Is there any reason you couldn't be
5   truthful today, any medications you are
6   taking or anything like that?
7       A   No.
8       Q   So we'll kind of just get into it.
9   I just want to talk a little bit about the
10  application process.  Obviously, we are here
11  to talk about the electric vehicle permitting
12  process, so I'll call it the EV process, the
13  EV permit, if that will make sense to you?
14      A   I'm sorry.  I missed that.
15      Q   I want to make sure if I said EV
16  process or EV permit, you know I am talking
17  about an electric vehicle permit?
18      A   Yes.
19      Q   Do you mind if I call you Ted?
20      A   That's fine.
21      Q   First of all, where do you live?
22      A   1107 Wharton Street, Philadelphia,
23  PA 19147.
24      Q   I think we just discussed this off

Page 8

1   the record, but how long have you lived
2   there?
3       A   We officially moved probably
4   around 2010, we bought the property in 2001.
5       Q   So, in 2001, you purchased?
6       A   Right.
7       Q   2010, you moved in?
8       A   Approximately.
9       Q   And in terms of currently, now, you
10  have an electric vehicle permit, correct?
11      A   We do.
12      Q   When did you first apply for that
13  permit?
14      A   That would be 2012.
15      Q   So the only location you applied
16  for a permit was this Wharton location,
17  correct?
18      A   That's correct.
19      Q   Tell me a little bit about how you
20  heard about the program, the EV program.
21      A   I actually had no idea that it
22  existed.  We had two cars at the time, a Saab
23  and a Saturn, both of those became
24  unsupported by GM.  They were old.  We wanted

Page 9

1   to buy another vehicle, we were downsizing
2   from two vehicles to one and we were -- we
3   have always been concerned about our
4   environmental impact and we decided that the
5   vehicle that would best fit, I think, the way
6   we try to live was, at the time, a Chevrolet
7   Volt 2012.  That then presented a problem.  I
8   needed to figure out how to charge this
9   thing, because most of our driving is done
10  within the range -- or, at the time, was done
11  within the range of the electric battery
12  source available in the Volt.  So I literally
13  think I Googled how to charge an electric
14  vehicle in Philadelphia.  I discovered this
15  EVPS program, which I believe was passed by
16  then-councilman Kenney in approximately 2007,
17  that's how I found out about the program.
18      Q   Let me back up, because your
19  response gave me some other questions.
20          Do you have any off-street parking
21  in your location where you live right now?
22      A   No.
23      Q   The Chevy Volt, is that all
24  electric or is it a hybrid?

3 (Pages 6 to 9)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 10

1    A   My favorite question.  GM does not
2  characterize the Volt as a hybrid.  Hybrids
3  typically involve a power train, as in an
4  engine connected to the wheels in some
5  mechanical fashion.  Hybrids out there, I
6  will say, all of them have some sort of
7  mechanical linkage.  The Volt is an unusual
8  animal.  It has an on-board generator.  That
9  generator creates electricity for the
10  electric motors.  To the best of my
11  knowledge, the only other vehicle that offers
12  an on-board generator is the BMW I3, I'm
13  talking about what was available around 2012.
14    Q   Sure.
15    A   So that's the way the Volt works.
16    Q   So just because I don't understand
17  it nearly as much as you do, could you put
18  gas into there or did it have to be charged
19  through the generator, this on-board
20  generator, in order for it to work?
21    A   The vehicle will not work with an
22  empty tank of gas.  I have never tried it.
23  My guess is it would complain, but it would
24  still get me where I needed to go if I had

Page 11

1  adequate charge in the battery.
2    Q   Conversely, if you ran out of
3  charge in the battery and you had gas, I'm
4  assuming it would just convert to a
5  combustible engine and you would be able to
6  drive it?
7    A   That's right, the generator would
8  kick in automatically.
9    Q   Do you still have that vehicle?
10    A   No.
11    Q   What do you currently drive?
12    A   I think it's a 2018 Chevy Bolt,
13  that's with a B, that is pure electric.
14    Q   Are those the only two vehicles
15  you've had since 2012?
16    A   No.  In between, we had -- I'm
17  going to guess that it was a 2016 Volt, with
18  a V, we had that in between.
19    Q   So take me back to 2012.  You said
20  you literally Googled the program and you
21  found out about it.
22        What was the next step?  What did
23  you do after that?
24    A   So the city has a rather complex

Page 12

1  method of applying to put in a charger.  In
2  the application, the city requires prior
3  ownership of a qualifying electric vehicle.
4  I was nervous that if I wasn't approved for a
5  charger, I wouldn't be able to charge the
6  Volt at all.  I requested preliminary
7  approval from the city, which involves L&I,
8  to determine that I could, in fact, install a
9  charger in front of my house.  There were a
10  lot of rules surrounding that.
11    Q   That was your preliminary approval,
12  you asked for that before you purchased your
13  vehicle?
14    A   I did.  However, the city made it
15  very clear to me that this was not binding.
16  They were being nice and saying, most likely,
17  you can have this installed.  So we took a
18  leap of faith and purchased the 2013 Volt and
19  then I could continue with the application
20  process to have the charger installed.
21    Q   Tell me what steps, if you recall,
22  did you take before you purchased the Volt in
23  order to start the process of getting your EV
24  permit.

Page 13

1    A   Let's see.  I had to fill out the
2  application for the EVPS, submit it to the
3  city, the city then sent inspectors to
4  determine whether or not there were
5  handicapped spaces on the block, the
6  percentage of commercial frontage on the
7  block, how many curb cuts were there and a
8  variety of other factors that were largely
9  beyond my control in terms of whether or not
10  this electric vehicle parking space could be
11  installed and whether the signage could be
12  put in.  So I went through that process and
13  was informed that I was approved and that an
14  EVPS could be put in front of our house.
15    Q   So, essentially, it was mostly just
16  to make sure there was enough capacity for
17  that parking space on the street, the process
18  they went through?
19    A   It's a combination of capacity and
20  also the usage of the area in front of the
21  curbs on the block.  It's two things, really.
22    Q   When you first started this
23  process, you put your application in, the
24  city came out, did you have to pay an

4  (Pages 10 to 13)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 14

1    application fee at that time?
2       A   I think there was an application
3    fee.
4       Q   Do you recall what it was?
5       A   I'm going to guess it was $59.  I
6    haven't looked at that application in years.
7       Q   We might look at it today.  So $59,
8    the city comes out, and I think when we're
9    talking about the city, you are saying L&I.
10   Is that the person who came out?
11      A   It's a combination of departments,
12   I think Streets is involved, L&I is involved,
13   certainly PPA, for sure.  Well, they are the
14   ones who are processing this, so there is a
15   lot that went on that I may not know about.
16      Q   Fair enough.
17         So then you understood you were
18   approved for the application.  Is that when
19   you purchased the vehicle?
20         MR. MATANOVIC:  Objection.
21   Misstates prior testimony.
22   BY MS. KIRBY:
23      Q   You can answer.
24      A   Would you restate the question?

Page 15

1       Q   So you got approved for the space.
2    What happened next?
3          MR. MATANOVIC:  Objection.
4    Misstates prior testimony.
5    BY MS. KIRBY:
6       Q   You can answer.  I can ask this a
7    different way.  What I'm trying to figure out
8    is kind of the timeline.  So the city comes
9    out, says it looks like you're a candidate
10   for this space and then you understood you
11   had this information, so then what happened
12   next, did you start installing a charger, did
13   you purchase a vehicle?
14      A   Now I remember.  Okay.  Once I was
15   officially approved to participate in the
16   EVPS program, then we bought the vehicle
17   because you have to show ownership before the
18   process can continue, which would be then to
19   install the curbside charger.
20      Q   So you were approved to participate
21   in the program, you purchased your vehicle.
22   What happened next?
23      A   Then we hired an electrician who
24   pulled the appropriate permit, we obtained

Page 16

1    the charger, he installed it.  Then his
2    independent electrical inspection agency
3    approved the installation.  The permit was
4    closed.  Then, I believe, I emailed a copy of
5    the independent inspection to the person at
6    PPA who was processing my application,
7    because PPA didn't know -- let me rephrase
8    that.
9          They had no way of knowing that the
10   permit was closed by L&I unless I told them.
11      Q   I see.  The permit you are talking
12   about is the electrical permit?
13      A   That's right.
14      Q   So then you contacted PPA.  What
15   happened after that?
16      A   Once the permit was closed, they
17   sent somebody out to mark up the sidewalk
18   because they were going to be drilling holes
19   in the ground to put in signage.  So that
20   took maybe a month.  Then somebody from PPA
21   came out and put Xs where the signage was
22   supposed to go.  Then maybe a few weeks after
23   that, the signage was installed.
24      Q   How did you charge your car during

Page 17

1    that time or did you have to?
2       A   Honestly, I do not remember.  I'm
3    not entirely clear what the timeline was.  I
4    do remember that it was tight.  I remember
5    being concerned that we wouldn't have access
6    to the charger when we took delivery of the
7    vehicle.
8       Q   Sure.
9       A   I do remember that.
10      Q   Okay.
11      A   I don't think there was much of a
12   gap.
13      Q   So let's talk about the charger for
14   a minute.  What kind of charging station or
15   charger do you have?
16      A   It's a very old charger.  It's made
17   by Blink.
18      Q   Is it the original charger that was
19   installed in 2012?
20      A   Yes.
21      Q   And it's still the same one you are
22   using today?
23      A   It is.
24      Q   Do you guys have to update it or do

5  (Pages 14 to 17)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 18

1   any maintenance to the charger?
2       A   It used to require software
3   updates, but the manufacturer declared
4   bankruptcy a number of years ago.  When that
5   happened, the software support stopped, so we
6   don't update it anymore.
7       Q   But it's still in working
8   condition?
9       A   It still works.
10      Q   Why did you pick the Blink charger,
11  was there any specific reason?
12      A   At the time, chargers were very,
13  very expensive.  There was a program through
14  the Department of Energy that would help to
15  offset some of the cost of the charger.  The
16  electrician that I contracted with was part
17  of this Department of Energy program, so
18  that's the charger that we got.
19      Q   Is the charger -- first of all, is
20  it little?  I have seen chargers all over the
21  city.  Is it a bigger, taller charger, is it
22  one that sits on the ground, what does it
23  kind of look like?
24      A   It's on the larger side because

Page 19

1   it's so old.
2       Q   How does it connect to the vehicle?
3   Is it a plug like I would think of or is it
4   some other way?
5       A   Yes, it's a standard level two
6   charging cable.  It's compatible with most
7   electric vehicles.
8       Q   And the electricity that's supplied
9   to the charger, where does that come from?
10      A   That comes directly from our
11  circuit breaker box in the basement.
12      Q   So the electricity is purchased by
13  you and it comes through your electricity?
14      A   That's right.
15      Q   You said it was a standard level
16  two charging cable.  Is that universal to
17  EVs, electric vehicles?
18      A   No.  Tesla has its own proprietary
19  cable, you can buy an adapter, it's on the
20  market.  It also doesn't support level three
21  charging, which is a much larger plug.  Most
22  EVs would be compatible with this, not a
23  Tesla.
24      Q   Tell me -- I understand I think

Page 20

1   there is the level two, level three, maybe a
2   level one charging cable.  Do you know the
3   difference between the three of them?
4       A   Yep.  Level one is 110.
5           MR. MATANOVIC:  110 volts, you
6   mean?
7           THE WITNESS:  Yes, 110 volts.
8   Level two is 220 volts, level three is
9   some kind of massive amount of DC that I
10  don't have a number on.
11  BY MS. KIRBY:
12      Q   So the level, does it change with
13  the levels, does it change the time that it
14  takes to charge a vehicle?
15      A   Yes.  A level one standard
16  household plug can take easily 12 to 18 hours
17  or even more depending on the size of the
18  battery.  Level two, depending, it could be
19  eight to 12 hours.  Fast DC charging, you get
20  80 percent in about 20 minutes.
21      Q   So how long does it take currently
22  with your Chevy Volt?  If it's completely
23  dead, how long does it take to charge it at
24  your charging station?

Page 21

1           MR. MATANOVIC:  With your charger.
2           MS. KIRBY:  Yes.
3           THE WITNESS:  You know, it's
4   interesting, because it varies based on
5   the weather.  Our vehicle is parked
6   outside.  If we're lucky, eight hours.
7   It can take less than that and I believe
8   it can take longer.  We just don't --
9   try not to deplete the battery, that's
10  not good for it.  It's healthier for the
11  battery to be kept topped off and
12  conditioned.
13  BY MS. KIRBY:
14      Q   Do you keep it plugged in any time
15  the car is parked in its EV space?
16      A   Almost always.  Sometimes we
17  forget.  It's a good practice to keep those
18  vehicles plugged in.
19      Q   Do you have a lock or any sort of
20  mechanism to keep other people from using
21  your plug on your charger?
22      A   Originally, the Blink charger
23  required a pin to log into the system.  It
24  was pretty advanced for its time and that

6 (Pages 18 to 21)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 22

1 would allow charging to start. That part of
2 our charger died, so when we're not using it,
3 I turn the switch off at the circuit breaker
4 box.
5     Q   It sounds like there is a shut off
6 so you can shut off the electricity to the
7 charger?
8     A   Yes. Some people have shut offs
9 right inside their door, some people don't.
10 It just depended, I think, on the inspector.
11    Q   So it sounds like this level two
12 charger is relatively universal. If you left
13 your electricity on and your charger was
14 available, could anyone with a level two plug
15 use your charger to charge their EV?
16        MR. MATANOVIC: Objection, to the
17    extent it calls for expert testimony,
18    but you may answer to the best of your
19    knowledge.
20        THE WITNESS: Functionally, it
21    would work. Tesla is a separate animal,
22    so I really can't speak to them. Some
23    of their vehicles may work, some of them
24    may not. I have never owned one.

Page 23

1 BY MS. KIRBY:
2     Q   You said functionally. What do you
3 mean functionally?
4     A   In terms of the physical plug
5 fitting into a physical receptacle in the
6 vehicle.
7     Q   Has anybody, to your knowledge,
8 ever used your charger other than you?
9     A   Yes.
10    Q   Who?
11    A   I don't know who they are. Every
12 once in a while, somebody will plug in. I
13 used to get a text message when that
14 happened, that part of the system isn't
15 working anymore. If I left the charger off,
16 they are not charging, but they may not
17 realize that. If it was left on, they could
18 charge.
19    Q   Any idea how many times that's
20 happened since you got your charger in 2012?
21    A   I would estimate ten times.
22    Q   Does Blink still have chargers on
23 the market, if you know?
24    A   Yes.

Page 24

1     Q   Even though they are bankrupt?
2     A   They were purchased by another EV
3 charging network, I believe it's called Car
4 Charging, but I'm not positive about that.
5 So the name lives on, the company lives on
6 and they are selling updated models of our
7 charger.
8     Q   Have you ever thought of purchasing
9 an updated model or a different model of your
10 charger?
11    A   No.
12    Q   Why not?
13    A   Well, our charger still works and
14 chargers are still pretty expensive.
15    Q   Let's switch gears a little bit. I
16 want to go back and talk a little bit about
17 the permit. I know you told me kind of the
18 timeline for how you applied and did all
19 those things.
20        When is the first time -- and I
21 have a copy, I can hand it out as Exhibit-1.
22        (At this time, a document was
23 marked as Lewis-1 for identification.)
24

Page 25

1 BY MS. KIRBY:
2     Q   I just put a document in front of
3 you, which looks like it's an electric
4 vehicle parking space application from the
5 parking authority.
6        Have you seen this before?
7     A   Yes.
8     Q   Is this the form you filled out
9 when you first applied for your EV space?
10    A   Yes.
11    Q   So did you receive this and take a
12 look at all the terms and the details before
13 you filled it out and sent it back to the
14 PPA?
15    A   Yes.
16    Q   So you understood all of the
17 requirements of the form?
18    A   To the best of my ability.
19    Q   Did you talk to anyone about this
20 form before you filled it out, either from
21 the city or anyone else?
22    A   No.
23    Q   So what do you understand that this
24 form gives you or allows you to have? If you

7 (Pages 22 to 25)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 26

1  want to take a minute to familiarize
2  yourself, that's more than fine. It looks
3  like you've had a chance to take a look at
4  this application. What did it provide you?
5      A   It provides 24-hour access to our
6  electric vehicle charger.
7      Q   Is that exclusive access?
8      A   Anyone with an electric vehicle can
9  park in the charging space.
10     Q   So did you ever have periods of
11 time between 2012 and now where people,
12 electric vehicles, did park in that space?
13     A   Yes. It was rare, but it did
14 happen.
15     Q   Was there anything you could do if
16 someone parked there, an electric vehicle?
17     A   No.
18     Q   What about nonelectric vehicles,
19 did you ever have people park there that were
20 not electric?
21     A   Yes.
22     Q   How often?
23     A   Oh, boy.
24         MR. MATANOVIC:  Are we asking

Page 27

1      before or after the amendment?
2  BY MS. KIRBY:
3      Q   Let's start with before, with the
4  24-hour access.
5          MR. MATANOVIC:  Before, we're
6      referring to the amendment to the
7      ordinance that precipitated this action.
8          THE WITNESS:  Right. It was
9      exceedingly rare. In all those years,
10     definitely under ten times.
11 BY MS. KIRBY:
12     Q   So what would you do if you did see
13 someone parked in that space that was not an
14 EV?
15     A   Mostly that was a misunderstanding
16 or someone didn't read the signage. I would
17 usually put a friendly note on the windshield
18 wipers reminding them this is an EV only
19 space.
20     Q   For the most part, everybody moved
21 relatively quickly?
22     A   Yes.
23     Q   What happened to your car if you
24 came home and someone was in that spot, what

Page 28

1  would you generally do?
2      A   We would have to park elsewhere on
3  the block.
4      Q   If you had parked close to the
5  spot, but not in it because there was a car
6  there, could you still charge your EV?
7      A   I never tried that. The plug might
8  reach, but I think that's a safety hazard to
9  run a wire that far from the charger in front
10 of or behind. I would never do it.
11     Q   Fair enough. So this permit, what
12 did you understand -- how long did you
13 understand this was in place? Once you
14 received approval for the permit, how long
15 did the permit last?
16     A   In perpetuity.
17     Q   Was there ever a time that you had
18 to reapply?
19     A   Every year, we need to renew a
20 permit and provide proof that we still
21 possess a qualifying electric vehicle.
22     Q   So if there was a renewal period
23 that didn't conflict with the idea that this
24 was in perpetuity, you understood this permit

Page 29

1  was still in effect forever?
2      A   As long as I maintain the charger
3  and possess a qualifying electric vehicle,
4  there was no termination of this program
5  built into the application process.
6      Q   So what would happen if you failed
7  to pay the reapplication fee every year?
8      A   The city would remove the signage
9  allowed for electric vehicle only parking and
10 they might request that the charger be
11 removed, but I'm not entirely sure that that
12 would happen.
13     Q   Did you ever not pay the renewal
14 fee?
15     A   I always paid it.
16     Q   Always on time?
17     A   On time.
18     Q   So is it fair to say if someone
19 didn't pay the renewal fee, all of those
20 things you just stated could happen, they
21 could remove the signage, they could tell you
22 to remove your charger?
23     A   Yes.
24     Q   Do you know anyone who that has

8 (Pages 26 to 29)

Theodore Lewis
December 11, 2019

Page 30

1   happened to?
2      A   No.
3      Q   Is it fair to say there were terms
4   and conditions in order to keep this permit
5   continuous?
6      A   Yes.
7         MR. MATANOVIC:  Objection to the
8   form.
9   BY MS. KIRBY:
10     Q   If you didn't meet those terms or
11  conditions, the permit could be revoked?
12        MR. MATANOVIC:  Same objection.
13        THE WITNESS:  That's correct.
14  BY MS. KIRBY:
15     Q   What about -- and I think you said
16  this, one was the sale of the vehicle.  I
17  know you said you purchased a few vehicles
18  during this time, how did you inform or --
19  well, first of all, did you have to inform
20  the city if you purchased a new EV?
21     A   Yes, I would like to offer a
22  correction there.  It's either purchase or
23  lease.  So we purchased one and leased two.
24  Yes, we have to provide proof to the city

Page 31

1   that we possess a qualifying electric vehicle
2   every year.
3      Q   So it's fair to say that if you
4   submit this, say January 1st, the city
5   assumes you have that vehicle until the
6   following January and then you have to
7   provide burden of proof again?
8      A   We're obligated as part of this to
9   notify the city if we sell or otherwise
10  dispose of our qualified EV, that's on us, we
11  have to do that.
12     Q   If that happened in June, if you
13  apply if January, it happened in June, it's
14  your obligation to let the city know?
15     A   That's correct.
16     Q   Your understanding, if an EV
17  vehicle -- if you sold your EV vehicle, did
18  not purchase or lease a new one, the city
19  would come out and take down your signage?
20     A   Yes.
21     Q   I think you said something about
22  they may request you to remove the charger.
23  Do you know if there was a requirement that
24  you remove the charger if you don't have an

Page 32

1   EV vehicle or --
2      A   This gets rather complex.  The
3   city, to the best of my knowledge, still has
4   a program in which you can install a charger
5   without the accompanying EV signage.  So to
6   the best of my knowledge, as long as a
7   charger was permitted, installed, inspected
8   and maintained, you could keep it.  That may
9   not be entirely accurate, but it's the way I
10  understand things.
11     Q   So based on that understanding, if
12  this whole program went away tomorrow and
13  they came and took all of the signage away,
14  you understand you could still keep your
15  charger if you keep up with those
16  requirements?
17     A   I have to say it's unclear.  It's
18  very unclear.  I would be very nervous if
19  that happened.
20     Q   Would you keep your charger if the
21  program were to go away?
22     A   Yes.
23     Q   And you would attempt to park your
24  vehicle there and still continue to charge it

Page 33

1   there?
2      A   We would try.  Electric vehicle
3   technology changes every day, so I can't
4   speak as to what the futures holds, if there
5   will be some proliferation of chargers, will
6   electric vehicles be able to be charged in
7   minutes and not hours, there is a certain
8   amount of calculus that would go into that.
9      Q   Let me backtrack a little bit.
10  That leads me to another question about the
11  level two and level three chargers.
12        Can you get a level three charger
13  outside of the house residentially or no?
14     A   That would be prohibitively
15  expensive and I sincerely doubt the city
16  would approve a level three charger in front
17  of a residential property.
18     Q   Why do you say that?
19     A   Because the electricity supplied to
20  a resident cannot possibly support the energy
21  of level -- that's a lot of electricity.
22     Q   Are there any level three chargers
23  in the city?
24        MR. MATANOVIC:  In this program or

9 (Pages 30 to 33)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 34

1        in general?
2            MS. KIRBY:  Just generally.
3            THE WITNESS:  Tesla maintains a
4    super charger network.  Super chargers
5    are proprietary level three chargers.
6    So a super charger, I believe Tesla has
7    some of those.  I don't own a Tesla, so
8    I don't have access to their network or
9    even where it is.  Also, part of Tesla's
10   network involves level two chargers.
11   Now, our Bolt does not have the capacity
12   for level three charging, that was an
13   expensive option that we didn't get.
14   The reason we didn't get it is because I
15   don't know of any level three chargers
16   that we could use that are anywhere near
17   our house.
18   BY MS. KIRBY:
19       Q    Since we're down this path, let's
20   continue on it.  Are there any other chargers
21   in the city that you can use, other than this
22   program, this residential program, are there
23   any public chargers in parking garages or
24   anything like that?

Page 35

1        A    Yes, they do exist, none near me,
2    though.
3        Q    Would it be convenient for you to
4    drive to the grocery store and charge versus
5    charging at home or drive to the mall and
6    charge versus --
7        A    In all these years, we have never
8    been able to make that work.
9        Q    Okay.  Why not?
10       A    If a parking garage states that it
11   has a charger, good luck finding it.  When
12   you find it, somebody is definitely going to
13   be plugged in, because a lot of people have
14   EVs with limited range and they are driving
15   into the city to work, they know where those
16   chargers are.  Yes, they need access to those
17   chargers.
18       Q    To your knowledge, you've never
19   been able to drive somewhere else and charge?
20       A    I don't think I have ever done it.
21       Q    You said that -- something you said
22   also sparked another question.  You said the
23   Bolt has the option for a level three
24   adapter.  Does that mean if you had purchased

Page 36

1    the level three adapter, could you still
2    charge outside your home with your level two
3    plug?
4        A    Good question.  Yes.  It's a hybrid
5    plug.  If you want to use level three, you
6    open up a special port towards the bottom and
7    it's a giant plug and it goes right over the
8    level two charging plug.  Tesla is completely
9    different.
10       Q    We'll speak kind of about the
11   non-Tesla's here.
12           Essentially, you said you didn't
13   get it because it was too expensive?
14       A    And we never use it.
15       Q    I want to go back to our
16   application.
17           You said if you sell your car and
18   you don't get another EV, that's a reason for
19   the permit to be -- I guess the permit to be
20   revoked or the street signs to be removed.
21   Any other reasons?
22       A    Can you say that again?
23       Q    What happens if you sell your
24   house, does the charging station stay with

Page 37

1    the house and the permitted space?
2        A    Under the current ordinance or the
3    original ordinance?
4        Q    The original ordinance, if you
5    know?
6        A    The original ordinance -- if the
7    original ordinance was still in force, a new
8    owner, I believe, could maintain that space
9    as long as they had a qualifying electric
10   vehicle.
11       Q    What about after the amendment?
12       A    So that's another gray area.  After
13   the amendment, the signage will be removed
14   and that has happened.  However --
15       Q    With the sale of a house?
16       A    Right.  However, to the best of my
17   knowledge, if you properly maintain the
18   charger, it can stay, but I'm not positive
19   about that.
20       Q    Any other reasons that you know of
21   that the signage would be removed?
22       A    Yes.  If you abuse the trust placed
23   with you by the city and that would mean
24   allowing a nonelectric vehicle to park in the

10  (Pages 34 to 37)

Theodore Lewis
December 11, 2019

Page 38

1    space, it's akin to if you get a handicapped
2    space and you allow somebody with a
3    non-handicapped vehicle to park in that space
4    and the city finds out about it, the signage
5    would be removed. It's a parallel there.
6        Q   Do you know if that's happened to
7    anybody who has a private charger?
8            MR. MATANOVIC: Within the program.
9    BY MS. KIRBY:
10       Q   Within the program.
11       A   I have never heard of anybody who
12   has abused this trust.
13       Q   Did you receive any sort of
14   notification that your permit was expiring
15   and you needed to renew it or did you usually
16   know when the year was up?
17       A   I have a reminder on my calendar.
18   The city is supposed to mail renewals,
19   renewal notices.
20       Q   What did you need to provide with
21   your renewal or what do you provide with your
22   renewal?
23           MR. MATANOVIC: When?
24

Page 39

1    BY MS. KIRBY:
2        Q   Just any time, last time you
3    renewed.
4        A   There is a fee and I have to send a
5    copy of my registration and I think that's
6    it.
7        Q   Did you have to at any time do you
8    have to tell the city -- strike that.
9            Does the city ever come out and
10   look at your charging station to make sure
11   it's in working order or that it's safe?
12       A   We happen to live across the street
13   from Licenses and Inspections, I would say
14   our charger is the most inspected charger in
15   the city.
16       Q   How does that process work?  If
17   there is going to be an inspection, do they
18   give you notice, do they just pop in, what
19   happens?
20       A   The city works in mysterious ways,
21   I do not have that information.
22       Q   How do you know it's been inspected
23   then?
24       A   For sure, I can't tell, but there

Page 40

1    is no requirement for ongoing inspections, we
2    must maintain the charger.
3        Q   So you don't know of anyone who has
4    had their charger removed due to safety
5    issues or lack of maintenance?
6        A   No.
7        Q   I think I asked this, but I just
8    want to make sure, you don't know anyone
9    whose charger has been -- I'm sorry, the
10   signage has been removed because they failed
11   to pay their reapplication fee or their
12   yearly fee?
13       A   Oh, in that case, I can't remember
14   the person's name specifically, but I do know
15   there was one person who did not receive --
16   claims to have not received a renewal notice
17   from the city who didn't have their own
18   reminder failed to renew and did have their
19   signage removed.
20       Q   Do you know if they got it back?
21       A   They did not.
22       Q   Do you know why they didn't get it
23   back, was it something they said, screw it,
24   we don't want to deal with it anymore or --

Page 41

1        A   Once it's gone, it's gone.  I'm
2    sorry, let me -- under the original program,
3    if the signage was removed, it's my opinion
4    if you reapply with the PPA, you can get the
5    signage back.  Currently, if the signage is
6    gone, it's gone.
7        Q   Your understanding is you can't get
8    it back under the new program?
9        A   That is my understanding, yeah.
10       Q   Do you have any personal knowledge,
11   do you know anyone who tried to get it back?
12       A   No.
13       Q   Did anyone, if you know, not get
14   reapproved for either not having another EV
15   vehicle, having issues with their charger --
16   I understand there is this one instance where
17   someone failed to send their application
18   in -- anyone else you know who didn't get
19   approved for renewal for any other reason?
20       A   No.
21       Q   And anyone else that you know whose
22   signage was revoked for any abuses that we
23   talked about?
24       A   No.

11 (Pages 38 to 41)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 42

1    Q   So I think you said, under the
2 original program, your understanding is that
3 the charger could stay if the house was sold?
4    A   Yes.
5    Q   Do you know anyone who did that,
6 who sold their house and the charger stayed?
7    A   Yes.
8    Q   Do you have any idea if that raises
9 the value of your house at all?
10    A   That's a good question.  I'm not
11 sure.  There is a liability aspect associated
12 with maintaining a charger.  At the same
13 time, a new owner with an electric vehicle
14 could plug in and charge.
15    Q   So it's a little bit of both, there
16 is a liability, but also a benefit?
17    A   There are pluses and minuses.
18    Q   Let's assume for a minute that the
19 new ordinance isn't in place, you are working
20 under the old ordinance, if you decided to
21 sell your house and left the charger up
22 front, would you try to sell your house for
23 more than you would without the charger?
24        MR. MATANOVIC:  Objection to the

Page 43

1 form.  You can answer.
2        THE WITNESS:  It would be such an
3 infinite decimal tick in a sale price, I
4 can't even imagine putting a value on
5 that.
6 BY MS. KIRBY:
7    Q   So you don't think it's all that
8 valuable?
9        MR. MATANOVIC:  Objection to the
10 form.
11        THE WITNESS:  It depends.  EV
12 ownership is still a bit of a specialty
13 so a prospective buyer of a property
14 that has a charger might be very, very
15 concerned about having that charger and
16 might even ask to have it removed prior
17 to purchasing the house.
18        (At this time, a document was
19 marked as Lewis-2 for identification.)
20 BY MS. KIRBY:
21    Q   I see.  So I have some documents.
22 I just want to ask you generally about some
23 of these.  I'll give you the single-sided and
24 then we can scope the double-sided.  This

Page 44

1 will be Lewis-2.  Take a look at the
2 document.  I really just want to know what
3 this is, after you've had a chance to read
4 it, of course.
5    A   This appears to be my renewal.
6    Q   So is this something that's
7 generated after you send in your check or is
8 this something they send you and then you
9 send it back?
10    A   They are supposed to generate this
11 and mail it to us prior to the EVPS
12 expiration.
13    Q   This one looks like it's -- the
14 expiration date says April 30, 2013, payment
15 date May 1, 2013, correct?
16    A   Correct.
17    Q   In the amount of $25.  Does that
18 all sound right?
19    A   Yes.
20    Q   There is some writing on here,
21 check 1038, 5/16/2013.  Would you understand
22 that to be the check you sent in for this?
23    A   Yes, that's my notation.
24    Q   This is your handwriting?

Page 45

1    A   Yes.
2        MR. MATANOVIC:  Off the record.
3        (At this time, a discussion was
4 held off the record.)
5 BY MS. KIRBY:
6    Q   I just wanted to know what I was
7 looking at there.  You can put that one
8 aside.  I'm going to give you another copy.
9 Take a look at this.  It looks like it's --
10        MR. MATANOVIC:  Six pages.
11        MS. KIRBY:  It's going to be three
12 for him.  Ours is double-sided.
13        MR. MATANOVIC:  Thank you.
14        (At this time, a document was
15 marked as Lewis-3 for identification.)
16 BY MS. KIRBY:
17    Q   You've had a chance to take a look?
18    A   Yes.
19    Q   Are these also renewal forms?
20    A   They appear to be.
21    Q   It looks like the first page I have
22 here, which has an expiration date of
23 July 31, 2013, has a $100 amount due; is that
24 correct?

12  (Pages 42 to 45)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 46

1    A   It does.
2    Q   The second one I have, which is
3  expiration date 2/28/2014, has $75; is that
4  correct?
5    A   Correct.
6    Q   Do you have any idea why those are
7  different?
8    A   No.
9    Q   If you look at the third one, it
10  says, expiration date, January 31, 2014, so
11  that's, you know, just a month before the
12  second page, which is 2/28/14.  I'm just
13  trying to make heads or tails of these
14  documents.  If you can't, that's fine.
15  Mostly the amounts and dates is what I'm
16  trying to figure out what they mean.
17    A   Can you restate the question?
18    Q   I mean, generally I'm just trying
19  to understand some of these dates and why
20  these are less than a year period.  If you
21  don't know, that's fine.
22    A   I honestly don't know.
23    Q   The only last thing I'll say is it
24  looks like the first one, two, three, four

Page 47

1  pages have actual writing on them.
2        Is that all your handwriting?  This
3  first one says $100, $75, $75 and $75?
4    A   That is all my writing.
5    Q   That's all your writing as opposed
6  to the PPA or the city?
7    A   Yes.
8    Q   When you were sending in this
9  invoice, you said you are paying $100 by
10  check, here is the number, here is the date,
11  all that kind of stuff?
12    A   That's correct.
13    Q   And your understanding with all of
14  these is these were for renewals, none of
15  these were for the original application?
16    A   They appear to be renewals.
17    Q   Fair enough.  I just wanted to
18  figure that one out.
19        (At this time, a document was
20  marked as Lewis-4 for identification.)
21  BY MS. KIRBY:
22    Q   Take a look at that, Mr. Lewis, and
23  let me know when you've had a chance to look.
24    A   I have looked at this.

Page 48

1    Q   What is this, if you know?
2    A   May I take a moment to count these?
3    Q   Sure.  Take your time.
4    A   This appears to be a list of
5  everyone approved under the original EVPS
6  program prior to the ordinance change.
7    Q   After the ordinance change, was
8  there anyone who should be added to this
9  list?
10    A   After the ordinance change, there
11  were approximately seven people with pending
12  applications.  I do not believe they are
13  reflected in this list.  I could be wrong.
14    Q   Just to clear that up, they were
15  pending, which means they were -- the
16  applications were submitted prior to the
17  ordinance change, correct?
18    A   That's correct.
19    Q   Then they were still just not
20  approved and then those people were approved
21  after the ordinance was changed, if you know?
22    A   Some of them were approved.  I am
23  not sure that all of them were.
24    Q   Do you know anyone who wasn't

Page 49

1  approved?
2    A   I believe there may have been one
3  or two people who abandoned the continuation
4  of their application, but I don't know
5  specifically why they didn't continue.
6    Q   Did you put this list together or
7  do you know where this list came from?
8    A   I don't make headers like this, so
9  this came from somewhere.  I may have this
10  file on my computer, but I do not believe I
11  generated this specific spreadsheet.
12    Q   Do you have any idea why it was
13  generated?
14        MR. MATANOVIC:  Objection to the
15    form.  You may answer.
16        THE WITNESS:  I may have asked for
17    this, but it's been a long time.  This
18    may have been generated by the PPA, I
19    think it was.
20  BY MS. KIRBY:
21    Q   This was information you requested,
22  hey, who has EV permits out front of their
23  house or has EV parking?
24    A   Again, it's been a long time, but

13  (Pages 46 to 49)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 50

1    that is probable or possible.
2        Q   Fair enough.  I know we've been
3    talking kind of generally about your parking
4    space or the parking space in front of your
5    house.
6            Has your ability to use that
7    parking space changed since the amendment?
8        A   Yes.  Our charger is routinely
9    blocked.
10       Q   Is it routinely between 6:00 a.m.
11   and 6:00 p.m.?
12       A   Yes.
13       Q   So, technically, that's legal for
14   someone to park there between 6:00 a.m. and
15   6:00 p.m., legal for any period?
16       A   For a two-hour period.
17       Q   Do you get people who come and park
18   for longer than two hours?
19       A   Definitely.
20       Q   Are you home during the day or do
21   you go to work?
22       A   I'm home most of the time.
23       Q   So you can see kind of what's going
24   on out front?

Page 51

1        A   Generally.
2        Q   Is your vehicle at home during the
3    day?
4        A   Most of the time.
5        Q   So you are the one who drives the
6    vehicle?
7        A   And my spouse.
8        Q   Do they take it -- who drives every
9    day to work, no one, do either of you guys
10   drive to work?
11       A   Either of us drive to work.
12       Q   So you would say there are more
13   people parked in the space after the
14   amendment?
15       A   That is a fact.
16       Q   What about between 6:00 p.m. and
17   6:00 a.m.?
18       A   That probability is the same, as in
19   before the ordinance changed.  Every once in
20   a while, we would get somebody who blocked
21   the charger overnight, but I would say the
22   probability within that time frame is the
23   same.
24       Q   Do you often get other EVs that

Page 52

1    come and park in that space?
2        A   Rarely.
3        Q   Do you know if there are any other
4    EVs in the area, I guess in the South Philly
5    area, East Passayunk?
6        A   There is a charger on 11th, there
7    is a charger by Geno's and Pat's.  By
8    charger, I mean a participant in the EVPS
9    program and I know of one other person in the
10   Passayunk neighborhood who owns a Volt.
11       Q   Have you ever parked in any of
12   those spots where those chargers are?
13       A   No.
14       Q   Could you use those chargers if you
15   wanted to, if you got permission from the
16   owner of that permitted spot?
17           MR. MATANOVIC:  You mean to charge
18       the vehicle?
19           MS. KIRBY:  Correct.
20           THE WITNESS:  That really depends
21       on the owner of the property.
22   BY MS. KIRBY:
23       Q   I mean, if they agreed.  If you
24   pulled up and said, hey, my car is dead, it's

Page 53

1    not going to make it to my house, can I plug
2    in real quick and you knew the owner and you
3    guys were friends -- I guess,
4    technologically, you could charge, correct?
5        A   This is just a situation that I
6    can't comment on, because I have no
7    experience in that regard.
8        Q   What about if the chargers were
9    converted for public use, then you could
10   probably use any of those, correct?
11       A   Yes.
12       Q   If your charger was converted for
13   public use, would anything need to be done to
14   the charger?
15           MR. MATANOVIC:  Objection, to the
16       extent it calls for expert testimony,
17       you may answer to the best of your
18       knowledge.
19           THE WITNESS:  Our charger would
20       need to be replaced with a charger that
21       would allow for people to park and
22       charge using whatever network that is
23       that installed the charger for that use.
24

14 (Pages 50 to 53)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 54

BY MS. KIRBY:
1    Q   What do you mean network?  You
2    understand this much better than me, so teach
3    me.
4    A   Aside from Tesla's charging
5    network, I think there were two large
6    charging networks in the United States.  Car
7    charging is one and then there is another
8    one, I don't know if they are using the Blink
9    name.  Honestly, I don't remember.  Chargers
10   associated with those networks allow a user
11   to card in and then pay whatever rate that
12   charger charges the customer.  For instance,
13   it would know if I carded in, that this
14   charger is connected to my personal
15   electrical service, so it's smart enough to
16   know that I don't get charged.  Now, this is
17   entirely hypothetical, but -- and I don't
18   even know how the billing would work -- but
19   somebody could card in and charge, I don't
20   know how I would get reimbursed, it would be
21   complicated.
22   Q   Let me back up so I understand.
23       First of all, when you say card in,
24

Page 55

1    put your credit card in, correct?
2    A   It's actually an access card to the
3    charging network.  If you are a member of the
4    Blink network, you have a Blink card.  We
5    have a Blink card.  I think Car Charging is
6    another one.  Some commercial chargers may
7    allow you to tap in with a credit card or a
8    touchless system, like Apple Pay.  I just
9    personally have never used them.
10   Q   So do you have any idea how many
11   different kinds of charges or networks, I
12   guess you said Blink was one, Car Charging
13   was one, are there hundreds of them or just a
14   couple?
15   A   Oh, no, maybe three or four.
16   Q   Do you have to pay to get access to
17   the Blink network, you personally?
18   A   No.  Membership is free.  I'm not
19   sure if that's true with all of the charging
20   networks.  I believe it's free to belong.
21   Q   If you wanted to belong to one of
22   the other networks, you believe you could go
23   sign up and get one of their access cards?
24   A   There may even be a way, if I

Page 56

1    wasn't a member of the network and I needed a
2    charge, to actually do it in realtime, either
3    through an app or a browser, I think the
4    access cards are kind of old technology at
5    this point.
6    Q   In terms of the infrastructure for
7    Blink, or I think you said Car Charging, it's
8    all technically the same, but it's a matter
9    of whether you can have access to it.  If
10   your neighbor is not on the Blink network,
11   they are on the Car Charging network,
12   technically, you can still plug in, but in
13   order to get access, you would have to be a
14   member of that network aside from having to
15   have an agreement with the neighbor, of
16   course?
17       MR. MATANOVIC:  You are asking if
18       the neighbor had a commercial charger
19       associated with one of these other
20       networks?
21   BY MS. KIRBY:
22   Q   So do you have to be a member of
23   Blink in order to use your charger out front
24   of your house?

Page 57

1    A   No.
2    Q   So the networks are only for the
3    commercial chargers?
4    A   That's correct.
5    Q   So let's change the scenario.  Say
6    you are in the city, you are driving around,
7    you get to a parking garage and there is a
8    Car Charging network plug, you can
9    technically plug your Bolt in, correct?
10   A   Yes.  We would card in and we would
11   be charged the prevailing rate.  It depends
12   on the owner of the charger, because
13   someone's electricity is being connected to
14   that charger, whether it's a parking garage
15   or the city or it's going to show up on
16   someone's bill, so the relationship there is
17   between the owner of the electrical service
18   and the charging network.
19   Q   So really the only issue with
20   plugging into a commercial charger that's not
21   Blink, for you, would be to have access to
22   that network and of course paying the bill?
23   A   Yeah.  I think that the networks
24   make it very easy.  I don't think you would

15 (Pages 54 to 57)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 58

1  be turned away because you weren't a member.
2  There would be a way to do it.
3      Q   Let's go back to your specific
4  charger.  Say the city approached you and
5  said, hey, we want to convert this to public
6  use, what would be your response, would you
7  be okay with that or not be very happy with
8  it?
9      A   I would be personally thrilled to
10  share this charging infrastructure.
11      Q   What happened -- do you think there
12  would be any concerns with your access to the
13  charging station if they converted it?
14      A   The beauty of the charging networks
15  is when your vehicle is charging, you are
16  sent a text message or an email or a
17  notification through an app and given a grace
18  period in which to move your vehicle.  If you
19  do not disconnect your vehicle within the
20  grace period, you generally are charged a fee
21  for blocking that charger for other use.
22      Q   So that's kind of the general way
23  the commercial workers work?
24      A   Yes.

Page 59

1      Q   How long is the grace period; do
2  you know?
3      A   I honestly don't know.  My guess
4  is --
5      Q   Is it like 30 minutes or 12 hours
6  or something?
7      A   Oh, no.  It's in a number of hours.
8  I have never tested it to know when I -- it's
9  conjecture on my part, I think.
10      Q   And I think you testified earlier
11  that if the city approached you and said,
12  hey, let's convert this to public, they would
13  have to replace the charger you have
14  currently?
15      A   Yes.
16      Q   I think we kind of talked a little
17  bit about the reasons, but go through them
18  again with me.  The first one seems to me
19  there would be an issue because it's
20  connected to your electricity, correct?
21      A   Yes, that's an issue.  It's not
22  unsolvable.
23      Q   How would you propose it get
24  solved?

Page 60

1      A   So if a commercial network would be
2  interested in what I pay for kilowatt hour,
3  so we are environmentalists, we choose to buy
4  local wind and solar electricity, so our base
5  rate is relatively high at 11 cents per
6  kilowatt hour without the distribution fees
7  that PECO taxes on.  So they'll look at that
8  rate and then they'll determine how much
9  extra they want to charge, because if it's a
10  commercial charger, they are then maintaining
11  it, it's their equipment, they are paying for
12  their administrative fees.  Then the question
13  would be how much do I want.  As we are
14  committed to EV ownership and are committed
15  to combating climate change and are committed
16  to this environment, we would make it cost
17  neutral.
18      I would add that I would bet most
19  of the program participants would feel the
20  same way, but that's my opinion.
21      Q   Do you know if there is a way that
22  they could technically disconnect it from
23  your electricity and just connect it to the
24  street or something like that to avoid that

Page 61

1  whole process --
2      A   Yes, and other cities have done
3  that, notably in Scandinavia.  The obvious
4  connection points are street lights.
5      Q   Of course.
6      A   So running an underground cable
7  would cost money, it could be done, it just
8  changes who is supplying the electricity,
9  it's electricity, so, you know --
10      Q   Other than the electricity issue,
11  going back to you said your charger would
12  need to be replaced.  Any other reason or is
13  it just because they have to figure out how
14  to work with the electricity, is there
15  infrastructure that is out of date or
16  anything else?
17      A   Yes.  Our charger is very old and
18  its network technology is no longer
19  compatible with the Blink network.
20      Q   To your knowledge, the other
21  participants in the program, do they all have
22  different kind of chargers, do most of them
23  have Blink, one kind or the other or is it
24  all over the board?

16 (Pages 58 to 61)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 62

1      A   I would say, functionally, which is
2  really the important aspect here, all of our
3  chargers function the same way.  They may be
4  supplied by different manufacturers, but the
5  function is identical.
6      Q   So you could go use another car
7  charger and it would work fine for you, if
8  everything was set up where you could dip
9  into it or card into it?
10     A   That question has a lot to unpack.
11     Q   Again, I think you've kind of
12  answered this.  I want to make sure I
13  understand.
14         You roll up to another commercial
15  charger in the neighborhood, everything is
16  converted to commercial charging, but it's a
17  car network versus Blink, you can still use
18  it?
19     A   Well, Blink is a network.
20     Q   Say it's not Blink, it's another
21  network, you can still use that?
22     A   If I was a member, and I probably
23  am, yes, chances are I could use it.
24     Q   Have you talked to any of the other

Page 63

1  EV permit participators about converting
2  these to public use?
3      A   Yes.
4      Q   What's the consensus?
5      A   It is all over the map.  Not
6  everybody wants to have the responsibility of
7  a commercial charger.  There are a lot of
8  problems with that.  There is insurance.
9  Then, say, a homeowner is getting a one cent
10  per kilowatt hour, now they are running a
11  business, there is business privilege tax,
12  business license, that's a lot for a
13  homeowner, so asking people to do that, you
14  are going to get a hard no.  Some people
15  might.
16     Q   In a perfect world, what would you
17  like to see happen to your charger?
18         MR. MATANOVIC:  Objection to the
19     form.  You can answer it.
20         THE WITNESS:  In a perfect world, I
21     would love it if other EV owners could
22     charge.  I would be thrilled, but that's
23     just me.
24

Page 64

1  BY MS. KIRBY:
2      Q   Technically, you could let other EV
3  owners charge now, you are just on the hook
4  for the bill, right?
5      A   This opens a real can of worms and
6  a lot of it is liability.  I would say people
7  would be sensitive about that, the liability.
8      Q   When you mean liability, are you
9  talking about people getting electrocuted
10  from your charger or that sort of thing,
11  what's the gamut of liability?
12     A   You are allowing somebody -- even
13  if they are a friend, you don't necessarily
14  know who they are and they are connecting to
15  your personally maintained charger.  As with
16  letting anybody use your stuff, there are
17  implications.
18     Q   One question I don't think I asked
19  you, but do you recall when you first got
20  approved for the program?  Was it in 2012?
21     A   I believe it was December of 2012,
22  but I may be confusing that with when we were
23  told by the dealer that we were getting our
24  2013 Volt.  The time frame is close.

Page 65

1      Q   Were you an early adapter or were
2  you guys kind of middle of the road, where
3  were you in terms of EV program
4  participation?
5      A   My recollection is we were the
6  second in the city.
7      Q   Wow.  Okay.
8      A   I think here it says EVPS, number
9  two.
10     Q   That's the document dated May 31,
11  2013?
12         MR. MATANOVIC:  Bates ending 180.
13         MS. KIRBY:  Lewis-5.
14         MR. MATANOVIC:  Bates ending 419
15     through 430.
16         (At this time, a document was
17     marked as Lewis-5 for identification.)
18  BY MS. KIRBY:
19     Q   When we're talking about the Bates,
20  we're talking about this little number in the
21  corner, this tiny number, that's an easy way
22  for us to take a look at everything.
23         MR. MATANOVIC:  That's how we
24     identify the document for the lawyers.

17 (Pages 62 to 65)

Theodore Lewis
December 11, 2019

Page 66

BY MS. KIRBY:
1     Q   I'll have you take a look at what
2  is here and I want to go over what all of
3  this means.  Take your time.  I'm looking at
4  the first one down here that ends in Bates
5  number 419.  Is that the same one you are
6  looking at?
7     A   Yes.
8     Q   It looks like an invoice from
9  Electric Wizardry, dated January 23, 2013?
10    A   Yes.
11    Q   Do you know what this is for?
12    A   This is my bill for installing the
13 charger.
14    Q   So this is when you first got the
15 charger installed?
16    A   It says work completed.
17    Q   Where do you see that?  Okay.  I
18 see it, work completed.  So it says visit on
19 12/21/12, installed wiring to accommodate
20 electric car charging station as estimated,
21 number 607, presented on 9/28/12.  So this is
22 the original bill for installing the charging
23 station?

Page 67

1     A   It appears to be.  Oh --
2     Q   Did you have --
3     A   There is a lot to this process.
4     Q   What I want to figure out is how
5  much in total it costs you to install your
6  charging station when you installed it back
7  in, it looks like 2012, 2013.  Is this
8  $1,700.57 a charge that was included in
9  installing your charging station?
10    A   Yes.
11    Q   I'm going to probably get my phone
12 out at one point so we can count this all up.
13 I'm going to put this on a piece of paper for
14 us to add up, if we can.  Then I want to go
15 to the next page, which is 420.  This has the
16 same amount at the bottom, $1,700.57.  At
17 least based on what I see, it looks like this
18 is the estimate, which it says on the top
19 right versus the invoice.  Does that look
20 right to you?
21    A   It is an estimate.
22    Q   So this estimate is related to this
23 invoice, it's the same thing, essentially.
24 This is them saying, hey, this is how much we

Page 68

1  think it's going to cost, they came out and
2  they did it and this is the actual amount it
3  costs?
4     A   That's an estimated number and then
5  an invoice number.
6     Q   To your knowledge, did you pay
7  $1,700.57?
8     A   There is an indication that I paid
9  more.
10    Q   Maybe we'll get to it.  At least
11 for this invoice that we're talking about, do
12 you recall paying this $1,700.57 on that
13 first page?
14    A   Most likely I paid this, yes.
15    Q   So take the first two pages, let's
16 move on to the third page, which is 421.
17 Again, up at the top, it says estimate on the
18 right-hand topside.  Then take a look at the
19 description here and tell me if this rings a
20 bell or you recall them coming out to tell
21 you anything about this.  What I'm trying to
22 figure out about this document is does it
23 relate to this document, this 419 and 420, or
24 if it's a separate estimate that was paid.

Page 69

1  If you don't know, that's fine, I just want
2  to know if we can clear any of these up.
3     A   I'm remembering this now.  Number
4  421, that fee does not include anything to do
5  with mounting the charging station.  The 420
6  was updated because the electrician installed
7  a post, a beautifully designed wood mounting
8  bracket so that it would look nicer on the
9  street.  Then he updated his estimate.  So I
10 would have paid the $1,700.57.
11    Q   So this 421 is an old, outdated
12 estimated that was updated in 420 to hit that
13 $1,700.57?
14    A   To the best of my recollection.
15    Q   Let's take a look at the next page.
16 I wrote down $1,700.57, because we may add it
17 with some of these other costs.  So this is
18 different.  This looks like we're on 422 now,
19 SPX Service Solutions customer invoice, and I
20 see a date of January 30, 2013.  Take a look
21 at this and tell me if you can figure out
22 what this is.
23    A   SPX was a certified provider of the
24 Blink charger who worked with Electrical

18 (Pages 66 to 69)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 70

1    Wizardry, which was an entity that was also
2    part of this program.  The electrician and
3    supplier of the charger had to be aligned
4    with the Department of Energy in order to get
5    what we see here on 422 is the $400
6    incentive.  The chargers is quite expensive.
7        Q   Let me go through 422 with you.
8    I'm looking at the description items down
9    here.  The first one says, Ecotality install
10   for $1,529.  Do you know what that is?  Is
11   Ecotality the name of the charger?
12       A   Ecotailty is technically the entity
13   that went bankrupt, to the best of my
14   knowledge.  They are the ones who supplied
15   the Blink charger.
16       Q   Ecotailty install could be
17   charging -- I'm sorry, installing the
18   charger?
19       A   But they didn't do it.  This is, I
20   think -- the electrician may have operated
21   under the Ecotality umbrella, but it appears
22   that the electrician had additional fees,
23   which is why, on number 420, we see me
24   totaling up my actual out of pocket for

Page 71

1    installing this thing, which would be
2    $2,747.25, that was my notation.
3        Q   It looks like that is an addition
4    of the $1,700.57, from this estimate on this
5    document 420, plus the $1,046.64 from the
6    Ecotality --
7            MR. MATANOVIC:  68.
8    BY MS. KIRBY:
9        Q   I'm sorry, 68.  On this SPX Service
10   Solutions invoice, correct?
11       A   I would agree with that.
12       Q   I'm just doing the math in my head.
13   Those were two of the charges that you had to
14   pay in order to get your charger installed,
15   correct?
16       A   I believe that's correct.
17       Q   We keep going and we're at 423,
18   424, 425.  I mean, all the way -- it looks
19   like to the end -- is this all SPX stuff or
20   is this just additional information or are
21   there additional charges here?
22       A   There was a lot of paperwork.  This
23   is all associated with the installation.  As
24   you can see, nothing related to this program

Page 72

1    is easy or was easy.
2        Q   Do you know if it's any easier now,
3    if someone got their charger in, say, 2016,
4    just out of curiosity?
5            MR. MATANOVIC:  Do you mean the
6        program?
7    BY MS. KIRBY:
8        Q   Applying for the charger --
9            MR. MATANOVIC:  Have a charger
10       installed.
11           THE WITNESS:  So this, in 2013, was
12       absolutely state of the art, no one had
13       done this before kind of stuff.  Today,
14       I think, maybe the last time I checked,
15       you can get a level two charger at Home
16       Depot for maybe $500.
17   BY MS. KIRBY:
18       Q   To look back at these documents, so
19   we're looking at 423 through 430, is this
20   just all backup for that $1,046.68 number?
21       A   I'm going to say, generally, these
22   are accurate.  I will have to tell you that
23   some of these documents may not -- the math
24   may not work.  It seems to be my recollection

Page 73

1    that some of these documents were simply
2    provided to me.  They were ultimately destine
3    for the Department of Energy, who was
4    providing the incentive that I applied for.
5        Q   It looks like this $400 is listed
6    on a lot of these documents.  Was that just a
7    rebate you got back or was that a tax credit,
8    how did the incentive work?
9        A   That came off the cost of the
10   charger, so we're seeing a $400 Department of
11   Energy incentive.  I forgot about this one,
12   apparently there was a $250 incentive, it
13   says utility, my guess is that's PECO, but
14   you can see that this is a very expensive
15   proposition, so there were some incentives
16   that were helpful.
17       Q   Are there any other incentives or
18   credits that you were able to get either from
19   PECO or anyone else after you got this
20   installed?
21       A   No.
22       Q   So no tax credits for having an EV
23   or anything like that?
24       A   Well, then we're going to have to

19  (Pages 70 to 73)

Theodore Lewis
December 11, 2019

Page 74

1    get into the number of units that are
2    produced, whether or not you actually get
3    your tax credit, Tesla, I think, has passed
4    that.
5        Q   Did you get any tax credits, you
6    specifically?
7        A   When we purchased our 2013 Volt, we
8    did receive a tax credit.
9        Q   Just in 2013, that's the only year?
10       A   Yes, because after that, we leased
11   our electric vehicles.
12       Q   The current vehicle, the Bolt, is
13   that leased also?
14       A   Yes.
15       Q   So the 2013 Volt was the only one
16   that you purchased?
17       A   Yes.
18       Q   When did you get rid of that one?
19       A   I think it was around 2016. I
20   could be off by a year, but around that time.
21       Q   Do you recall how much time it
22   costs to buy your Volt, your 2013?
23       A   I think that thing was somewhere
24   between $40,000 and $50,000.

Page 75

1        Q   Do you have paperwork on when you
2    purchased that?
3        A   Oh, yeah, I still have that.
4            MS. KIRBY:  Off the record.
5            (At this time, a discussion was
6    held off the record.)
7    BY MS. KIRBY:
8        Q   So I see, on 421, we have this
9    total of $2,560.88, which seems to be the
10   price --
11       A   That's not the right one.
12       Q   I'm sorry, it's on 420.
13       A   420 is the right one.
14       Q   $2,647.25?
15       A   Yes.
16       Q   Other than that cost there, which
17   includes the work from Electric Wizardry and
18   SPX Service Solutions, did you have to pay
19   anything else to get your station installed?
20       A   Not to my knowledge.
21       Q   So this included the actual
22   infrastructure, the charging station?
23       A   Yes.
24       Q   What about permits, I know you said

Page 76

1    L&I came out.  Did you have to pay for
2    permits?
3        A   This says, on 420, includes
4    municipal permit and underwriter inspection
5    fees.
6        Q   I'm assuming the only other permit
7    was the actual application for the signs,
8    correct?
9        A   Yes.
10       Q   That's not included in here,
11   correct?
12       A   That's not included.
13       Q   That would be an additional cost?
14       A   That would be.
15       Q   Which I think it would be $100, but
16   I can confirm --
17       A   Yes.
18       Q   Other than those costs, you don't
19   recall anything else?  I'm just trying to
20   figure out how much it costs to install this
21   whole thing.
22       A   The only other thing that we did
23   was we wanted to improve our street scape, so
24   we hired a painter to paint the structure on

Page 77

1    which the charger was mounted and we put a
2    lovely finial on the top.
3        Q   Could you resell your charger today
4    if you wanted to get rid of --
5        A   No.
6        Q   Why not?
7        A   It doesn't always work.
8        Q   The charger doesn't always work or
9    reselling it doesn't always work?
10       A   Can I clarify?
11       Q   For sure.
12       A   Our charger has a lot of technology
13   in it, including its own Linux computer.
14   There is a lot in it, so it's way more
15   technology than we could easily sell.  It's
16   an old unit.  Chargers back then did a lot
17   more than they do now, so there isn't anybody
18   who would even want our charger if we were to
19   sell it.
20           MS. KIRBY:  Can we just take five?
21           (At this time, a short break was
22   taken.)
23   BY MS. KIRBY:
24       Q   I just have a few questions and

20  (Pages 74 to 77)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 78

1  then I think we'll be done.
2       Is it fair the to say that you
3  received a benefit from using this program or
4  being apart of the program?
5       MR. MATANOVIC: Objection, calls
6  for a legal conclusion. You may answer.
7       THE WITNESS: Yeah, I'm not sure
8  what benefit means.
9  BY MS. KIRBY:
10      Q  I guess does this program help you
11 at you will, we'll say that?
12      A  It allows us to charge our electric
13 vehicle.
14      Q  Are you aware of any benefit that
15 the city receives based on this program?
16      MR. MATANOVIC: Objection, calls
17 for a legal conclusion. You can answer.
18      THE WITNESS: This originally --
19 this program, as originally designed by
20 Councilman Kenney, was groundbreaking
21 and really helped to usher in ownership
22 and charging of electric vehicles.
23 BY MS. KIRBY:
24      Q  Do you know if the city was able to

Page 79

1  use that groundbreaking program in order to
2  promote itself at all?
3       MR. MATANOVIC: Objection. Calls
4  for a legal conclusion. You may answer.
5       THE WITNESS: My personally opinion
6  is yes. I don't have access to all of
7  the city's marketing materials, but I
8  would say having a program like this
9  could convey significant bragging
10 rights.
11 BY MS. KIRBY:
12      Q  Do you know if the city did use the
13 program for bragging rights at all?
14      MR. MATANOVIC: Objection to the
15 form. You may answer.
16      THE WITNESS: That's beyond the
17 scope of my knowledge.
18 BY MS. KIRBY:
19      Q  Have you heard anyone else from
20 other cities? I mean, you say you are an
21 environmentalist, maybe you talk to other
22 people who are, you know, interested in this
23 stuff, do you talk about Philly's EV program
24 or do any of your friends, I guess?

Page 80

1       A  I would say my friends have been
2  very impressed, especially back in 2012, that
3  a city as big as Philadelphia was doing
4  anything to help EV ownership.
5       Q  Were those friends Philly friends
6  or outside of Philly friends or just all over
7  the place?
8       A  My friend from LA was particularly
9  impressed. Considering he lives in
10 California, we all know California does a lot
11 in promoting EV ownership.
12      Q  Are you aware of any criticism that
13 other people in the City of Philadelphia have
14 launched against the program?
15      A  There has been criticism, but it's
16 from people who don't understand the program.
17 The program has a lot of moving parts and
18 usually the criticism comes from people who
19 don't have all the facts.
20      Q  What kind of criticism have you
21 heard?
22      A  The worst -- and it's hurtful to
23 all of us -- is that this is in some
24 assemblance private parking, which it

Page 81

1  categorically is not. To get into that would
2  be a lot.
3       Q  Have you heard this criticism from
4  individuals, from the media, where have you
5  heard generally about the criticism?
6       A  I would say sensationalists, media.
7       MS. KIRBY: I don't think I have
8  anything else.
9       - - - - -
10            CROSS-EXAMINATION
11      - - - - -
12 BY MR. MATANOVIC:
13      Q  You were asked a number of
14 questions about the process of applying for
15 the EV permit. Do you remember that?
16      A  Yes.
17      Q  You testified, under questioning
18 from Ms. Kirby, about getting preliminary
19 statements from L&I about whether you could
20 even apply for the permit, correct?
21      A  Yes.
22      Q  That was an informal process,
23 right?
24      A  That's correct.

21 (Pages 78 to 81)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 82

1      Q    That wasn't a formal process of
2   applying, correct?
3      A    Correct.
4      Q    You still had to buy your car, buy
5   your charger and install it before you could
6   apply for the permit, correct?
7      A    Correct.
8      Q    You also were asked questions
9   earlier about the value of the charger and
10  whether it added value to your home, correct?
11     A    Yes.
12     Q    Do you remember those questions?
13     A    I do.
14     Q    You testified -- Ms. Kirby asked
15  you to put a numerical value on the value to
16  your home for the charger.  Do you remember
17  that?
18     A    I do.
19     Q    Does the charger add value to you
20  beyond the dollar figure that you would
21  assign it?
22     A    Yes, because we're helping to save
23  the environment.
24     Q    Can you use your car without the

Page 83

1   charger?
2      A    No, no.
3      Q    If you were looking for a home as
4   an EV owner yourself, if you were looking for
5   a home and it had an EV charger, would that
6   increase the value of the home in your eyes
7   as an EV user?
8      A    Yes.
9         MR. MATANOVIC:  I have no further
10  questions.
11        MS. KIRBY:  No follow up.
12        - - - - -
13        (Deposition ended at
14  12:14 p.m.)
15        - - - - -
16
17
18
19
20
21
22
23
24

Page 84

1      C E R T I F I C A T I O N
2
3        I hereby certify that the
4   proceedings and evidence noted are
5   contained fully and accurately in the
6   stenographic notes taken by me in the
7   foregoing matter, and that this is a
8   correct transcript of the same.
9
10  _____
11  Court Reporter - Notary Public
12
13
14        (The foregoing certification of
15  this transcript does not apply to any
16  reproduction of the same by any means,
17  unless under the direct control or
18  supervision of the certifying reporter.)
19
20
21
22
23
24

22 (Pages 82 to 84)

df467d61-4ebc-4988-84e3-4d1847e3c551

Theodore Lewis
December 11, 2019

Page 1

**A**

**a.m** 1:18
  50:10,14
  51:17
**abandoned**
  49:3
**ability** 25:18
  50:6
**able** 6:11
  11:5 12:5
  33:6 35:8
  35:19 73:18
  78:24
**absolutely**
  72:12
**abuse** 37:22
**abused** 38:12
**abuses** 41:22
**access** 17:5
  26:5,7 27:4
  34:8 35:16
  55:2,16,23
  56:4,9,13
  57:21 58:12
  79:6
**accommod...**
  66:20
**accompany...**
  32:5
**accurate** 32:9
  72:22
**accurately**
  84:5
**action** 27:7
**actual** 47:1
  68:2 70:24
  75:21 76:7
**ADAM** 1:3
**adapter**
  19:19 35:24
  36:1 65:1
**add** 60:18
  67:14 69:16
  82:19
**added** 48:8
  82:10
**addition** 71:3
**additional**
  70:22 71:20
  71:21 76:13
**adequate**
  11:1
**administra...**
  60:12

**advanced**
  21:24
**agency** 16:2
**ago** 18:4
**agree** 71:11
**agreed** 4:2
  52:23
**agreement**
  56:15
**ahead** 5:10
**akin** 38:1
**aligned** 70:3
**allow** 22:1
  38:2 53:21
  54:11 55:7
**allowed** 29:9
**allowing**
  37:24 64:12
**allows** 25:24
  78:12
**amendment**
  27:1,6
  37:11,13
  50:7 51:14
**amount** 20:9
  33:8 44:17
  45:23 67:16
  68:2
**amounts**
  46:15
**AMY** 2:9
**Amy.kirby...**
  2:11
**animal** 10:8
  22:21
**answer** 5:9
  5:10,18 6:1
  14:23 15:6
  22:18 43:1
  49:15 53:17
  63:19 78:6
  78:17 79:4
  79:15
**answered**
  62:12
**anybody** 7:1
  23:7 38:7
  38:11 64:16
  77:17
**anymore**
  18:6 23:15
  40:24
**apart** 78:4
**app** 56:3

58:17
**apparently**
  73:12
**appear** 45:20
  47:16
**appears** 44:5
  48:4 67:1
  70:21
**Apple** 55:8
**application**
  3:10 7:10
  12:2,19
  13:2,23
  14:1,2,6,18
  16:6 25:4
  26:4 29:5
  36:16 41:17
  47:15 49:4
  76:7
**applications**
  48:12,16
**applied** 8:15
  24:18 25:9
  73:4
**apply** 8:12
  31:13 81:20
  82:6 84:15
**applying** 12:1
  72:8 81:14
  82:2
**approached**
  58:4 59:11
**appropriate**
  15:24
**approval**
  12:7,11
  28:14
**approve**
  33:16
**approved**
  12:4 13:13
  14:18 15:1
  15:15,20
  16:3 41:19
  48:5,20,20
  48:22 49:1
  64:20
**approxima...**
  8:8 9:16
  48:11
**April** 44:14
**Arch** 1:15
  2:10
**area** 13:20

37:12 52:4
  52:5
**argue** 5:8
**art** 72:12
**aside** 45:8
  54:5 56:14
**asked** 12:12
  40:7 49:16
  64:18 81:13
  82:8,14
**asking** 26:24
  56:17 63:13
**aspect** 42:11
  62:2
**assemblance**
  80:24
**assign** 82:21
**associated**
  42:11 54:11
  56:19 71:23
**ASSOCIA...**
  1:20
**assume** 42:18
**assumes** 31:5
**assuming**
  11:4 76:6
**attempt**
  32:23
**attorney** 4:23
  5:6 6:16
**attorney/cli...**
  5:24
**audible** 5:12
**authority**
  25:5
**automatica...**
  11:8
**available**
  9:12 10:13
  22:14
**avoid** 60:24
**aware** 78:14
  80:12

**B**

**B** 3:8 11:13
**back** 9:18
  11:19 24:16
  25:13 36:15
  40:20,23
  41:5,8,11
  44:9 54:23
  58:3 61:11
  67:6 72:18

73:7 77:16
  80:2
**backtrack**
  33:9
**backup** 72:20
**bankrupt**
  24:1 70:13
**bankruptcy**
  18:4
**base** 60:4
**based** 21:4
  32:11 67:17
  78:15
**basement**
  19:11
**Bates** 65:12
  65:14,19
  66:5
**battery** 9:11
  11:1,3
  20:18 21:9
  21:11
**beautifully**
  69:7
**beauty** 58:14
**behalf** 1:4
**believe** 9:15
  16:4 21:7
  24:3 34:6
  37:8 48:12
  49:2,10
  55:20,22
  64:21 71:16
**bell** 68:20
**belong** 55:20
  55:21
**benefit** 42:16
  78:3,8,14
**best** 9:5
  10:10 22:18
  25:18 32:3
  32:6 37:16
  53:17 69:14
  70:13
**bet** 60:18
**better** 54:3
**beyond** 13:9
  79:16 82:20
**big** 80:3
**bigger** 18:21
**bill** 57:16,22
  64:4 66:13
  66:23
**billing** 54:19

**binding**
  12:15
**bit** 7:9 8:19
  24:15,16
  33:9 42:15
  43:12 59:17
**Blink** 17:17
  18:10 21:22
  23:22 54:9
  55:4,4,5,12
  55:17 56:7
  56:10,23
  57:21 61:19
  61:23 62:17
  62:19,20
  69:24 70:15
**block** 13:5,7
  13:21 28:3
**blocked** 50:9
  51:20
**blocking**
  58:21
**BMW** 10:12
**board** 61:24
**Bolt** 11:12
  34:11 35:23
  57:9 74:12
**bottom** 36:6
  67:16
**bought** 8:4
  15:16
**box** 19:11
  22:4
**boy** 26:23
**bracket** 69:8
**bragging**
  79:9,13
**break** 5:15
  77:21
**breaker**
  19:11 22:3
**breaks** 5:18
**browser** 56:3
**built** 29:5
**burden** 31:7
**business**
  63:11,11,12
**buy** 9:1 19:19
  60:3 74:22
  82:4,4
**buyer** 43:13

**C**

**C** 2:1 84:1,1

**cable** 19:6,16
  19:19 20:2
  61:6
**calculus** 33:8
**calendar**
  38:17
**California**
  80:10,10
**call** 7:12,19
**called** 24:3
**calls** 5:23
  22:17 53:16
  78:5,16
  79:3
**candidate**
  15:9
**capacity**
  13:16,19
  34:11
**car** 16:24
  21:15 24:3
  27:23 28:5
  36:17 52:24
  54:7 55:5
  55:12 56:7
  56:11 57:8
  62:6,17
  66:21 82:4
  82:24
**card** 54:12,20
  54:24 55:1
  55:2,4,5,7
  57:10 62:9
**carded** 54:14
**cards** 55:23
  56:4
**cars** 8:22
**case** 40:13
**categorically**
  81:1
**cent** 63:9
**cents** 60:5
**certain** 33:7
**certainly**
  14:13
**certification**
  4:4 84:14
**certified**
  69:23
**certify** 84:3
**certifying**
  84:18
**chance** 26:3
  44:3 45:17

47:23
**chances**
  62:23
**change** 20:12
  20:13 48:6
  48:7,10,17
  57:5 60:15
**changed**
  48:21 50:7
  51:19
**changes** 33:3
  61:8
**characterize**
  10:2
**charge** 9:8,13
  11:1,3 12:5
  16:24 20:14
  20:23 22:15
  23:18 28:6
  32:24 35:4
  35:6,19
  36:2 42:14
  52:17 53:4
  53:22 54:20
  56:2 60:9
  63:22 64:3
  67:8 78:12
**charged**
  10:18 33:6
  54:17 57:11
  58:20
**charger** 12:1
  12:5,9,20
  15:12,19
  16:1 17:6
  17:13,15,16
  17:18 18:1
  18:10,15,18
  18:19,21
  19:9 21:1
  21:21,22
  22:2,7,12
  22:13,15
  23:8,15,20
  24:7,10,13
  26:6 28:9
  29:2,10,22
  31:22,24
  32:20 33:12
  33:16 34:4
  34:6 35:11
  37:18 38:7
  39:14,14

Theodore Lewis
December 11, 2019

40:2,4,9
41:15 42:3
42:6,12,21
42:23 43:14
43:15 50:8
51:21 52:6
52:7,8
53:12,14,19
53:20,23
54:13,15
56:18,23
57:12,14,20
58:4,21
59:13 60:10
61:11,17
62:7,15
63:7,17
64:10,15
66:14,16
69:24 70:3
70:11,15,18
71:14 72:3
72:8,9,15
73:10 77:1
77:3,8,12
77:18 82:5
82:9,16,19
83:1,5
**chargers**
18:12,20
23:22 24:14
33:5,11,22
34:4,5,10
34:15,20,23
35:16,17
52:12,14
53:8 54:10
55:6 57:3
61:22 62:3
70:6 77:16
**charges**
54:13 55:11
71:13,21
**charging**
17:14 19:6
19:16,21
20:2,19,24
22:1 23:16
24:3,4 26:9
34:12 35:5
36:8,24
39:10 54:5
54:7,8 55:3
55:5,12,19

56:7,11
57:8,18
58:10,13,14
58:15 62:16
66:21,23
67:6,9 69:5
70:17 75:22
78:22
**check** 44:7,21
44:22 47:10
**checked**
72:14
**Chevrolet** 9:6
**Chevy** 9:23
11:12 20:22
**choose** 60:3
**circuit** 19:11
22:3
**cities** 61:2
79:20
**city** 1:8,14
2:9 11:24
12:2,7,14
13:3,3,24
14:8,9 15:8
18:21 25:21
29:8 30:20
30:24 31:4
31:9,14,18
32:3 33:15
33:23 34:21
35:15 37:23
38:4,18
39:8,9,15
39:20 40:17
47:6 57:6
57:15 58:4
59:11 65:6
78:15,24
79:12 80:3
80:13
**city's** 79:7
**claims** 40:16
**clarify** 77:10
**class** 6:20 7:1
**clear** 12:15
17:3 48:14
69:2
**climate** 60:15
**close** 28:4
64:24
**closed** 16:4
16:10,16
**Collection**

3:14
**combating**
60:15
**combination**
13:19 14:11
**combustible**
11:5
**come** 19:9
31:19 39:9
50:17 52:1
**comes** 14:8
15:8 19:10
19:13 80:18
**coming** 68:20
**commencing**
1:18
**comment**
53:6
**commercial**
13:6 55:6
56:18 57:3
57:20 58:23
60:1,10
62:14,16
63:7
**committed**
60:14,14,15
**Commonw...**
1:17
**company**
24:5
**compatible**
19:6,22
61:19
**complain**
10:23
**completed**
66:17,19
**completely**
20:22 36:8
80:13
**complex**
11:24 32:2
**complicated**
54:22
**computer**
49:10 77:13
**concerned**
9:3 17:5
43:15
**concerns**
58:12
**conclusion**
78:6,17
79:4

**condition**
18:8
**conditioned**
21:12
**conditions**
30:4,11
**confirm**
76:16
**conflict** 28:23
**confusing**
64:22
**conjecture**
59:9
**connect** 19:2
60:23
**connected**
10:4 54:15
57:13 59:20
**connecting**
64:14
**connection**
61:4
**consensus**
63:4
**Considering**
80:9
**contacted**
16:14
**contained**
84:5
**context** 6:3
**continuation**
49:3
**continue**
12:19 15:18
32:24 34:20
49:5
**continuous**
30:5
**contracted**
18:16
**control** 13:9
84:17
**convenient**
35:3
**Conversely**
11:2
**convert** 11:4
58:5 59:12
**converted**
53:9,12
58:13 62:16
**converting**
63:1

**convey** 79:9
**copy** 16:4
24:21 39:5
45:8
**corner** 65:21
**correct** 8:10
8:17,18
30:13 31:15
44:15,16
45:24 46:4
46:5 47:12
48:17,18
52:19 53:4
53:10 55:1
57:4,9
59:20 71:10
71:15,16
76:8,11
81:20,24
82:2,3,6,7
82:10 84:8
**correction**
30:22
**cost** 18:15
60:16 61:7
68:1 73:9
75:16 76:13
**costs** 67:5
68:3 69:17
74:22 76:18
76:20
**Councilman**
78:20
**counsel** 4:3
**count** 48:2
67:12
**couple** 55:14
**course** 44:4
56:16 57:22
61:5
**court** 1:1
5:12 84:11
**creates** 10:9
**credit** 55:1,7
73:7 74:3,8
**credits** 73:18
73:22 74:5
**criticism**
80:12,15,18
80:20 81:3
81:5
**Cross** 3:6
**CROSS-E...**
81:10

**curb** 13:7
**curbs** 13:21
**curbside**
15:19
**curiosity** 72:4
**current** 37:2
74:12
**currently** 8:9
11:11 20:21
41:5 59:14
**customer**
54:13 69:19
**cuts** 13:7

_____
D
**D** 3:1
**date** 1:18
44:14,15
45:22 46:3
46:10 47:10
61:15 69:20
**dated** 65:10
66:10
**dates** 46:15
46:19
**day** 33:3
50:20 51:3
51:9
**DC** 20:9,19
**dead** 20:23
52:24
**deal** 40:24
**dealer** 64:23
**December**
1:11 64:21
42:20
**decimal** 43:3
**declared** 18:3
**Defendant**
1:9 2:13
**definitely**
27:10 35:12
50:19
**delivery** 17:6
**Department**
1:15 2:9
18:14,17
70:4 73:3
73:10
**departments**
14:11
**depended**
22:10

**depending**
20:17,18
**depends**
43:11 52:20
57:11
**deplete** 21:9
**deposed** 4:21
**deposition**
1:13 5:21
6:16,24
83:13
**Depot** 72:16
**description**
3:9 68:19
70:8
**designed** 69:7
78:19
**destine** 73:2
**details** 25:12
**determine**
12:8 13:4
60:8
**died** 22:2
**difference**
20:3
**different** 15:7
24:9 36:9
46:7 55:11
61:22 62:4
69:18
**dip** 62:8
**direct** 3:5
4:13 84:17
**directly**
19:10
**disconnect**
58:19 60:22
**discovered**
9:14
**discuss** 6:2
**discussed**
7:24
**discussion**
45:3 75:5
**dispose** 31:10
**distribution**
60:6
**DISTRICT**
1:1,1
**document**
24:22 25:2
43:18 44:2
45:14 47:19
65:10,16,24

68:22,23
71:5
**documents**
3:14 43:21
46:14 72:18
72:23 73:1
73:6
**doing** 71:12
80:3
**dollar** 82:20
**door** 22:9
**double-sided**
43:24 45:12
**doubt** 33:15
**downsizing**
9:1
**drilling** 16:18
**drive** 11:6,11
35:4,5,19
51:10,11
**drives** 51:5,8
**driving** 9:9
35:14 57:6
**due** 40:4
45:23
**duly** 4:9

_____
E
**E** 2:1,1 3:1,8
84:1
**earlier** 59:10
82:9
**early** 65:1
**easier** 72:2
**easily** 20:16
77:15
**East** 52:5
**EASTERN**
1:1
**easy** 57:24
65:21 72:1
72:1
**Ecotailty**
70:12,16
**Ecotality**
70:9,11,21
71:6
**effect** 29:1
**eight** 20:19
21:6
**either** 25:20
30:22 41:14
51:9,11
56:2 73:18

Theodore Lewis
December 11, 2019

electric 7:11
  7:17 8:10
  9:11,13,24
  10:10 11:13
  12:3 13:10
  19:7,17
  25:3 26:6,8
  26:12,16,20
  28:21 29:3
  29:9 31:1
  33:2,6 37:9
  42:13 66:10
  66:21 74:11
  75:17 78:12
  78:22
electrical
  16:2,12
  54:16 57:17
  69:24
electrician
  15:23 18:16
  69:6 70:2
  70:20,22
electricity
  10:9 19:8
  19:12,13
  22:6,13
  33:19,21
  57:13 59:20
  60:4,23
  61:8,9,10
  61:14
electrocuted
  64:9
email 58:16
emailed 16:4
empty 10:22
ended 83:13
ends 66:5
energy 18:14
  18:17 33:20
  70:4 73:3
  73:11
engine 10:4
  11:5
entirely 17:3
  29:11 32:9
  54:18
entity 70:1,12
environment
  60:16 82:23
environme...
  9:4
environme...

79:21
environme...
  60:3
equipment
  60:11
especially
  80:2
ESQUIRE
  2:3,9
essentially
  13:15 36:12
  67:23
estimate
  23:21 67:18
  67:21,22
  68:17,24
  69:9 71:4
estimated
  66:21 68:4
  69:12
EV 7:1,12,13
  7:15,16
  8:20 12:23
  21:15 22:15
  24:2 25:9
  27:14,18
  28:6 30:20
  31:10,16,17
  32:1,5
  36:18 41:14
  43:11 49:22
  49:23 60:14
  63:1,21
  64:2 65:3
  73:22 79:23
  80:4,11
  81:15 83:4
  83:5,7
everybody
  27:20 63:6
evidence 84:4
EVPS 6:6
  9:15 13:2
  13:14 15:16
  44:11 48:5
  52:8 65:8
EVs 19:17,22
  35:14 51:24
  52:4
EXAMINA...
  3:4 4:13
examined
  4:10
exceedingly

27:9
exclusive
  26:7
Exhibit-1
  24:21
exist 35:1
existed 8:22
expensive
  18:13 24:14
  33:15 34:13
  36:13 70:6
  73:14
experience
  53:7
expert 22:17
  53:16
expiration
  44:12,14
  45:22 46:3
  46:10
expiring
  38:14
extent 5:23
  22:17 53:16
extra 60:9
eyes 83:6

_____ F _____

F 84:1
fact 12:8
  51:15
factors 13:8
facts 80:19
failed 29:6
  40:10,18
  41:17
fair 14:16
  28:11 29:18
  30:3 31:3
  47:17 50:2
  78:2
faith 12:18
familiarize
  6:8 26:1
far 28:9
fashion 10:5
Fast 20:19
favorite 10:1
fee 14:1,3
  29:7,14,19
  39:4 40:11
  40:12 58:20
  69:4
feel 60:19

fees 60:6,12
  70:22 76:5
figure 9:8
  15:7 46:16
  47:18 61:13
  67:4 68:22
  69:21 76:20
  82:20
file 49:10
filing 4:4
fill 13:1
filled 25:8,13
  25:20
find 35:12
finding 35:11
finds 38:4
fine 5:16 7:20
  26:2 46:14
  46:21 62:7
  69:1
finial 77:2
first 7:21
  8:12 13:22
  18:19 24:20
  25:9 30:19
  45:21 46:24
  47:3 54:24
  59:18 64:19
  66:5,15
  68:13,15
  70:9
fit 9:5
fitting 23:5
five 77:20
Floor 1:15
  2:10
follow 83:11
following
  31:6
follows 4:11
force 37:7
foregoing
  84:7,14
forever 29:1
forget 21:17
forgot 73:11
form 4:5 25:8
  25:17,20,24
  30:8 43:1
  43:10 49:15
  63:19 79:15
formal 82:1
forms 45:19
found 9:17

11:21
four 46:24
  55:15
frame 51:22
  64:24
free 55:18,20
friend 64:13
  80:8
friendly
  27:17
friends 1:20
  53:3 79:24
  80:1,5,5,6
front 12:9
  13:14,20
  25:2 28:9
  33:16 42:22
  49:22 50:4
  50:24 56:23
frontage 13:6
fully 84:5
function 62:3
  62:5
functionally
  22:20 23:2
  23:12 23:22
further 83:9
futures 33:4

_____ G _____

gamut 64:11
gap 17:12
garage 35:10
  57:7,14
garages
  34:23
gas 10:18,22
  11:3
gears 24:15
general 34:1
  58:22
generally
  28:1 34:2
  43:22 46:18
  50:3 51:1
  58:20 72:21
  81:5
generate
  44:10
generated
  44:7 49:11
  49:13,18
generator
  10:8,9,12

10:19,20
  11:7
Geno's 52:7
getting 12:23
  63:9 64:9
  64:23 81:18
giant 36:7
give 5:12
  39:18 43:23
  45:8
given 58:17
gives 25:24
GM 8:24
  10:1
go 5:1,10
  10:24 16:22
  24:16 32:21
  33:8 36:15
  50:21 55:22
  58:3 59:17
  62:6 66:3
  67:14 70:7
goes 36:7
going 6:11
  11:17 14:5
  16:18 35:12
  39:17 45:8
  45:11 50:23
  53:1 57:15
  61:11 63:14
  67:11,13
  68:1 71:17
  72:21 73:24
good 4:16,17
  21:10,17
  35:11 36:4
  42:10
Googled 9:13
  11:20
grace 58:17
  58:20 59:1
gray 37:12
grocery 35:4
ground 5:1
  16:19 18:22
groundbre...
  78:20 79:1
guess 10:23
  11:17 14:5
  36:19 52:4
  53:3 55:12
  59:3 73:13
  78:10 79:24
guys 17:24

10:19,20
  11:7
51:9 53:3
  65:2

_____ H _____

H 3:8
hand 24:21
handicapped
  13:5 38:1
handwriting
  44:24 47:2
happen 26:14
  29:6,12,20
  39:12 63:17
happened
  15:2,11,22
  16:15 18:5
  23:14,20
  27:23 30:1
  31:12,13
  32:19 37:14
  38:6 58:11
happening
  6:24
happens
  36:23 39:19
happy 58:7
hard 63:14
hazard 28:8
head 71:12
headers 49:8
heads 46:13
healthier
  21:10
heard 8:20
  38:11 79:19
  80:21 81:3
  81:5
held 45:4
  75:6
help 18:14
  78:10 80:4
helped 78:21
helpful 73:16
helping 82:22
Henry 1:16
hey 49:22
high 60:5
hired 15:23
  76:24
hit 69:12
holds 33:4
holes 16:18

home 27:24
  35:5 36:2
  50:20,22
  51:2 72:15
  82:10,16
  83:3,5,6
homeowner
  63:9,13
honestly 17:2
  46:22 54:10
  59:3
hook 64:3
hour 60:2,6
  63:10
hours 20:16
  20:19 21:6
  33:7 50:18
  59:5,7
house 12:9
  13:14 33:13
  34:17 36:24
  37:1,15
  42:3,6,9,21
  42:22 43:17
  49:23 50:5
  53:1 56:24
household
  20:16
hundreds
  55:13
hurtful 80:22
hybrid 9:24
  10:2 36:4
Hybrids 10:2
  10:5
hypothetical
  54:18

_____ I _____

I3 10:12
idea 8:21
  23:19 28:23
  42:8 46:6
  49:12 55:10
identical 62:5
identification
  24:23 43:19
  45:15 47:20
  65:17
identify
  65:24
imagine 43:4
impact 9:4
implications

64:17
**important**
62:2
**impressed**
80:2,9
**improve**
76:23
**incentive**
70:6 73:4,8
73:11,12
**incentives**
73:15,17
**include** 69:4
**included** 67:8
75:21 76:10
76:12
**includes**
75:17 76:3
**including**
77:13
**increase** 83:6
**independent**
16:2,5
**indication**
68:8
**Individually**
1:4
**individuals**
81:4
**infinite** 43:3
**inform** 30:18
30:19
**informal**
81:22
**information**
6:9 15:11
39:21 49:21
71:20
**informed**
13:13
**infrastruct...**
56:6 58:10
61:15 75:22
**inside** 22:9
**inspected**
32:7 39:14
39:22
**inspection**
16:2,5
39:17 76:4
**inspections**
39:13 40:1
**inspector**
22:10

**inspectors**
13:3
**install** 12:8
15:19 32:4
67:5 70:9
70:16 76:20
82:5
**installation**
16:3 71:23
**installed**
12:17,20
13:11 16:1
16:23 17:19
32:7 53:23
66:16,20
67:6 69:6
71:14 72:10
73:20 75:19
**installing**
15:12 66:13
66:23 67:9
70:17 71:1
**instance**
41:16 54:13
**insurance**
63:8
**interested**
60:2 79:22
**interesting**
21:4
**invoice** 47:9
66:9 67:19
67:23 68:5
68:11 69:19
71:10
**involve** 10:3
**involved**
14:12,12
**involves** 12:7
34:10
**issue** 57:19
59:19,21
61:10
**issues** 40:5
41:15
**items** 70:8

**J**

**January** 31:4
31:6,13
46:10 66:10
69:20
**Julie** 1:16
**July** 45:23

**June** 31:12
31:13

**K**

**keep** 21:14
21:17,20
30:4 32:8
32:14,15,20
71:17
**Kenney** 9:16
78:20
**kept** 21:11
**kick** 11:8
**kilowatt** 60:2
60:6 63:10
**kind** 7:8 15:8
17:14 18:23
20:9 24:17
36:10 47:11
50:3,23
56:4 58:22
59:16 61:22
61:23 62:11
65:2 72:13
80:20
**kinds** 55:11
**Kirby** 2:9 3:5
4:15 6:14
14:22 15:5
20:11 21:2
21:13 23:1
25:1 27:2
27:11 30:9
30:14 34:2
34:18 38:9
39:1 43:6
43:20 45:5
45:11,16
47:21 49:20
52:19,22
54:1 56:21
64:1 65:13
65:18 66:1
71:8 72:7
72:17 75:4
75:7 77:20
77:23 78:9
78:23 79:11
79:18 81:7
81:18 82:14
83:11
**knew** 6:23
53:2
**know** 7:16

14:15 16:7
20:2 21:3
23:11,23
24:17 29:24
30:17 31:14
31:23 34:15
35:15 37:5
37:20 38:6
38:16 39:22
40:3,8,14
40:20,22
41:11,13,18
41:21 42:5
44:2 45:6
46:11,21,22
47:23 48:1
48:21,24
49:4,7 50:2
52:3,9 54:9
54:14,17,19
54:21 59:2
59:3,8
60:21 61:9
64:14 66:12
69:1,2
70:10 72:2
75:24 78:24
79:12,22
80:10
**knowing** 16:9
**knowledge**
10:11 22:19
23:7 32:3,6
35:18 37:17
41:10 53:18
61:20 68:6
70:14 75:20
79:17

**L**

**L&I** 12:7
14:9,12
16:10 76:1
81:19
**LA** 80:8
**lack** 40:5
**LANE** 1:20
**large** 54:6
**largely** 13:8
**larger** 18:24
19:21
**launched**
80:14
**law** 1:14 2:3

2:9 4:10
**lawyer** 6:22
**lawyers**
65:24
**leads** 33:10
**leap** 12:18
**lease** 30:23
31:18
**leased** 30:23
74:10,13
**left** 22:12
23:15,17
42:21
**legal** 50:13
50:15 78:6
78:17 79:4
**let's** 13:1
17:13 24:15
27:3 34:19
42:18 57:5
58:3 59:12
68:15 69:15
**letting** 64:16
**level** 19:5,15
19:20 20:1
20:1,2,4,8,8
20:12,15,18
22:11,14
33:11,11,12
33:16,21,22
34:5,10,12
34:15 35:23
36:1,2,5,8
72:15
**levels** 20:13
**Lewis** 1:3,13
3:3 4:9,20
47:22
**Lewis-1** 3:10
24:23
**Lewis-2** 3:11
43:19 44:1
**Lewis-3** 3:12
45:15
**Lewis-4** 3:13
47:20
**Lewis-5** 3:14
65:13,17
**liability**
42:11,16
64:6,7,8,11
**license** 63:12
**Licenses**
39:13

2:9 4:10
**lights** 61:4
**limited** 35:14
**linkage** 10:7
**Linux** 77:13
**list** 3:13 48:4
48:9,13
49:6,7
**listed** 73:5
**literally** 9:12
11:20
**little** 7:9 8:19
18:20 24:15
24:16 33:9
42:15 59:16
65:20
**live** 7:21 9:6
9:21 39:12
**lived** 8:1
**lives** 24:5,5
80:9
**LLC** 2:3
**local** 60:4
**location** 8:15
8:16 9:21
**lock** 21:19
**log** 21:23
**long** 8:1
20:21,23
28:12,14
29:2 32:6
37:9 49:17
49:24 59:1
**longer** 21:8
50:18 61:18
**look** 5:20 6:7
14:7 18:23
25:12 26:3
39:10 44:1
45:9,17
46:9 47:22
47:23 60:7
65:22 66:2
67:19 68:18
69:8,15,20
72:18
**looked** 6:1,3
6:13 14:6
47:24
**looking** 45:7
66:4,7 70:8
72:19 83:3
83:4
**looks** 15:9
25:3 26:2

44:13 45:9
45:21 46:24
66:9 67:7
67:17 69:18
71:3,18
73:5
**lot** 12:10
14:15 33:21
35:13 62:10
63:7,12
64:6 67:3
71:22 73:6
77:12,14,16
80:10,17
81:2
**love** 63:21
**lovely** 77:2
**luck** 35:11
**lucky** 21:6

**M**

**mail** 38:18
44:11
**maintain**
29:2 37:8
37:17 40:2
**maintained**
32:8 64:15
**maintaining**
42:12 60:10
**maintains**
34:3
**maintenance**
18:1 40:5
**mall** 35:5
**manufactu...**
18:3
**manufactu...**
62:4
**map** 63:5
**mark** 16:17
**marked**
24:23 43:19
45:15 47:20
65:17
**market** 2:4
19:20 23:23
**marketing**
79:7
**massive** 20:9
**Matanovic**
2:3,3 3:6
5:22 14:20
15:3 20:5

21:1 22:16
26:24 27:5
30:7,12
33:24 38:8
38:23 42:24
43:9 45:2
45:10,13
49:14 52:17
53:15 56:17
63:18 65:12
65:14,23
71:7 72:5,9
78:5,16
79:3,14
81:12 83:9
**materials**
5:23 79:7
**math** 71:12
72:23
**matter** 56:8
84:7
**mean** 20:6
23:3 35:24
37:23 46:16
46:18 52:8
52:17,23
54:2 64:8
71:18 72:5
79:20
**means** 48:15
66:4 78:8
84:16
**mechanical**
10:5,7
**mechanism**
21:20
**media** 81:4,6
**medications**
7:5
**meet** 30:10
**member** 55:3
56:1,14,22
58:1 62:22
**members**
6:20
**Membership**
55:18
**memorize**
6:11
**message**
23:13 58:16
**method** 12:1
**middle** 65:2
**mind** 7:19

42:17
**minute** 17:14
26:1 42:18
**minutes**
20:20 33:7
59:5
**missed** 7:14
**Misstates**
14:21 15:4
**misunderst...**
27:15
**model** 24:9,9
**models** 24:6
**moment** 48:2
**money** 61:7
**month** 16:20
46:11
**MORLOK**
1:3
**morning** 4:16
4:17
**motors** 10:10
**mounted**
77:1
**mounting**
69:5,7
**move** 58:18
68:16
**moved** 8:3,7
27:20
**moving** 80:17
**municipal**
76:4
**mysterious**
39:20

**N**

**N** 2:1 3:1
84:1
**name** 4:18
24:5 40:14
54:10 70:11
**near** 34:16
35:1
**nearly** 10:17
**necessarily**
64:13
**need** 5:15
28:19 35:16
38:20 53:13
53:20 61:12
**needed** 9:8
10:24 38:15
56:1

**neighbor**
56:10,15,18
**neighborho...**
52:10 62:15
**nervous** 12:4
32:18
**network** 24:3
34:4,8,10
53:22 54:2
54:6 55:3,4
55:17 56:1
56:10,11,14
57:8,18,22
60:1 61:18
61:19 62:17
62:19,21
**networks**
54:7,11
55:11,20,22
56:20 57:2
57:23 58:14
**neutral** 60:17
**never** 10:22
22:24 28:7
28:10 35:7
35:18 36:14
38:11 55:9
59:8
**new** 30:20
31:18 37:7
41:8 42:13
42:19
**NEWTOWN**
1:21
**nice** 12:16
**nicer** 69:8
**nodding** 5:13
**non-handic...**
38:3
**non-Tesla's**
36:11
**nonelectric**
26:18 37:24
**notably** 61:3
**Notary** 1:16
84:11
**notation**
44:23 71:2
**note** 27:17
**noted** 84:4
**notes** 84:6
**notice** 39:18
40:16
**notices** 38:19

**notification**
38:14 58:17
**notify** 31:9
**NOVICK** 1:3
**number** 3:9
18:4 20:10
47:10 59:7
65:8,20,21
66:6,22
68:4,5 69:3
70:23 72:20
74:1 81:13
**numerical**
82:15

**O**

**O** 84:1
**object** 5:7
**objection**
5:10,22
14:20 15:3
22:16 30:7
30:12 42:24
43:9 49:14
53:15 63:18
78:5,16
79:3,14
**objections**
4:5
**obligated**
31:8
**obligation**
31:14
**obtained**
15:24
**obvious** 61:3
**Obviously**
7:10
**off-street**
9:20
**offer** 30:21
**offers** 10:11
**officially** 8:3
15:15
**offs** 22:8
**offset** 18:15
**Oh** 26:23
40:13 55:15
59:7 67:1
75:3
**okay** 15:14
17:10 35:9
58:7 65:7
66:18

**old** 8:24
17:16 19:1
42:20 56:4
61:17 69:11
77:16
**on-board**
10:8,12,19
**once** 15:14
16:16 23:12
28:13 41:1
51:19
**ones** 14:14
70:14
**ongoing** 40:1
**open** 36:6
**opens** 64:5
**operated**
70:20
**opinion** 41:3
60:20 79:5
**opposed** 47:5
**option** 34:13
35:23
**Oral** 1:13
**order** 10:20
12:23 30:4
39:11 56:13
56:23 70:4
71:14 79:1
**ordinance**
27:7 37:2,3
37:4,6,7
42:19,20
48:6,7,10
48:17,21
51:19
**original**
17:18 37:3
37:4,6,7
41:2 42:2
47:15 48:5
66:23
**originally**
21:22 78:18
78:19
**outdated**
69:11
**outside** 21:6
33:13 36:2
80:6
**overnight**
51:21
**owned** 22:24
**owner** 37:8

42:13 52:16
52:21 53:2
57:12,17
83:4
**owners** 63:21
64:3
**ownership**
12:3 15:17
43:12 60:14
78:21 80:4
80:11
**owns** 52:10

**P**

**P** 2:1,1
**p.m** 50:11,15
51:16 83:14
**PA** 1:16 2:5
2:11 7:23
**page** 3:4,9
45:21 46:12
67:15 68:13
68:16 69:15
**pages** 45:10
47:1 68:15
**paid** 29:15
68:8,14,24
69:10
**paint** 76:24
**painter** 76:24
**paper** 67:13
**paperwork**
71:22 75:1
**parallel** 38:5
**park** 26:9,12
26:19 28:2
32:23 37:24
38:3 50:14
50:17 52:1
53:21
**parked** 21:5
21:15 26:16
27:13 28:4
51:13 52:11
**parking** 9:20
13:10,17
25:4,5 29:9
34:23 35:10
49:23 50:3
50:4,7 57:7
57:14 80:24
**part** 18:16
22:1 23:14
27:20 31:8

34:9 59:9
70:2
**participant**
52:8
**participants**
60:19 61:21
**participate**
15:15,20
**participated**
6:6
**participation**
65:4
**participators**
63:1
**particularly**
80:8
**parts** 80:17
**Passayunk**
52:5,10
**passed** 9:15
74:3
**Pat's** 52:7
**path** 34:19
**pay** 13:24
29:7,13,19
40:11 54:12
55:8,16
60:2 68:6
71:14 75:18
76:1
**paying** 47:9
57:22 60:11
68:12
**payment**
44:14
**PECO** 60:7
73:13,19
**pending** 5:17
48:11,15
**Pennsylvania**
1:1,17,21
**people** 6:6
21:20 22:8
22:9 26:11
26:19 35:13
48:11,20
49:3 50:17
51:13 53:21
63:13,14
64:6,9
79:22 80:13
80:16,18
**percent** 20:20
**percentage**

13:6
**perfect** 63:16
63:20
**period** 28:22
46:20 50:15
50:16 58:18
58:20 59:1
**periods** 26:10
**permission**
52:15
**permit** 7:13
7:16,17
8:10,13,16
12:24 15:24
16:3,10,11
16:12,16
24:17 28:11
28:14,15,20
28:24 30:4
30:11 36:19
36:19 38:14
63:1 76:4,6
81:15,20
82:6
**permits**
49:22 75:24
76:2
**permitted**
32:7 37:1
52:16
**permitting**
7:11
**perpetuity**
28:16,24
**person** 14:10
16:5 40:15
52:9
**person's**
40:14
**personal**
41:10 54:15
54:24
**personally**
55:9,17
58:9 64:15
79:5
**Philadelphia**
1:8,14,16
2:5,9,11
7:22 9:14
80:3,13
**Philly** 52:4
80:5,6
**Philly's** 79:23
**phone** 67:11

**physical** 23:4
23:5
**pick** 18:10
**piece** 67:13
**pin** 21:23
**place** 28:13
42:19 80:7
**placed** 37:22
**Plaintiffs** 1:6
2:7
**please** 4:19
5:11
**plug** 19:3,21
20:16 21:21
22:14 23:4
23:12 28:7
36:3,5,7,8
42:14 53:1
56:12 57:8
57:9
**plugged**
21:14,18
35:13
**plugging**
57:20
**plus** 71:5
**pluses** 42:17
**pocket** 70:24
**point** 56:5
67:12
**points** 61:4
**pop** 39:18
**port** 36:6
**positive** 24:4
37:18
**possess** 28:21
29:3 31:1
**possible** 50:1
**possibly**
33:20
**post** 69:7
**power** 10:3
**PPA** 14:13
16:6,7,14
16:20 25:14
41:4 47:6
49:18
**practice**
21:17
**precipitated**
27:7
**preliminary**
12:6,11
81:18

| | | | | | | |
|---|---|---|---|---|---|---|
| **preparation** 5:21 6:4,17 6:18 | 41:8 42:2 48:6 52:9 60:19 61:21 | 31:18 **purchased** 8:5 12:12 | 35:14 **rare** 26:13 27:9 | **referring** 27:6 **reflected** | 16:7 **replace** 59:13 **replaced** | 79:13 **rings** 68:19 **road** 65:2 | 36:17,23 42:21,22 77:15,19 |
| **presented** 9:7 66:22 | 64:20 65:3 70:2 71:24 | 12:18,22 14:19 15:21 | **Rarely** 52:2 **rate** 54:12 | 48:13 **regard** 53:7 | 53:20 61:12 **reporter** 5:13 | **roll** 62:14 **routinely** | **selling** 24:6 **send** 39:4 |
| **pretty** 21:24 24:14 | 72:6 78:3,4 78:10,15,19 | 19:12 24:2 30:17,20,23 | 57:11 60:5 60:8 | **registration** 39:5 | 84:11,18 **Representing** | 50:8,10 **rules** 5:1 | 41:17 44:7 44:8,9 |
| **prevailing** 57:11 | 79:1,8,13 79:23 80:14 | 35:24 74:7 74:16 75:2 | **reach** 28:8 **read** 27:16 | **regurgitate** 6:12 | 2:7,13 **reproduction** | 12:10 **run** 28:9 | **sending** 47:8 **sensational...** |
| **price** 43:3 75:10 | 80:16,17 **prohibitively** | **purchasing** 24:8 43:17 | 44:3 **reading** 4:3 | **reimbursed** 54:21 | 84:16 **request** 29:10 | **running** 61:6 63:10 | 81:6 **sense** 7:13 |
| **prior** 6:23 12:2 14:21 | 33:14 **proliferation** | **pure** 11:13 **put** 10:17 | **real** 53:2 64:5 **realize** 23:17 | **relate** 68:23 **related** 67:22 | 31:22 | ————— S ————— | **sensitive** 64:7 **sent** 13:3 |
| 15:4 43:16 44:11 48:6 | 33:5 **promote** 79:2 | 12:1 13:12 13:14,23 | **realized** 6:10 **really** 5:2 | 71:24 **relationship** | **requested** 12:6 49:21 | **S** 2:1 3:8 **Saab** 8:22 | 16:17 25:13 44:22 58:16 |
| 48:16 **private** 38:7 | **promoting** 80:11 | 16:19,21 25:2 27:17 | 13:21 22:22 44:2 52:20 | 57:16 **relatively** | **require** 18:2 **required** | **safe** 39:11 **safety** 28:8 | **separate** 22:21 68:24 |
| 80:24 **privilege** 5:24 | **proof** 28:20 30:24 31:7 | 45:7 49:6 55:1 67:13 | 57:19 62:2 78:21 | 22:12 27:21 60:5 | 21:23 **requirement** | 40:4 **sale** 30:16 | **service** 54:16 57:17 69:19 |
| 63:11 **probability** | **properly** 37:17 | 77:1 82:15 **putting** 43:4 | **realtime** 56:2 **reapplication** | **remember** 15:14 17:2 | 31:23 40:1 **requirements** | 37:15 43:3 **Saturn** 8:23 | 71:9 75:18 **set** 62:8 |
| 51:18,22 **probable** | **property** 8:4 33:17 43:13 | —————— Q —————— | 29:7 40:11 **reapply** | 17:4,4,9 40:13 54:10 | 25:17 32:16 **requires** 12:2 | **save** 82:22 **saying** 5:4 | **seven** 48:11 **share** 58:10 |
| 50:1 **probably** 8:3 | 52:21 **propose** | **qualified** 31:10 | 28:18 41:4 **reapproved** | 81:15 82:12 82:16 | **resell** 77:3 **reselling** 77:9 | 12:16 14:9 67:24 | **short** 77:21 **show** 15:17 |
| 53:10 62:22 67:11 | 59:23 **proposition** | **qualifying** 12:3 28:21 | 41:14 **reason** 7:4 | **rememberi...** 69:3 | **reserved** 4:6 **resident** | **says** 15:9 44:14 46:10 | 57:15 **shut** 22:5,6,8 |
| **problem** 9:7 **problems** | 73:15 **proprietary** | 29:3 31:1 37:9 | 18:11 34:14 36:18 41:19 | **reminder** 38:17 40:18 | 33:20 **residential** | 47:3 65:8 66:17,19 | **side** 18:24 **sidewalk** |
| 63:8 **proceedings** | 19:18 34:5 **prospective** | **question** 5:5 5:9,11,17 | 61:12 **reasons** | **reminding** 27:18 | 33:17 34:22 **residentially** | 67:18 68:17 70:9 73:13 | 16:17 **sign** 55:23 |
| 84:4 **process** 7:10 | 43:13 **protected** | 5:18 10:1 14:24 33:10 | 36:21 37:20 59:17 | **remove** 29:8 | 33:13 **response** | 76:3 **Scandinavia** | **signage** 13:11 16:19,21,23 |
| 7:12,12,16 12:20,23 | 5:23 **provide** 26:4 | 35:22 36:4 42:10 46:17 | **rebate** 73:7 **recall** 12:21 | 29:21,22 31:22,24 | 5:12 9:19 58:6 | 61:3 **scape** 76:23 | 27:16 29:8 29:21 31:19 |
| 13:12,17,23 15:18 29:5 | 28:20 30:24 31:7 38:20 | 60:12 62:10 64:18 | 14:4 64:19 68:12,20 | **removed** 29:11 36:20 | **responsibili...** | **scenario** 57:5 **scope** 43:24 | 32:5,13 37:13,21 |
| 39:16 61:1 67:3 81:14 | 38:21 **provided** | **questioning** 81:17 | 74:21 76:19 **receive** 25:11 | 37:13,21 38:5 40:4 | 63:6 **restate** 14:24 | 79:17 **screw** 40:23 | 38:4 40:10 40:19 41:3 |
| 81:22 82:1 **processing** | 73:2 **provider** | **questions** 4:6 5:7 9:19 | 38:13 40:15 74:8 | 40:10,19 41:3 43:16 | 46:17 **revoked** | **sealing** 4:3 **second** 46:2 | 41:5,5,22 **significant** |
| 14:14 16:6 **produced** | 69:23 **provides** 26:5 | 77:24 81:14 82:8,12 | **received** 28:14 40:16 | **renew** 28:19 38:15 40:18 | 30:11 36:20 41:22 | 46:12 65:6 **see** 13:1 | 79:9 **signing** 4:3 |
| 74:2 **program** 6:7 | **providing** 73:4 | 83:10 **quick** 53:2 | 78:3 **receives** | **renewal** 3:11 3:12 28:22 | **rid** 74:18 77:4 | 16:11 27:12 43:21 50:23 | **signs** 36:20 76:7 |
| 8:20,20 9:15,17 | **public** 1:17 34:23 53:9 | **quickly** 5:2 6:10 27:21 | 78:15 **receptacle** | 29:13,19 38:19,21,22 | **right** 8:6 9:21 11:7 16:13 | 63:17 66:18 66:19 67:17 | **similarly** 1:4 **simply** 73:1 |
| 11:20 15:16 15:21 18:13 | 53:13 58:5 59:12 63:2 | **quite** 70:6 | 23:5 **recollection** | 40:16 41:19 44:5 45:19 | 19:14 22:9 27:8 36:7 | 69:20 70:5 70:23 71:24 | **sincerely** 33:15 |
| 18:17 29:4 32:4,12,21 | 84:11 **pulled** 15:24 | —————— R —————— | 65:5 69:14 72:24 | **renewals** 38:18 47:14 | 37:16 44:18 64:4 67:19 | 73:14 75:8 **seeing** 73:10 | **single-sided** 43:23 |
| 33:24 34:22 34:22 38:8 | 52:24 **purchase** | **R** 2:1 84:1 **raises** 42:8 | **record** 4:19 8:1 45:2,4 | 47:16 **renewed** 39:3 | 67:20 75:11 75:13 81:23 | **seen** 18:20 25:6 | **sits** 18:22 **situated** 1:5 |
| 38:10 41:2 | 15:13 30:22 | **ran** 11:2 **range** 9:10,11 | 75:4,6 | **repeat** 5:6 **rephrase** | **right-hand** 68:18 **rights** 79:10 | **sell** 31:9 | **situation** 53:5 |

Theodore Lewis
December 11, 2019

**Six** 45:10
**size** 20:17
**slow** 5:3
**smart** 54:16
**smatanovic...**
  2:5
**software** 18:2
  18:5
**solar** 60:4
**sold** 31:17
  42:3,6
**Solutions**
  69:19 71:10
  75:18
**solved** 59:24
**somebody**
  16:17,20
  23:12 35:12
  38:2 51:20
  54:20 64:12
**someone's**
  57:13,16
**sorry** 7:14
  40:9 41:2
  70:17 71:9
  75:12
**sort** 10:6
  21:19 38:13
  64:10
**sound** 44:18
**sounds** 22:5
  22:11
**source** 9:12
**South** 52:4
**space** 13:10
  13:17 15:1
  15:10 21:15
  25:4,9 26:9
  26:12 27:13
  27:19 37:1
  37:8 38:1,2
  38:3 50:4,4
  50:7 51:13
  52:1
**spaces** 13:5
**sparked**
  35:22
**speak** 6:15,19
  6:24 22:22
  33:4 36:10
**special** 36:6
**specialty**
  43:12
**specific** 18:11

49:11 58:3
**specifically**
  40:14 49:5
  74:6
**spoke** 6:22
**spot** 27:24
  28:5 52:16
**spots** 7:2
  52:12
**spouse** 51:7
**spreadsheet**
  6:5,7,9
  49:11
**SPX** 69:19,23
  71:9,19
  75:18
**standard**
  19:5,15
  20:15
**start** 12:23
  15:12 22:1
  27:3
**started** 13:22
**state** 4:18
  72:12
**stated** 29:20
**statements**
  81:19
**states** 1:1 5:9
  35:10 54:7
**station** 17:14
  20:24 36:24
  39:10 58:13
  66:21,24
  67:6,9 69:5
  75:19,22
**stay** 36:24
  37:18 42:3
**stayed** 42:6
**stenographic**
  84:6
**step** 11:22
**STEPHAN**
  2:3
**steps** 12:21
**stopped** 18:5
**store** 35:4
**street** 1:15
  2:4,10 7:22
  13:17 36:20
  39:12 60:24
  61:4 69:9
  76:23
**Streets** 14:12

**STREHLO...**
  1:20
**strike** 39:8
**structure**
  76:24
**stuff** 6:2
  47:11 64:16
  71:19 72:13
  79:23
**submit** 13:2
  31:4
**submitted**
  48:16
**Suite** 1:20 2:4
**super** 34:4,4
  34:6
**supervision**
  84:18
**supplied** 19:8
  33:19 62:4
  70:14
**supplier** 70:3
**supplying**
  61:8
**support** 18:5
  19:20 33:20
**supposed**
  16:22 38:18
  44:10
**sure** 5:11,16
  7:15 10:14
  13:16 14:13
  17:8 29:11
  39:10,24
  40:8 42:11
  48:3,23
  55:19 62:12
  77:11 78:7
**surrounding**
  12:10
**switch** 22:3
  24:15
**sworn** 4:10
**system** 21:23
  23:14 55:8

_____

**T**

**T** 3:8 84:1,1
**tails** 46:13
**take** 5:13,15
  5:16,18
  11:19 12:22
  20:16,21,23
  21:7,8

25:11 26:1
26:3 31:19
44:1 45:9
45:17 47:22
48:2,3 51:8
65:22 66:2
66:4 68:15
68:18 69:15
69:20 77:20
**taken** 1:14
  77:22 84:6
**takes** 20:14
**talk** 5:2 7:9
  7:11 17:13
  24:16 25:19
  79:21,23
**talked** 41:23
  59:16 62:24
**talking** 7:16
  10:13 14:9
  16:11 50:3
  64:9 65:19
  65:20 68:11
**taller** 18:21
**tank** 10:22
**tap** 55:7
**tax** 63:11
  73:7,22
  74:3,5,8
**taxes** 60:7
**teach** 54:3
**technically**
  50:13 56:8
  56:12 57:9
  60:22 64:2
  70:12
**technologic...**
  53:4
**technology**
  33:3 56:4
  61:18 77:12
  77:15
**Ted** 7:19
**tell** 5:2 8:19
  12:21 19:24
  29:21 39:8
  39:24 68:19
  68:20 69:21
  72:22
**ten** 23:21
  27:10
**termination**
  29:4
**terms** 8:9

13:9 23:4
25:12 30:3
30:10 56:6
65:3
**Tesla** 19:18
  19:23 22:21
  34:3,6,7
  36:8 74:3
**Tesla's** 34:9
  54:5
**tested** 59:8
**testified** 4:11
  59:10 81:17
  82:14
**testimony**
  14:21 15:4
  22:17 53:16
**text** 23:13
  58:16
**Thank** 45:13
**then-counc...**
  9:16
**Theodore** 1:3
  1:13 3:3
  4:9,20
**thing** 6:12
  9:9 46:23
  64:10 67:23
  71:1 74:23
  76:21,22
**things** 13:21
  24:19 29:20
  32:10
**think** 7:24
  9:5,13
  11:12 14:2
  14:8,12
  17:11 19:3
  19:24 22:10
  28:8 30:15
  31:21 35:20
  39:5 40:7
  42:1 43:7
  49:19 54:6
  55:5 56:3,7
  57:23,24
  58:11 59:9
  59:10,16
  62:11 64:18
  65:8 68:1
  70:20 72:14
  74:3,19,23
  76:15 78:1
  81:7

**third** 46:9
  68:16
**thought** 24:8
**three** 19:20
  20:1,3,8
  33:11,12,16
  33:22 34:5
  34:12,15
  35:23 36:1
  36:5 45:11
  46:24 55:15
**thrilled** 58:9
  63:22
**tick** 43:3
**tight** 17:4
**time** 4:6 5:3
  5:11 8:22
  9:6,10 14:1
  17:1 18:12
  20:13 21:14
  21:24 24:20
  24:22 26:11
  28:17 29:16
  29:17 30:18
  39:2,2,7
  42:13 43:18
  45:3,14
  47:19 48:3
  49:17,24
  50:22 51:4
  51:22 64:24
  65:16 66:4
  72:14 74:20
  74:21 75:5
  77:21
**timeline** 15:8
  17:3 24:18
**times** 23:19
  23:21 27:10
**tiny** 65:21
**today** 5:21
  7:5 14:7
  17:22 72:13
  77:3
**told** 16:10
  24:17 64:23
**tomorrow**
  32:12
**top** 67:18
  68:17 77:2
**topped** 21:11
**topside** 68:18
**total** 67:5
  75:9

**totaling**
  70:24
**totally** 5:16
**touchless**
  55:8
**train** 10:3
**transcript**
  84:8,15
**trial** 4:7
**tried** 10:22
  28:7 41:11
**true** 55:19
**trust** 37:22
  38:12
**truthful** 7:5
**try** 9:6 21:9
  33:2 42:22
**trying** 15:7
  46:13,16,18
  68:21 76:19
**turn** 22:3
**turned** 58:1
**two** 8:22 9:2
  11:14 13:21
  19:5,16
  20:1,8,18
  22:11,14
  30:23 33:11
  34:10 36:2
  36:8 46:24
  49:3 50:18
  54:6 65:9
  68:15 71:13
  72:15
**two-hour**
  50:16
**typically** 10:3

_____

**U**

**uh-huh** 5:14
**ultimately**
  73:2
**umbrella**
  70:21
**unclear** 32:17
  32:18
**underground**
  61:6
**understand**
  5:3,5 10:16
  19:24 25:23
  28:12,13
  32:10,14
  41:16 44:21

46:19 54:3
54:23 62:13
80:16
**understand...**
  31:16 32:11
  41:7,9 42:2
  47:13
**understood**
  14:17 15:10
  25:16 28:24
**underwriter**
  76:4
**unit** 77:16
**United** 1:1
  54:7
**units** 74:1
**universal**
  19:16 22:12
**unpack** 62:10
**unsolvable**
  59:22
**unsupported**
  8:24
**unusual** 10:7
**update** 17:24
  18:6
**updated** 24:6
  24:9 69:6,9
  69:12
**updates** 18:3
**usage** 13:20
**use** 22:15
  34:16,21
  36:5,14
  50:6 52:14
  53:9,10,13
  53:23 56:23
  58:6,21
  62:6,17,21
  62:23 63:2
  64:16 79:1
  79:12 82:24
**user** 54:11
  83:7
**usher** 78:21
**usually** 27:17
  38:15 80:18
**utility** 73:13

_____

**V**

**V** 11:18
**valuable** 43:8
**value** 42:9
  43:4 82:9

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

| | | | | | |
|---|---|---|---|---|---|
| 82:10,15,15 | 44:2 58:5 | 3:2 6:5 | **yeah** 41:9 | **1st** 31:4 | **400** 70:5 73:5 |
| 82:19 83:6 | 60:9,13 | 20:7 21:3 | 57:23 75:3 | ⎯⎯⎯⎯ | 73:10 |
| **varies** 21:4 | 62:12 66:3 | 22:20 27:8 | 78:7 | **2** | **419** 65:14 |
| **variety** 13:8 | 67:4,14 | 30:13 34:3 | **year** 28:19 | **2,560.88** 75:9 | 66:6 68:23 |
| **vehicle** 7:11 | 69:1 77:18 | 43:2,11 | 29:7 31:2 | **2,647.25** | **420** 67:15 |
| 7:17 8:10 | **wanted** 8:24 | 49:16 52:20 | 38:16 46:20 | 75:14 | 68:23 69:5 |
| 9:1,5,14 | 45:6 47:17 | 53:19 63:20 | 74:9,20 | **2,747.25** 71:2 | 69:12 70:23 |
| 10:11,21 | 52:15 55:21 | 72:11 78:7 | **yearly** 40:12 | **2/28/14** 46:12 | 71:5 75:12 |
| 11:9 12:3 | 76:23 77:4 | 78:18 79:5 | **years** 14:6 | **2/28/2014** | 75:13 76:3 |
| 12:13 13:10 | **wants** 63:6 | 79:16 | 18:4 27:9 | 46:3 | **421** 68:16 |
| 14:19 15:13 | **wasn't** 12:4 | **Wizardry** | 35:7 | **20** 20:20 | 69:4,11 |
| 15:16,21 | 48:24 56:1 | 66:10 70:1 | **Yep** 20:4 | **2001** 8:4,5 | 75:8 |
| 17:7 19:2 | 82:1 | 75:17 | | **2007** 9:16 | **422** 69:18 |
| 20:14 21:5 | **way** 6:10 9:5 | **wood** 69:7 | ⎯⎯⎯ **Z** ⎯⎯⎯ | **2010** 8:4,7 | 70:5,7 |
| 23:6 25:4 | 10:15 15:7 | **work** 10:20 | | **2012** 8:14 9:7 | **423** 71:17 |
| 26:6,8,16 | 16:9 19:4 | 10:21 22:21 | ⎯⎯⎯ **0** ⎯⎯⎯ | 10:13 11:15 | 72:19 |
| 28:21 29:3 | 32:9 55:24 | 22:23 35:8 | | 11:19 17:19 | **424** 71:18 |
| 29:9 30:16 | 58:2,22 | 35:15 39:16 | ⎯⎯⎯ **1** ⎯⎯⎯ | 23:20 26:11 | **425** 71:18 |
| 31:1,5,17 | 60:20,21 | 50:21 51:9 | **1** 44:15 | 64:20,21 | **43** 3:11 |
| 31:17 32:1 | 62:3 65:21 | 51:10,11 | **1,046.64** 71:5 | 67:7 80:2 | **430** 65:15 |
| 32:24 33:2 | 71:18 77:14 | 54:19 58:23 | **1,046.68** | **2013** 12:18 | 72:19 |
| 37:10,24 | **ways** 39:20 | 61:14 62:7 | 72:20 | 44:14,15 | **45** 3:12 |
| 38:3 41:15 | **we'll** 7:8 | 66:17,19 | **1,529** 70:10 | 45:23 64:24 | **47** 3:13 |
| 42:13 51:2 | 36:10 68:10 | 72:24 73:8 | **1,700.57** 67:8 | 65:11 66:10 | |
| 51:6 52:18 | 78:1,11 | 75:17 77:7 | 67:16 68:7 | 67:7 69:20 | ⎯⎯⎯ **5** ⎯⎯⎯ |
| 58:15,18,19 | **we're** 14:8 | 77:8,9 | 68:12 69:10 | 72:11 74:7 | **5/16/2013** |
| 74:12 78:13 | 21:6 22:2 | **worked** 69:24 | 69:13,16 | 74:9,15,22 | 44:21 |
| **vehicles** 9:2 | 27:5 31:8 | **workers** | 71:4 | **2014** 46:10 | **50,000** 74:24 |
| 11:14 19:7 | 34:19 65:19 | 58:23 | **10:08** 1:18 | **2016** 11:17 | **500** 72:16 |
| 19:17 21:18 | 65:20 68:11 | **working** 18:7 | **100** 45:23 | 72:3 74:19 | **504-4622** |
| 22:23 26:12 | 69:18 71:17 | 23:15 39:11 | 47:3,9 | **2018** 11:12 | 1:21 |
| 26:18 30:17 | 72:19 73:10 | 42:19 | 76:15 | **2019** 1:11 | **54** 1:20 |
| 33:6 74:11 | 73:24 82:22 | **works** 10:15 | **1038** 44:21 | **215** 1:21 2:12 | **59** 14:5,7 |
| 78:22 | **we've** 50:2 | 18:9 24:13 | **11** 1:11 60:5 | **215)915-7978** | |
| **versus** 35:4,6 | **weather** 21:5 | 39:20 | **110** 20:4,5,7 | 2:6 | ⎯⎯⎯ **6** ⎯⎯⎯ |
| 62:17 67:19 | **Wednesday** | **world** 63:16 | **1107** 7:22 | **220** 20:8 | **6:00** 50:10,11 |
| **visit** 66:19 | 1:11 | 63:20 | **116** 1:20 | **23** 66:10 | 50:14,15 |
| **Volt** 9:7,12 | **weeks** 16:22 | **worms** 64:5 | **11th** 52:6 | **24** 3:10 | 51:16,17 |
| 9:23 10:2,7 | **went** 13:12 | **worst** 80:22 | **12** 20:16,19 | **24-hour** 26:5 | **607** 66:22 |
| 10:15 11:17 | 13:18 14:15 | **wouldn't** | 59:5 | 27:4 | **65** 3:14 |
| 12:6,18,22 | 32:12 70:13 | 12:5 17:5 | **12/21/12** | **25** 44:17 | **68** 71:7,9 |
| 20:22 52:10 | **weren't** 58:1 | **Wow** 65:7 | 62:10 | **250** 73:12 | **686-1776** |
| 64:24 74:7 | **Wharton** | **writing** 44:20 | **12:14** 83:14 | | 2:12 |
| 74:15,22 | 7:22 8:16 | 47:1,4,5 | **14th** 1:15 | ⎯⎯⎯ **3** ⎯⎯⎯ | |
| **volts** 20:5,7,8 | **wheels** 10:4 | **wrong** 48:13 | 2:10 | **30** 44:14 59:5 | ⎯⎯⎯ **7** ⎯⎯⎯ |
| **vs** 1:7 | **WILLIAM** | **wrote** 69:16 | **1515** 1:15 | 69:20 | **75** 46:3 47:3 |
| | 1:3 | **WWW.ST...** | 2:10 | **31** 45:23 | 47:3,3 |
| ⎯⎯⎯ **W** ⎯⎯⎯ | **wind** 60:4 | 1:22 | **17-4213** 1:3 | 46:10 65:10 | |
| **waived** 4:4 | **windshield** | | **18** 20:16 | **360** 2:4 | ⎯⎯⎯ **8** ⎯⎯⎯ |
| **want** 5:19 7:9 | 27:17 | ⎯⎯⎯ **X** ⎯⎯⎯ | **180** 65:12 | **399** 2:4 | **80** 20:20 |
| 7:15 24:16 | **wipers** 27:18 | **X** 3:1,8 | **18940** 1:21 | | **81** 3:6 |
| 26:1 36:5 | **wire** 28:9 | **Xs** 16:21 | **19102** 2:11 | ⎯⎯⎯ **4** ⎯⎯⎯ | |
| 36:15 40:8 | **wiring** 66:20 | | **19106** 2:5 | **4** 3:5 | ⎯⎯⎯ **9** ⎯⎯⎯ |
| 40:24 43:22 | **WITNESS** | ⎯⎯⎯ **Y** ⎯⎯⎯ | **19147** 7:23 | **40,000** 74:24 | **9/28/12** 66:22 |

# EXHIBIT "F"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM MORLOK, ADAM        : No. 17-4213
NOVICK, THEODORE LEWIS,     :
Individually & on behalf of :
all others similarly        :
situated,                   :
                            :
          Plaintiffs,       :
                            :
          vs.               :
                            :
CITY OF PHILADELPHIA,       :
                            :
          Defendant.        :

                    -   -   -

          Wednesday, December 11, 2019

                    -   -   -

          Oral deposition of WILLIAM MORLOK

was taken at the CITY OF PHILADELPHIA LAW

DEPARTMENT, 1515 Arch Street, 14th Floor,

Philadelphia, PA before Julie Henry, a Notary

Public of the Commonwealth of Pennsylvania,

on the above date, commencing at 1:06 p.m.

                    -   -   -

          STREHLOW & ASSOCIATES
          54 FRIENDS LANE, SUITE 116
         NEWTOWN, PENNSYLVANIA 18940
              (215) 504-4622
         WWW.STREHLOWCOURTREPORTING.COM

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 2

APPEARANCES:

MATANOVIC LAW, LLC
BY: STEPHAN MATANOVIC, ESQUIRE
   399 Market Street
   Suite 360
   Philadelphia, PA 19106
   smatanovic@matanoviclaw.com
   (215)915-7978
   Representing the Plaintiffs

CITY OF PHILADELPHIA LAW DEPARTMENT
BY: AMY KIRBY, ESQUIRE
   1515 Arch Street
   14th Floor
   Philadelphia, PA 19102
   Amy.kirby@phila.gov
   (215) 686-1776
   Representing the Defendant

Page 3

INDEX
WITNESS:
WILLIAM MORLOK
BY             EXAMINATION        PAGE
Ms. Kirby          Direct          4
Mr. Matanovic       Cross         53

EXHIBITS
NUMBER    DESCRIPTION        PAGE
Morlok-1    Collection of Documents    32

Page 4

1           - - - - -
2           (It is agreed by and between
3    counsel that reading, signing, sealing,
4    filing, and certification are hereby waived
5    and all objections, except as to the form of
6    the questions, are reserved until the time of
7    the trial.)
8           - - - - -
9           WILLIAM MORLOK, having been duly
10   sworn according to law, was examined, and
11   testified as follows:
12           - - - - -
13           DIRECT EXAMINATION
14           - - - - -
15   BY MS. KIRBY:
16       Q   Can you state your name for the
17   record?
18       A   William C. Morlok.
19       Q   Hi, Mr. Morlok, how are you?
20       A   I'm fine.  I'm Bill.
21       Q   Okay, I will call you Bill.
22           I'm Amy Kirby, I'm representing the
23   city in the case of William Morlok, Adam
24   Novick and Theodore Lewis versus the City of

Page 5

1    Philadelphia related to electric vehicles or
2    EVs, as I will probably call them today, as
3    long as you will understand what I am talking
4    about.
5           Have you ever been deposed before?
6       A   Once.
7       Q   Was it related to this matter?
8       A   No.
9       Q   Was it recently?
10      A   No.
11      Q   What kind of case was it?
12      A   It was a case involving a
13   conference center in Shreveport, Louisiana.
14      Q   I will go over general ground
15   rules, which you may have heard already.  I
16   talk very quickly, so you can always tell me
17   to slow down, you can tell me to repeat a
18   question, you can tell me you don't
19   understand what I'm asking any time, I'm more
20   than happy to clarify.  Any answer that you
21   give, make sure it's audible.  No nodding,
22   shaking your head, anything like that, the
23   court reporter can't take it down.  If you
24   need me to clarify, feel free to ask.  If you

2 (Pages 2 to 5)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 6

1    want to take a break, you are more than happy
2    to take as many breaks as you want, just make
3    sure there is no question pending when we do
4    that.
5          Is there any reason your testimony
6    today won't be truthful?  Are you on any
7    medications or anything of that nature?
8          A    No, I'm not.
9          Q    You understand, generally, what
10   this lawsuit is about?
11         A    Absolutely.
12         Q    Have you talked to anyone before
13   today about this deposition?  If you talked
14   to your lawyer, you can say that, just don't
15   tell me what you said.
16         A    Yes, I spoke with Stephan.
17         Q    Did you talk with anyone else, any
18   of the other class members or anything?
19         A    I spoke with Ted at the same
20   meeting with Stephan.
21         Q    So let me start, first of all, with
22   the application process.  I understand you
23   are an EV owner, correct?
24         A    Yes.

Page 7

1          Q    What vehicle do you currently have?
2          A    A Prius plug-in hybrid.
3          Q    What year is it?
4          A    2013.
5          Q    What's your address?
6          A    2410 Pine Street.
7          Q    When did you first hear about the
8    EV program for the city?
9          A    Probably about four years ago.
10         Q    So how did you hear about it, if
11   you recall?
12         A    A neighbor.
13         Q    Did they have an EV?
14         A    No.
15         Q    So you heard about it four years
16   ago.  Did you have your vehicle already?
17         A    No.
18         Q    You didn't, okay.  When did you
19   purchase your vehicle?
20         A    Just three years ago, I'm guessing.
21         Q    So we'll go with 2016?
22         A    Sounds right.
23         Q    Admittedly, I'm terrible at math,
24   so feel free to correct me.

Page 8

1          Tell me a little bit about the
2    process of how you applied for the permit in
3    front of your house and the steps you took,
4    what was the first thing you did?
5          A    Well, researched the program
6    online, I contacted the PPA, obtained the
7    permit, filled it in and made an application.
8          Q    Did you purchase your vehicle
9    before you filled out your application?
10         A    No, I did not.  I purchased the
11   vehicle after I got preliminary approval from
12   PPA, subject to installing a permit and
13   obtaining the license from L&I for that.
14         Q    So I think I understand the permit
15   technically requires that you have your EV
16   and the VIN number and all that stuff, but it
17   sounds like PPA was doing something where
18   they were giving you some sort of preliminary
19   approval before you had to get your vehicle;
20   is that correct?
21         A    That's correct.
22         Q    So it was really just a matter of
23   you reaching out and saying, hey, I want to
24   be a part of this program, but I don't have a

Page 9

1    car yet?
2          A    Yes.
3          Q    Why did you do it that way instead
4    of purchasing your vehicle first?
5          A    Because I didn't want to purchase
6    the vehicle and have the application for
7    permit for the charging station denied.
8          Q    I'm assuming where you live on Pine
9    Street, you don't have a garage?
10         A    No.
11         Q    Or a curb cut or any private
12   parking?
13         A    No.
14         Q    Is your parking on your side of the
15   street or the other side of the street?
16         A    My side of the street.
17         Q    So you did your preliminary
18   application.  Did the PPA come back and
19   approve it?  How do you find out you are
20   preliminarily approved?
21         A    I believe it was email.
22         Q    It was from PPA?
23         A    Yes.
24         Q    So, at that point, do you have your

3 (Pages 6 to 9)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 10

1    charger installed yet or did you wait to
2    install that, too?
3        A   No.  At that point, I purchased the
4    charger, hired an electrician to install it
5    and then contact L&I to approve the
6    installation and then provide that approval
7    along with my VIN and proof of ownership to
8    PPA who hangs the signs.
9        Q   I think you said your vehicle or
10   you learned about the program two or three
11   years ago.  When did you start the
12   application process, if you recall?
13       A   Approximately, a year after that.
14       Q   So this was 2017 or 2018?
15       A   Probably '16, I'm thinking.
16       Q   Sixteen, okay.
17       A   Yeah, I believe I have had the
18   charger two or three years.
19       Q   Where did you purchase the charger?
20       A   Online.
21       Q   Where online?
22       A   Just -- from what site, I don't
23   recall.
24       Q   Do you remember how much you paid

Page 11

1    for the charger?
2        A   About $500.
3        Q   What does the infrastructure look
4    like?  I've seen a lot of chargers in the
5    city, some that are big, some that are
6    smaller and some that sit on the ground.
7    What does yours look like?
8        A   Mine looks like a cedar guardpost.
9    I also purchased cedar and designed and built
10   an enclosure for the thing, mostly because I
11   don't like the appearance of the chargers.
12       Q   Does the enclosure have any safety
13   with it, does it have a lock or anything like
14   that?
15       A   It has a lock.  It's 220 volts at
16   the curb where kids from Philadelphia school
17   walk by and I wasn't comfortable with that.
18       Q   So the whole charger is enclosed in
19   this cedar box kind of thing?
20       A   Yes.
21       Q   Who has access to the charger?
22       A   I do.
23       Q   Just you?
24       A   Yes.

Page 12

1        Q   Is it like a deadbolt or a key or
2    something like that?
3        A   It's a key.
4        Q   We talked earlier today about
5    the -- forgive me, you may know more about
6    technology related to this -- but there are
7    different classes of charges, I understand a
8    class one, a class two and then the
9    commercial class three.
10           What kind of charger do you have?
11       A   Class two.
12       Q   I believe you said you have a Chevy
13   Volt, correct?
14       A   No, it's Prius plug-in hybrid.
15       Q   And I think you said it was a
16   hybrid.  So this runs mostly on battery or
17   mostly on gas or is it a mix of both?
18   Explain, just generally, the technology.
19       A   There are certain controls in the
20   car.  It can run on battery only.  It has a
21   full charge of about 12 miles, but of course
22   the battery will rejuvenate itself as one
23   drives, so the range is greater than that, so
24   that's operating on EV.  It can operate on

Page 13

1    economy, which, again, runs partially on
2    battery, partially on internal combustion.
3        Q   Do you have to keep gassing it?
4    Can you use just the battery or do you always
5    have to keep some gas in it just in case?
6        A   I always keep gas in it.
7        Q   How long does it take to fully
8    charge your Prius if it's completely dead,
9    the battery?
10       A   My guess is three or four hours.
11       Q   Are these batteries you want to
12   keep plugged in all the time, do you keep
13   your car plugged in whenever it's parked out
14   in front of your house?
15       A   If I can get access to the charger,
16   I always leave it plugged in.  I believe
17   that's generally recommended for all electric
18   vehicles.
19       Q   But it's recommended for yours?
20       A   Don't know.
21       Q   You just do it just in case to make
22   sure you have a full charge all the time; is
23   that right?
24       A   I do it, because in conversations

4 (Pages 10 to 13)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 14

1 with other EV owners, they've said it's
2 recommended that you keep your car plugged in
3 all the time to maintain the battery.
4    Q   Do you ever have any issues with
5 people unplugging your car or anything like
6 that?
7    A   No.
8    Q   Does it get locked when it gets put
9 in there, like the plug?
10    A   No.
11    Q   So anyone can pull it out?
12    A   Yes.
13    Q   The plug that you use, is it
14 proprietary to your Prius or could any other
15 electric vehicle use that plug?
16    A   I believe any other vehicle could
17 use the plug, although I do believe Tesla has
18 its own unique plug.  Most automobiles, I
19 believe, use this general plug.
20    Q   Have you ever let any other EV
21 vehicle use your plug?
22    A   I have never been asked to.
23    Q   Is your charging station hooked up
24 to your electricity in your house?

Page 15

1    A   Yes.
2    Q   Do you have a shut off in your
3 house somewhere to turn the electricity off
4 if you want to?
5    A   Yes.
6    Q   Is there also one on the actual
7 charger?
8    A   No.
9    Q   So if it wasn't locked up,
10 technically any other EV could come and plug
11 themselves in and get a charge if your
12 electricity was on in your house?
13    A   Yes.
14    Q   How did you decide which charging
15 station you were going to purchase?
16    A   Looked at the variety of options on
17 the Internet and selected one based on price
18 and ratings.
19    Q   Is that the same charger, the
20 charger you bought in 2016, the same one you
21 currently have?
22    A   Yes.
23    Q   Does it have to be maintained at
24 all?

Page 16

1    A   I haven't done any maintenance to
2 date.  It's not in the weather and it's
3 enclosed.
4    Q   To your knowledge, is there any
5 software updates or any other types of
6 updates or maintenance you are supposed to do
7 on them?
8    A   No.
9    Q   You've never had any issues with
10 your charger?
11    A   No.
12        MR. MATANOVIC:  I think there was a
13    double negative there.  You asked, you
14    never had any issues, he said no --
15        THE WITNESS:  I have never had any
16    issues with my charger.
17 BY MS. KIRBY:
18    Q   So when you applied for the permit,
19 did you take a look at the application
20 beforehand and kind of check out the
21 requirements and all that stuff?
22    A   Yes.
23    Q   What was your understanding
24 regarding the parking space, did you think it

Page 17

1 was for anybody, it was just for you, it was
2 for all EVs, what was your general
3 understanding?
4    A   It was reserved 24 hours a day,
5 seven days a week for electric plug-in
6 vehicles.
7    Q   You said electric plug-ins, are
8 there electric vehicles that aren't plug-in?
9    A   I think there is general confusion
10 about hybrids that don't get their energy
11 source from an external power.
12    Q   So hybrids wouldn't qualify for the
13 permit?
14    A   No.  The sign states plug-in,
15 reserve for plug-in.  I'm sorry, I think they
16 reserve for electric vehicles and then there
17 is a symbol --
18    Q   Like a picture, right?
19    A   Plug, yes.
20    Q   What was your understanding of how
21 long you would have this space in front of
22 your house or the signs would be there
23 once you applied for the permit?
24    A   I viewed it as an investment.  In

5 (Pages 14 to 17)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 18

1    reading all the regulations in the permit, it
2    didn't state there was any time limit.  I
3    assumed it would be there as long as the
4    permit was renewed.
5        Q    The permit renewal, how often was
6    it?
7        A    It's once a year.
8        Q    Have you renewed it every year
9    since you received the permit?
10       A    Yes.
11       Q    How does the renewal process work,
12   if you know?
13       A    One waits to receive a letter from
14   the PPA with an invoice, write a check and
15   send the check in.
16       Q    Have you ever been late on renewing
17   your permit?
18       A    No, but I am sometimes nervous the
19   PPA is late in sending me the invoice.
20       Q    Had you ever sent your check in
21   without getting the invoice?
22       A    No.  I once went to the PPA to
23   attempt to pay it and they wouldn't permit
24   it.  I will say that, Ellen -- I can't recall

Page 19

1    her last name, who is in charge of the PPA --
2    is extremely knowledgeable and very, very
3    helpful.  So I always feel like it's okay to
4    dump on PPA, but I should defend Ellen.
5        Q    What was your understanding of the
6    ways that the permit could be revoked?
7        A    It's listed in the permit
8    application, so the permit can be revoked if
9    I no longer have an electric vehicle plug-in,
10   it can be revoked if I don't maintain the
11   permit, it can be revoked if I don't maintain
12   the equipment and good repair of the street
13   and it could be revoked if I'm rude to other
14   folks about the space, in other words, no
15   lawn chairs.
16       Q    When you say maintain the permit,
17   you mean reapply every year?
18       A    Pay every year and maintain the
19   equipment.
20       Q    Have you had to -- I know we talked
21   about no upgrades or anything, but have you
22   had to do any other maintenance?
23       A    No.
24       Q    Does anyone come out and take a

Page 20

1    look at your charger ever?
2        A    Yes.
3        Q    Who has come to take a look at it?
4        A    Passers by.
5        Q    Has anyone from the city come out
6    and taken a look at it to make sure it's in
7    repair or it's not in disrepair, I guess?
8        A    Not to my knowledge.
9        Q    No one has ever approached you and
10   said, hey, we want to come take a look at
11   this or anything?
12       A    No.
13       Q    Was it your understanding that any
14   EV plug-in vehicle could park in this space?
15       A    Yes.
16       Q    Did you ever have anyone else park
17   there, any other EV?
18       A    Yes.
19       Q    How often does that happen?
20       A    Not infrequently, but not
21   frequently either.
22       Q    Would you say once a week or --
23       A    Once every couple of weeks, maybe.
24       Q    Did you do anything when you saw

Page 21

1    them in your spot?
2        A    I didn't park my car there.
3        Q    But you never went out and tried to
4    find out who the owner was and have them move
5    or anything like that?
6        A    Well, no, that would be improper.
7    That would -- they would revoke my permit,
8    because EV can park in that spot.
9        Q    I think you already testified that
10   just because an EV is parked there, no one
11   has ever used your charger, other than you,
12   correct?
13       A    Correct.
14       Q    And no one has approached you
15   to ask you to use your charger?
16       A    Only once a neighbor asked and I
17   was at work, so it wouldn't work.
18       Q    Would you have let your neighbor
19   use the charger if they wanted to?
20       A    Absolutely.  I think that all of us
21   EV owners are sort of a community.  I would
22   very much appreciate it if I was somewhere,
23   had I had an electric vehicle and no other
24   source of power, if someone would allow me to

6 (Pages 18 to 21)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 22

1    charge in an emergency and I would be
2    delighted to help someone at my charger.
3        Q    Do you take your car out of the
4    spot every day, do you go to work or do
5    anything like that?
6        A    Not every day, no.
7        Q    Do you know of any public charging
8    stations in the city that you can use?
9        A    I understand there may be some at
10   Whole Foods, but I don't know if they are
11   Tesla specific, but I don't use any other
12   chargers in the city.
13       Q    So you've never used one of the
14   public chargers?
15       A    No.
16       Q    Have you ever used another permit
17   holders' charger?
18       A    No.
19       Q    We were just talking about EVs
20   parking in your space.  What about non-EVs,
21   have you ever had them parked in a permitted
22   spot?
23       A    Well, it's constant now that they
24   changed the regulations on us.

Page 23

1        Q    Let us talk about before the
2    regulation change and then we can talk about
3    after.
4            Before, did you have a lot of
5    non-EVs park in the permit spot?
6        A    Non-EVs did park in the spot, yes.
7        Q    What was your recourse if that
8    happened, was there anything you could do?
9        A    Well, one could call the PPA and
10   ask for a ticket, one could call the PPA and
11   ask to have the car towed.
12       Q    Did you ever do either of those
13   things?
14       A    Yes.
15       Q    Did it ever work, did the PPA ever
16   come out and ticket and tow?
17       A    Very infrequently with ticket
18   and the one time I called for tow, it did
19   work.
20       Q    I know you say said frequently, but
21   how often before the amendment ordinance did
22   non-EVs park in your space?
23       A    I don't have an exact number, far
24   less frequently than parking there now.

Page 24

1        Q    Let's talk about after the
2    amendment.  I understand -- I think we both
3    understand 6:00 a.m. to 6:00 p.m., is that
4    for anybody to park there?
5        A    Yes.
6        Q    It's a two-hour limit; is that
7    correct?
8        A    There is a two-hour limit, except
9    for other EVs.
10       Q    Then 6:00 p.m. to 6:00 a.m., I
11   understand is exclusively EV parking; is that
12   correct?
13       A    Yes.
14       Q    From the 6:00 a.m. to 6:00 p.m.
15   portion, how many times do you get abuse of
16   that part of the day, so you get a non-EV
17   parking there for eight hours or six hours or
18   --
19       A    It's got to be half the time that I
20   want to pull in and charge or one out of
21   three times.
22       Q    What about with other EVs during
23   the 6:00 a.m. to 6:00 p.m., would you ever
24   get a lot of other EVs parking there?

Page 25

1        A    Far less frequently.
2        Q    6:00 p.m. to 6:00 a.m., when it's
3    exclusively EV, how often do you get regular
4    vehicles coming and parking there?
5        A    Less frequently than during the
6    day.
7        Q    Is it usually once a week or once
8    every two days?
9        A    Well, it's a couple times a week.
10   Often, I will come back to charge before
11   6:00 p.m. and there will be a car there, so
12   I'll have to park my car somewhere else.
13   Then I surveil the spot.  Frequently, the
14   offender doesn't leave at 6:00, but leaves a
15   little later, if they leave too late, I just
16   don't have the energy to go out and fetch my
17   car and pull it around, so I'll note now I
18   have taken up two spaces.  Sometimes, if I'm
19   in a cranky mood, I'll call 911 and say there
20   is an illegal parker in front of an EV.  The
21   police department is very responsive and they
22   will ticket, but only after 6:00.
23       Q    Where do you usually park if
24   someone is in that spot?

7 (Pages 22 to 25)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 26

1      A    Anywhere in the neighborhood.
2      Q    Have you ever had to park somewhere
3 and your car has died because you haven't
4 been able to charge it?
5      A    No, because it's a hybrid.
6      Q    So you are lucky enough that you
7 have some backup?
8      A    But, often, I'll make too many
9 trips and I'm not functioning as an electric
10 vehicle, so whatever premium I paid for, that
11 is useless to me, I'm now just driving in IC.
12          MR. MATANOVIC:  Can you explain
13 what IC is?
14          THE WITNESS:  Internal combustion.
15 BY MS. KIRBY:
16      Q    How did you get notified that
17 you were reapproved, was there any
18 notification from the city?  So you send in
19 your money -- you get the invoice, send in
20 your money.  Did they send you back something
21 saying you still get the spot?
22      A    I'm not sure that I recall.  It's
23 popped up on my calendar that I should now
24 begin to worry a little bit about getting the

Page 27

1 application.
2      Q    But you don't recall if they come
3 back and say something?
4      A    I think they send the bottom stub
5 stamped approved.  I'm not recalling exactly.
6      Q    Do you know anyone else, any other
7 EV owners who have not gotten their permits
8 approved?
9      A    No.
10      Q    Either because they decided not to
11 or because the city didn't approve them?
12      A    Well, I know of some folks who have
13 sold their house, bought a new house with a
14 garage so didn't need a permit any longer,
15 some folks move.  I don't know of anyone who
16 has made an application and was denied
17 renewal.
18      Q    Do you know anyone who has made an
19 initial application and was denied?
20      A    Only when the regulations were
21 changed.
22      Q    But no one before, to your
23 knowledge?
24      A    No.

Page 28

1      Q    That had applied?
2      A    No.
3      Q    I think we just talked about -- you
4 just mentioned something else, selling a
5 house.  Was that another reason that a permit
6 would be revoked, if someone sold their
7 house?  Before the amendment, what was your
8 understanding if you had sold your house in,
9 you know, 2015?
10      A    I believe the regulations are
11 fairly salient, so I viewed it as an
12 investment, as a capital improvement, and
13 that the charger would be available to a new
14 buyer of my house and my investment would
15 have turned a profit for me.
16      Q    What kind of a profit, if you can
17 speculate?
18          MR. MATANOVIC:  Objection, calls
19 for speculation.
20 BY MS. KIRBY:
21      Q    You can answer.  What kind of
22 profit do you think it would garner?
23      A    I think a very big profit.
24 Regulations will permit only two of these

Page 29

1 spaces per block, so it's limited supply.  We
2 are now in a place that I expected we would
3 be, where many car manufacturers are turning
4 to electric vehicles, so more and more people
5 have electric vehicles, so I have a scarce
6 commodity that would make that attractive.
7      Q    If we're going to -- again, I know
8 it's hard to quantify, but if you were going
9 to quantify, are we talking $500, $5,000,
10 $50,000 --
11      A    I have no idea.
12          MR. MATANOVIC:  Objection, calls
13 for speculation.
14 BY MS. KIRBY:
15      Q    So after the amendment, what was
16 your understanding if you sold your house?
17 Would the permitted spot continue to stay
18 there or would it have to be removed?
19      A    It was salient with the initial
20 amendment, I believe.
21      Q    The initial ordinance, I think we
22 talked about, and then the amendment you
23 agree with is also salient?
24      A    I believe so, yes.

8 (Pages 26 to 29)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 30

1      Q   I think you testified to this, I
2  just want to make sure.  If you sold your
3  house to me and I had a different EV other
4  than a Tesla, a Chevy Volt or something, I
5  could still use that class two charger, it
6  should work for my vehicle?
7      A   Yes.  I should say, also, that
8  service is at the curb, so if you had a
9  Tesla, you simply have to change out the
10  plug.
11      Q   Let me ask you about class three
12  chargers.  Can you get one of those in front
13  of your house, if you know?
14      A   I don't know.
15      Q   You never sought out to find out if
16  you could, you just went with class two?
17      A   Correct.
18      Q   Why did you go with the class two
19  charger, why did you pick the one you picked?
20      A   The class one is really slow, the
21  class three is the super charger and is very
22  expensive.  If I can charge for three or four
23  hours, I don't need it.
24      Q   Do you recall how much you paid for

Page 31

1  your initial application for the charger?
2      A   I believe $50.
3      Q   Do you recall how much it cost to
4  renew it?
5      A   In Center City, it's either $150 or
6  $300.
7      Q   That's the area -- you are
8  considered Center City?
9      A   Yes.
10      Q   I think we have some documents we
11  can look at regarding the prices, but let's
12  just generally talk.
13          I think you said your charging
14  station, itself, was $500 that you purchased
15  online?
16      A   Yes.
17      Q   And then you got the cedar and all
18  of those things?
19      A   Yes.
20      Q   Do you recall, generally, how much
21  the installation of the charging station
22  cost?
23      A   About $2,500.
24      Q   What other costs were associated

Page 32

1  with getting the charging station in and
2  running, if you remember?
3      A   Constructing the enclosure and
4  that's it.
5      Q   What about any permits?  I think
6  there was an L&I permit that had to be
7  issued.  Did you pay for that or was that
8  included in your electrical?
9      A   That was included in the
10  electrical, I believe.
11          (At this time, a document was
12  marked as Morlok-1 for identification.)
13  BY MS. KIRBY:
14      Q   Take a look at these documents and
15  we'll discuss them.  I think it's invoices
16  and also your permit application.  I think
17  we'll see what makes sense.  So I want to
18  take a look -- if you go to these documents
19  at the bottom, it says Morlok on the
20  right-hand side and it has the number.  There
21  is a number on all these so I can look at
22  them.  If you go to Morlok 1243, I think it's
23  your fifth page probably, it's your
24  application, that's the first thing I want to

Page 33

1  look at.
2      A   Okay.
3      Q   Do you recognize this document?
4      A   Yes.
5      Q   What is this?
6      A   This is the electric vehicle
7  parking space application.
8      Q   So this is your initial
9  application, correct?
10      A   Correct.
11      Q   It looks like it's dated
12  October 28, 2016?
13      A   Correct.
14      Q   It's fair to say that's when you
15  initially applied?
16      A   Well, it's mark revised.
17      Q   Do you recall why?
18      A   I do not.
19      Q   Fair enough.
20          Do you remember if you put anything
21  earlier than this October date?
22      A   I must have, because it is marked
23  revised.
24      Q   But you don't know why you would

9 (Pages 30 to 33)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 34

1    have submitted the revised one?  If you don't
2    know, that's fine.
3        A    Perhaps it was without this
4    note about providing registration without
5    request.
6        Q    When you said you initially reached
7    out to the PPA before you purchased your
8    vehicle, this was kind of the initial step,
9    your pre-approval kind of thing; is that
10   correct?
11       A    Yes.
12       Q    So you sent this to the PPA in
13   hopes that they would say, all right,
14   everything looks in order, we'll give you an
15   approval and you'll go and get your car; is
16   that how it worked?
17       A    Yes.
18       Q    So what did you get back from the
19   PPA?  I wonder if it's 1249, if you keep
20   moving forward --
21       A    This looks like the approval.
22       Q    This one is dated September 30,
23   2016, right?
24       A    Yes.

Page 35

1        Q    So this is before the revised
2    application, correct?
3        A    Interesting, yes.
4        Q    I'm just trying to figure out what
5    the documents are.  Let's turn back to the
6    first page, which is 1235.  This looks like
7    it's an invoice or a billing statement for
8    your vehicle, correct?
9        A    Yes.
10       Q    Down here, on the bottom of the
11   first page, it says date, 5/23/17.  Is this
12   about the time that you purchased the
13   vehicle?
14       A    Probably.
15       Q    If you go to the next page, it
16   looks like this is a billing statement from
17   January 18, 2019.  I'm not particularly
18   interested in that.  Do you recall how much
19   you paid to purchase the vehicle or how much
20   you purchased it for?
21       A    I believe it was somewhere around
22   $20,000.  I believe it was 17 plus a variety
23   of other add-ons and so forth.
24       Q    And it was used, correct?

Page 36

1        A    Yes.
2        Q    So go to this third page, it looks
3    like a PECO billing statement.  Do you know
4    what this is for?
5        A    Proof of residency, don't know.
6        Q    I wasn't sure either.  I just
7    wanted to ask.  This is January 29, 2019.
8    Then the next page, it looks like another
9    PECO bill.  Any idea what that's for?
10       A    No.
11       Q    Do they segregate the cost for the
12   electricity that you use for the car versus
13   your house or is it all just one big PECO
14   bill?
15       A    It's one meter.
16       Q    So you don't know how much of it is
17   used for charging your car versus other
18   stuff?
19            MR. MATANOVIC:  For what it's
20       worth, Amy, 1238 has page two of two and
21       the preceding page has one of two, it's
22       just the two sides.
23            MS. KIRBY:  The rest of the
24       invoice, sure.

Page 37

1            MR. MATANOVIC:  I believe we did
2        provide it to you just to indicate where
3        he lives.
4    BY MS. KIRBY:
5        Q    Then we'll move on the 1239.  Do
6    you know what this is?
7        A    Yes, it's an invoice from the
8    electrician.
9        Q    What is this for?
10       A    This is to install a switch in the
11   vestibule, control the power supply to the
12   charging station.
13       Q    Was this done at the time you got
14   the charging station?
15       A    Yes.
16       Q    So it looks like the total -- the
17   date is October 15, 2016.  It says, on the
18   top right-hand corner, estimate.  It looks
19   like the total here is $396.05?
20       A    Yes.
21       Q    We'll do this fun exercise where I
22   start trying to add things.  I'll add that to
23   something, because I'm assuming that's the
24   cost you had when you installed your charger,

10  (Pages 34 to 37)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 38

1  correct?
2      A   Correct.
3      Q   Then I'm going to turn it over.  It
4  looks like there is another estimate, this
5  one is also from October 15, 2016 and this
6  just has a bunch of different numbers on it.
7  Is this a continuation?  It appears it might
8  be.  It look -- the bottom of page 1239 says
9  page two?
10     A   Yes.
11     Q   Does that look like this could be a
12 continuation?
13     A   Yes, it's the same estimate.
14         MR. MATANOVIC:  The estimate number
15     is the same at the top of the page.
16 BY MS. KIRBY:
17     Q   I see.  So let's go through 1240,
18 this first page.  The first charge for
19 $1,647.11, what was that for?
20     A   This was installing the wire from
21 the electric panel to the charging station
22 located in the sidewalk near the curb.
23     Q   So they dug the wire and put it
24 underneath the sidewalk?

Page 39

1      A   Yes.
2      Q   Then it looks like there is a
3  charge for some permit fees, some inspection
4  fees and a total of $1,932.69?
5      A   Correct.
6      Q   Then we go down further and it says
7  supply and install bollards to provide
8  physical protection for electrical components
9  for $282.63.  What is that?
10     A   We didn't do that.  We didn't
11 install bollards.
12     Q   So that cost is not something that
13 we would include here?
14     A   Correct.
15     Q   I'm going to add these other costs
16 to my little rudimentary math over here just
17 to get a general idea.  It's fair to say,
18 other than that bollards, all these other
19 costs were costs that you incurred to put
20 your charging station in?
21     A   That's correct.
22     Q   Then it looks like the next page is
23 a permit, which I don't need to ask you any
24 questions about, the same is the following

Page 40

1  page and we might have gone through all of
2  this.  I want to go -- let's go to page 1250
3  closer to the back.  This looks -- it says
4  electric vehicle parking space invoice, dated
5  January 31, 2019, amount paid, $150 by check,
6  check number, a date, mailed by, sent by.  Do
7  you know what this document is?
8      A   Yes, this is payment from the
9  annual permit renewal.
10     Q   This is the invoice that they send
11 you and then you fill it out and send it
12 back?
13     A   Yes.
14     Q   This handwriting here with the $150
15 and the check number, that's your
16 handwriting?
17     A   Yes.
18     Q   Then you just send it back to PPA?
19     A   Yes.
20     Q   Then I think you testified earlier
21 that you believe you might get some sort of
22 invoice that says it's paid, but you are not
23 entirely sure?
24     A   I would have to look.

Page 41

1      Q   Other than the cost of the charger,
2  which we said is around $500 and the cost
3  that were in this invoice, that was the
4  universal cost for you to put in your
5  charger, correct?
6      A   In addition to building and buying
7  the materials for the enclosure.
8      Q   Was the enclosure required or was
9  that aesthetic?
10     A   Aesthetic.
11     Q   And I'll add the permit fee in
12 there, but I know we talked about it before,
13 so I'll give you some more money there.
14         Was the charging station new when
15 you purchased it?
16     A   Yes.
17     Q   Could you sell it if you decided
18 you didn't want to do the program anymore and
19 you wanted to get rid of your charging
20 station, do you think it was something you
21 could sell?
22     A   I suppose so.
23     Q   Do you think it's worth anything?
24     A   I don't know.

11 (Pages 38 to 41)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 42

1      Q   Have you ever seen any used
2  charging stations being sold anywhere?
3      A   No.
4      Q   The Prius that you bought in 2016,
5  this is the only EV you've had in this space,
6  correct?
7      A   Correct.
8      Q   How often do you personally use the
9  permitted space in front of your house on a
10  daily basis or weekly basis, how many hours?
11      A   How many hours plugged in or --
12      Q   Do you put it in the space?  Do you
13  keep your car in your space most of the day,
14  24 hours a day, only five hours a day, just
15  on a general basis?
16      A   I probably drive the car four times
17  a week.
18      Q   So, otherwise, it's parked in the
19  space?
20      A   If the space is available.
21      Q   Generally, you said, when it's in
22  the space, you have it charged or plugged in?
23      A   Always.
24      Q   Let's suppose for a minute that the

Page 43

1  city decided to end the program today and
2  they wanted to purchase your charger.  Would
3  that be something you would be amendable to?
4      A   I would not be amendable to the
5  city ending the program today.
6      Q   Of course.  But let's assume that's
7  already happened.  Would you be amendable to
8  them purchasing your charger and turning it
9  into a public charger?
10      A   No.
11      Q   Why not?
12      A   Well, it's supplied by my electric
13  and I pay for it and I don't want to be in
14  that business.
15      Q   What if the city were able to take
16  it off of your electrical and they could
17  charge it using a street light or the
18  electricity that's already on your street,
19  would you be amendable to the charger being
20  used publicly?
21      A   That's a future that I have
22  absolutely no interest in.  I don't want to
23  play out those sorts of futures.  That would
24  be a terrible future for me.

Page 44

1      Q   Why would it be terrible?
2      A   Well, because I have gone through
3  and gotten the permit, purchased a car,
4  installed this, under the assumption that it
5  would be my asset and my asset to sell to
6  future homeowners, as long as I lived up to
7  the permit and none of that -- all of that is
8  being changed.
9      Q   If it was public, if the city took
10  it over, the city took it off your electrical
11  grid, it's still there, you still had access
12  to it, that still would not be something you
13  would be interested in?
14      A   I don't want to talk about it.
15  Sorry.
16      Q   It's a question and you can answer
17  it.  I mean, I understand that you haven't
18  thought about it maybe until this minute, but
19  I can ask you a question and I just want to
20  know what your answer would be.
21      A   I can't answer it.
22      Q   Why can't you answer it?
23      A   Because it's completely
24  speculative.

Page 45

1      Q   Sure.
2      A   About what the city might or might
3  not do and the conditions on which they might
4  do it.  If you could propose to me a specific
5  program and I can review it, I can have
6  counsel review it and I can answer that.
7      Q   What I would propose right now,
8  this specific program would be the city says
9  you can't have this electric charger in front
10  of your house just for your use, it's going
11  to be converted to a commercial charger,
12  anyone can use it, the city is going to foot
13  the bill for the electricity, would you be
14  okay with that?
15      A   No.
16      Q   It's for the reasons you said
17  before, essentially that you put this in
18  thinking it was an investment for you?
19      A   It's because I can't contemplate
20  that future.
21      Q   I'm just trying to figure out why?
22      A   I can't explain it any further.
23      Q   What about if the city decided to
24  convert the charger, same program, turn it

12  (Pages 42 to 45)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 46

1  into a commercial charging station for anyone
2  to use who had an EV and they offered you
3  compensation, what would you think you would
4  be owed?
5      MR. MATANOVIC:  Objection, calls
6  for speculation.  You may answer.
7      THE WITNESS:  I would have to think
8  about it.
9  BY MS. KIRBY:
10     Q   I mean, just generally, and I don't
11  need a specific number down to the dollar
12  amount, but if there is a number that you
13  think would make you whole --
14     MR. MATANOVIC:  Same objection.
15     THE WITNESS:  Well, far in excess
16  of cost.
17  BY MS. KIRBY:
18     Q   What costs are we talking about?
19     A   The cost to permit, to install the
20  charger and the enclosure and the car.  The
21  cost to permit and install the charger is an
22  investment, so it should be worth greater
23  than cost.
24     Q   What about any depreciation, would

Page 47

1  that be something that would go into that
2  analysis?
3      A   I'm sure that would be part of a
4  negotiation, sure.
5      Q   What interested you in the program
6  when you first heard about it?  Why did you
7  want to be a part of this EV program?
8      A   Well, I think electric vehicles are
9  surely the future of personal transportation.
10  They are cleaner.  It's better for the
11  environment.  It's part of what the City of
12  Philadelphia claims to be interested in.  I
13  felt that, back then, electric vehicles were
14  just on the cusp of becoming more and more
15  affordable and more accessible.
16     Q   You said that the City of
17  Philadelphia this is something they
18  are interested in.  Correct me if I'm
19  mischaracterizing, EV vehicles essentially,
20  is something they are interested in, is that
21  a correct characterization?
22     A   Well, I think that EV is part of
23  being a sustainable green city and I believe
24  that the city's promoting itself as a

Page 48

1  sustainable green city.
2      Q   In what ways are they promoting
3  themselves as a sustainable green city?
4      A   You can see it on billboards, you
5  can see it on trips to Finland to learn about
6  how cities can become clean and green.
7      Q   Do you have any specific examples
8  of the city using the EV program to promote
9  this clean and green image?
10     A   I haven't seen it.  I haven't
11  looked for it, though.
12     Q   Are you aware of any detractors or
13  people who are not happy with the EV program?
14     A   Yes.
15     Q   Tell me a little bit about your
16  experience with that, what have you heard,
17  what do you know about it?
18     A   Mostly what I heard and know about
19  it was from attending all of the committee
20  meetings and city council hearings as the
21  permit process was being changed, so there
22  were community groups.
23     Q   What kind of stuff were you hearing
24  from the people who are not happy with the

Page 49

1  program?
2      A   That it was taking a public space
3  off the street for the use of electric
4  vehicle charging.
5      Q   Did you ever hear -- other than
6  from specific individuals, anything in the
7  media, anything from the city about opponents
8  to the program?
9      A   There were several articles written
10  by the HYY Reporter.
11     Q   Promoting or --
12     A   Reporting facts, principally, I
13  believe.
14     Q   Pleased with the program or
15  displeased or was it kind of neutral?
16     A   It was reporting facts that the
17  program was being changed, people were
18  testifying for both for and against.
19     Q   If the city -- I know I'm asking a
20  hypothetical here, but if the city came up to
21  you and said, hey, I want to use your
22  charging station and they converted it to
23  their electrical system, could they use it
24  right away or would they have to do anything

13 (Pages 46 to 49)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 50

1    to allow it to be used for commercial use?
2        A   I don't know the answer.
3        Q   I guess the way that I would think
4    about it is, right now, it's private,
5    correct, it's on your electrical?
6        A   Yes.
7        Q   But, still, anyone else who has a
8    class two charger can come and use that
9    charging station, correct, if you allow them?
10       A   Yes.
11       Q   So if the city put that on their
12   grid, on their electrical grid, and there was
13   any class two person who wanted to use that
14   charger, would it be the same, would it be
15   fair to say they could come and use it, too?
16       A   I don't know if there is any
17   difference between a charger constructure for
18   personal use versus a charger constructure
19   for commercial use, but I'm sure that
20   information is available online.
21       Q   Did you understand the permit or
22   the space in front of your house to be
23   private when you applied for the permit?
24       A   No.  I understood it to be reserved

Page 51

1    for EV plug-ins exclusively 24/7.
2        Q   So it was never your private
3    parking space?
4        A   Oh, no.
5        MS. KIRBY:  I want to take maybe
6    five.  I think we're almost done.
7        (At this time, a short break was
8    taken.)
9    BY MS. KIRBY:
10       Q   Maybe one or two questions.  I
11   think you kind of talked about this a little
12   bit, but if the city took the charger back
13   and decided to do whatever they wanted to do
14   with it, would you expect compensation?
15       A   Yes.
16       Q   Why would you expect compensation?
17       A   Because I made an investment in
18   reliance on the regulation, which has been, I
19   believe, arbitrarily and spitefully changed.
20   Times change all the time.  It used to be
21   that the zoning code encouraged parking
22   garages in a home.  The zoning code no longer
23   does that.  The zoning code says that is bad,
24   no more private parking garages, but the city

Page 52

1    has not gone back and retroactively told
2    folks you can use the garage, but only at
3    night and only for 15 years.  The garage was
4    an investment.  I made an investment as well.
5    I think there are lots of instances where
6    ideas, concepts, theories change, but they
7    almost never go back and retroactively change
8    it.  Some of us in the real estate related
9    fields have always felt that the real estate
10   abatement program was very closely done, and
11   at this point, isn't needed.  Maybe counsel
12   believes so as well.  But no one has said,
13   Amy, I know you bought your new house five
14   years ago, but next year, no more abatement,
15   we changed our minds, you are all
16   grandfathered, garages are grandfathered.  I
17   think it's just extremely frustrating, angry
18   almost, that the city singled out these 68
19   folks who took advantage and relied on a
20   regulation to have it pulled out from under
21   us.  You know what, it's just wrong.
22       MS. KIRBY:  Understood.  I have
23   nothing else.
24       - - - - -

Page 53

1        CROSS-EXAMINATION
2        - - - - -
3    BY MR. MATANOVIC:
4        Q   Mr. Morlok, I want to ask you a
5    question about a document we put in front of
6    you as Morlok-1, specifically 1249.
7    Ms. Kirby asked you some questions about this
8    document.
9        This is a letter from the PPA to
10   you, correct?
11       A   Yes.
12       Q   It's dated September 30, 2016,
13   correct?
14       A   Yes.
15       Q   Do you know what this letter is?
16       A   Well, this states that the Parking
17   Authority has investigated the application,
18   has determined that the parking space is
19   practical, doesn't imply that the application
20   has been fully approved, but can now follow
21   on to the next step.
22       Q   Did you understand --
23       A   The next step would be to go to
24   L&I, get the permit for construction.  Once

14 (Pages 50 to 53)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

Page 54

1   all the permits have been granted and L&I
2   deems the curbside electric outlet properly
3   installed, they will then contact the Parking
4   Authority and notify them of approval and
5   then the Parking Authority will install the
6   parking sign.
7       Q   Did you understand this letter to
8   mean that you had been -- your application
9   for the parking space had been approved?
10      A   It just says it's practical.
11      Q   This is not an approval, is it?
12      A   No.  Now that I read it, it's not.
13      Q   In fact, you still had several
14   steps to go, correct?
15      A   Correct.
16      Q   Including buying your car?
17      A   Correct.
18      Q   You bought your car after this
19   because you hadn't gotten approval yet?
20      A   Yes.
21      Q   In fact, you understood buying your
22   car to be a prerequisite to the application,
23   correct?
24      A   Yes.

Page 55

1       Q   Meaning you had to buy your car
2   before you could be approved?
3       A   Yes.
4           MR. MATANOVIC:  Nothing further.
5               - - - - -
6           (Deposition ended at
7       2:16 p.m)
8               - - - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 56

1           C E R T I F I C A T I O N
2
3       I hereby certify that the
4   proceedings and evidence noted are
5   contained fully and accurately in the
6   stenographic notes taken by me in the
7   foregoing matter, and that this is a
8   correct transcript of the same.
9
10  _____
11  Court Reporter - Notary Public
12
13
14      (The foregoing certification of
15  this transcript does not apply to any
16  reproduction of the same by any means,
17  unless under the direct control or
18  supervision of the certifying reporter.)
19
20
21
22
23
24

15 (Pages 54 to 56)

528ddf05-92de-45f5-9a40-02cf5814dc9e

William Morlok
December 11, 2019

**A**

**a.m** 24:3,10
24:14,23
25:2
**abatement**
52:10,14
**able** 26:4
43:15
**absolutely**
6:11 21:20
43:22
**abuse** 24:15
**access** 11:21
13:15 44:11
**accessible**
47:15
**accurately**
56:5
**actual** 15:6
**Adam** 1:3
4:23
**add** 37:22,22
39:15 41:11
**add-ons**
35:23
**addition** 41:6
**address** 7:5
**Admittedly**
7:23
**advantage**
52:19
**aesthetic** 41:9
41:10
**affordable**
47:15
**ago** 7:9,16,20
10:11 52:14
**agree** 29:23
**agreed** 4:2
**allow** 21:24
50:1,9
**amendable**
43:3,4,7,19
**amendment**
23:21 24:2
28:7 29:15
29:20,22
**amount** 40:5
46:12
**Amy** 2:9 4:22
36:20 52:13
**Amy.kirby...**
2:11
**analysis** 47:2

**angry** 52:17
**annual** 40:9
**answer** 5:20
28:21 44:16
44:20,21,22
45:6 46:6
50:2
**anybody** 17:1
24:4
**anymore**
41:18
**appearance**
11:11
**appears** 38:7
**application**
6:22 8:7,9
9:6,18
10:12 16:19
19:8 27:1
27:16,19
31:1 32:16
32:24 33:7
33:9 35:2
53:17,19
54:8,22
**applied** 8:2
16:18 17:23
28:1 33:15
50:23
**apply** 56:15
**appreciate**
21:22
**approached**
20:9 21:14
**approval**
8:11,19
10:6 34:15
34:21 54:4
54:11,19
**approve** 9:19
10:5 27:11
**approved**
9:20 27:5,8
53:20 54:9
55:2
**Approxima...**
10:13
**arbitrarily**
51:19
**Arch** 1:15
2:10
**area** 31:7
**articles** 49:9
**asked** 14:22

16:13 21:16
53:7
**asking** 5:19
49:19
**asset** 44:5,5
**associated**
31:24
**ASSOCIA...**
1:20
**assume** 43:6
**assumed** 18:3
**assuming** 9:8
37:23
**assumption**
44:4
**attempt**
18:23
**attending**
48:19
**attractive**
29:6
**audible** 5:21
**Authority**
53:17 54:4
54:5
**automobiles**
14:18
**available**
28:13 42:20
50:20
**aware** 48:12

**B**

**B** 3:8
**back** 9:18
25:10 26:20
27:3 34:18
35:5 40:3
40:12,18
47:13 51:12
52:1,7
**backup** 26:7
**bad** 51:23
**based** 15:17
55:2
**basis** 42:10
42:10,15
**batteries**
13:11
**battery** 12:16
12:20,22
13:2,4,9
14:3
**becoming**
47:14

**behalf** 1:4
**believe** 9:21
10:17 12:12
13:16 14:16
14:17,19
28:10 29:20
29:24 31:2
32:10 35:21
35:22 37:1
40:21 47:23
49:13 51:19
**believes**
52:12
**better** 47:10
**big** 11:5
28:23 36:13
**bill** 4:20,21
36:9,14
45:13
**billboards**
48:4
**billing** 35:7
35:16 36:3
**bit** 8:1 26:24
48:15 51:12
**block** 29:1
**bollards** 39:7
39:11,18
**bottom** 27:4
32:19 35:10
38:8
**bought** 15:20
27:13 42:4
52:13 54:18
**box** 11:19
**break** 6:1
51:7
**breaks** 6:2
**building** 41:6
**built** 11:9
**bunch** 38:6
**business**
43:14
**buy** 55:1
**buyer** 28:14
**buying** 41:6
54:16,21

**C**

**C** 2:1 4:18
56:1,1
**calendar**
26:23
**call** 4:21 5:2

23:9,10
25:19
**called** 23:18
**calls** 28:18
29:12 46:5
**capital** 28:12
**car** 9:1 12:20
13:13 14:2
14:5 21:2
22:3 23:11
25:11,12,17
26:3 29:3
36:3,6 42:13
42:16 44:3
46:20 54:16
54:18,22
55:1
**case** 4:23
5:11,12
13:5,21
**cedar** 11:8,9
11:19 31:17
**center** 5:13
31:5,8
**certain** 12:19
**certification**
4:4 56:14
**certify** 56:3
**certifying**
56:18
**chairs** 19:15
**change** 23:2
30:9 51:20
52:6,7
**changed**
22:24 27:21
44:8 48:21
49:17 51:19
52:15
**characteriz...**
47:21
**charge** 12:21
13:8,22
43:15 44:9
15:11 19:1
22:1 24:20
25:10 26:4
30:22 38:18
39:3 43:17
**charged**
42:22
**charger** 10:1
10:4,18,19
11:1,18,21

12:10 13:15
15:7,19,20
16:10,16
20:1 21:11
21:15,19
22:2,17
28:13 30:5
30:19,21
31:1 37:24
41:1,5 43:2
43:8,9,19
45:9,11,24
46:20,21
50:8,14,17
50:18 51:12
**chargers**
11:4,11
22:12,14
30:12
**charges** 12:7
**charging** 9:7
14:23 15:14
22:7 31:13
31:21 32:1
36:17 37:12
37:14 38:21
39:20 41:14
41:19 42:2
46:1 49:4
49:22 50:9
**check** 16:20
18:14,15,20
40:5,6,15
50:19
**Chevy** 12:12
30:4
**cities** 48:6
**city** 1:8,14
2:9 4:23,24
7:8 11:5
20:5 22:8
22:12 26:18
27:11 31:5
31:8 43:1,5
43:15 44:9
44:10 45:2
45:8,12,23
47:11,16,23
48:1,3,8,20
49:7,19,20
50:11 51:12
51:24 52:18
**city's** 47:24
**claims** 47:12
47:17

12:10 13:15
15:7,19,20
16:10,16
20:1 21:11
21:15,19
22:2,17
28:13 30:5
30:19,21
31:1 37:24
41:1,5 43:2
43:8,9,19
45:9,11,24
46:20,21
50:8,14,17
50:18 51:12
**classes** 12:7
**clean** 48:6,9
**cleaner** 47:10
**closely** 52:10
**closer** 40:3
**code** 51:21,22
51:23
**Collection**
3:10
**combustion**
13:2 26:14
30:12
**come** 9:18
15:10 19:24
20:3,5,10
23:16 25:10
27:2 50:8
50:15
**comfortable**
11:17
**coming** 25:4
**commencing**
1:18
**commercial**
12:9 45:11
46:1 50:1
50:19
**committee**
48:19
**commodity**
29:6
**Commonw...**
1:17
**community**
21:21 48:22
**compensati...**
46:3 51:14
51:16
**completely**
13:8 44:23
**components**
39:8
**concepts** 52:6
**conditions**
45:3
**conference**
5:13
**confusion**

17:9
**considered**
31:8
**constant**
22:23
**Constructing**
32:3
**construction**
53:24
**constructure**
50:17,18
**contact** 10:5
54:3
**contacted** 8:6
**contained**
56:5
**contemplate**
45:19
**continuation**
38:7,12
**continue**
29:17
**control** 37:11
56:17
**controls**
12:19
**conversatio...**
13:24
**convert** 45:24
**converted**
45:11 49:22
**corner** 37:18
**correct** 6:23
7:24 8:20
8:21 12:13
21:12,13
24:7,12
30:17 33:9
33:10,13
34:10 35:2
35:8,24
38:1,2 39:5
39:14,21
41:5 42:6,7
47:18,21
50:5,9
53:10,13
54:14,15,17
54:23 56:8
**cost** 31:3,22
36:11 37:24
39:12 41:1
41:2,4
46:16,19,21

William Morlok
December 11, 2019

Page 2

46:23
costs 31:24
    39:15,19,19
    46:18
council 48:20
counsel 4:3
    45:6 52:11
couple 20:23
    25:9
course 12:21
    43:6
court 1:1
    5:23 56:11
cranky 25:19
Cross 3:6
CROSS-E...
    53:1
curb 9:11
    11:16 30:8
    38:22
curbside 54:2
currently 7:1
    15:21
cusp 47:14
cut 9:11

**D**
D 3:1
daily 42:10
date 1:18
    16:2 33:21
    35:11 37:17
    40:6
dated 33:11
    34:22 40:4
    53:12
day 17:4 22:4
    22:6 24:16
    25:6 42:13
    42:14,14
days 17:5
    25:8
dead 13:8
deadbolt 12:1
December
    1:11
decide 15:14
decided
    27:10 41:17
    43:1 45:23
    51:13
deems 54:2
defend 19:4
Defendant

1:9 2:13
delighted
    22:2
denied 9:7
    27:16,19
department
    1:15 2:9
    25:21
deposed 5:5
deposition
    1:13 6:13
    55:6
depreciation
    46:24
DESCRIP...
    3:9
designed 11:9
determined
    53:18
detractors
    48:12
died 26:3
difference
    50:17
different 12:7
    30:3 38:6
direct 3:5
    4:13 56:17
discuss 32:15
displeased
    49:15
disrepair
    20:7
DISTRICT
    1:1,1
document
    32:11 33:3
    40:7 53:5,8
documents
    3:10 31:10
    32:14,18
    35:5
doing 8:17
dollar 46:11
double 16:13
drive 42:16
drives 12:23
driving 26:11
dug 38:23
duly 4:9
dump 19:4

**E**
E 2:1,1 3:1,8

56:1
earlier 12:4
    33:21 40:20
**EASTERN**
    1:1
economy
    13:1
eight 24:17
either 20:21
    23:12 27:10
    31:5 36:6
electric 5:1
    13:17 14:15
    17:5,7,8,16
    19:9 21:23
    26:9 29:4,5
    33:6 38:21
    40:4 43:12
    45:9 47:8
    47:13 49:3
    54:2
electrical
    32:8,10
    39:8 43:16
    44:10 49:23
    50:5,12
electrician
    10:4 37:8
electricity
    14:24 15:3
    15:12 36:12
    43:18 45:13
Ellen 18:24
    19:4
email 9:21
emergency
    22:1
enclosed
    11:18 16:3
enclosure
    11:10,12
    32:3 41:7,8
    46:20
encouraged
    51:21
ended 55:6
energy 17:10
    25:16
entirely
    40:23
environment
    47:11
equipment
    19:12,19

**ESQUIRE**
    2:3,9
essentially
    45:17 47:19
estate 52:8,9
estimate
    37:18 38:4
    38:13,14
**EV** 6:23 7:8
    7:13 8:15
    12:24 14:1
    14:20 15:10
    20:14,17
    21:8,10,21
    24:11 25:3
    25:20 27:7
    30:3 42:5
    46:2 47:7
    47:19,22
    48:8,13
    51:1
evidence 56:4
**EVs** 5:2 17:2
    22:19 24:9
    24:22,24
exact 23:23
exactly 27:5
**EXAMINA...**
    3:4 4:13
examined
    4:10
examples
    48:7
excess 46:15
exclusively
    24:11 25:3
    51:1
exercise
    37:21
expect 51:14
    51:16
expected 29:2
expensive
    30:22
experience
    48:16
explain 12:18
    26:12 45:22
external
    17:11
extremely
    19:2 52:17

**F**

**F** 56:1
fact 54:13,21
facts 49:12
    49:16
fair 33:14,19
    39:17 50:15
fairly 28:11
far 23:23
    25:1 46:15
fee 41:11
feel 5:24 7:24
    19:3
fees 39:3,4
felt 47:13
    52:9
fetch 25:16
fields 52:9
fifth 32:23
figure 35:4
    45:21
filing 4:4
fill 40:11
filled 8:7,9
find 9:19
    21:4 30:15
fine 4:20 34:2
Finland 48:5
first 6:21 7:7
    8:4 9:4
    32:24 35:6
    35:11 38:18
    38:18 47:6
five 42:14
    51:6 52:13
Floor 1:15
    2:10
folks 19:14
    27:12,15
    52:2,19
follow 53:20
following
    39:24
follows 4:11
Foods 22:10
foot 45:12
foregoing
    56:7,14
forgive 12:5
form 4:5
forth 35:23
forward
    34:20
four 7:9,15
    13:10 30:22

42:16
free 5:24 7:24
frequently
    20:21 23:20
    23:24 25:1
    25:5,13
**FRIENDS**
    1:20
front 8:3
    13:14 17:21
    25:20 30:12
    42:9 45:9
    50:22 53:5
frustrating
    52:17
full 12:21
    13:22
fully 13:7
    53:20 56:5
fun 37:21
functioning
    26:9
further 39:6
    45:22 55:4
future 43:21
    43:24 44:6
    45:20 47:9
futures 43:23

**G**
garage 9:9
    27:14 52:2
    52:3
garages
    51:22,24
    52:16
garner 28:22
gas 12:17
    13:5,6
gassing 13:3
general 5:14
    14:19 17:2
    17:9 39:17
    42:15
generally 6:9
    12:18 13:17
    31:12,20
    42:21 46:10
getting 18:21
    26:24 32:1
give 5:21
    34:14 41:13
giving 8:18
go 5:14 7:21

22:4 25:16
    30:18 32:18
    32:22 34:15
    35:15 36:2
    38:17 39:6
    40:2,2 47:1
    52:7 53:23
    54:14
going 15:15
    29:7,8 38:3
    39:15 45:10
    45:12
good 19:12
gotten 27:7
    44:3 54:19
grandfathe...
    52:16,16
granted 54:1
greater 12:23
    46:22
green 47:23
    48:1,3,6,9
grid 44:11
    50:12,12
ground 5:14
    11:6
groups 48:22
guardpost
    11:8
guess 13:10
    20:7 50:3
guessing 7:20

**H**
H 3:8
half 24:19
handwriting
    40:14,16
hangs 10:8
happen 20:19
happened
    23:8 43:7
happy 5:20
    6:1 48:13
    48:24
hard 29:8
head 5:22
hear 7:7,10
    49:5
heard 5:15
    7:15 47:6
    48:16,18
hearing
    48:23

hearings
    48:20
help 22:2
helpful 19:3
Henry 1:16
hey 8:23
    20:10 49:21
Hi 4:19
hired 10:4
holders'
    22:17
home 51:22
homeowners
    44:6
hooked 14:23
hopes 34:13
hours 13:10
    17:4 24:17
    24:17 30:23
    42:10,11,14
    42:14
house 8:3
    13:14 14:24
    15:3,12
    17:22 27:13
    27:13 28:5
    28:7,8,14
    29:16 30:3
    30:13 36:13
    42:9 45:10
    50:22 52:13
hybrid 7:2
    12:14,16
    26:5
hybrids
    17:10,12
hypothetical
    49:20
**HYY** 49:10

**I**
**IC** 26:11,13
idea 29:11
    36:9 39:17
ideas 52:6
identification
    32:12
illegal 25:20
image 48:9
imply 53:19
improper
    21:6
improvement
    28:12

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

include 39:13
included 32:8
   32:9
Including
   54:16
incurred
   39:19
indicate 37:2
Individually
   1:4
individuals
   49:6
information
   50:20
infrastruct...
   11:3
infrequently
   20:20 23:17
initial 27:19
   29:19,21
   31:1 33:8
   34:8
initially
   33:15 34:6
inspection
   39:3
install 10:2,4
   37:10 39:7
   39:11 46:19
   46:21 54:5
installation
   10:6 31:21
installed 10:1
   37:24 44:4
   54:3
installing
   8:12 38:20
instances
   52:5
interest 43:22
interested
   35:18 44:13
   47:5,12,18
   47:20
Interesting
   35:3
internal 13:2
   26:14
Internet
   15:17
investigated
   53:17
investment
   17:24 28:12

28:14 45:18
46:22 51:17
52:4,4
invoice 18:14
   18:19,21
   26:19 35:7
   36:24 37:7
   40:4,10,22
   41:3
invoices
   32:15
involving
   5:12
issued 32:7
issues 14:4
   16:9,14,16

_____

J
January
   35:17 36:7
   40:5
Julie 1:16

_____

K
keep 13:3,5,6
   13:12,12
   14:2 34:19
   42:13
key 12:1,3
kids 11:16
kind 5:11
   11:19 12:10
   16:20 28:16
   28:21 34:8
   34:9 48:23
   49:15 51:11
Kirby 2:9 3:5
   4:15,22
   16:17 26:15
   28:20 29:14
   32:13 36:23
   37:4 38:16
   46:9,17
   51:5,9
   52:22 53:7
know 12:5
   13:20 18:12
   19:20 22:7
   22:10 23:20
   27:6,12,15
   27:18 28:9
   29:7 30:13
   30:14 33:24
   34:2 36:3,5

36:16 37:6
40:7 41:12
41:24 44:20
48:17,18
49:19 50:2
50:16 52:13
52:21 53:15
knowledge
   16:4 20:8
   27:23
knowledge...
   19:2

_____

L
L&I 8:13
   10:5 32:6
   53:24 54:1
LANE 1:20
late 18:16,19
   25:15
law 1:14 2:3
   2:9 4:10
lawn 19:15
lawsuit 6:10
lawyer 6:14
learn 48:5
learned 10:10
leave 13:16
   25:14,15
leaves 25:14
let's 24:1
   31:11 35:5
   38:17 40:2
   42:24 43:6
letter 18:13
   53:9,15
   54:7
Lewis 1:3
   4:24
license 8:13
light 43:17
limit 18:2
   24:6,8
limited 29:1
listed 19:7
little 8:1
   25:15 26:24
   39:16 48:15
   51:11
live 9:8
lived 44:6
lives 37:3
LLC 2:3
located 38:22

lock 11:13,15
locked 14:8
   15:9
long 5:3 13:7
   17:21 18:3
   44:6
longer 19:9
   27:14 51:22
look 11:3,7
   16:19 20:1
   20:3,6,10
   31:11 32:14
   32:18,21
   33:1 38:8
   38:11 40:24
looked 15:16
   48:11
looks 11:8
   33:11 34:14
   34:21 35:6
   35:16 36:2
   36:8 37:16
   37:18 38:4
   39:2,22
   40:3
lot 11:4 23:4
   24:24
lots 52:5
Louisiana
   5:13
lucky 26:6

_____

M
mailed 40:6
maintain
   14:3 19:10
   19:11,16,18
maintained
   15:23
maintenance
   16:1,6
   19:22
manufactu...
   29:3
mark 33:16
marked
   32:12 33:22
Market 2:4
Matanovic
   2:3,3 3:6
   16:12 26:12
   28:18 29:12
   36:19 37:1
   38:14 46:5

46:14 53:3
55:4
materials
   41:7
math 7:23
   39:16
matter 5:7
   8:22 56:7
mean 19:17
   44:17 46:10
   54:8
Meaning
   55:1
means 56:16
media 49:7
medications
   6:7
meeting 6:20
meetings
   48:20
members
   6:18
mentioned
   28:4
meter 36:15
miles 12:21
minds 52:15
Mine 11:8
minute 42:24
   44:18
mischaract...
   47:19
mix 12:17
money 26:19
   26:20 41:13
mood 25:19
Morlok 1:3
   1:13 3:3
   4:9,18,19
   4:23 32:19
   32:22 53:4
Morlok-1
   3:10 32:12
   53:6
move 21:4
   27:15 37:5
moving 34:20

_____

N
N 2:1 3:1
   56:1
name 4:16
   19:1
nature 6:7

near 38:22
need 5:24
   27:14 30:23
   39:23 46:11
needed 52:11
negative
   16:13
negotiation
   47:4
neighbor
   7:12 21:16
   21:18
neighborho...
   26:1
nervous
   18:18
neutral 49:15
never 14:22
   16:9,14,15
   21:3 22:13
   30:15 51:2
   52:7
new 27:13
   28:13 41:14
   52:13
NEWTOWN
   1:21
night 52:3
nodding 5:21
non-EV
   24:16
non-EVs
   22:20 23:5
   23:6,22
Notary 1:16
   56:11
note 25:17
   34:4
noted 56:4
notes 56:6
notification
   26:18
notified
   26:16
notify 54:4
Novick 1:3
   4:24
number 3:9
   8:16 23:23
   32:20,21
   38:14 40:6
   40:15 46:11
   46:12
numbers

38:6

_____

O
O 56:1
objection
   28:18 29:12
   46:5,14
objections
   4:5
obtained 8:6
obtaining
   8:13
October
   33:12,21
   37:17 38:5
offender
   25:14
offered 46:2
Oh 51:4
okay 4:21
   7:18 10:16
   19:3 33:2
   45:14
once 5:6
   17:23 18:7
   18:22 20:22
   20:23 21:16
   25:7,7
   53:24
online 8:6
   10:20,21
   31:15 50:20
operate 12:24
operating
   12:24
opponents
   49:7
options 15:16
Oral 1:13
order 34:14
ordinance
   23:21 29:21
outlet 54:2
owed 46:4
owner 6:23
   21:4
owners 14:1
   21:21 27:7
ownership
   10:7

_____

P
P 2:1,1
p.m 1:18 24:3

24:10,14,23
25:2,11
55:7
PA 1:16 2:5
   2:11
page 3:4,9
   32:23 35:6
   35:11,15
   36:2,8,20
   36:21 38:8
   38:9,15,18
   39:22 40:1
   40:2
paid 10:24
   26:10 30:24
   40:22
panel 38:21
park 20:14
   20:16 21:2
   21:8 23:5,6
   23:22 24:4
   25:12,23
   26:2
parked 13:13
   21:10 22:21
   42:18
parker 25:20
parking 9:12
   9:14 16:24
   22:20 23:24
   24:11,17,24
   25:4 33:7
   40:4 51:3
   51:21,24
   53:16,18
   54:3,5,6,9
part 8:24
   24:16 47:3
   47:7,11,22
partially 13:1
   13:2
particularly
   35:17
Passers 20:4
pay 18:23
   19:18 32:7
   43:13
payment 40:8
PECO 36:3,9
   36:13
pending 6:3
Pennsylvania
   1:1,17,21

William Morlok
December 11, 2019

**people** 14:5
29:4 48:13
48:24 49:17
**permit** 8:2,7
8:12,14 9:7
16:18 17:13
17:23 18:1
18:4,5,9,17
18:23 19:6
19:7,8,11
19:16 21:7
22:16 23:5
27:14 28:5
28:24 32:6
32:16 39:3
39:23 40:9
41:11 44:3
44:7 46:19
46:21 48:21
50:21,23
53:24
**permits** 27:7
32:5 54:1
**permitted**
22:21 29:17
42:9
**person** 50:13
**personal** 47:9
50:18
**personally**
42:8
**Philadelphia**
1:8,14,16
2:5,9,11 5:1
11:16 47:12
47:17
**physical** 39:8
**pick** 30:19
**picked** 30:19
**picture** 17:18
**Pine** 7:6 9:8
**place** 29:2
**Plaintiffs** 1:6
2:7
**play** 43:23
**Pleased** 49:14
**plug** 14:9,13
14:15,17,18
14:19,21
15:10 17:19
30:10
**plug-in** 7:2
12:14 17:5
17:8,14,15

19:9 20:14
**plug-ins** 17:7
51:1
**plugged**
13:12,13,16
14:2 42:11
42:22
**plus** 35:22
**point** 9:24
10:3 52:11
**police** 25:21
**popped** 26:23
**portion** 24:15
**power** 17:11
21:24 37:11
**PPA** 8:6,12
8:17 9:18
9:22 10:8
18:14,19,22
19:1,4 23:9
23:10,15
34:7,12,19
40:18 53:9
**practical**
53:19 54:10
**pre-approval**
34:9
**preceding**
36:21
**preliminarily**
9:20
**preliminary**
8:11,18
9:17
**premium**
26:10
**prerequisite**
54:22
**price** 15:17
**prices** 31:11
**principally**
49:12
**Prius** 7:2
12:14 13:8
14:14 42:4
**private** 9:11
50:4,23
51:2,24
**probably** 5:2
7:9 10:15
32:23 35:14
42:16
**proceedings**
56:4

**process** 6:22
8:2 10:12
18:11 48:21
**profit** 28:15
28:16,22,23
**program** 7:8
8:5,24
10:10 41:18
43:1,5 45:5
45:8,24
47:5,7 48:8
48:13 49:1
49:8,14,17
52:10
**promote** 48:8
**promoting**
47:24 48:2
49:11
**proof** 10:7
36:5
**properly** 54:2
**propose** 45:4
45:7
**proprietary**
14:14
**protection**
39:8
**provide** 10:6
37:2 39:7
**providing**
34:4
**public** 1:17
22:7,14
43:9 44:9
49:2 56:11
**publicly**
43:20
**pull** 14:11
24:20 25:17
**pulled** 52:20
**purchase**
7:19 8:8
9:5 10:19
15:15 35:19
43:2
**purchased**
8:10 10:3
11:9 31:14
34:7 35:12
35:20 41:15
44:3
**purchasing**
9:4 43:8
**put** 14:8

33:20 38:23
39:19 41:4
42:12 45:17
50:11 53:5

———
**Q**
———
**qualify** 17:12
**quantify** 29:8
29:9
**question** 5:18
6:3 44:16
44:19 53:5
**questions** 4:6
39:24 51:10
53:7
**quickly** 5:16

———
**R**
———
**R** 2:1 56:1
**range** 12:23
**ratings** 15:18
**reached** 34:6
**reaching** 8:23
**read** 54:12
**reading** 4:3
18:1
**real** 52:8,9
**really** 8:22
30:20
**reapply**
19:17
**reapproved**
26:17
**reason** 6:5
28:5
**reasons**
45:16
**recall** 7:11
10:12,23
18:24 26:22
27:2 30:24
31:3,20
33:17 35:18
**recalling** 27:5
**receive** 18:13
**received** 18:9
**recognize**
33:3
**recommen...**
13:17,19
14:2
**record** 4:17
**recourse** 23:7
**regarding**

16:24 31:11
**registration**
34:4
**regular** 25:3
**regulation**
23:2 51:18
52:20
**regulations**
18:1 22:24
27:20 28:10
28:24
**rejuvenate**
12:22
**related** 5:1,7
12:6 52:8
**reliance**
51:18
**relied** 52:19
**remember**
10:24 32:2
33:20
**removed**
29:18
**renew** 31:4
**renewal** 18:5
18:11 27:17
40:9
**renewed** 18:4
18:8
**renewing**
18:16
**repair** 19:12
20:7
**repeat** 5:17
**reporter** 5:23
49:10 56:11
56:18
**reporting**
49:12,16
**representing**
2:7,13 4:22
**reproduction**
56:16
**request** 34:5
**required** 41:8
**requirements**
16:21
**requires** 8:15
**researched**
8:5
**reserve** 17:15
17:16
**reserved** 4:6
17:4 50:24

**residency**
36:5
**responsive**
25:21
**rest** 36:23
**retroactively**
52:1,7
**review** 45:5,6
**revised** 33:16
33:23 34:1
35:1
**revoke** 21:7
**revoked** 19:6
19:8,10,11
19:13 28:6
**rid** 41:19
**right** 7:22
13:23 17:18
34:13,23
45:7 49:24
50:4
**right-hand**
32:20 37:18
**rude** 19:13
**rudimentary**
39:16
**rules** 5:15
**run** 12:20
**running** 32:2
**runs** 12:16
13:1

———
**S**
———
**S** 2:1 3:8
**safety** 11:12
**salient** 28:11
29:19,23
**saw** 20:24
**saying** 8:23
26:21
**says** 32:19
35:11 37:17
38:8 39:6
40:3,22
45:8 51:23
54:10
**scarce** 29:5
**school** 11:16
**sealing** 4:3
**see** 32:17
38:17 48:4
48:5
**seen** 11:4
42:1 48:10

**segregate**
36:11
**selected**
15:17
**sell** 41:17,21
44:5
**selling** 28:4
**send** 18:15
26:18,19,20
27:4 40:10
40:11,18
**sending**
18:19
**sense** 32:17
**sent** 18:20
34:12 40:6
**September**
34:22 53:12
**service** 30:8
**seven** 17:5
**shaking** 5:22
**short** 51:7
**Shreveport**
5:13
**shut** 15:2
**side** 9:14,15
9:16 32:20
**sides** 36:22
**sidewalk**
38:22,24
**sign** 17:14
54:6
**signing** 4:3
**signs** 10:8
17:22
**similarly** 1:4
**simply** 30:9
**singled** 52:18
**sit** 11:6
**site** 10:22
**situated** 1:5
**six** 24:17
**Sixteen** 10:16
**slow** 5:17
30:20
**smaller** 11:6
**smatanovic...**
2:5
**software** 16:5
**sold** 27:13
28:6,8
29:16 30:2
42:2
**sorry** 17:15

44:15
**sort** 8:18
21:21 40:21
**sorts** 43:23
**sought** 30:15
**sounds** 7:22
8:17
**source** 17:11
21:24
**space** 16:24
17:21 19:14
20:14 22:20
23:22 33:7
40:4 42:5,9
42:12,13,19
42:20,22
49:2 50:22
51:3 53:18
54:9
**spaces** 25:18
29:1
**specific** 22:11
45:4,8
46:11 48:7
49:6
**specifically**
53:6
**speculate**
28:17
**speculation**
28:19 29:13
46:6
**speculative**
44:24
**spitefully**
51:19
**spoke** 6:16,19
**spot** 21:1,8
22:4,22
23:5,6
25:13,24
26:21 29:17
**stamped** 27:5
**start** 6:21
10:11 37:22
**state** 4:16
18:2
**statement**
35:7,16
36:3
**states** 1:1
17:14 53:16
**station** 9:7
14:23 15:15

William Morlok
December 11, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31:14,21 | 47:23 48:1 | 32:24 34:9 | 56:8,15 | 16:6 | **waits** 18:13 | **worry** 26:24 | 40:14 |
| 32:1 37:12 | 48:3 | **things** 23:13 | **transportat...** | **upgrades** | **waived** 4:4 | **worth** 36:20 | **1515** 1:15 |
| 37:14 38:21 | **switch** 37:10 | 31:18 37:22 | 47:9 | 19:21 | **walk** 11:17 | 41:23 46:22 | 2:10 |
| 39:20 41:14 | **sworn** 4:10 | **think** 8:14 | **trial** 4:7 | **use** 13:4 | **want** 6:1,2 | **wouldn't** | **16** 10:15 |
| 41:20 46:1 | **symbol** 17:17 | 10:9 12:15 | **tried** 21:3 | 14:13,15,17 | 8:23 9:5 | 17:12 18:23 | **17** 35:22 |
| 49:22 50:9 | **system** 49:23 | 16:12,24 | **trips** 26:9 | 14:19,21 | 13:11 15:4 | 21:17 | **17-4213** 1:3 |
| **stations** 22:8 | | 17:9,15 | 48:5 | 21:15,19 | 20:10 24:20 | **write** 18:14 | **18** 35:17 |
| 42:2 | **———— T ————** | 21:9,20 | **truthful** 6:6 | 22:8,11 | 30:2 32:17 | **written** 49:9 | **18940** 1:21 |
| **stay** 29:17 | **T** 3:8 56:1,1 | 24:2 27:4 | **trying** 35:4 | 30:5 36:12 | 32:24 40:2 | **wrong** 52:21 | **19102** 2:11 |
| **stenographic** | **take** 5:23 6:1 | 28:3,22,23 | 37:22 45:21 | 42:8 45:10 | 41:18 43:13 | **WWW.ST...** | **19106** 2:5 |
| 56:6 | 6:2 13:7 | 29:21 30:1 | **turn** 15:3 | 45:12 46:2 | 43:22 44:14 | 1:22 | |
| **step** 34:8 | 16:19 19:24 | 31:10,13 | 35:5 38:3 | 49:3,21,23 | 44:19 47:7 | | **———— 2 ————** |
| 53:21,23 | 20:3,10 | 32:5,15,16 | 45:24 | 50:1,8,13 | 49:21 51:5 | **———— X ————** | **2,500** 31:23 |
| **Stephan** 2:3 | 22:3 32:14 | 32:22 40:20 | **turned** 28:15 | 50:15,18,19 | 53:4 | **X** 3:1,8 | **2:16** 55:7 |
| 6:16,20 | 32:18 43:15 | 41:20,23 | **turning** 29:3 | 52:2 | **wanted** 21:19 | | **20,000** 35:22 |
| **steps** 8:3 | 51:5 | 46:3,7,13 | 43:8 | **useless** 26:11 | 36:7 41:19 | **———— Y ————** | **2013** 7:4 |
| 54:14 | **taken** 1:14 | 47:8,22 | **two** 10:10,18 | **usually** 25:7 | 43:2 50:13 | **Yeah** 10:17 | **2015** 28:9 |
| **street** 1:15 | 20:6 25:18 | 50:3 51:6 | 12:8,11 | 25:23 | 51:13 | **year** 7:3 | **2016** 7:21 |
| 2:4,10 7:6 | 51:8 56:6 | 51:11 52:5 | 25:8,18 | | **wasn't** 11:17 | 10:13 18:7 | 15:20 33:12 |
| 9:9,15,15 | **talk** 5:16 6:17 | 52:17 | 28:24 30:5 | **———— V ————** | 15:9 36:6 | 18:8 19:17 | 34:23 37:17 |
| 9:16 19:12 | 23:1,2 24:1 | **thinking** | 30:16,18 | **variety** 15:16 | **way** 9:3 50:3 | 19:18 52:14 | 38:5 42:4 |
| 43:17,18 | 31:12 44:14 | 10:15 45:18 | 36:20,20,21 | 35:22 | **ways** 19:6 | **years** 7:9,15 | 53:12 |
| 49:3 | **talked** 6:12 | **third** 36:2 | 36:22 38:9 | **vehicle** 7:1,16 | 48:2 | 7:20 10:11 | **2017** 10:14 |
| **STREHLO...** | 6:13 12:4 | **thought** | 50:8,13 | 7:19 8:8,11 | **we'll** 7:21 | 10:18 52:3 | **2018** 10:14 |
| 1:20 | 19:20 28:3 | 44:18 | 51:10 | 8:19 9:4,6 | 32:15,17 | 52:14 | **2019** 1:11 |
| **stub** 27:4 | 29:22 41:12 | **three** 7:20 | **two-hour** | 10:9 14:15 | 34:14 37:5 | | 35:17 36:7 |
| **stuff** 8:16 | 51:11 | 10:10,18 | 24:6,8 | 14:16,21 | 37:21 | **———— Z ————** | 40:5 |
| 16:21 36:18 | **talking** 5:3 | 12:9 13:10 | **types** 16:5 | 19:9 20:14 | **we're** 29:7 | **zoning** 51:21 | **215** 1:21 2:12 |
| 48:23 | 22:19 29:9 | 24:21 30:11 | | 21:23 26:10 | 51:6 | 51:22,23 | **215)915-7978** |
| **subject** 8:12 | 46:18 | 30:21,22 | **———— U ————** | 30:6 33:6 | **weather** 16:2 | | 2:6 |
| **submitted** | **technically** | **ticket** 23:10 | **underneath** | 34:8 35:8 | **Wednesday** | **———— 0 ————** | **220** 11:15 |
| 34:1 | 8:15 15:10 | 23:16,17 | 38:24 | 35:13,19 | 1:11 | | **24** 17:4 42:14 |
| **Suite** 1:20 2:4 | **technology** | 25:22 | **understand** | 40:4 49:4 | **week** 17:5 | **———— 1 ————** | **24/7** 51:1 |
| **super** 30:21 | 12:6,18 | **time** 4:6 5:19 | 5:3,19 6:9 | **vehicles** 5:1 | 20:22 25:7 | **1,647.11** | **2410** 7:6 |
| **supervision** | **Ted** 6:19 | 13:12,22 | 6:22 8:14 | 13:18 17:6 | 25:9 42:17 | 38:19 | **28** 33:12 |
| 56:18 | **tell** 5:16,17 | 14:3 18:2 | 12:7 22:9 | 17:8,16 | **weekly** 42:10 | **1,932.69** 39:4 | **282.63** 39:9 |
| **supplied** | 5:18 6:15 | 23:18 24:19 | 24:2,3,11 | 25:4 29:4,5 | **weeks** 20:23 | **1:06** 1:18 | **29** 36:7 |
| 43:12 | 8:1 48:15 | 32:11 35:12 | 44:17 50:21 | 47:8,13,19 | **went** 18:22 | **11** 1:11 | |
| **supply** 29:1 | **terrible** 7:23 | 37:13 51:7 | 53:22 54:7 | **versus** 4:24 | 21:3 30:16 | **116** 1:20 | **———— 3 ————** |
| 37:11 39:7 | 43:24 44:1 | 51:20 | **understand...** | 36:12,17 | **William** 1:3 | **12** 12:21 | **30** 34:22 |
| **suppose** | **Tesla** 14:17 | **times** 24:15 | 16:23 17:3 | 50:18 | 1:13 3:3 | **1235** 35:6 | 53:12 |
| 41:22 42:24 | 22:11 30:4 | 24:21 25:9 | 17:20 19:5 | **vestibule** | 4:9,18,23 | **1238** 36:20 | **300** 31:6 |
| **supposed** | 30:9 | 42:16 51:20 | 20:13 28:8 | 37:11 | **wire** 38:20,23 | **1239** 37:5 | **31** 40:5 |
| 16:6 | **testified** 4:11 | **today** 5:2 6:6 | 29:16 | **viewed** 17:24 | **WITNESS** | 38:8 | **32** 3:10 |
| **sure** 5:21 6:3 | 21:9 30:1 | 6:13 12:4 | **understood** | 28:11 | 3:2 16:15 | **1240** 38:17 | **360** 2:4 |
| 13:22 20:6 | 40:20 | 43:1,5 | 50:24 52:22 | **VIN** 8:16 | 26:14 46:7 | **1243** 32:22 | **396.05** 37:19 |
| 26:22 30:2 | **testifying** | **told** 52:1 | 54:21 | 10:7 | 46:15 | **1249** 34:19 | **399** 2:4 |
| 36:6,24 | 49:18 | **top** 37:18 | **unique** 14:18 | **Volt** 12:13 | **wonder** 34:19 | 53:6 | |
| 40:23 45:1 | **testimony** 6:5 | 38:15 | **UNITED** 1:1 | 30:4 | **words** 19:14 | **1250** 40:2 | **———— 4 ————** |
| 47:3,4 | **Theodore** 1:3 | **total** 37:16,19 | **universal** | **volts** 11:15 | **work** 18:11 | **14th** 1:15 | **4** 3:5 |
| 50:19 | 4:24 | 39:4 | 41:4 | **vs** 1:7 | 21:17,17 | 2:10 | |
| **surely** 47:9 | **theories** 52:6 | **tow** 23:16,18 | **unplugging** | | 22:4 23:15 | **15** 37:17 38:5 | **———— 5 ————** |
| **surveil** 25:13 | **thing** 8:4 | **towed** 23:11 | 14:5 | **———— W ————** | 23:19 30:6 | 52:3 | **5,000** 29:9 |
| **sustainable** | 11:10,19 | **transcript** | **updates** 16:5 | **wait** 10:1 | **worked** 34:16 | **150** 31:5 40:5 | **5/23/17** 35:11 |

**50** 31:2
**50,000** 29:10
**500** 11:2 29:9
 31:14 41:2
**504-4622**
 1:21
**53** 3:6
**54** 1:20

_____
**6**
**6:00** 24:3,3
 24:10,10,14
 24:14,23,23
 25:2,2,11
 25:14,22
**68** 52:18
**686-1776**
 2:12

_____
**7**

_____
**8**

_____
**9**
**911** 25:19

# EXHIBIT "G"

Adam Novick
December 18, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


- - - - - - - - - - - - -
WILLIAM MORLOK,            :
ADAM NOVICK,              :
THEODORE LEWIS            :
          Plaintiffs,:
                          :
          -V-             :
                          :
CITY OF PHILADELPHIA      :
          Defendant,: No. 17-4213
- - - - - - - - - - - - -

- - -

WEDNESDAY, DECEMBER 18TH, 2019

- - -


        ORAL DEPOSITION of ADAM NOVICK, held

at 1515 Arch Street, 15th Floor, Philadelphia,

Pennsylvania 19102, commencing at 10:00 a.m.,

before JACQUELINE BERGER, Court Reporter -

Notary Public there being present.


STREHLOW & ASSOCIATES, INC.
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Adam Novick
December 18, 2019

Page 2

1  A P P E A R A N C E S :
2
3  MATANOVIC LAW LLC
4  BY:     STEPHEN MATANOVIC, ESQUIRE
        399 Market Street
5       Suite 360
        Philadelphia, Pennsylvania 19106
6       (215)915-7978
        smatanovic@matanoviclaw.com
7
8       Representing the Plaintiffs
9
10  CITY OF PHILADELPHIA LAW DEPARTMENT
11  BY:     AMY KIRBY, ESQUIRE
        One Parkway Building
12      1515 Arch Street
        Philadelphia, Pennsylvania 19102
13      (215)683-5370
14
        Representing the Defendants
15
16
17
18
19
20
21
22
23
24

Page 3

1                    INDEX
2
3  WITNESS                    PAGE
4  ADAM NOVICK                  4
5  (Witness Sworn)
6
7
8  EXAMINATION BY:
9
10  MS. KIRBY                    4
11  MR. MATANOVIC                45
                --- 
12
13
14
                EXHIBITS
15  NUMBERS      DESCRIPTION      PAGE
16  Novick-1     Renewal        24
17  Novick-2     OPA Assessment  27
18  Novick-3     Bill of Sale   29
            Amazon Payment Detail
19          Quote of Installation
20              ---
21
22
23
24

Page 4

1              P R O C E E D I N G S
2                    ---
3         ADAM NOVICK, after having been duly
4  sworn, was examined and testified as follows:
5                    ---
6              DIRECT EXAMINATION
7                    ---
8  BY MS. KIRBY:
9      Q.  Good morning, Mr. Novick.  How are you?
10     A.  Good.  How are you?
11     Q.  Can you state your name for the record
12  please?
13     A.  Sure.  Adam Novick.
14     Q.  I'm Amy Kirby.  I'm here on behalf of the
15  City of Philadelphia in the electric vehicle
16  case which I; m sure you have knowledge of.  Do
17  you mind if I call it the EV case or the EV
18  program?  Will you understand that I'm talking
19  about electric vehicles?
20     A.  Of course.
21     Q.  Okay.  Have you ever been deposed before?
22     A.  No.
23     Q.  Okay.  So let me go over some ground
24  rules so that you understand.  I talk really

Page 5

1  fast.  The court reporter can tell me to slow
2  down.  If you don't understand what I'm saying
3  or you need me to slow down fell free to tell
4  me.
5         MR. MATANOVIC:  And if you're both
6  talking too quickly I'll tell you to slow down.
7  BY MS. KIRBY:
8      Q.  And I will ask you to do the same.  So
9  same you slow down so that she can get all your
10  answers.  Any time you give an answer make sure
11  it's an audible answer, yes, no, no nodding of
12  the head or shaking of the head because we can't
13  that down.
14         If you don't understand a questions
15  I'll be more than happy to restate it or re ask
16  it again so feel free to ask me.  If your
17  counsel objects, unless he directs you to not
18  answer the question, you can still answer the
19  question.  If you need the question repeated
20  based off that we can absolutely do it.  Take as
21  many breaks as you want.
22         I don't anticipate this being a very
23  long deposition, but if you need any breaks,
24  bathroom or just five minutes fell free to ask

2 (Pages 2 to 5)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 6

1    for them.  I just ask that you don't take them
2    while a question is pending?
3        A.  Sure.
4        Q.  Is there anything today that I need to
5    know about that would make you unable to be
6    truthful, any medications or anything that
7    you're taking?
8        A.  No.
9        Q.  Okay.  How did you prepare for this
10   deposition?
11       A.  We spoke briefly and we just talked about
12   what a deposition is.
13       Q.  Okay.  And you don't need to tell me what
14   you talked about with your attorney, but you
15   spoke with your attorney?
16       A.  Yes.
17       Q.  Okay.  Did you speak with anyone else?
18       A.  No.
19       Q.  None of the other named plaintiffs or
20   anyone?
21       A.  No.
22       Q.  Okay.  Where do you live?
23       A.  I live at 808 South 7th Street.
24       Q.  And you have an EV permit out front of

Page 7

1    your house, correct?
2        A.  And EV charger, yes.
3        Q.  Do you have a permanent space?
4        A.  Yes.
5        Q.  Tell me just a little bit about the
6    process you went through in order to get that?
7        A.  Sure.  So I went online, did research on
8    what the process was to obtain a permit, reached
9    out.  I don't recall precisely who.  I think it
10   was PPA or somebody in the City to get
11   information.  There was some information online.
12   I researched it.  I submitted it questions to
13   somebody at PPA.  I think her name was Danielle.
14   She gave me some information.  We submitted
15   paperwork and then we got a conditional
16   approval.
17            Once we had that she needed to know
18   that we were purchases or had purchased the
19   vehicle and then we submitted the forms,
20   submitted a payment and ultimately got approved
21   for the spot.  At some point later they came in
22   and stole installed signage.
23       Q.  Okay.  And what was the date or year that
24   you guys started this process?

Page 8

1        A.  I think it was -- I want to say the start
2    of 2016.  I do a lot by the age of my son.
3        Q.  Fair enough.  Okay.  And what made you
4    interested in the EV program or getting an
5    electric vehicle?
6        A.  A few things.  I've been kind of an
7    admirer of electric vehicles, Tesla and
8    environmental initiatives.  Having a child I
9    think was a big opener for one.  The cost of the
10   vehicles have come down, the availability had
11   gone up and we made the decision that if ti was
12   available when we learned about the program --
13   it wasn't something that I had know about years
14   prior.  Once we learned about the program I
15   spoke with my wife and I said, if this something
16   you want to do, she said, of course if we can.
17   So then we submitted the paper work.
18       Q.  And kind of car did you have at the time
19   that you applied for the applications?
20       A.  Prior to the EV?
21       Q.  No, the EV.
22       A.  It's a Chevrolet Volt.
23       Q.  Is it the only vehicle that you've had
24   that you've used for this charging station?

Page 9

1        A.  Personally, yes.
2        Q.  Okay.  And what year was that car?
3        A.  I believe it's a 2017.
4        Q.  Okay.  So you said originally you
5    received conditional approval, tell me a little
6    bit about what that was for?
7        A.  Sure.  So again, this tests my memory a
8    little bit, but my understanding at the time was
9    we needed to own and EV prior to getting
10   approval for the stop and the signage and the
11   permits.  So I said, that's great, but I don't
12   want to own a vehicle if I don't have the means
13   of charging it.
14            Is there anything that happens in
15   between and there was this conditional -- I
16   said, does that essentially mean I can proceed?
17   And basically it was, you meet the steps on this
18   application and you submit that you have your
19   own vehicle and the answer was yes.
20       Q.  Sure.
21       A.  So based on having that we said, great,
22   we will go purchase the vehicle.
23       Q.  Do you recall what the other steps were?
24   Obviously you waited to get the vehicle, but

3 (Pages 6 to 9)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 10

1    what did you have to do in preparation for the
2    conditional approval?
3        A. I'm sure there was -- I honestly don't
4    know if the payment came before or after.  We
5    might have submitted the payments.  I don't
6    think we had to produce insurance or anything
7    like that until after we owned the vehicle.  I
8    think it was just an inquiry and submitting the
9    applications.
10       Q. Okay.  And with the application did you
11   have to get approval from your neighbors or
12   anything?
13       A. Yes.
14       Q. Was there any other pieces to the
15   applications that you recall?
16       A. Not off the top of my head.
17       Q. Okay.  Do you recall what the payment
18   was?
19       A. I don't.  I would speculate about $75 or
20   $150.
21       Q. Okay.  I know at least from my
22   recollection of the application there's a center
23   city fee and then there's an outside center
24   city, do you guys falls within center city or

Page 11

1    outside?
2        A. I think we're outside of center city.
3        Q. Okay.  Do you recall from the permit
4    whether there was a renewal requirement or if
5    there is?
6        A. My understanding of this and what we've
7    been doing since is every year we send in a
8    renewal form I believe and a payment.  I've had
9    to inquire for that every year.
10       Q. Okay.  And the renewal form, what does it
11   require?  Do you have to give them any
12   indication that you still have the vehicle or
13   that you're still using the spot?
14       A. I would have to look at the form but I
15   would assume we validate all of that that we
16   still have the vehicle and the charger in
17   working order.
18       Q. Okay.  And when you were first were
19   approved for the space and they came out and
20   they put the signs in, what was your
21   understanding of the length of that term that
22   you were going to be able to have that parking
23   space?
24       A. Sure.  My understanding was it was in

Page 12

1    perpetuity upon meeting the conditions of the
2    renewal which was outlined to keep the charger
3    in good working order, submit the paper work,
4    pay the renewal fee.  It was no different than
5    any other parking permit in the city
6    essentially.
7        Q. Sure.  So as long as you complied with
8    those conditions you can keep the space?
9        A. That was my understanding.
10       Q. Did you ever have an issue with
11   compliance?  Was your permit ever revoked at any
12   point?
13       A. No.  And again, that was with effort on
14   my part to get the paper work and make sure it
15   got out.
16       Q. Sure, of course.  Do you know anyone else
17   in the EV program revoked for any of the reasons
18   of not complying?
19       A. I'm not aware, no.
20       Q. Okay.  But it's your understanding that
21   there were specifics that it could be revoked
22   and maybe one of them was not submitted your
23   approval, but was there other reasons that
24   you're away of?

Page 13

1        A. My understanding was condition of the
2    charger needed to be maintained in working order
3    and submitting the paper work essentially.
4        Q. And let's take about your charger.
5    Through these depositions I've been learning a
6    little bit more about technology but you
7    probably know more about than me.  I understand
8    there's three classes of chargers, class one,
9    class two and class three?  What kind of charger
10   -- is it class?  Am I saying that right?
11       A. I think they're called levels.
12       Q. Okay.  And what kind of charger do you
13   have?
14       A. I believe it would be classified as a
15   level 2.  It's on a high circuit.  It's not a
16   standard plug-in.  I believe it's considered a
17   level 2.
18       Q. Okay.  And how long does it take your
19   level to charge your car when it's completely
20   deed?
21       A. I would say probably about five hours I
22   guess.
23       Q. Okay.  And any time your car's parked in
24   the EV space or only if you need to plug it in

4 (Pages 10 to 13)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

---

Page 14

1   because the charge it low?
2       A. We primarily leave it plugged it in at
3   almost all times. What I read on the manual is
4   basically keep it plugged in to maintain the
5   battery integrity.
6       Q. Okay. And in terms of your charger what
7   does it physically look like? I've seen the
8   tall ones and I've seen the short ones.
9       A. It's a post with a charger piece of
10  equipment mounted to it. It's essentially kind
11  of a block with the ability to wrap the cord.
12  It's like an extension cord if you will. It's
13  all one unit and then it has the specific
14  charging port type connector.
15      Q. Sure. To put into the vehicle?
16      A. Yes.
17      Q. Does your charger station have a lock on
18  it?
19      A. No.
20      Q. Okay. And I understand that there's the
21  ability to obviously control the electricity.
22  Do you have the ability to shut yours off if you
23  need to?
24      A. Yes.

---

Page 15

1       Q. And is that at the charger or is that at
2   the house?
3       A. At the house.
4       Q. Okay. When you leave for the day or when
5   you take your car out of the space do you
6   usually shut the electricity off?
7       A. No. We typically leave it on.
8       Q. Okay. And do you and your wife share the
9   electric vehicle or does one of you mainly drive
10  it?
11      A. We both share it.
12      Q. And how often does it leave the space?
13  Does someone take it to work every day from 9:00
14  to 5:00 or is it sporadically?
15      A. For us it's unpredictable. My wife is in
16  school and working and I work here in the city.
17  So it is really variable.
18      Q. Okay. So it's not like everyday a 9:00
19  to 5:00 kind of thing?
20      A. No. It had been when we first started
21  but not anymore.
22      Q. Okay. And I know this is a hard question
23  to probably answer. How much time does your car
24  spend in this space in front of your house on a

---

Page 16

1   daily basis or like a weekly basis?
2           MR. MATANOVIC: Are you asking
3   before the amendments or after?
4   BY MS. KIRBY:
5       Q. Let's start with before.
6       A. It's a tough question to answer. The
7   days we use the vehicle it could be out for an
8   hour or it could be out for the entire day. It
9   could be occasional trips to family, occasional
10  overnights. Certainty when we're home the
11  vehicle is parked there overnight unless of
12  course someone else is in the spot and then
13  we're not parked there.
14      Q. Of course. And after the amendment did
15  that change the way that you guys used the
16  space?
17      A. It's become somewhat more difficult to
18  charge. We've had more instances were none
19  electric vehicle have parked and they seemly
20  don't understand the rules. They'll leave it
21  there after the hours. So charging becomes
22  questionable from time to time. There's a level
23  of I'd say increased anxiety of whether or not
24  we can plug in the vehicle. We try not to let

---

Page 17

1   that impact our ability to go out and use the
2   vehicle.
3       Q. Of course. When you first received your
4   permit and you got your signs what was your
5   understanding of the space. Was it exclusively
6   for you, was it for all EV's, could anyone else
7   park there?
8       A. No. What I understood it was for all
9   EV's, the charger and the charging
10  infrastructure was mine and mine to do with as I
11  essentially seemed fit.
12      Q. Okay. So before the ordinance did you
13  ever have other EV that parked in your space?
14          MR. MATANOVIC: Before the
15  amendment?
16          MS. KIRBY: Yes. Thank you.
17          THE WITNESS: Yes.
18  BY MS. KIRBY:
19      Q. Okay. And how often would that happen?
20      A. On occasion.
21      Q. Okay. So once like a week or like month
22  a month.
23      A. Probably somewhere in between that. It's
24  hard to say, if I wasn't home I don't know if

---

5 (Pages 14 to 17)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 18

1   anyone is parked there.
2       Q.  Sure.  Do you know who's EV's those were?
3       A.  There's a couple folks that have reached
4   out.  Someone had left a note and said, I
5   charged here, is this okay but most of the time
6   no.
7       Q.  Okay.  And I understand we're just
8   talking about parking but are you aware of
9   anyone who charged their vehicle using your
10  charger before the amendment?
11      A.  Yes.
12      Q.  Okay.  And how often did that happen?
13      A.  Again, on occasion.
14      Q.  Did you always know or did you usually
15  kind out later when you got your PECO bill or
16  something?
17      A.  I honestly don't know.
18      Q.  Sure, fair enough.
19      A.  It's hard to measure whether it was my
20  electricity from my AC or a vehicle.
21      Q.  I wasn't sure if there's some big spike
22  if someone else was using this all the time.
23      A.  It doesn't meter, so I don't know
24  specific consumption.

Page 19

1       Q.  Okay.  And you never thought to turn off
2   your electricity because you had known people
3   were using it and it didn't bother you to leave
4   it on?
5       A.  We have turned it off if we're away for
6   an extended period of time.
7       Q.  Okay.  Fair enough.  Let's talk about
8   after the amendment, is there more EV's parked
9   in your space now?
10      A.  I would say it's similar.
11      Q.  Okay.  What about none EVs?
12      A.  That has picked up precipitously.
13      Q.  Okay.  And what's the time -- most of
14  them usually and my understanding of the amended
15  ordnance is that 6:00 a.m. to 6:00 p.m. is
16  allowed now for none EVs; is that generally the
17  time you're seeing none EVs park there?
18      A.  I what say more often then not but there
19  instances where people do park beyond the 6:00
20  p.m.
21      Q.  Do you see instances where none EVs are
22  parking there for more than the two hour window
23  that they're allowed too?
24      A.  Yes.

Page 20

1       Q.  Okay.  So what happens if you see someone
2   either parked for more than two hours between
3   6:00 a.m. and 6:00 p.m. or parked there after
4   6:00 p.m., a none EV?  Do you guys usually do
5   anything?
6       A.  In a couple instances we've messages the
7   PPA.  There's the apps or their Facebook post and
8   so we've messaged that to say there's a none EV
9   and it's after 6:00 p.m.  I don't think I've
10  actually seen action taken.
11      Q.  No relief?
12                      - - -
13          (Discussion was held off the record.)
14                      - - -
15  BY MS. KIRBY:
16      Q.  So I think you testified you've never
17  gotten any relief from PPA in getting people out
18  of your spots?
19      A.  There was one instance I recall where we
20  ticketed -- there was a ticket applied to a
21  vehicle that was parked improperly.  I don't if
22  it was PPA or police that applied it but there
23  was an one instance that I can recall.
24      Q.  Okay.  Can you call the police too and

Page 21

1   tell them?
2       A.  I'm not sure.
3       Q.  Okay.  So you haven't done that?
4       A.  I think it's been through PPA I believe.
5       Q.  Okay.  Have you ever left a note or tried
6   to discuss it with one who's parked there or
7   anything like that?
8       A.  No.
9       Q.  And is your EV space directly in front of
10  your house?
11      A.  Yes.
12      Q.  It's on your side of the street?
13      A.  Yes.
14      Q.  Okay.  If somebodies parked in your space
15  and you have to park directly in front of them
16  or directly behind them can you still reach your
17  charging cord?
18      A.  It's iffy depending on how the vehicles
19  are parked.  There was an instance recently
20  where there was a spot open which happens
21  naturally and I was able to reach to plug in.
22      Q.  Okay.  Has your car ever gone dead
23  because you weren't able to get into your space?
24      A.  The way it works with the volt is, is if

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 22

1    the battery is depleted the car performance
2    suffers quiet a bit.  So that has happened, but
3    it will technically move.  It has a generator
4    that I guess -- I don't if it's an alternator or
5    what it would be called that ultimately powers
6    so that then the battery I guess can power the
7    drivetrain.
8        Q.  I see.
9        A.  Don't quote me on the technicals.
10       Q.  It's more than I know so I'll go with it.
11   How busy it your street?  How bad is parking on
12   it?
13           MR. MATANOVIC:  Objection to the
14   form.
15   BY MS. KIRBY:
16       Q.  How bad is parking on your street?
17       A.  There some turnover over parking.  It's
18   often full if you will.  During the day time
19   you'll see spots turn out and fill in more
20   frequently.  At nighttime it's pretty much like
21   what I would assume most of the city to be, much
22   less turnover.
23       Q.  Okay.  And I'm assuming you don't have
24   access to a private driveway or a garage or

Page 23

1    anything like that on your street?
2        A.  I do not.
3        Q.  Okay.  Do you ever take your Volt and
4    charge it publicly anywhere else at other
5    chargers?
6        A.  Very, very, very rarely there have been a
7    few instances in the suburbs where I've plugged
8    in when available.
9        Q.  Okay.  If you're leaving for the day to
10   seek out places that would chargers or would you
11   have enough juice to where you're going and get
12   back?
13       A.  I haven't really sought out on the basis
14   that most places I go it's not available.  Like
15   if I go to family I'll plug in at regular what
16   would kind of be a level 1 trickle charge.  You
17   might get a couple miles.  If it's a available
18   and there's a shopping center where the option
19   is EV spot or not of course.
20       Q.  Okay.  And where do you work?
21       A.  I work here now, downtown.
22       Q.  Okay.  Is there availability to park your
23   car and charge it with an EV space anywhere near
24   your job?

Page 24

1        A.  No, not that I'm aware of.
2        Q.  What about your wife, is there
3    availability for her to park anywhere and
4    charge?
5        A.  Not that I'm aware of.  I don't think she
6    has access to parking garages or anything.
7        Q.  Okay.  I want to talk a little bit about
8    the cost and I think I have some document.  I
9    don't know if I have all of them.  Let's start
10   with this guy.  We'll let her mark this and then
11   I'll give a copy to you.
12           - - -
13           (Whereupon, Exhibit Novick-1 was
14   marked for identification.)
15           - - -
16   BY MS. KIRBY:
17       Q.  Take a look at this, Mr Novick.  When
18   you've had a chance to review it tell me what it
19   is if you know.
20       A.  So I see the year.  I guess this might
21   have been the first invoice.  I guess this was
22   what I mailed in to pay for the permit fee.  I
23   don't think it's application.  I don't know.
24       Q.  Was this the original fee or was this to

Page 25

1    renew your permit?
2        A.  So it's a 2017 expiration, I guess this
3    would have been a renewal.  This was my renewal.
4        Q.  Okay.  And then I know we talk about this
5    a little bit but tell me again, you said
6    something about when you renew you generally
7    don't get any notice from PPA; is that correct?
8        A.  No.  I don't know if I have in any of the
9    year.  I know there have been instances where at
10   least once or twice where I've contacted and
11   I've had to follow up with multiple people
12   almost to the point of being nervous to say, I'm
13   just going to go to the old address and mail in
14   a check and hope somebody cashes to.
15       Q.  Sure.  Is there someone specific that you
16   deal with at PPA?
17       A.  The person that I recall is
18   Danielle Willum(ph) I think it was.  That name
19   rings a bell as the person that I interacted
20   with.  I don't know if she's still doing it or
21   not.
22       Q.  Sure.  So is she the one that you reach
23   out to and say, hey, do I need to renew my
24   permit?  That kind of stuff?

7 (Pages 22 to 25)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 26

1      A.  Yes.
2      Q.  Okay.  So have you ever gotten any
3   information from PPA or have ever they ever
4   reached out to you and said, you owe us money
5   for the renewal?
6      A.  I again don't recall if I've gotten it
7   without an inquiry or if I've had to inquire.  I
8   would have to look back.
9      Q.  Sure.  In terms of I know you said
10  something about keeping up the maintenance of
11  the charger and the making sure there are other
12  requirements that are met.  Did anyone ever
13  inquire as to whether that happened?  Did PPA
14  ever reach out and say, alright, we got your
15  check.  We just want to make sure your charger
16  is in good form or good shape, anything like
17  that?
18     A.  Not that I recall.
19     Q.  Okay.  Has anyone ever some to your house
20  or look at your charging station or anything
21  like that?
22     A.  Yes, when it was installed there were
23  inspections that were completed.
24     Q.  And was that through L&I; is that right?

Page 27

1      A.  I believe.
2      Q.  Okay.  But after that no one has come out
3   to do any sort of welfare checks of this?
4      A.  Not that I'm aware of.  Does that come
5   from a past life?  Not that I'm aware of.
6      Q.  Fair enough.  So the $75, does
7   that sound accurate as to the renewal fee?
8      A.  Yes.
9      Q.  Okay.
10                     ---
11        (Whereupon, Exhibit Novick-2 was
12     marked for identification.)
13                     ---
14  BY MS. KIRBY:
15     Q.  Take a look at Novick-2.  Do you know
16  what this is?
17     A.  Yes.
18     Q.  What is it?
19     A.  It's the OPA.  The assessment of my home,
20  the value and information on the home.
21     Q.  And did this change due to the EV
22  parking?  Do you know why this is relevant in
23  this case?
24     A.  I'm not sure.

Page 28

1      Q.  Okay.  Did your assessment change after
2   you installed your EV charger?
3      A.  That not I'm aware of.  It has naturally
4   changed but I don't know if that's due to the
5   tax changes across the city.
6      Q.  Okay.
7        MR. MATANOVIC:  For the record this
8   is produced to proof ownership of the home.
9        MS. KIRBY:  Okay.  Fair enough.
10  BY MS. KIRBY:
11     Q.  Do you believe that owning the charger
12  and having the charger in front of your house
13  increases the value of your home?
14     A.  Yes.
15     Q.  Okay.  And tell me how?
16     A.  Like any improvement of a home, having
17  improvements is a positive.  If I improve the
18  appliances in my home, if I replace an HVAC,
19  clean out my backyard, put grass or planters in,
20  any improvement in naturally an improvement to
21  the home and the quality of life of those living
22  there.
23     Q.  Okay.  Can you put a dollar value on how
24  much you think it could be valued?

Page 29

1      A.  I can only speculate.
2      Q.  Okay.  Could you say $100, $1,000?
3        MR. MATANOVIC:  Objection, it calls
4   for speculation.
5   BY MS. KIRBY:
6      Q.  You can answer.
7      A.  I would assume if I were to assess the
8   value I would assume tens of thousands of
9   dollars.
10     Q.  Okay.  And is it fair to say that someone
11  that doesn't have an EV it might not valuable
12  because the charging station would be something
13  that they could utilize?
14     A.  I can speculate that someone might not
15  find I of value.
16     Q.  Sure.
17     A.  But I would assume most would.
18     Q.  And you find it valuable?
19     A.  I kind it valuable.
20     Q.  Okay.
21                     ---
22        (Whereupon, Exhibit Novick-3 was
23     marked for identification.)
24                     ---

8 (Pages 26 to 29)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 30

BY MS. KIRBY:
1
2      Q.  Take your time.  Obviously this is
3   multiple pages but when you've had a change to
4   look at it let me know what we have here.
5      A.  Sure.  We have the bill of sale of my
6   electric vehicle.  We have the invoice or
7   payment details of the electric charge and we
8   have an invoice or a quote of the installation
9   associated with that charger.
10     Q.  Okay.  So let's go through this page by
11  page.  Let's go to the first page which mines is
12  cute off.  Do you bate numbers on yours?
13         MR. MATANOVIC:  It's cut off.
14         MS. KIRBY:  Okay.  I'll find out
15  what it is so we can put it on the record at
16  some point.  There it is.
17         MR. MATANOVIC:  Is it there?
18         MS. KIRBY:  Novick ends in 1261.
19  It's on the bottom left.  So that's the first
20  page.
21  BY MS. KIRBY:
22     Q.  So first of all, this looks like you
23  purchases your vehicle, correct?  You didn't
24  lease it?

Page 31

1      A.  Correct.
2      Q.  Okay.  And this was the total purchase
3   price down here, this $33,477.84?
4      A.  I assume that was the total.
5      Q.  Fair enough.  And it was new when you
6   purchased it, correct?
7      A.  Yes.
8      Q.  Let go to the next page which
9   Morlok-1262.  And you said this was the actual
10  charger that you purchased?
11     A.  Yes.
12     Q.  And it looks like you just bought it off
13  of Amazon and the total of the charge looks like
14  it was $565.00?
15     A.  Plus any tax I assume but, yes.  I would
16  assume that that was what the base price was.
17     Q.  Okay.  So is it fair to say that it's
18  probably the $601 up top that says one item and
19  this is the item that you purchased and it
20  includes the tax?
21     A.  Yes.
22     Q.  How did you choose this charging station?
23     A.  I did come basic research, looked for
24  reviews and this seemed to be a reasonably

Page 32

1   prices quality charger.  I inquired with the
2   electrician and asked if there would be any
3   complications with installing it and they said
4   no.
5      Q.  Okay.  And while we're talking about it,
6   do you have to do any updated or maintenance to
7   the charger yourself?
8      A.  No, not that I'm aware of unless
9   something either breaks or it were to be damaged
10  intentional or otherwise.
11     Q.  Sure.  Have you done any maintenance or
12  updates or anything to it at this point?
13     A.  No, check the cord periodically.
14     Q.  Okay.  But like you said, you would know
15  if it wasn't working because your car wouldn't
16  charge, correct?
17     A.  I also check to make sure there's no cuts
18  or frays.
19     Q.  Okay.  So let's go on the next page.  So
20  it looks like it starts out, invoice dated
21  April 20th, 2016 from GEN3 Electric.  You stated
22  that this was installed the charging station?
23     A.  Correct.
24     Q.  Okay.  And it looks like as I'm reading

Page 33

1   this this includes the underground wiring and
2   feed conductors, and just so I'm clear, that's
3   taking the wires and putting them under the
4   sidewalk, correct?
5      A.  Yes.
6      Q.  Because I'm assuming whatever is going to
7   the house is underground, it's buried?
8      A.  Yes.
9      Q.  Okay.  Does it feed into your electrical
10  box in the basement, is that how it works?
11     A.  Yes.
12     Q.  Okay.  Do you guys have a switch inside
13  your house or does it just feed right into the
14  box?
15     A.  Yeah, there's the switch on the breaker.
16     Q.  But nothing other than the breaker?
17     A.  Correct?
18     Q.  And then we also have the installation of
19  the car charging station which is what we just
20  looked at from Amazon, correct?
21     A.  I'm sorry.  Can you repeat that?
22     Q.  I'm just going down the list.  So that
23  third thing on the list says, installation of
24  owner provided car charging station.

9  (Pages 30 to 33)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 34

1    A. Yes.
2    Q. And then after that we have what looks
3  permits and inspection which I think we
4  discussed what L&I had to do and come out so
5  they had to make sure they complied with all
6  those requirements?
7    A. Yes.
8    Q. And the it's look there's something down
9  here that's a minus, is that a credit that you
10  guys received?
11    A. I don't recall, but just to read this it
12  appears that there would have been.
13    Q. Okay. It looks like 10 percent discount
14  applies for work booked scheduled for
15  installation in April. So it looks like they
16  took 10 percent off this number; does that seem
17  fair?
18    A. Sure.
19    Q. Okay. And this is something you've see
20  before. Obviously not recently.
21    A. Correct, yes.
22    Q. So than on the last page it looks like
23  the total is -- originally it says that the
24  total due is $2,004.17 and you guys -- I wonder

Page 35

1  if that payment -- I'm trying to figure out if
2  that $222 is the credit.
3    MR. MATANOVIC: It's a different
4  number.
5  BY MS. KIRBY:
6    Q. Do you know? So it says $2,004.17 and
7  this is payment due --
8    A. Off the top of my head I don't. My guess
9  would be reading this is that that was probably
10  a deposit. It says it right here, 10 percent
11  deposit.
12    Q. Okay. Fair enough.
13    MR. MATANOVIC: The top line of the
14  second page.
15  BY MS. KIRBY:
16    Q. This is why I need all the help I can
17  get. So it's far to say the total amount to
18  install al this stuff was $2,004.17?
19    A. Yes, that looks correct.
20    Q. Was there any other costs that you can
21  recall associated with installing the charger?
22    A. Not off the top of my ahead.
23    Q. Okay. And I think you already testified
24  that there was costs related to get a permit,

Page 36

1  correct?
2    A. Yes.
3    Q. So in total other than buying the car,
4  getting permit and getting the installation were
5  there any other costs that you can think of?
6    A. Not off the top of my head.
7    Q. Okay. Do you know if the car charger or
8  the charging station, does it depreciate at all?
9    A. I'm not sure how that would work. As
10  long as it's a working unit I would assume not
11  really. There might be a counting treating to
12  it but not. From my perspective it's worth what
13  it's worth.
14    Q. Okay. Do you know if this charger is
15  still available and cold you still purchase it?
16  Is it something that's still around on the
17  market?
18    A. I would assume either this or something
19  equivalent would be on the market.
20    Q. Okay. And I think we talked a little bit
21  about the level 1, level 2, level 3, I
22  understand that Tesla has a different system,
23  but will this level 2 charge, your charger work
24  on any other EV aside from Tesla to your

Page 37

1  knowledge?
2    A. My understanding including Tesla is that
3  this could charge a Tesla. I think there are
4  adaptors available. I believe most vehicles
5  aside from Tesla have adapted this technology or
6  this protocol if you will.
7    Q. So your charging station isn't
8  proprietary to Chevy or anything like that?
9    A. No.
10    Q. Okay. So if you purchased a new vehicle
11  like Nissan or something, it should still work,
12  right?
13    A. Correct. That's my understanding, yes.
14    Q. Okay. I think you may have answered this
15  question but have you allowed other people to
16  used to your charger before?
17    A. Yes, I have.
18    Q. Was that when asked permission or just
19  like -- I know one time you said that someone
20  actually just came and plugged in, but have
21  there ever been times when people have said,
22  hey, can I borrow your charging station and
23  you've let them use it?
24    A. Yes.

10 (Pages 34 to 37)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Adam Novick
December 18, 2019

Page 38

1     Q. Okay. Could your charging station be
2  converted to public use; do you know?
3     A. I'm not sure.
4     Q. Okay. If that was something the City
5  wanted to do would you be amendable to that?
6     A. Essentially, no. I wouldn't prefer to do
7  that.
8     Q. Okay. Why not?
9     A. I made the investments and going through
10  the effort and paying for installation, paying
11  for the equipment, going through a process and I
12  don't see a reason to want to go that path.
13     Q. Okay. To your knowledge what other EV
14  infrastructure does the City have? I know they
15  have this program. Do you know of any other EV
16  infrastructure that they're currently using?
17     A. I've read or seem speculation over
18  various installations. I don't know if those
19  have been put into place or not at this point.
20     Q. Okay. And I'll say through the life of
21  the program and maybe we'll break this down in
22  chunks. Have you ever heard any media coverage
23  of the EV program?
24     A. Yes, I'm aware of a couple articles that

Page 39

1  were published on it.
2     Q. Were the articles positive or negative
3  about the program?
4     A. My understanding and my interpretation is
5  that they were generally positive.
6     Q. Okay. Do you know of any complaints or
7  media out there or anyone complaining about the
8  program, issues with parking or anything like
9  that?
10     A. I'm not sure of media coverage on it. I
11  don't know if any of those articles might have
12  two sided account perhaps. I just dont recall
13  what was stated.
14     Q. Sure. What about any other public
15  information you've received either from
16  neighbors, community meetings, hearings? What
17  kind of coverage is out there, positive or
18  negative?
19     A. I mean general sentiments from what I've
20  experienced have been most positive. One of my
21  neighbors came up when they signage going in and
22  when they saw our vehicle incredibly excited.
23  Her daughter ran up and was super excited and
24  wanted to see the car. So they were super

Page 40

1  excited to see it on the block as have other
2  neighbors generally.
3     Q. Have you received any negative feed back
4  about it?
5     A. There have been one or two instances
6  where I've heard people say, oh, it's blocking a
7  spot and my argument has been you have two or
8  three vehicles on the street that haven't moved
9  in months. So I question your assessment here.
10  Most generally, including my next door neighbor
11  everything has been positive about it.
12     Q. Okay. Fair enough. What benefit do you
13  think the City has received from this program?
14     A. I look at it a couple ways. Number one,
15  this was a program the City designed to be
16  forward looking, to be environmental. I think
17  there's positive goodwill, positive press, an
18  opportunity to clean up the City from a pure
19  environmental stand point. I wish we would see
20  more of that.
21         You know, when I am walking on the
22  street with my son and exhaust kicks out of a
23  car in my face I don't appreciate it. So I
24  think there's a lot of opportunity and benefit

Page 41

1  for a program like this and hopefully other to
2  bring a lot value to our City.
3         I think we've all seem smog and all
4  these other reports that don't bode well for
5  cities in general. This is a step to make some
6  significant improvements on that I would hope.
7     Q. I think you mentioned goodwill and some
8  press and kind of cleaning up the City, do you
9  think the City has capitalized on the EV program
10  and have been able to show what that is, like
11  what this program looks like and why it's
12  beneficial?
13     A. Not close enough to it to know. I don't
14  work in public policy. This is -- in my view
15  I'm one citizen who leveraged the program that
16  should make the quality of life in our city
17  better, improving whatever, propriety value,
18  people moving in, businesses moving in. I can
19  speculate on all of the reasons that going down
20  this path is good for our city. I don't know
21  what the folks working in the City do with that
22  information or how it's been leveraged.
23     Q. Have you've talked to anyone outside of
24  the City who's known about the program or had

11 (Pages 38 to 41)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 42

1  anything to say about it?
2      A. Friends, family who live in the suburbs
3  comment like, oh, that's great that they're
4  doing that, or that's a neat thing to do.
5  Things like that.
6      Q. Have those comments been in response to
7  you know of telling them about the program or do
8  these people already kind of know about it?
9      A. My guess would be probably on the basis
10  of visiting or seeing information about me
11  having a spot. I would imagine it wouldn't have
12  come up.
13     Q. Have you looked into or have been
14  interested in what other cities are doing around
15  electric vehicles to see what kind of programs
16  are working and which ones aren't?
17     A. Yeah. I've read some articles about what
18  California has done and what New York has done.
19  Amsterdam is one that's kind of leading and
20  pushing electric vehicle. Naturally, they
21  obviously bike a lot as well so I think they're
22  leading on a lot of fronts.
23     Q. To your knowledge -- I mean you named
24  New York, California and Amsterdam so I'll use

Page 43

1  those cities and states, but to your knowledge
2  do they have similar programs to what
3  Philadelphia has?
4      A. I'm not totally sure. I think in
5  Amsterdam I was reading that they installed a
6  lot of chargers and I've traveled and seen other
7  infrastructure in other cities.
8      Q. Okay. More public infrastructure or more
9  kind of public like ours?
10     A. I think both. I don't know who owned it
11  but it seemed available on both fronts.
12     Q. Okay. Is it your understanding if the
13  City removed your signage today that you could
14  still keep your charger and still utilize it if
15  possible?
16     A. I'm not entirely sure how it would work
17  but my assumption would be that the charger
18  would remain in place with a significant
19  increased level of difficulty to access it.
20     Q. Sure. But I guess I want to make sure
21  that the program allowed you to have the
22  signage, correct?
23     A. Correct.
24     Q. And obviously they approved the charger

Page 44

1  for you to install, correct?
2      A. Correct.
3      Q. But there's nothing in the program that
4  makes you get rid of it if the program goes away
5  to your knowledge?
6      A. I'm not sure.
7      Q. Okay. I think we're almost done.
8              ---
9          (Discussion was held off the record.)
10             ---
11  BY MS. KIRBY:
12     Q. So I know we talked about converting the
13  chargers to the City and you said that's
14  probably something you wouldn't be amendable to.
15  Wouldn't it benefit you though if the City took
16  the whole program and they converted everyone's
17  chargers in the City to public use? Wouldn't
18  that help you at all or no?
19     A. I don't see a benefit but for the City
20  ruling out a significant investment in electric
21  charging infrastructure across the entire City,
22  putting more space in, making it more accessible
23  to people. Without it I see it as nothing but a
24  detriment to me and my ability to use the

Page 45

1  vehicle.
2      Q. Okay. Is that because of the spaces are
3  sporadically placed around the City or why is it
4  a detriment?
5      A. The logistics would be much more
6  difficult. If I'm not able to access the charge
7  my vehicle is far less usable. If there isn't
8  enough access -- it's a supply and demand issue.
9          If there isn't enough for the
10  vehicles using it -- what I don't need is
11  someone parked in their garage that has a garage
12  charge decided that they wanted to leave the
13  space open and leaving their car there for a
14  week because it is now open to them and now I'm
15  without any access.
16     Q. Sure. Fair enough. I think that's it.
17             ---
18          CROSS-EXAMINATION
19             ---
20  BY MR. MATANOVIC:
21     Q. I have a couple of questions, Mr. Novick.
22  Do you remember you were asked by Mr. Kirby
23  about your perceived value to you of the
24  improvement that you made; do you remember that

12 (Pages 42 to 45)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

Page 46

1    line of questioning?
2        A.  Yes.
3        Q.  And my recollection is is that you
4    testified that you believe your charger was an
5    improvement that you paid for, correct?
6        A.  Yes.
7        Q.  If you were looking for new homes would
8    you value a home that had a charger more than a
9    home that didn't all things being equal other
10   than the charger?
11       A.  Absolutely, 100 percent.
12       Q.  And why is that?
13       A.  It's infrastructure.  It's convenience.
14   It allows me continue to use an EV.  Ultimately,
15   like all improvements, if I have any other
16   amenity in the home it improves the value and
17   this is one that provides a significant level of
18   convenience and accessible of the vehicle that I
19   want to continue to use.
20       Q.  Okay.  Changing topics.  You were asked
21   earlier about the amount of the cars parking in
22   the spot before and half the changes to
23   amendment; do you remember that line of
24   questioning?

Page 47

1        A.  Yes.
2        Q.  How has the amendment affected your
3    ability to park and use your charger?
4        A.  It's been worse than it was prior on the
5    basis that we have none electric vehicle who I
6    will speculate know less about the program than
7    park there for extended periods, sometimes an
8    hour, sometimes many hours, sometimes after the
9    signage where I have to park else where, I can't
10   charge or maybe they leave in the evening and
11   it's late, my kids in bed and I'm not running
12   out to go find my car a few blocks away.  I
13   can't if he's sleeping and I'm home with him to
14   go move the car and then charge.
15       Q.  And how often would you say you've been
16   unable to charge your vehicle since the
17   amendment?
18       A.  I would say it happens maybe one or
19   several times a week.
20       Q.  Okay.  I have nothing further.
21          MS. KIRBY:  Nothing further based on
22   that.
23              ---
24          (Witness excused.)

Page 48

1              ---
2          (Whereupon, the deposition concluded
3    at or about 10:51 a.m.)
4              ---

Page 49

1       C E R T I F I C A T I O N
2
3        I, Jacqueline Berger, hereby
4    certify that the proceedings and
5    evidence noted are contained fully and
6    accurately in the stenographic notes
7    taken by me in the foregoing matter, and
8    that this is a correct transcript of the
9    same.
10
11
12
13
14   _____
15   Court Reporter - Notary Public
16
17
18
19       (The forgoing certification of
20   this transcript does not apply to any
21   reproduction of the same by any means,
22   unless under the direct control and/or
23   supervision of the certifying reporter.)
24

13 (Pages 46 to 49)

1177d488-f430-4fd6-b95e-6f7e79f119b2

Adam Novick
December 18, 2019

**A**

**a.m** 1:18
  19:15 20:3
  48:3
**ability** 14:11
  14:21,22
  17:1 44:24
  47:3
**able** 11:22
  21:21,23
  41:10 45:6
**absolutely**
  5:20 46:11
**AC** 18:20
**access** 22:24
  24:6 43:19
  45:6,8,15
**accessible**
  44:22
  46:18
**account**
  39:12
**accurate** 27:7
**accurately**
  49:6
**action** 20:10
**actual** 31:9
**Adam** 1:7,16
  3:4 4:3,13
**adapted** 37:5
**adaptors**
  37:4
**address**
  25:13
**admirer** 8:7
**age** 8:2
**ahead** 35:22
**al** 35:18
**allowed**
  19:16,23
  37:15
  43:21
**allows** 46:14
**alright** 26:14
**alternator**
  22:4
**Amazon** 3:18
  31:13
  33:20
**amendable**
  38:5 44:14
**amended**
  19:14

**amendment**
  16:14
  17:15
  18:10 19:8
  46:23 47:2
  47:17
**amendments**
  16:3
**amenity**
  46:16
**amount**
  35:17
  46:21
**Amsterdam**
  42:19,24
  43:5
**Amy** 2:11
  4:14
**and/or** 49:22
**answer** 5:10
  5:11,18,18
  9:19 15:23
  16:6 29:6
**answered**
  37:14
**answers** 5:10
**anticipate**
  5:22
**anxiety** 16:23
**anymore**
  15:21
**appears**
  34:12
**appliances**
  28:18
**application**
  9:18 10:10
  10:22
  24:23
**applications**
  8:19 10:9
  10:15
**applied** 8:19
  20:20,22
**applies** 34:14
**apply** 49:20
**appreciate**
  40:23
**approval**
  7:16 9:5,10
  10:2,11
  12:23
**approved**
  7:20 11:19

  43:24
**apps** 20:7
**April** 32:21
  34:15
**Arch** 1:17
  2:12
**argument**
  40:7
**articles** 38:24
  39:2,11
  42:17
**aside** 36:24
  37:5
**asked** 32:2
  37:18
  45:22
  46:20
**asking** 16:2
**assess** 29:7
**assessment**
  3:17 27:19
  28:1 40:9
**associated**
  30:9 35:21
**ASSOCIA...**
  1:22
**assume** 11:15
  22:21 29:7
  29:8,17
  31:4,15,16
  36:10,18
**assuming**
  22:23 33:6
**assumption**
  43:17
**attorney** 6:14
  6:15
**audible** 5:11
**availability**
  8:10 23:22
  24:3
**available**
  8:12 23:8
  23:14,17
  36:15 37:4
  43:11
**aware** 12:19
  18:8 24:1,5
  27:4,5 28:3
  32:8 38:24

**B**

**back** 23:12
  26:8 40:3

**backyard**
  28:19
**bad** 22:11,16
**base** 31:16
**based** 5:20
  9:21 47:21
**basement**
  33:10
**basic** 31:23
**basically**
  9:17 14:4
**basis** 16:1,1
  23:13 42:9
  47:5
**bate** 30:12
**bathroom**
  5:24
**battery** 14:5
  22:1,6
**bed** 47:11
**behalf** 4:14
**believe** 9:3
  11:8 13:14
  13:16 21:4
  27:1 28:11
  37:4 46:4
**bell** 25:19
**beneficial**
  41:12
**benefit** 40:12
  40:24
  44:15,19
**Berger** 1:19
  49:3
**better** 41:17
**beyond** 19:19
**big** 8:9 18:21
**bike** 42:21
**bill** 3:18
  18:15 30:5
**bit** 7:5 9:6,8
  13:6 22:2
  24:7 25:5
  36:20
**block** 14:11
  40:1
**blocking** 40:6
**blocks** 47:12
**bode** 41:4
**booked** 34:14
**borrow** 37:22
**bother** 19:3
**bottom** 30:19
**bought** 31:12

**box** 33:10,14
**break** 38:21
**breaker**
  33:15,16
**breaks** 5:7
  5:23 32:9
**briefly** 6:11
**bring** 41:2
**Building** 2:11
**buried** 33:7
**businesses**
  41:18
**busy** 22:11
**buying** 36:3

**C**

**C** 2:1 4:1
  49:1,1
**California**
  42:18,24
**call** 4:17
  20:24
**called** 13:11
  22:5
**calls** 29:3
**capitalized**
  41:9
**car** 8:18 9:2
  13:19 15:5
  15:23
  21:22 22:1
  22:23
  32:15
  33:19,24
  36:3,7
  39:24
  40:23
  45:13
  47:12,14
**car's** 13:23
**cars** 46:21
**case** 4:16,17
  27:23
**cashes** 25:14
**center** 10:22
  10:23,24
  11:2 23:18
**Certainty**
  16:10
**certification**
  49:19
**certify** 49:4
**certifying**
  49:23

**chance** 24:18
**change** 16:15
  27:21 28:1
  30:3
**changed** 28:4
**changes** 28:5
  46:22
**Changing**
  46:20
**charge** 13:19
  14:1 16:18
  23:4,16,23
  24:4 30:7
  31:13
  32:16
  36:23 37:3
  45:6,12
  47:10,14,16
**charged** 18:5
  18:9
**charger** 7:2
  11:16 12:2
  13:2,4,9,12
  14:6,9,17
  15:1 17:9
  18:10
  26:11,15
  28:2,11,12
  30:9 31:10
  32:1,7
  35:21 36:7
  36:14,23
  37:16
  43:14,17,24
  46:4,8,10
  47:3
**chargers**
  13:8 23:5
  23:10 43:6
  44:13,17
**charging**
  8:24 9:13
  14:14
  16:21 17:9
  21:17
  26:20
  29:12
  31:22
  32:22
  33:19,24
  36:8 37:7
  37:22 38:1
  44:21
**check** 25:14

  26:15
  32:13,17
**checks** 27:3
**Chevrolet**
  8:22
**Chevy** 37:8
**child** 8:8
**choose** 31:22
**chunks** 38:22
**circuit** 13:15
**cities** 41:5
  42:14 43:1
  43:7
**citizen** 41:15
**city** 1:10 2:10
  4:15 7:10
  10:23,24,24
  11:2 12:5
  15:16
  22:21 28:5
  38:4,14
  40:13,15,18
  41:2,8,9,16
  41:20,21,24
  43:13
  44:13,15,17
  44:19,21
  45:3
**class** 13:8,9,9
  13:10
**classes** 13:8
**classified**
  13:14
**clean** 28:19
  40:18
**cleaning** 41:8
**clear** 33:2
**close** 41:13
**cold** 36:15
**come** 8:10
  27:2,4
  31:23 34:4
  42:12
**commencing**
  1:18
**comment**
  42:3
**comments**
  42:6
**community**
  39:16
**complaining**
  39:7
**complaints**

  39:6
**completed**
  26:23
**completely**
  13:19
**compliance**
  12:11
**complicatio...**
  32:3
**complied**
  12:7 34:5
**complying**
  12:18
**concluded**
  48:2
**condition**
  13:1
**conditional**
  7:15 9:5,15
  10:2
**conditions**
  12:1,8
**conductors**
  33:2
**connector**
  14:14
**considered**
  13:16
**consumption**
  18:24
**contacted**
  25:10
**contained**
  49:5
**continue**
  46:14,19
**control** 14:21
  49:22
**convenience**
  46:13,18
**converted**
  38:2 44:16
**converting**
  44:12
**copy** 24:11
**cord** 14:11,12
  21:17
  32:13
**correct** 7:1
  25:7 30:23
  31:1,6
  32:16,23
  33:4,17,20
  34:21

Adam Novick
December 18, 2019

Page 2

35:19 36:1
37:13
43:22,23
44:1,2 46:5
49:8
cost 8:9 24:8
costs 35:20
35:24 36:5
counsel 5:17
counting
36:11
couple 18:3
20:6 23:17
38:24
40:14
45:21
course 4:20
8:16 12:16
16:12,14
17:3 23:19
court 1:3,19
5:1 49:15
coverage
38:22
39:10,17
credit 34:9
35:2
CROSS-E...
45:18
currently
38:16
cut 30:13
cute 30:12
cuts 32:17

**D**

D 4:1
daily 16:1
damaged
32:9
Danielle 7:13
25:18
date 7:23
dated 32:20
daughter
39:23
day 15:4,13
16:8 22:18
23:9
days 16:7
dead 21:22
deal 25:16
DECEMB...
1:13

decided
45:12
decision 8:11
deed 13:20
Defendant
1:10
Defendants
2:14
demand 45:8
DEPART...
2:10
depending
21:18
depleted 22:1
deposed 4:21
deposit 35:10
35:11
deposition
1:16 5:23
6:10,12
48:2
depositions
13:5
depreciate
36:8
DESCRIP...
3:15
designed
40:15
Detail 3:18
details 30:7
detriment
44:24 45:4
different
12:4 35:3
36:22
difficult
16:17 45:6
difficulty
43:19
direct 4:6
49:22
directly 21:9
21:15,16
directs 5:17
discount
34:13
discuss 21:6
discussed
34:4
Discussion
20:13 44:9
DISTRICT
1:3,4

document
24:8
doing 11:7
25:20 42:4
42:14
dollar 28:23
dollars 29:9
dont 39:12
door 40:10
downtown
23:21
drive 15:9
drivetrain
22:7
driveway
22:24
due 27:21
28:4 34:24
35:7
duly 4:3

**E**

E 2:1,1 4:1,1
49:1
earlier 46:21
EASTERN
1:4
effort 12:13
38:10
either 20:2
32:9 36:18
39:15
electric 4:15
4:19 8:5,7
15:9 16:19
30:6,7
32:21
42:15,20
44:20 47:5
electrical
33:9
electrician
32:2
electricity
14:21 15:6
18:20 19:2
ends 30:18
entire 16:8
44:21
entirely
43:16
environme...
8:8 40:16
40:19

equal 46:9
equipment
14:10
38:11
equivalent
36:19
ESQUIRE
2:4,11
essentially
9:16 12:6
13:3 14:10
17:11 38:6
EV 4:17,17
6:24 7:2
8:4,20,21
9:9 12:17
13:24
17:13 20:4
20:8 21:9
23:19,23
27:21 28:2
29:11
36:24
38:13,15,23
41:9 46:14
EV's 17:6,9
18:2 19:8
evening
47:10
everyday
15:18
everyone's
44:16
evidence 49:5
EVs 19:11,16
19:17,21
EXAMINA...
3:8 4:6
examined 4:4
excited 39:22
39:23 40:1
exclusively
17:5
excused
47:24
exhaust
40:22
Exhibit 24:13
27:11
29:22
EXHIBITS
3:14
experienced
39:20

expiration
25:2
extended
19:6 47:7
extension
14:12

**F**

F 49:1
face 40:23
Facebook
20:7
fair 8:3 18:18
19:7 27:6
28:9 29:10
31:5,17
34:17
35:12
40:12
45:16
falls 10:24
family 16:9
23:15 42:2
far 35:17
45:7
fast 5:1
fee 10:23
12:4 24:22
24:24 27:7
feed 33:2,9
33:13 40:3
feel 5:16
fell 5:3,24
figure 35:1
fill 22:19
find 29:15,18
30:14
47:12
first 11:18
15:20 17:3
24:21
30:11,19,22
fit 17:11
five 5:24
13:21
Floor 1:17
folks 18:3
41:21
follow 25:11
follows 4:4
foregoing
49:7
forgoing
49:19

form 11:8,10
11:14
22:14
26:16
forms 7:19
forward
40:16
frays 32:18
free 5:3,16,24
frequently
22:20
Friends 1:22
42:2
front 6:24
15:24 21:9
21:15
28:12
fronts 42:22
43:11
full 22:18
fully 49:5
further 47:20
47:21

**G**

G 4:1
garage 22:24
45:11,11
garages 24:6
GEN3 32:21
general 39:19
41:5
generally
19:16 25:6
39:5 40:2
40:10
generator
22:3
getting 8:4
9:9 20:17
36:4,4
give 5:10
11:11
24:11
go 4:23 9:22
17:1 22:10
23:14,15
25:13
30:10,11
31:8 32:19
38:12
47:12,14
goes 44:4
going 11:22

23:11
25:13 33:6
33:22 38:9
38:11
39:21
41:19
good 4:9,10
12:3 26:16
26:16
41:20
goodwill
40:17 41:7
gotten 20:17
26:2,6
grass 28:19
great 9:11,21
42:3
ground 4:23
guess 13:22
22:4,6
24:20,21
25:2 35:8
42:9 43:20
guy 24:10
guys 7:24
10:24
16:15 20:4
33:12
34:10,24

**H**

half 46:22
happen 17:19
18:12
happened
22:2 26:13
happens 9:14
20:1 21:20
47:18
happy 5:15
hard 15:22
17:24
18:19
head 5:12,12
10:16 35:8
36:6
heard 38:22
40:6
hearings
39:16
held 1:16
20:13 44:9
help 35:16
44:18

hey 25:23
37:22
high 13:15
home 16:10
17:24
27:19,20
28:8,13,16
28:18,21
46:8,9,16
47:13
homes 46:7
honestly 10:3
18:17
hope 25:14
41:6
hopefully
41:1
hour 16:8
19:22 47:8
hours 13:21
16:21 20:2
47:8
house 7:1
15:2,3,24
21:10
26:19
28:12 33:7
33:13
HVAC 28:18

**I**

identification
24:14
27:12
29:23
iffy 21:18
imagine
42:11
impact 17:1
improperly
20:21
improve
28:17
improvement
28:16,20,20
45:24 46:5
improveme...
28:17 41:6
46:15
improves
46:16
improving
41:17
includes

31:20 33:1
including
37:2 40:10
increased
16:23
43:19
increases
28:13
incredibly
39:22
INDEX 3:1
indication
11:12
information
7:11,11,14
26:3 27:20
39:15
41:22
42:10
infrastruct...
17:10
38:14,16
43:7,8
44:21
46:13
initiatives 8:8
inquire 11:9
26:7,13
inquired 32:1
inquiry 10:8
26:7
inside 33:12
inspection
34:3
inspections
26:23
install 35:18
44:1
installation
3:19 30:8
33:18,23
34:15 36:4
38:10
installations
38:18
installed 7:22
26:22 28:2
32:22 43:5
installing
32:3 35:21
instance
20:19,23
21:19
instances

16:18
19:19,21
20:6 23:7
25:9 40:5
insurance
10:6
integrity 14:5
intentional
32:10
interacted
25:19
interested 8:4
42:14
interpretati...
39:4
investment
44:20
investments
38:9
invoice 24:21
30:6,8
32:20
issue 12:10
45:8
issues 39:8
item 31:18,19

J
Jacqueline
1:19 49:3
job 23:24
juice 23:11

K
keep 12:2,8
14:4 43:14
keeping
26:10
kicks 40:22
kids 47:11
kind 8:6,18
13:9,12
14:10
15:19
18:15
23:16
25:24
29:19
39:17 41:8
42:8,15,19
43:9
Kirby 2:11
3:10 4:8,14
5:7 16:4

17:16,18
20:15
22:15
24:16
27:14 28:9
28:10 29:5
30:1,14,18
30:21 35:5
35:15
44:11
45:22
47:21
know 6:5
7:17 8:13
10:4,21
12:16 13:7
15:22
17:24 18:2
18:14,17,23
22:10 24:9
24:19,23
25:4,8,9,20
26:9 27:15
27:22 28:4
30:4 32:14
35:6 36:7
36:14
37:19 38:2
38:14,15,18
39:6,11
40:21
41:13,20
42:7,8
43:10
44:12 47:6
knowledge
4:16 37:1
38:13
42:23 43:1
44:5
known 19:2
41:24

L
L&I 26:24
34:4
LANE 1:22
late 47:11
LAW 2:3,10
leading 42:19
42:22
learned 8:12
8:14
learning 13:5

lease 30:24
leave 14:2
15:4,7,12
16:20 19:3
45:12
47:10
leaving 23:9
45:13
left 18:4 21:5
30:19
length 11:21
let's 13:4
16:5 19:7
24:9 30:10
30:11
level 13:15,17
13:19
16:22
23:16
36:21,21,21
36:23
43:19
46:17
levels 13:11
leveraged
41:15,22
LEWIS 1:7
life 27:5
28:21
38:20
41:16
line 35:13
46:1,23
list 33:22,23
little 7:5 9:5
9:8 13:6
24:7 25:5
36:20
live 6:22,23
42:2
living 28:21
LLC 2:3
lock 14:17
logistics 45:5
long 5:23
12:7 13:18
36:10
look 11:14
14:7 24:17
26:8,20
27:15 30:4
34:8 40:14
looked 31:23

33:20
42:13
looking 40:16
46:7
looks 30:22
31:12,13
32:20,24
34:2,13,15
34:22
35:19
41:11
lot 8:2 40:24
41:2 42:21
42:22 43:6
low 14:1

M
m 4:16
mail 25:13
mailed 44:22
maintain
14:4
maintained
13:2
maintenance
26:10 32:6
32:11
making 26:11
44:22
manual 14:3
mark 24:10
marked
24:14
27:12
29:23
market 2:4
36:17,19
MATANO...
2:3,4 3:11
5:5 16:2
17:14
22:13 28:7
29:3 30:13
30:17 35:3
35:13
45:20
matter 49:7
mean 9:16
39:19
42:23
means 9:12
49:21
measure
18:19

media 38:22
39:7,10
medications
6:6
meet 9:17
meeting 12:1
meetings
39:16
memory 9:7
mentioned
41:7
messaged
20:8
messages
20:6
met 26:12
meter 18:23
miles 23:17
mind 4:17
mine 17:10
17:10
mines 30:11
minus 34:9
minutes 5:24
money 26:4
month 17:21
17:22
months 40:9
MORLOK
1:6
Morlok-1262
31:9
morning 4:9
mounted
14:10
move 22:3
47:14
moved 40:8
moving 41:18
41:18
multiple
25:11 30:3

N
N 2:1 4:1
49:1
name 4:11
7:13 25:18
named 6:19
42:23
naturally
21:21 28:3
28:20
42:20

near 23:23
neat 42:4
need 5:3,19
5:23 6:4,13
13:24
14:23
25:23
35:16
45:10
needed 7:17
9:9 13:2
negative 39:2
39:18 40:3
neighbor
40:10
neighbors
10:11
39:16,21
40:2
nervous
25:12
never 19:1
20:16
new 31:5
37:10
42:18,24
46:7
NEWTOWN
1:23
nighttime
22:20
Nissan 37:11
nodding 5:11
Notary 1:20
49:15
note 18:4
21:5
noted 49:5
notes 49:6
notice 25:7
Novick 1:7
1:16 3:4
4:3,9,13
24:17
30:18
45:21
Novick-1
3:16 24:13
Novick-2
3:17 27:11
27:15
Novick-3
3:18 29:22
number

34:16 35:4
40:14
numbers
3:15 30:12

O
O 4:1 49:1
Objection
22:13 29:3
objects 5:17
obtain 7:8
obviously
9:24 14:21
30:2 34:20
42:21
43:24
occasion
17:20
18:13
occasional
16:9,9
oh 40:6 42:3
okay 4:21,23
6:9,13,17
6:22 7:23
8:3 9:2,4
10:10,17,21
11:3,10,18
12:20
13:12,18,23
14:6,20
15:4,8,18
15:22
17:12,19,21
18:5,7,12
19:1,7,11
19:13 20:1
20:24 21:3
21:5,14,22
22:23 23:3
23:9,20,22
24:7 25:4
26:2,19
27:2,6,9
28:1,6,9,15
28:23 29:2
29:9,10,20
30:10,14
31:2,17
32:5,14,19
32:24 33:9
33:12
34:13,19
35:12,23

37:10,14
38:1,4,8,13
38:20 39:6
40:12 43:8
43:12 44:7
45:2 46:20
47:20
old 25:13
once 7:17
8:14 17:21
25:10
ones 14:8,8
42:16
online 7:7,11
OPA 3:17
27:19
open 21:20
45:13,14
opener 8:9
opportunity
40:18,24
option 23:18
ORAL 1:16
order 7:6
11:17 12:1
13:2
ordinance
17:12
ordnance
19:15
original
24:24
originally 9:4
34:23
outlined 12:2
outside 10:23
11:1,2
41:23
overnight
16:11
overnights
16:10
owe 26:4
owned 10:7
43:10
owner 33:24
ownership
28:8
owning 28:11

—— P ——
P 2:1,1 4:1
p.m 19:15,20
20:3,4,9

page 3:3,15
30:10,11,11
30:20 31:8
32:19
34:22
35:14
pages 30:3
paid 46:5
paper 8:17
12:3,14
13:3
paperwork
7:15
park 17:7
19:17,19
21:15
23:22 24:3
47:3,7,9
parked 13:23
16:11,13,19
17:13 18:1
19:8 20:2,3
20:21 21:6
21:14,19
45:11
parking
11:22 12:5
18:8 19:22
22:11,16,17
24:6 27:22
39:8 46:21
Parkway
2:11
part 12:14
path 38:12
41:20
pay 12:4
24:22
paying 38:10
38:10
payment 3:18
7:20 10:4
10:17 11:8
30:7 35:1,7
payments
10:5
PECO 18:15
pending 6:2
Pennsylvania
1:4,18,23
2:5,12
people 19:2
19:19
20:17

25:11
37:15,21
40:6 41:18
42:8 44:23
perceived
45:23
percent
34:13,16
35:10
46:11
performance
22:1
period 19:6
periodically
32:13
periods 47:7
permanent
7:3
permission
37:18
permit 6:24
7:8 11:3
12:5,11
17:4 24:22
25:1,24
35:24 36:4
permits 9:11
34:3
perpetuity
12:1
person 25:17
25:19
Personally
9:1
perspective
36:12
Philadelphia
1:10,17 2:5
2:10,12
4:15 43:3
physically
14:7
picked 19:12
piece 14:9
pieces 10:14
place 38:19
43:18
placed 45:3
places 23:10
23:14
plaintiffs 1:8
2:8 6:19
planters
28:19

please 4:12
plug 13:24
16:24
21:21
23:15
plug-in 13:16
plugged 14:2
14:4 23:7
37:20
Plus 31:15
point 7:21
12:12
25:12
30:16
32:12
38:19
40:19
police 20:22
20:24
policy 41:14
port 14:14
positive
28:17 39:2
39:5,17,20
40:11,17,17
possible
43:15
post 14:9
20:7
power 22:6
powers 22:5
PPA 7:10,13
20:7,17,22
21:4 25:7
25:16 26:3
26:13
precipitously
19:12
precisely 7:9
prefer 38:6
preparation
10:1
prepare 6:9
present 1:20
press 40:17
41:8
pretty 22:20
price 31:3,16
prices 32:1
primarily
14:2
prior 8:14,20
9:9 47:4
private 22:24

probably
13:7,21
15:23
17:23
31:18 35:9
42:9 44:14
proceed 9:16
proceedings
49:4
process 7:6,8
7:24 38:11
produce 10:6
produced
28:8
program
4:18 8:4,12
8:14 12:17
38:15,21,23
39:3,8
40:13,15
41:1,9,11
41:15,24
42:7 43:21
44:3,4,16
47:6
programs
42:15 43:2
proof 28:8
proprietary
37:8
propriety
41:17
protocol 37:6
provided
33:24
provides
46:17
public 1:20
38:2 39:14
41:14 43:8
43:9 44:17
49:15
publicly 23:4
published
39:1
purchase
9:22 31:2
36:15
purchased
7:18 31:6
31:10,19
37:10
purchases
7:18 30:23

pure 40:18
pushing
42:20
put 11:20
14:15
28:19,23
30:15
38:19
putting 33:3
44:22

—— Q ——
quality 28:21
32:1 41:16
question 5:18
5:19,19 6:2
15:22 16:6
37:15 40:9
questionable
16:22
questioning
46:1,24
questions
5:14 7:12
45:21
quickly 5:6
quiet 22:2
quote 3:19
22:9 30:8

—— R ——
R 2:1 4:1
49:1
ran 39:23
rarely 23:6
reach 21:16
21:21
25:22
26:14
reached 7:8
18:3 26:4
read 14:3
34:11
38:17
42:17
reading
32:24 35:9
43:5
really 4:24
15:17
23:13
36:11
reason 38:12
reasonably

31:24
reasons
12:17,23
41:19
recall 7:9
9:23 10:15
10:17 11:3
20:19,23
25:17 26:6
26:18
34:11
35:21
39:12
received 9:5
17:3 34:10
39:15 40:3
40:13
recollection
10:22 46:3
record 4:11
20:13 28:7
30:15 44:9
regular 23:15
related 35:24
relevant
27:22
relief 20:11
20:17
remain 43:18
remember
45:22,24
46:23
removed
43:13
renew 25:1,6
25:23
renewal 3:16
11:4,8,10
12:2,4 25:3
25:3 26:5
27:7
repeat 33:21
repeated
5:19
replace 28:18
reporter 1:19
5:1 49:15
49:23
reports 41:4
Representing
2:8,14
reproduction
49:21
require 11:11

requirement
11:4
requirements
26:12 34:6
research 7:7
31:23
researched
7:12
response 42:6
restate 5:15
review 24:18
reviews
31:24
revoked
12:11,17,21
44:4
right 13:10
26:24
33:13
35:10
37:12
rings 25:19
rules 4:24
rid 44:4
ruling 44:20
running
47:11

—— S ——
S 2:1 4:1
sale 3:18 30:5
saw 39:22
saying 5:2
13:10
says 31:18
33:23
34:23 35:6
35:10
scheduled
34:14
school 15:16
second 35:14
see 19:21
20:1 22:8
22:19
24:20
34:19
38:12
39:24 40:1
40:19
42:15
44:19,23
seeing 19:17
42:10

Adam Novick
December 18, 2019

seek 23:10
seemly 16:19
seen 14:7,8
  20:10 43:6
send 11:7
sentiments
  39:19
shaking 5:12
shape 26:16
share 15:8,11
shopping
  23:18
short 14:8
show 41:10
shut 14:22
  15:6
side 21:12
sided 39:12
sidewalk 33:4
signage 7:22
  9:10 39:21
  43:13,22
  47:9
significant
  41:6 43:18
  44:20
  46:17
signs 11:20
  17:4
similar 19:10
  43:2
sleeping
  47:13
slow 5:1,3,6,9
smatanovic...
  2:6
smog 41:3
somebodies
  21:14
somebody
  7:10,13
  25:14
somewhat
  16:17
son 8:2 40:22
sorry 33:21
sort 27:3
sought 23:13
sound 27:7
South 6:23
space 7:3
  11:19,23
  12:8 13:24
  15:5,12,24

16:16 17:5
17:13 19:9
21:9,14,23
23:23
44:22
45:13
spaces 45:2
speak 6:17
specific 14:13
  18:24
  25:15
specifics
  12:21
speculate
  10:19 29:1
  29:14
  41:19 47:6
speculation
  29:4 38:17
spend 15:24
spike 18:21
spoke 6:11,15
  8:15
sporadically
  15:14 45:3
spot 7:21
  11:13
  16:12
  21:20
  23:19 40:7
  42:11
  46:22
spots 20:18
  22:19
stand 40:19
standard
  13:16
start 8:1 16:5
  24:9
started 7:24
  15:20
starts 32:20
state 4:11
stated 32:21
  39:13
states 1:3
  43:1
station 8:24
  14:17
  26:20
  29:12
  31:22
  32:22
  33:19,24

36:8 37:7
37:22 38:1
stenographic
  49:6
step 41:5
STEPHEN
  2:4
steps 9:17,23
stole 7:22
stop 9:10
street 1:17
  2:4,12 6:23
  21:12
  22:11,16
  23:1 40:8
  40:22
STREHLO...
  1:22
stuff 25:24
  35:18
submit 9:18
  12:3
submitted
  7:12,14,19
  7:20 8:17
  10:5 12:22
submitting
  10:8 13:3
suburbs 23:7
  42:2
suffers 22:2
Suite 1:22 2:5
super 39:23
  39:24
supervision
  49:23
supply 45:8
sure 4:13,16
  5:10 6:3
  7:7 9:7,20
  10:3 11:24
  12:7,14,16
  14:15 18:2
  18:18,21
  21:2 25:15
  25:22 26:9
  26:11,15
  27:24
  29:16 30:5
  32:11,17
  34:5,18
  36:9 38:3
  39:10,14
  43:4,16,20

43:20 44:6
45:16
switch 33:12
  33:15
sworn 3:5 4:4
system 36:22

_____
T
_____

T 49:1,1
take 5:20 6:1
  13:4,18
  15:5,13
  23:3 24:17
  27:15 30:2
taken 20:10
  49:7
talk 4:24 19:7
  24:7 25:4
talked 6:11
  6:14 36:20
  41:23
  44:12
talking 4:18
  5:6 18:8
  32:5
tall 14:8
tax 28:5
  31:15,20
technically
  22:3
technicals
  22:9
technology
  13:6 37:5
tell 5:1,3,6
  6:13 7:5
  9:5 21:1
  24:18 25:5
  28:15
telling 42:7
tens 29:8
term 11:21
terms 14:6
  26:9
Tesla 8:7
  36:22,24
  37:2,3,5
testified 4:4
  20:16
  35:23 46:4
tests 9:7
Thank 17:16
THEODO...
  1:7

thing 15:19
  33:23 42:4
things 8:6
  42:5 46:9
think 7:9,13
  8:1,9 10:6
  10:8 11:2
  13:11 20:9
  20:16 21:4
  24:5,8,23
  25:18
  28:24 34:3
  35:23 36:5
  36:20 37:3
  37:14
  40:13,16,24
  41:3,7,9
  42:21 43:4
  43:10 44:7
  45:16
third 33:23
thought 19:1
thousands
  29:8
three 13:8,9
  40:8
ti 8:11
ticket 20:20
ticketed
  20:20
time 5:10
  8:18 9:8
  13:23
  15:23
  16:22,22
  18:5,22
  19:6,13,17
  22:18 30:2
  37:19
times 14:3
  37:21
  47:19
today 6:4
  43:13
top 10:16
  31:18 35:8
  35:13,22
  36:6
topics 46:20
total 31:2,4
TOTAL 1:3
34:23,24
  35:17 36:3
totally 43:4

tough 16:6
transcript
  49:8,20
traveled 43:6
treating
  36:11
trickle 23:16
tried 21:5
trips 16:9
truthful 6:6
try 16:24
trying 35:1
turn 19:1
  22:19
turned 19:5
turnover
  22:17,22
twice 25:10
two 13:9
  19:22 20:2
  39:12 40:5
  40:7
type 14:14
typically 15:7

_____
U
_____

ultimately
  7:20 22:5
  46:14
unable 6:5
  47:16
underground
  33:1,7
understand
  4:18,24 5:2
  5:14 13:7
  14:20
  16:20 18:7
  36:22
understand...
  9:8 11:6,21
  11:24 12:9
  12:20 13:1
  17:5 19:14
  37:2,13
  39:4 43:12
understood
  17:8
unit 14:13
  36:10
UNITED 1:3
unpredicta...
  15:15
updated 32:6

updates
  32:12
usable 45:7
use 16:7 17:1
  37:23 38:2
  42:24
  44:17,24
  46:14,19
  47:3
usually 15:6
  18:14
  19:14 20:4
utilize 29:13
  43:14

_____
V
_____

V- 1:9
validate
  11:15
valuable
  29:11,18,19
value 27:20
  28:13,23
  29:8,15
  41:2,17
  45:23 46:8
  46:16
valued 28:24
variable
  15:17
various 38:18
vehicle 4:15
  7:19 8:5,23
  9:12,19,22
  9:24 10:7
  11:12,16
  14:15 15:9
  16:7,11,19
  16:24 17:2
  18:9,20
  20:21 30:6
  30:23
  37:10
  39:22
  42:20 45:1
  45:7 46:18
  47:5,16
vehicles 4:19
  8:7,10
  21:18 37:4
  40:8 42:15
  45:10
view 41:14
visiting 42:10

volt 8:22
  21:24 23:3

_____
W
_____

waited 9:24
walking
  40:21
want 5:21 8:1
  8:16 9:12
  24:7 26:15
  38:12
  43:20
  46:19
wanted 38:5
  39:24
  45:12
wasn't 8:13
  17:24
  18:21
  32:15
way 16:15
  21:24
ways 40:14
we'll 24:10
  38:21
we're 11:2
  16:10,13
  18:7 19:5
  32:5 44:7
we've 11:6
  16:18 20:6
  20:8 41:3
WEDNES...
  1:13
week 17:21
  45:14
  47:19
weekly 16:1
welfare 27:3
went 7:6,7
weren't
  21:23
wife 8:15
  15:8,15
  24:2
WILLIAM
  1:6
Willum(ph)
  25:18
window
  19:22
wires 33:3
wiring 33:1
wish 40:19

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Adam Novick
December 18, 2019

Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness** 3:3,5 | **10:00** 1:18 | **565.00** 31:14 | | | | | |
| 17:17 | **10:51** 48:3 | ——— | | | | | |
| 47:24 | **100** 29:2 | **6** | | | | | |
| **wonder** | 46:11 | **6:00** 19:15,15 | | | | | |
| 34:24 | **116** 1:22 | 19:19 20:3 | | | | | |
| **work** 8:17 | **1261** 30:18 | 20:3,4,9 | | | | | |
| 12:3,14 | **150** 10:20 | **601** 31:18 | | | | | |
| 13:3 15:13 | **1515** 1:17 | ——— | | | | | |
| 15:16 | 2:12 | **7** | | | | | |
| 23:20,21 | **15th** 1:17 | **75** 10:19 27:6 | | | | | |
| 34:14 36:9 | **17-4213** 1:10 | **7th** 6:23 | | | | | |
| 36:23 | **18940** 1:23 | ——— | | | | | |
| 37:11 | **18TH** 1:13 | **8** | | | | | |
| 41:14 | **19102** 1:18 | **808** 6:23 | | | | | |
| 43:16 | 2:12 | ——— | | | | | |
| **working** | **19106** 2:5 | **9** | | | | | |
| 11:17 12:3 | ——— | **9:00** 15:13,18 | | | | | |
| 13:2 15:16 | **2** | | | | | | |
| 32:15 | **2** 13:15,17 | | | | | | |
| 36:10 | 36:21,23 | | | | | | |
| 41:21 | **2,004.17** | | | | | | |
| 42:16 | 34:24 35:6 | | | | | | |
| **works** 21:24 | 35:18 | | | | | | |
| 33:10 | **2016** 8:2 | | | | | | |
| **worse** 47:4 | 32:21 | | | | | | |
| **worth** 36:12 | **2017** 9:3 25:2 | | | | | | |
| 36:13 | **2019** 1:13 | | | | | | |
| **wouldn't** | **20th** 32:21 | | | | | | |
| 32:15 38:6 | **215** 1:23 | | | | | | |
| 42:11 | **215)683-5370** | | | | | | |
| 44:14,15,17 | 2:13 | | | | | | |
| **wrap** 14:11 | **215)915-7978** | | | | | | |
| ——— | 2:6 | | | | | | |
| **X** | **222** 35:2 | | | | | | |
| ——— | **24** 3:16 | | | | | | |
| **Y** | **27** 3:17 | | | | | | |
| **Yeah** 33:15 | **29** 3:18 | | | | | | |
| 42:17 | ——— | | | | | | |
| **year** 7:23 9:2 | **3** | | | | | | |
| 11:7,9 | **3** 36:21 | | | | | | |
| 24:20 25:9 | **33,477.84** | | | | | | |
| **years** 8:13 | 31:3 | | | | | | |
| **York** 42:18 | **360** 2:5 | | | | | | |
| 42:24 | **399** 2:4 | | | | | | |
| ——— | ——— | | | | | | |
| **Z** | **4** | | | | | | |
| ——— | **4** 3:4,10 | | | | | | |
| **0** | **45** 3:11 | | | | | | |
| ——— | ——— | | | | | | |
| **1** | **5** | | | | | | |
| **1** 23:16 36:21 | **5:00** 15:14,19 | | | | | | |
| **1,000** 29:2 | **504-4622** | | | | | | |
| **10** 34:13,16 | 1:23 | | | | | | |
| 35:10 | **54** 1:22 | | | | | | |

# EXHIBIT "H"

Committee on Streets and Services
March 21, 2017

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON STREETS AND SERVICES

Room 400, City Hall
Philadelphia, Pennsylvania
Tuesday, March 21, 2017
10:19 a.m.

PRESENT:

COUNCILMAN MARK SQUILLA - CHAIR
COUNCILWOMAN MARIA D. QUINONES-SANCHEZ - VICE
COUNCILWOMAN CINDY BASS
COUNCILMAN WILLIAM K. GREENLEE
COUNCILMAN DAVID OH
COUNCILMAN AL TAUBENBERGER

ALSO PRESENT:

COUNCIL PRESIDENT DARRELL L. CLARKE

BILLS: 161057, 161108, 170001, 170003,
       170004, 170010, 170014, 170018,
       170020, 170092, 170093, 170111,
       170112, 170113, 170163, 170193, 170202

Committee on Streets and Services
March 21, 2017

Page 26

 1   the next bill please.

 2        (Clerk momentarily stepped away.)

 3        COUNCILMAN SQUILLA:   Title of the Bill

 4   No. 170093:   Amending section 12-1131 of The

 5   Philadelphia Code, entitled "Electric

 6   Vehicle Parking," to impose a moratorium on

 7   new electric vehicle parking spaces, under

 8   certain terms and conditions.

 9        Before we start with the testimony,

10   Councilman Oh.

11        COUNCILMAN OH:   Thank you very much,

12   Mr. Chairman.   I just wanted to update the

13   Committee and to the public about what --

14   what is transpiring at this point in time.

15        There was a bill, kind of innovative

16   bill back in 2007 introduced by then

17   Councilman James Kenney which provided an

18   opportunity for the owners of electric

19   vehicles to apply for and obtain a reserved

20   on street parking space for electric

21   vehicles designated by the Philadelphia

22   Parking Authority.   Such spaces would have

23   an electric vehicle or EV charging station

24   installed at curbside, and were for the

Committee on Streets and Services
March 21, 2017

Page 27

1    exclusive use of the EV vehicle owner.

2        The reserve parking spaces started to be

3    installed on a more regular basis in the

4    last couple of years.  And as a result, we

5    began to receive a lot of complaints from

6    residents, neighbors in the vicinity.  The

7    issue for them was that in very crowded

8    neighborhoods, two or three reserved spaces

9    was being made available for electric

10   vehicles only on a 24/7 basis.

11       And so taking a look at that, the

12   complaint of the community versus the

13   benefits of the electric vehicles, we took a

14   look to see are we currently employing best

15   practices.  And so, based on what we

16   understood from research and speaking with

17   electric vehicle owners, the Parking

18   Authority, the Streets Department and also

19   many other types of innovative companies

20   that not only provide electric vehicle

21   charging stations but also provide access to

22   electric vehicles for rent much like Bike

23   Share, we found that Philadelphia at this

24   time is not employing best practices.

Committee on Streets and Services
March 21, 2017

Page 28

1       And so, the Streets Department and the

2   Philadelphia Parking Authority and we agreed

3   to put a moratorium on it in the interim

4   until today's hearing.  There are 56

5   approved EV parking spaces, and there were

6   12 spaces that had been approved during the

7   moratorium leading up until today.  Those 12

8   spaces will be approved under this terms and

9   conditions that is going to apply to all 68

10  spaces.  And they are as follows:

11      That the spaces will be approved for the

12  12 and the existing 56 spaces on a basis of

13  being reserved from 6:00 p.m. to 6:00 a.m.

14  So during that time, the homeowner who has

15  installed the electric vehicle charging

16  station will have that space reserved for

17  themselves.  If some other vehicle which is

18  not an electric vehicle is parked in that

19  location, they will be able to have it towed

20  between the hours of 6:00 p.m. and 6:00 a.m.

21  However, after 6:00 p.m. they may choose to

22  keep their vehicle there.  That's not a

23  problem.  But if they leave that parking

24  spot after 6:00 a.m. and before 6:00 p.m,

Committee on Streets and Services
March 21, 2017

Page 29

1  that space is available for any other

2  vehicle, electrical or not, to park in that

3  space.  Typically neighbor, delivery

4  anything like that.

5      We felt that this was a good compromise

6  in especially challenging neighborhoods

7  where parking is a premium.  The bigger

8  policy issue around that was really this.

9  That while residential charging is

10  important, one of the issues was that even

11  the EV owners that we spoke to said that

12  they would not have gotten an electric

13  vehicle without first obtaining the reserve

14  spot because they had no place to charge.

15  So, the greater issue for us is how do we

16  create an infrastructure in Philadelphia of

17  a variety of types of charging stations so

18  that EV owners, which we believe will grow

19  and we want them to grow, will be able to

20  drive throughout our City and our region in

21  a more easy manner?  What that would entail

22  is putting in publicly accessible charging

23  stations.

24      So while we will move forward today to

Committee on Streets and Services
March 21, 2017

1    hear this bill, which places a moratorium on

2    any future application for reserve parking

3    spaces, residential parking spaces for

4    electric vehicle owners, we will be holding

5    a continued hearing on best practices.  Our

6    goals would be to make strategic decisions

7    of where we would invest through

8    public/private partnerships to have ultra

9    fast charging stations located in geographic

10   locations around our City and, particularly,

11   close to 95, 76.  And to try to work with

12   the Turnpike about putting electric vehicle

13   charging stations there, as well.

14       Concerning the internal areas of the

15   City, the fast or moderate speed charging

16   stations which are generally anywhere from

17   two to four hours, could be placed

18   strategically throughout the City in areas

19   where metered parking or kiosk parking is

20   available between those hours, two to four

21   hours, making those spaces limited and

22   available for electric vehicles.

23       And in addition to which, they would be

24   limited in time.  One of the complaints we

Committee on Streets and Services
March 21, 2017

Page 31

1    got from electric vehicle owners is that

2    they have an app.  They find the electric

3    vehicle charging location.  And there is

4    electric vehicle that's chosen to park there

5    for more time than is needed and the other

6    electric vehicles cannot park.  There are

7    private companies that are installing

8    electric charging, electric vehicle charging

9    in, for example, their parking lots.  But

10   it's still unregulated as to some issues

11   that we have.

12       For example, in City parking facilities,

13   we would like to provide electric vehicle

14   charging.  But there is some issue that we

15   are trying to get our arms around a state

16   law or City law so that we can actually

17   provide electric vehicle charging at these

18   locations.

19       We have also spoken to some of the

20   innovation companies which, as I said,

21   provide electric vehicles.  They provide the

22   charging stations as well as rent electric

23   vehicles much like Bike Share.  But we are

24   talking to some of the manufacturers about

Committee on Streets and Services
March 21, 2017

Page 32

1  the possibility of locating some of their

2  facilities and creating employment in our

3  City.  And then we will look at how

4  government tax incentives, investments and

5  other types of policies would be able to

6  create that infrastructure.

7      What I understand from our research and

8  from talking to various types of people is

9  that residential charging is important, but

10  that we currently do not have a sustainable

11  plan.  We cannot put two to three parking

12  spaces on every block throughout City.  And

13  for anyone who ends up being number three,

14  four or five with the electric vehicle, they

15  would not be able to get a parking space.

16      So, there is an amendment.  It would

17  amend the hours to 6:00 p.m. to 6:00 a.m.

18  for the reserved parked space.  And should

19  the owner of the vehicle move that vehicle,

20  it becomes open to any vehicle, electric or

21  not, until 6:00 p.m. when it is again

22  reserved for electric vehicle owners.

23      And that is the update.  Thank you very

24  much.

Committee on Streets and Services
March 21, 2017

Page 33

1        COUNCILMAN SQUILLA:  Thank you,

2   Councilman Oh.  And before we do start the

3   testimony, I do want to add one other thing.

4        Speaking to the EV manufacturers PECO,

5   we are having meetings set up with them.  As

6   they see and have acknowledged that

7   Philadelphia is not in a position to grow

8   the EV uses the way our current regulations

9   are set up, especially knowing that a lot of

10  streets -- some streets don't have any

11  parking on them at all, which eliminate

12  those people from having EV vehicles.  Other

13  streets have only parking on one side, which

14  eliminates all the people on the other side

15  of the street not having EV vehicles.

16       And also, the way our policy is, if you

17  have four regulated spots on streets that

18  have parking on both sides, if you happen to

19  have three handicap spots on that block,

20  that means only one person would be able to

21  get an EV.  They see we are not going to be

22  able to grow this in the future.  As the

23  price of EV vehicles come down, we hope to

24  promote the use of this in the future.

# EXHIBIT "I"

Stated Meeting
March 30, 2017

COUNCIL OF THE CITY OF PHILADELPHIA

STATED MEETING

Room 400, City Hall
Philadelphia, Pennsylvania
Thursday, March 30, 2017
11:00 a.m.

PRESENT:
    COUNCIL PRESIDENT DARRELL L. CLARKE
    COUNCILWOMAN CINDY BASS
    COUNCILWOMAN JANNIE L. BLACKWELL
    COUNCILMAN ALLAN DOMB
    COUNCILMAN DEREK S. GREEN
    COUNCILMAN WILLIAM K. GREENLEE
    COUNCILWOMAN HELEN GYM
    COUNCILMAN BOBBY HENON
    COUNCILMAN KENYATTA JOHNSON
    COUNCILMAN CURTIS JONES, JR.
    COUNCILMAN DAVID OH
    COUNCILMAN BRIAN J. O'NEILL
    COUNCILWOMAN CHERELLE L. PARKER
    COUNCILWOMAN MARIA D. QUINONES-SANCHEZ
    COUNCILWOMAN BLONDELL REYNOLDS BROWN
    COUNCILMAN MARK SQUILLA
    COUNCILMAN AL TAUBENBERGER

MICHAEL A. DECKER, CHIEF CLERK

- - -

Stated Meeting
March 30, 2017

Page 49

1      3/30/17 - STATED - PUBLIC COMMENT

2      better sustainable future.

3              Put a moratorium on this

4      project if you must while we craft this

5      future, but in fairness, you must

6      grandfather, without condition, current

7      permit holders.

8              Thank you.

9              COUNCIL PRESIDENT CLARKE:

10     Thank you for your testimony, sir.

11             CHIEF CLERK:  Deen Kogan.

12             Deen Kogan.

13             (Witness approached podium.)

14             MS. KOGAN:  Hi.

15             CHIEF CLERK:  Commenting on

16     170093.

17             MS. KOGAN:  It's a lady, not a

18     man.

19             I have lived on the 200 block

20     of Delancey Street for 50 years.  We've

21     had a wonderful neighborhood.  Parking

22     has always been a problem.  I have

23     pictures of 4 o'clock yesterday on my

24     block, big empty spaces.  I thought the

25     ordinance called for two spots, either

Stated Meeting
March 30, 2017

Page 50

1        3/30/17 - STATED - PUBLIC COMMENT

2      handicapped or electric or whatever.  We

3      have three.  And in my neighborhood, my

4      immediate neighborhood, Second Street,

5      Delancey, Pine, we have over nine spaces.

6      It's caused a tremendous amount of

7      contention in the neighborhood.

8              I don't understand, and nobody

9      has been able to explain to me, how

10     public land has been given to private

11     owners.  One of our electric car owners

12     had a neighbor towed because they

13     happened to park in his spot.  I've been

14     threatened, because I have a big mouth.

15             I really appreciate the fact

16     that City Council is looking into this,

17     Councilman Squilla, Councilman Oh, and

18     everybody else.  I hope this is just the

19     beginning, and I really hope that this

20     ordinance will be overturned completely.

21     There's no justification for it.

22             My attorney says that we are in

23     violation of the ADA Act.  I have a

24     couple on my block that I'm speaking for

25     who need a handicapped space and they

Stated Meeting
March 30, 2017

Page 51

```
 1      3/30/17 - STATED - PUBLIC COMMENT
 2     need it terribly.  They can't get it.  I
 3     don't know what else to say.  I don't
 4     know what else to do, but I sincerely
 5     hope that these people are not
 6     grandfathered in for their lifetime.
 7     It's not fair and it's not what
 8     Philadelphia should be about.
 9               If you have any questions, see
10     me later.
11               COUNCIL PRESIDENT CLARKE:
12     Thank you for your testimony, ma'am.
13               CHIEF CLERK:  Roseanne Loesch,
14     commenting on 170093.
15               (Witness approached podium.)
16               MS. LOESCH:  It's hard to
17     follow that act.
18               I am actually -- you are in my
19     district.
20               My name is Roseanne Loesch and
21     I am President of Society Hill Civic
22     Association, which represents over 5,000
23     residents.  Thank you, Council President
24     Clarke and Council and especially
25     Councilman Oh, for this opportunity to
```

Stated Meeting
March 30, 2017

Page 52

1        3/30/17 - STATED - PUBLIC COMMENT

2     testify on behalf of the electric vehicle

3     charging station moratorium bill, and I'd

4     like to thank our District Councilman,

5     Mark Squilla, who has strongly supported

6     us in trying to correct the current

7     situation.

8              Society Hill Civic Association

9     strongly supports the increase of clean

10    vehicles in the City, and we also support

11    this proposed moratorium on new electric

12    vehicle parking spaces and looking into

13    the question of grandfathering spaces,

14    which was raised today.

15              Our neighborhood in particular

16    has had a disproportionate amount of the

17    total permits issued for this purpose.

18    In Councilman Squilla's district, there

19    has been about 75 percent of the permits

20    issued, and our residents have let us

21    know loud and clear that the

22    appropriation of a public good for

23    private use cannot and should not

24    continue.

25              As you all must be aware, under

Stated Meeting
March 30, 2017

Page 53

```
 1        3/30/17 - STATED - PUBLIC COMMENT
 2      the current practice, in theory, any
 3      electric vehicle can park and use a
 4      recharger installed in front of a private
 5      home.  However, in practice, no other
 6      electric vehicle owner but the homeowner
 7      who installed the recharger has access to
 8      it.  So essentially this amounts to one
 9      individual getting a permanent personal
10      parking space on a public street.
11              In our review of other cities
12      in the United States, no other city
13      essentially gives away the extremely
14      valuable commodity of a reserved parking
15      space to an individual homeowner.
16              The fee the City charges for
17      this privilege is a tiny fraction of the
18      price of renting a monthly parking space
19      in Center City Philadelphia.  And
20      allowing these vehicles to park at night
21      only is the worst time of day for trying
22      to find a parking space in our
23      neighborhood.  So that does not solve the
24      problem.
25              I urge Council to pass this
```

Stated Meeting
March 30, 2017

Page 54

1       3/30/17 - STATED - PUBLIC COMMENT

2       bill, and I welcome any questions you may

3       have from Council.

4                Thank you.

5                COUNCIL PRESIDENT CLARKE:

6       Thank you so much for your testimony.

7                CHIEF CLERK:  Mary Pisculli,

8       commenting on 170093.

9                (Witness approached podium.)

10                COUNCIL PRESIDENT CLARKE:  Good

11      morning.

12                MS. PISCULLI:  Good morning,

13      Councilmembers.  My name is Mary

14      Pisculli.  I come to ask you to please

15      preserve the electric vehicle parking

16      space program as it was written for all

17      current and approved EV space holders.

18                I'm a proud supporter of the

19      City of Philadelphia's green initiatives,

20      and I share the concern of many about our

21      air quality, our proximity to I-95, and I

22      sincerely appreciate the Council's

23      efforts to green the entire city.

24                We purchased an electric

25      vehicle in October of 2016 after years of

Stated Meeting
March 30, 2017

Page 56

1        3/30/17 - STATED - PUBLIC COMMENT

2     what these costs were.  My electric

3     vehicle cost $22,000 more than the

4     non-electric equivalent.  I followed the

5     spirit and the letter of the law in

6     selecting my vehicle.  Like many others

7     on the market, it is not compatible with

8     a DC fast charger.  My vehicle's usage

9     and my reason for buying it are not

10    compatible with only nighttime charging

11    or restricted daytime charging.

12              With restricted charger access,

13    I would not and could not have purchased

14    my vehicle, which I did only a few months

15    ago.  There are other EV owners that have

16    the same concerns of short battery time

17    and need to frequently charge.  There is

18    no industry standard for battery size,

19    battery range or even charger

20    compatibility, which I know frustrates

21    your ability to create a public

22    infrastructure.  This means policy cannot

23    be retroactively changed as it can't

24    accommodate the spectrum of EVs that

25    already have been purchased in keeping

Stated Meeting
March 30, 2017

Page 57

1        3/30/17 - STATED - PUBLIC COMMENT

2    with the law.  Going forward, you may be

3    able to influence that.

4              Any change to the ordinance

5    after we have adopted it is wholly unfair

6    and will penalize us and other EV owners

7    who adopted the City's green initiatives

8    at considerable personal expense and

9    sends a terrible message about the City's

10   commitment to green initiatives in the

11   future.

12             To comment on what was said

13   before, I live on the 100 block of

14   Delancey.  I am the only electric vehicle

15   on that block, where four were eligible.

16   There are a couple of open spots on our

17   street every day for parking.  Day

18   parking is not the issue.  I also know

19   that this is not private land.  It does

20   not increase my property value.  It is

21   not transferable.

22             Having said that, someone

23   parked in our charger spot yesterday and

24   was still there as of 9:30 this morning,

25   without a ticket.

Page 58

1        3/30/17 - STATED - PUBLIC COMMENT

2                COUNCIL PRESIDENT CLARKE:  Can

3       you wrap it up, ma'am.

4                MS. PISCULLI:  Thank you.  I

5       just ask you to please embrace the

6       initiative that we embraced in good

7       faith.

8                Thank you.

9                COUNCIL PRESIDENT CLARKE:

10      Thank you, ma'am, for your testimony.

11               CHIEF CLERK:  Brian Egan,

12      commenting on 170093.

13               (Witness approached podium.)

14               COUNCIL PRESIDENT CLARKE:  Good

15      morning.

16               MR. EGAN:  Good morning,

17      Council.  My name is Brian Egan.  I am

18      here today requesting that you reject

19      proposed Bill 170093.  In short, the

20      proposed bill disparately treats those

21      who have expended significant time and

22      resources to participate in

23      Philadelphia's novel charging station

24      program as compared to other similar

25      programs offered by the City.

Stated Meeting
March 30, 2017

Page 59

1      3/30/17 - STATED - PUBLIC COMMENT

2            In addition, the proposed hours

3      restriction on electric vehicle parking

4      does little to curb parking problems,

5      which are generally present at night, not

6      during the day, and punish those who rely

7      on their ability to charge their vehicle

8      throughout the day.

9            A comparison that has been

10     missed in this process is, one, The

11     Philadelphia Code, Section 12-918,

12     entitled "Parking for Auto Sharing

13     Organizations."  That section of the code

14     permits for-profit companies, including

15     Enterprise and Zipcar, to pay $150 a year

16     for a street-side parking spot that is

17     reserved for the exclusive use of a

18     single ride-share vehicle.  These

19     ride-sharing programs are designed such

20     that the reserved spot is for the

21     exclusive use of only a single vehicle.

22     That is, a member of the ride-sharing

23     program that chooses to use the vehicle

24     must return that vehicle to the same

25     exact spot.  This means that any time the

Stated Meeting
March 30, 2017

Page 60

```
 1      3/30/17 - STATED - PUBLIC COMMENT
 2      vehicle is in use, the parking spot
 3      remains vacant and no other vehicle can
 4      park in that spot, not even other
 5      ride-sharing vehicles.
 6              These cars can be rented hourly
 7      or by the day, meaning that extensive
 8      periods of time may lapse with the spot
 9      remaining vacant.  Yet the City takes no
10      issue with these vacancies and affords
11      for-profit companies exclusive rights to
12      these parking spaces even when some or
13      all residents in the block are not
14      members of these ride-sharing programs.
15              By comparison, the electric
16      vehicle charging station program requires
17      the same annual expenditure from
18      participants, $150 for space in Center
19      City, but also requires a significant
20      cost up front, which runs upwards of
21      $4,000 for installing the charging
22      station, plus the cost of the vehicle
23      itself.  The participants and pending
24      participants are all residents and who
25      personally absorb the installation cost
```

Stated Meeting
March 30, 2017

Page 61

1        3/30/17 - STATED - PUBLIC COMMENT

2        total less than 70 citywide.  Zipcar

3        alone had over 400 vehicles parked

4        throughout Philadelphia as of June 2015.

5                    In contrast to these reserved

6        spaces, the electric vehicle parking

7        spots are not for the exclusive use of a

8        single electric vehicle.  Any electric

9        vehicle can park in these spots, but

10       somehow it is the electric vehicle

11       program that is being singled out by the

12       City for its exclusivity to the detriment

13       of those who invested in it.  Other

14       programs, including the for-profit

15       ride-share program that dedicates a

16       reserved parking space to a single

17       vehicle, remain intact.

18                   I urge the Council to take this

19       point into consideration when evaluating

20       the merits of Bill No. 170093.  The bill

21       should be rejected and those current

22       permit holders of electric vehicle

23       parking spaces should be grandfathered

24       under the program as originally

25       implemented.

Stated Meeting
March 30, 2017

Page 62

1          3/30/17 - STATED - PUBLIC COMMENT

2                    Thank you.

3                    COUNCIL PRESIDENT CLARKE:

4          Thank you for your testimony, sir.

5                    CHIEF CLERK:  Jack Cassidy,

6          commenting on 170093.

7                    (Witness approached podium.)

8                    MR. CASSIDY:  Good morning,

9          Council.

10                   COUNCIL PRESIDENT CLARKE:  Good

11         morning.

12                   MR. CASSIDY:  I'm an electric

13         vehicle owner with an electric vehicle

14         parking spot.

15                   Sorry.

16                   As I stated, I'm an electric

17         vehicle owner with an electric vehicle

18         parking spot.  I also live in Council

19         President Clarke's district.

20                   I want to give you -- and I

21         urge Council to vote no on this bill

22         that's going to restrict our use of

23         parking from 6:00 p.m. 6:00 a.m.

24                   I just want to give you an

25         example of for me how it will adversely

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Stated Meeting
March 30, 2017

Page 63

```
 1      3/30/17 - STATED - PUBLIC COMMENT
 2      affect my use of my car.  I purchased
 3      this car about a year ago, and I'm sure
 4      all the other electric car owners will
 5      have similar examples, but I'm going to
 6      give you my example.
 7                As I stated, I have a fully
 8      electric car, not a hybrid.  And if I
 9      visit my daughter in Langhorne, PA, then
10      return home, I would be completely out of
11      electric when I come home.  And if
12      somebody is parking in the spot for the
13      entire day, I would not be able to use
14      that charger until 6:00 p.m., and this is
15      going to restrict my ability to get
16      around if I want to go out that evening.
17      So that's a real problem for me, and it
18      could be problems for everybody else.
19                As you know, electric vehicle
20      owners made a large investment in this
21      program, and I just want to give you an
22      example.  As was stated before, electric
23      vehicles do cost 3,000 to 5,000 more than
24      combustion engine cars.  The electric
25      installation and the charger was over
```

Stated Meeting
March 30, 2017

Page 64

1        3/30/17 - STATED - PUBLIC COMMENT

2        $3,500.  The application just to get into

3        the program was $50.  There is also a fee

4        of $150 that I had to pay for installing

5        the "electric vehicle only" signs.  And

6        then every year there's a $75 renewal

7        fee, which I just paid on March 1st.

8                Now, if this amended bill is

9        passed, I will have to purchase a permit,

10       because my street has permit parking.  So

11       that's going to be another whatever it

12       is, $20 or $30.

13               As you know, electric car

14       owners purchase cars because they like

15       clean air and they care about the

16       environment.  We followed the rules of

17       the program as currently posted and

18       should be grandfathered under the current

19       rules.  Any amendment to the rules should

20       apply to all new applicants.

21               Thank you.

22               COUNCIL PRESIDENT CLARKE:

23       Thank you for your testimony.

24               CHIEF CLERK:  Robert Curley,

25       commenting on 170093.

Stated Meeting
March 30, 2017

Page 65

1          3/30/17 - STATED - PUBLIC COMMENT

2                    (Witness approached podium.)

3                    MR. CURLEY:  Good morning and,

4      again, thank you, Council, for allowing

5      this testimony.  I'm here today on behalf

6      of the Crosstown Coalition, which is a

7      coalition of 23 neighborhood civic

8      associations.

9                    The Coalition membership voted

10     to support Philadelphia City Council Bill

11     17009301 amending Section 12-1131 of The

12     Philadelphia Code.  The 23 members were

13     asked on March 23rd to vote yes or no in

14     support of the bill.  In that short

15     turnaround period, 20 associations

16     voted - 14 favored the bill and two voted

17     against it, and four abstained because

18     they could not convene a board vote in

19     the time period allowed.

20                   The members who voted in favor

21     agreed to the following statement:  The

22     advent of practical electrical vehicles

23     is full of promise for cleaner air and

24     reduced dependence on non-renewable fuel

25     sources.  Their increased use should be

Stated Meeting
March 30, 2017

Page 66

1        3/30/17 - STATED - PUBLIC COMMENT

2      strongly encouraged.

3              However, the use comes with one

4      major drawback.  In a dense urban core

5      lacking driveways or garages, where do

6      you plug them in?  Providing

7      infrastructure to recharge electric

8      vehicles encourages their use.

9              The current practice in

10     Philadelphia is to reserve on-street

11     parking spaces for the exclusive use of

12     one electric vehicle.  The Streets

13     Department may designate a space for an

14     electric vehicle without consent of the

15     adjacent neighbors and prohibit

16     non-electric vehicles from parking in

17     that space.  There are currently no time

18     limits on the electric parking spaces.

19              This practice has its

20     consequences.  Reserving an on-street

21     parking space effectively turns a public

22     asset into a private one, reducing the

23     availability of on-street parking for

24     non-electric vehicles in the

25     neighborhoods where demand for on-street

Stated Meeting
March 30, 2017

Page 67

1        3/30/17 - STATED - PUBLIC COMMENT

2    parking exceeds supply.  The adverse

3    effects are exacerbated if there's more

4    than one electric vehicle designation on

5    a block or when combined with handicapped

6    parking and other restrictions.

7            Current practices may also have

8    a natural limit on how many spaces can be

9    designated and even breed resentment

10   among neighbors who own non-electric

11   cars.  Over time both only serve to

12   discourage electric vehicle usage.

13           The Crosstown Coalition

14   supports the proposed moratorium on new

15   electrical vehicle parking spaces

16   provided that City Council and the

17   Streets Department investigate best

18   practices for electric vehicle

19   infrastructure and recommend workable

20   alternatives to 24/7 on-street parking

21   designation that balances the needs of

22   all City residents.  The Coalition

23   welcomes the opportunity to discuss this

24   matter further with any Councilmembers.

25           Thank you.

# EXHIBIT "J"

# City of Philadelphia



*Philadelphia, April 20, 2017*

CERTIFICATION:  This is to certify that Bill No.170093-A, was presented to the Mayor on the sixth day of April, 2017, and was not returned to the Council with his signature at a meeting held April 20, 2017 (being more than ten days after it had been presented to him).

THEREFORE, Pursuant to the provisions of Section 2-202 of the Philadelphia Home Rule Charter, the ordinance becomes effective as if the mayor had approved it.

Michael A. Decker
Chief Clerk of the City Council

(Bill No. 170093-A)

AN ORDINANCE

Amending Section 12-1131 of The Philadelphia Code, entitled "Electric Vehicle Parking," to impose a moratorium on new electric vehicle parking spaces, under certain terms and conditions.

*THE COUNCIL OF THE CITY OF PHILADELPHIA HEREBY ORDAINS:*

SECTION 1.  Section 12-1131 of The Philadelphia Code is hereby amended to read as follows:

§ 12-1131.  Electric Vehicle Parking.

\*    \*    \*

(3)    Designation of Electric Vehicle Reserved On-Street Parking Space.

# City of Philadelphia

BILL NO. 170093-A continued

Certified Copy

    (a)    After an investigation determining need has been performed through the Philadelphia Parking Authority with the information set forth in subsection (3)(b) and the Parking Authority has approved of use of the location for practicality and feasibility of traffic operations, the Philadelphia Parking Authority may designate a reserved on-street parking space for electric vehicles. Such a reserved space shall not be designated at any location where parking is otherwise prohibited by law.

    \*   \*   \*

    (c)    The Streets Department shall cause appropriate signs and marking to be placed in and around electric vehicle parking spaces, indicating prominently thereon the parking regulations. The signs shall state that the parking space is reserved for the exclusive use of electric vehicles *from 6:00 p.m. to 6:00 a.m.,* non-electric vehicles shall be authorized to park in the electric vehicle parking space for no more than two (2) hours between the hours of 6:00 a.m. and 6:00 p.m., and that violators are subject to a fine and removal of their vehicle.

    *(d)    Notwithstanding the provisions of this subsection (3), effective with the adoption of the Ordinance adding this subsection (3)(d), the Parking Authority shall designate no additional electric vehicle parking spaces, pending Council's review of the impact of these spaces on overall parking availability and enactment of further legislation. During such moratorium on new spaces, all existing Electric Vehicle Parking spaces shall be designated as exclusively reserved for Electric Vehicles only from 6:00 p.m. to 6:00 a.m.,* and non-electric vehicles shall be authorized to park in electric vehicle parking spaces for no more than two (2) hours between the hours of 6:00 a.m. and 6:00 p.m.

    \*   \*   \*

---

**Explanation:**

*Italics* indicate new matter added.

# EXHIBIT "K"



City of Philadelphia

# Electric Vehicle Policy Task Force

Policy Recommendations

March 8, 2018

CITY OF PHILADELPHIA



CITY OF PHILADELPHIA

**MICHAEL A. CARROLL, P.E.**
Deputy Managing Director

1401 John F. Kennedy Boulevard
Suite 1430
Philadelphia, PA 19102-1683

March 8, 2018

To the President and Members of the Council of the City of Philadelphia:

RE: Electric Vehicle Policy Task Force Final Report

Over the past eight months, the City's Electric Vehicle Policy Task Force has worked collaboratively to produce consensus policy recommendations to promote electric vehicle (EV) use in Philadelphia. This report is the first step in laying the groundwork for informed discussions and future actions to decrease the use of fossil fuels in the transportation sector by making it easier for Philadelphia's residents, workers, and visitors to use electric vehicles.

The ongoing shift from petroleum to electricity for transportation is expected to accelerate. Thus, the Task Force has focused on the challenge of meeting demand for charging this growing pool of vehicles. It has endeavored to think about the charging challenge, while distinguishing it separate from parking challenges, which face drivers of all types of vehicles, particularly in some areas of the City.

Through the Task Force's work, it has become abundantly clear that a successful transition to EVs requires a comprehensive approach. Our experience with the EV parking space program demonstrated no single City action will by itself significantly increase EV use in Philadelphia. National trends are propelling market maturation, and throughout the process the Task Force was shown that City policies are one important piece that must be coordinated with larger trends to be most effective.  Success requires action not only by the City, but also by private sector partners, public utilities, regional entities, local organizations, and Philadelphians at large.

Since EV technologies are dynamic, robust standards and best practices are truly just emerging. As EV opportunities expand, the City must remain flexible when responding to these changes in order to effectively incorporate EVs into Philadelphia's broader transportation vision. The purpose of the recommendations issued in this report is to foster EV use in the City, not to prescribe it.

Recognizing the dynamic nature of EV technology creates challenges for formulating robust policy, the Office of Transportation & Infrastructure Systems (oTIS) is committed to reexamining the Report's findings and recommendations to ensure they match future conditions. Therefore, in two years, oTIS will reexamine the assumptions, findings, and recommendations of this report; and document the reevaluation in a technical memo. Additionally, oTIS will report periodically on the implementation status of the recommendations issued by the Task Force.  All of this information will be made publicly available.

Parallel to the Task Force's work, several City led efforts are already underway to encourage greater EV use. These efforts include:

- Establishing alternative curbside charging opportunities;

- Engaging and partnering with private entities and PECO to attract EV infrastructure investments;

- Actively seeking funding through grant opportunities such as Volkswagen Settlement Appendix D and the Alternative Fuels Incentive Grant program;

- Continued enforcement of the City's EV Ready building code, and

- Participating in statewide efforts to plan and implement strategies to increase access to electric transportation, such as Drive Electric PA.

We look forward to working with Philadelphia City Council and the Mayor's Office in our ongoing effort to encourage EV use in Philadelphia as part of the City's wider transportation network.

Respectfully,

Michael A. Carroll, P.E., Deputy Managing Director

cc:

Mayor James Kenney
Michael DiBerardinis, Managing Director

# Contents

**3**    **Executive Summary**

**5**    **Introduction**

5    Purpose & Framework
6    Current Technology & Infrastructure
8    Barriers to Use and Adoption
11    Best Practices in Other Cities
13    Current State of EVs and EV Infrastructure in Philadelphia
19    Social Equity Impacts

**21**    **Recommendations**

22    Strategy 1 Existing EVPS Program
23    Strategy 2 Electric Vehicle Charging Infrastructure
25    Strategy 3 Transit & Fleets
26    Strategy 4 Smart Infrastructure & Technology
27    Strategy 5 Education & Awareness

**28**    **Implementation**

**30**    **Appendix**

30 Appendix I:    Task Force Members and Contributors
31 Appendix II:    Details of the Task Force Process
31 Appendix III:    Public Comments
31 Appendix IV:    References

# Executive Summary

The Electric Vehicle Policy Task Force (the Task Force) was formed to develop an approach to encourage electric vehicles (EVs) as part of the City's wider multi-modal strategy that encourages transit, walking, and bicycling. EVs are progressively becoming more common in Philadelphia, but increased EV use raises many complex questions. Drawing from a broad and diverse range of stakeholders including EV owners, community representatives, and industry experts, the Task Force worked to ensure that all perspectives were heard and that realistic, workable policies for EVs in Philadelphia were recommended. This report addresses the current state of EV usage in Philadelphia and recommends potential actions the City and partners can take to encourage and accommodate increased EV use.

Led by the City of Philadelphia's Office of Transportation and Infrastructure Systems (oTIS) and Philadelphia City Council, the Task Force consists of representatives from multiple City and regional agencies and offices, private citizen electric vehicle owners, and representatives from Registered Community Organizations. The Task Force conducted its work through a series meetings and workshops which focused on reviewing existing conditions, identifying challenges and opportunities associated with EVs, consulting industry experts, and ultimately formulating policy recommendations.

In reviewing the recommendations that follow, the reader is advised to bear in mind that this is a consensus report. Task Force members worked collaboratively and iteratively to find common ground that would support the Task Force's objectives of promoting or accommodating EVs as part of the City's wider multi-modal strategy. More details on the Task Force Process are in Appendix II.

# Recommendations

## Strategy 1: Addressing the Existing Electric Vehicle Parking Space (EVPS) Program

1.1. Close the existing electric vehicle parking space (EVPS) program to new applications

1.2. Transition from the EVPS Program

## Strategy 2: Electric Vehicle charging Infrastructure

2.1 Create more publicly available charging stations

2.2. Encourage EV charging installation in new and existing off-street parking facilities

2.3. Explore public-private partnership for an EV charger provider/operator

2.4. Explore DC fast charging pilots

2.5. Reduce barriers to introducing DC fast charging in Philadelphia

2.6. Promote and encourage charging at the workplace

2.7. Offer technical assistance for installing chargers

2.8. Seek funding opportunities to support EV use and adoption in Philadelphia

2.9. Encourage EV charging infrastructure in areas with compatible land uses

## Strategy 3: Transit & Fleets

3.1. Continue to promote low-carbon transportation

3.2. Encourage EV fleet adoption

## Strategy 4: Smart Infrastructure & Technology

4.1. Encourage innovation and experimentation

4.2. Encourage use of EVs in shared mobility

4.3. Explore the potential impact of E-Bikes

## Strategy 5: Education & Awareness

5.1. Continue to develop and promote EV planning and educational resources

5.2. Create greater awareness of EVs

# Task Force Guiding Values

The recommendations were guided by the following five values:

**1** **Opportunity & Access:** Ensuring an efficient, accessible, and reliable transportation system

**2** **Safety:** Working towards the City's Vision of Zero initiative and reducing traffic-related deaths to zero by 2030

**3** **Sustainability:** Fulfilling the City's obligation to limit carbon dioxide emissions, which are a cause of climate change

**4** **Equity:** Identifying equitable solutions developed on behalf of all Philadelphians

**5** **Health:** Making Philadelphia healthier by improving air quality and increasing active transportation

# Introduction

## Reducing Greenhouse Gas Emission 80 Percent by 2050

**Citywide GHG Emissions** (Millions of MTCO2E)



Mayor Kenney has set a goal of reducing carbon emissions 80 percent by 2050. To meet this target, we must increase the pace of emissions reductions. Philadelphia is developing a clean energy plan to set interim goals and identify policies to meet this challenge.

## PURPOSE AND FRAMEWORK

The City of Philadelphia has set a goal of reducing greenhouse gas (GHG) emissions 80 percent by 2050. Transportation is the second largest source of GHGs and air pollution in Philadelphia, and a major source of particulate pollutants. Automobiles are one of the most visible symbols of carbon dioxide emissions in America today, and while they are a secondary source of emissions in Philadelphia, the transportation sector still provides an opportunity to mitigate climate change locally. Shifting from gasoline and diesel to low carbon transportation options, such as walking, bicycling, and public transit, in addition to lower-carbon transportation fuels like electricity, is key to achieving Philadelphia's climate action goals.

Philadelphia's overall approach to climate change is outlined in the City's sustainability plan, Greenworks, and is supported by the City's comprehensive plan, Philadelphia 2035. A key vision in both plans is the aim to ensure Philadelphians have access to safe, affordable, low-carbon transportation. This vision primarily promotes low carbon transportation such as walking, bicycling, and transit. EVs represent a component of mobility that supports the City's broader goals to reduce carbon emissions and ultimately improve air quality within the city and region.

The energy we use to charge our EVs matters as well. If EV users are recharging vehicles with electricity generated by burning coal or natural gas, the plants that provide that energy are still producing emissions outside of cities. In order to maximize the environmental benefits of EVs, they need to operate on clean electricity.

Philadelphia took its first step towards encouraging EV use in 2007. With the goal of decreasing barriers to electric vehicle usage, the City launched the EVPS program. The EVPS program provided for the designation of on-street electric vehicle parking and charging spaces to residents with available curbside parking who also installed private curbside charging stations.

Although the program was innovative at the time and successful in supporting early adopters, a lack of public charging infrastructure in the City still presents a major barrier to growth in Philadelphia's EV market. Charging infrastructure in Philadelphia suffers from fragmentation, which continues to make using an EV in the City challenging. To better assess and address the charging needs of EV owners, the City paused the EVPS program in April 2017 for one year, to develop an appropriate approach to encouraging electric vehicle use in Philadelphia. That is the mandate of the Task Force.

## CURRENT TECHNOLOGY & INFRASTRUCTURE

Electric Vehicles, or EVs, are still a relatively new concept and may be unfamiliar to some. The next few sections of this report serve as an introduction to electric vehicles and will help answer questions you may have about EV technology, EV infrastructure, and how EVs are impacting Philadelphia.

An EV is any car or truck that gets some or all of the power it needs to move from electrical energy. A Plug-in Electric Vehicle (PEV), which is the focus of this report, can be plugged-in and recharged from an outlet or an external power source.

### Electric Vehicle Technology

Various types of EVs are available to fit different driving requirements. There are two main types of PEVs: All Electric Vehicles, also known as Battery Electric Vehicles (BEVs), and Plug-in Hybrid Electric vehicles (PHEVs).

Different kinds of electric vehicles process power in different ways. BEVs are fully electric vehicles, meaning they are only powered by electricity and do not have a combustible engine, fuel tank, or exhaust pipe. PHEVs are powered by both gasoline and electricity.  PHEVs can recharge the battery through both regenerative braking and 'plugging-in' to an external electrical charging outlet.

The car drivers choose often reflects the needs and preferences of the driver. BEVs are explained further below and PHEVs are explained further on page 7.

### All Electric Vehicles or Battery Electric Vehicle (BEV)



All-electric vehicles, also known as BEVs, rely solely on electric motors to make them go. Large batteries give them longer range. They need to be plugged into a power source to charge.

INTRODUCTION

**Plug-in Hybrid Electric Vehicle (PHEV)**





PHEVs can be powered by an internal combustion engine that can run on conventional or alternative fuel and an electric motor that uses energy stored in a battery. The vehicle can be plugged in to an electric power source to charge.

PHEVs can also powered by an internal combustion engine (ICE) that runs on conventional or alternative fuel and an electric motor that uses energy stored in a battery. The battery is charged through regenerative braking and by the internal combustion engine. A plug can also be used to recharge the battery.

**Electric Vehicle Charging Technology**

There are three standard types of charging: level 1, level 2, and DC Fast Charging. The available methods of EV charging come down to charging speed, which impacts the number of vehicles a particular charger can serve. Level 1 is the slowest form of charging and DC Fast Charging is the fastest. The different types of EV charging, including their charging times, are summarized below. For reference, gasoline adds about 250 miles of range per minute.







### Level 1 Charger

- 120V / 1400W - plugs into the wall

- Full charge: 10 to 20 hours

- For home and workplace mostly

### Level 2 Charger

- 240V / 7700W - like an electric stove with all burners and oven on

- Full charge: 4 to 8 hours

- For home, workplace, and public settings

### DC Fast Charger

- 480+V / 50,000 to 120,000W or more

- Full charge: 1/2 hour

- Not for home use, public charging only

**Electric Vehicle Sales and Growth**

The U.S. electric vehicle market has grown significantly in recent years. Twenty-nine electric vehicle models were offered in 2016 compared to only two models in 2011. Growth has been helped by a combination of federal and state consumer incentives and investments, zero-emission vehicle regulations, and a series of state and local city promotional activities. More than 2 million plug-in electric vehicles (PEVs) are on the road globally, more than 500,000 in the United States alone. Despite the rapid growth, penetration of the American automotive market remains slow and lags compared to other countries. EV sales represent just over 1.07% of all vehicle sales in the US. Although the market share has increased in recent years, the EV market is still evolving and not yet close to maturity.

To serve the early growth, much of the initial investment in charging infrastructure in the United States came from the American Recovery and Reinvestment Act of 2009, which provided federal funding through the EV Project and the U.S. Department of Transportation's Transportation Investment Generating Economic Recovery program, among many infrastructure projects in the United States from 2010 to 2013. By the end of 2014, there were about 18,000 public level 2 and DC fast electric chargers in the United States. Since then, charging infrastructure has been deployed with funding and authority from different federal, state, and local agencies and increased to more than 27,000 chargers through 2015. The supply increased to 36,000 chargers through 2016. Nearly all of these government-funded stations are operated by private networks.

## BARRIERS TO USE AND ADOPTION

Despite growth in product development and sales, EVs are still at an early stage of development and barriers to widespread adoption persist. Research and findings gathered by the Task Force show that cost, convenience, and general consumer awareness related to EVs act as barriers to greater EV use. These barriers are explained in greater detail below.

**Initial Cost**

Affordability is a major barrier to EV adoption. Although EVs tend to have very low operating costs, the upfront cost of purchasing an EV is substantially higher than that of a non-electric vehicle. For instance, the MSRP of the Nissan Leaf is $30,680, which is significantly higher than that of its conventional counterpart: the 2017 Nissan Sentra ($16,990) and Altima ($22,500). EVs also tend to be thought of as luxury cars such as the Tesla S ($71,000) and the Tesla X ($85,000).

## U.S. Plug-in Electric Vehicle Sales by Year
Thousand Vehicles



www.afdc.energy.gov/data/

## Sample EVs Purchase Price in Comparison to Internal Combustion Engine (ICE) vehicles, Plug-in Hybrid Vehicles (PHEV), and Battery Electric Vehicles (BEV)

Average Price Paid*



*Price estimates based on U.S. News & World Report Vehicle Comparison (https://cars.usnews.com/cars-trucks/compare)

Additionally, a large portion of the costs associated with fueling EVs are upfront with the installation of charging infrastructure. This contributes to increased front end costs of buying an electric vehicle compared to a gas-powered vehicle. The initial cost can be reduced through EV tax credits. However, to claim the full $7,500 federal credit, annual gross income needs to approach $80,000. For comparison, most Philadelphians earn around $36,000 annually. These upfront costs price out a vast majority of residents in Philadelphia, where the cost of an electric vehicle can often exceed an individual's or household's annual gross income.

With increased production volumes, emerging used vehicle markets, leasing opportunities, and battery cost reductions, EVs are projected to approach cost-competitiveness with conventional vehicles, which will make EV adoption more feasible for moderate and low-income families. In the short term, however, EVs are likely out of reach for most Philadelphians. Given Philadelphia's demographics, the affordability of EVs makes widespread adoption challenging and raises questions as to whether EVs are the most equitable solution today to encouraging low-carbon transportation.

### Convenience

Despite improvements to EVs entering the market, charging infrastructure for those who cannot charge at home suffers from fragmentation, inconsistent data on availability and location, and a lack of consistent standards for payment in most markets. Having reliable access to charging is a key factor in encouraging EV use. In many places, particularly dense cities, finding reliable EV charging infrastructure can be challenging.

One of the most pressing questions is how to address multi-unit dwellings and rowhouses in dense urban settings where residents frequently do not have dedicated parking spots and instead park on the street. Many residents cannot access a dedicated residential charger where charging is most convenient.



Perhaps one of the largest barriers to adoption is that most people simply do not consider EVs when they are buying a new vehicle.

Public charging equipment can also vary significantly. Open standards for vehicle–charger communication and payment may mitigate some of these issues by enabling interoperability between charging networks, increasing innovation and competition, and reducing costs to drivers. However, there are currently no interoperability standards in place.

**Economics**

There are also significant financial barriers to implementing cost-effective EV charging models in and around Philadelphia. The limitations of selling electricity from EV charging stations are clear: if electricity costs approach the costs of gasoline, EVs may become less financially attractive to use. The placement of high powered DC Fast chargers or clusters of level 2 chargers may also impose utility demand charges on the facility where they are located and may be a discouraging factor in the decision to install faster EV chargers.

**Mindset and Awareness**

Perhaps one of the largest barriers to adoption is that most people simply do not consider EVs when they are shopping for a new vehicle. EVs challenge cultural norms about how we travel using cars. Fueling is embedded in our built environment and the expectations that come with operating a non-electric vehicle are clear. EVs are still relatively uncommon and most people have never ridden in an EV, contributing to the fact that purchasing an EV is not even considered. As EVs become more prevalent, greater awareness and use will likely result in greater demand.

# BEST PRACTICES IN OTHER CITIES

Since the introduction of modern EVs, many cities have begun promoting electric vehicle infrastructure to accommodate the charging needs of EV users. Some programs and strategies for EV charging found in other cities are described below.



**Portland, OR**

Portland has moved to encourage other modes of transit before providing incentives for any type of private automobile. Portland has a transportation hierarchy that informs all of its transportation planning decisions:

1. Walking
2. Biking
3. Transit
4. Shared vehicles
5. Electric vehicles, but only when private automobiles are absolutely necessary

While Portland does not promote EV curbside chargeing in front of private residences, they have thought about how to encourage EV purchases by those unwilling to forgo private automobiles. To do this, the City crafted the 2017 City of Portland

Electric Vehicle Strategy. The main component of the Portland's strategy is to build off their Electric Avenue charging hub model. Electric Avenue is a charging hub (or pod) owned and operated by the electric utility. Electric Avenue has two level 2 chargers and four DC fast chargers.

Portland is looking to expand this charging hub model. In general, they are not encouraging these hubs within a 3-mile radius of the City's core. More specifically, they mapped the following six criteria to determine the best places for these chargers:

1. Fewer existing charging stations
2. Less access to public transit and bike routes
3. Higher number of multifamily and garage free residences (with much more emphasis on multifamily)
4. Higher access for low-income residents and people of color
5. More large businesses with employees commuting long distances
6. Areas with more vehicle miles traveled (VMT)

Portland has shared this map with its local utilities and other partners interested in building charging hubs. The City is encouraging hubs to be located in areas with at least 4 of the 6 listed priority criteria. The City does not intend to purchase, own, or operate any of these hubs.





### New York City

In September 2017, New York City announced they would develop fast charging hubs in every borough in 2018 as part of a new commitment and partnership with Con Edison to develop 50 fast charging hubs citywide by 2020. The broader objective is to help spur adoption of EVs by New Yorkers, with a goal of 20% of new car registrations to be EVs by 2025. The City will invest $10 million to develop fast charging hubs with up to 20 chargers per site. These hubs would have the capacity to charge more than 12,000 EVs every week.



### Amsterdam Electric Vehicle Charging Model

The City of Amsterdam has rolled out a public charging network that is available through a uniform payment system. Their network has over 2,000 level 2 chargers, nearly 10,000 individual users, and approximately 30,000 charging sessions each month. Parking at the public charging stations in Amsterdam is exclusively for EVs. EVs parked at a charging station must be connected to the charger. Cars that are not connected can be towed away or fined. This applies to both permit holders and those without permits.

The City also works with Amsterdam University to facilitate a more efficient and effective deployment of EV charging infrastructure. The municipality has invested in the construction of this public charging network with the idea that investment will be paid back over time. A charger operator can generate revenue with the sale of the power to the EV driver. However, the costs of the charger point, including installation, connection, and operation, are still too high in relation to the revenues from electricity sales. Using data analysis, Amsterdam, in collaboration with the university, is investigating the optimal conditions for a better business model.

**Emissions per Passenger Mile by Mode**



## CURRENT STATE OF EVS AND EV INFRASTRUCTURE IN PHILADELPHIA

**Public Transit**

Encouraging EV use is essential to helping the City shift from gasoline and diesel to low carbon transportation. However, focusing exclusively on EVs ignores a key element when considering approaches to reducing carbon emissions - existing electric public transit infrastructure that already helps reduce the carbon footprint of transportation users. Although EVs will play an increasingly important role in helping the City shift from gasoline and diesel to low carbon transportation, Philadelphia is already well-positioned to mitigate climate change through its existing transit system, much of which is powered by electricity. The City and the surrounding region feature a robust electric transit network and promoting greater use of the larger transit system is key to reducing carbon emissions.

Public transit helps limit carbon emissions primarily through shifting from cars to transit and providing congestion relief, in addition to efficient land use & development. By reducing the number of single-occupancy vehicles on the road and shifting away from single-occupancy vehicular trips, public transit eliminates incremental emissions that would otherwise be produced. By reducing the number of cars on the streets, public transit also significantly reduces traffic congestion. As high-congestion conditions typically increase idling and decrease cars' fuel efficiency, public transit helps to reduce carbon emissions by decreasing traffic. Moreover, transit supports more efficient land use patterns and reduces individual carbon footprints while preserving and enhancing mobility.

Public transit in Philadelphia already reduces energy consumption and carbon emissions. Therfore, it is essential that we encourage EV use within the larger context of the City's multi-modal transportation network. While light-duty vehicles -- whether privately owned, shared, or autonomous -- will remain an important component of Philadelphia's transportation system, public transit will play a vital role in making Philadelphia more sustainable.



SEPTA has taken substantial steps to reduce its carbon footprint through its purchase of electricity and use of fuel, in addition to expanding it's hybrid bus fleet and adding electric buses. Over the next five years, 525 hybrids will be added to SEPTA's existing hybrid fleet of over 700. By 2020, hybrids will represent 95% of SEPTA's bus fleet. In 2018, SEPTA will also pilot 25 battery electric buses running on two routes in South Philadelphia.

# Electric Transportation in Philadelphia

- The region is served by twenty-eight transit routes that depend on electric propulsion. These routes include trolleys, high speed rail, regional rail, and intercity rail and are operated by SEPTA, PATCO, and Amtrak.
- Combined, electric public transit generates an estimated average of approximately 600,00 trips every weekday in the region.
- EVs are estimated to account for an average of 2,000 trips on weekdays in the Philadelphia.

## TRAVEL MODE

| Walking* | Biking* | Trackless Trolley** (SEPTA) | Trolley** (SEPTA) | High Speed Transit Rail** (SEPTA, PATCO) | Regional Rail** (SEPTA) | Inter City Rail* (AMTRAK) | Estimated Private Vehicles Trips* | Estimated EV Trips ᴛ |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | |
| 765,000 | 80,000 | 20,000 | 88,000 | 360,000 | 132,000 | 5,000 | 2,715,000 | 2,000 |

## ESTIMATED AVERAGE WEEKDAY TRIPS

Sources:
* 2012 DVRPC Household Travel Survey - Trips starting or ending in Philadelphia made by Philadelphia residents
** 2017 SEPTA Annual Ridership Report
ᴛ EV Trips inferred based on Total registered EVs multiplied by average person trip rates (DVRPC HH Travel Survey)

### EV Trends in Philadelphia

As of November 2017, there were approximately 750,000 vehicles registered in Philadelphia and 2.9 million vehicles registered in Southeastern Pennsylvania, including Philadelphia. PEVs account for .10% of all registered vehicles in Philadelphia. For the entire Southeastern Pennsylvania region, including Philadelphia, PEVs account for .27% of all registered vehicles. Trends indicate BEVs are increasing in popularity compared to PHEVs. In 2015, 23% of all EVs in Philadelphia were BEVs. Now, almost one third of all EVs are BEVs.

## Total Registered Plug-in Electric Vehicles by Year

| | 2012 | 2015 | 2017 |
|---|---|---|---|
| **Total PEVs in Philadelphia** | **7** | **314** | **733** |
| BEVs | 0 | 73 | 220 |
| PHEVs | 7 | 241 | 513 |
| **Total PEVs in Southeastern PA** | **146** | **2,236** | **7,923** |
| BEVs | 26 | 790 | 3,059 |
| PHEVs | 120 | 1,446 | 4,864 |
| **Philadelphia Share of Total EVs** | **5%** | **12%** | **8%** |

## Breakdown of EV Type in Philadelphia



**2015**

Battery EVS (BEV) — 23%

Plug-in Hybrid EVs (PHEVS) — 77%

**2017**

Battery EVS (BEV) — 30%

Plug-in Hybrid EVs (PHEVS) — 70%

Source: DVRPC; Pennsylvania Department of Motor Vehicles (preliminary). Estimates are based on known 2015 electric vehicle model types. This data may omit new or unknown electric vehicle model types.

Although there is uncertainty on how EV use will vary across the City, the Delaware Valley Regional Planning Commission (DVRPC) identified areas in Philadelphia with the highest potential for EV ownership (see map below). Income, hybrid vehicle ownership, homeownership, dwelling type, and education were identified as key characteristics to determine potential EV demand.



### Existing EV Charging Infrastructure in Philadelphia

Charging for EVs in Philadelphia primarily occurs at private residences and private parking facilities. According to the US Department of Energy's Alternative Fueling Station Locater, over 100 public EV charging stations are located in Philadelphia. The majority of EV charging stations are level 2 stations and are located in Center City.

## Public EV Chargers in Philadelphia



Level 1 Chargers
**3**

Level 2 Chargers
**92**

High Power Chargers
**11**

### 106 Public EV Chargers

Source: 2017 US Department of Engergy: Alternative Fuels Data Center

Charging for EVs in Philadelphia also frequently occurs on the street through the Electric Vehicle Parking Space program (EVPS). Established in 2007, the EVPS program sought to reduce barriers to using EVs in Philadelphia. The program originally provided on-street parking that was exclusively available to EVs. To obtain an EVPS permit, residents submitted an application to Philadelphia Parking Authority (PPA). Following approval by PPA, applicants were required to apply electrical permitting and pay a one-time installation fee and yearly renewal fee. The annual fees cover program administrative costs.

The program was successful in encouraging EV use in the City and was convenient for EVPS permit holders. It also proved to be effective in encouraging early adoption, reducing range anxiety, and creating greater awareness of EVs. Currently, 68 EVPS stations are serving EV users across the City. Most stations are located in the City's densest neighborhoods such as Society Hill, Bella Vista, Queen Village, and Fairmount.

### Charger Locations



**Legend**
- Public Chargers
- EVPS Chargers

0  0.5  1       2
Miles

Source: 2017 US Department of Engergy: Alternative Fuels Data Center; 2018 Philadelphia Parking Authority

Despite the program's innovative approach and initial success, evolving technology and changing needs have created new challenges and opportunities. While the program remains useful to a number of residents, the EVPS does not effectively accommodate the growing EV charging needs of the City, and it has has faced numerous challenges, including:

**Limited effectiveness**

The EVPS program has generated greater awareness of EVs and addressed the individual charging needs of a number of residents. However, overall EV readiness in Philadelphia still lags behind other cities. There are currently 360 EVs registered in Philadelphia and around 100 publicly accessible charging stations, compared to other cities such as Seattle (401 chargers), Los Angeles (1,456 chargers), and San Francisco (605 chargers). To encourage greater EV use, Philadelphia must develop a more effective approach to meeting the charging needs of EV users.

**Public accessibility**

Although EVPS parking spaces are publicly accessible to all EVs, charging stations are primarily built for personal use and are rarely accessible to the public. EVPS permit holders are responsible for purchasing and installing charging stations, and charging equipment can vary significantly. The permit holder also controls the electricity for their charging station. Charging stations are primarily available to the EVPS permit holder due to low vehicle turnover, limited interoperability, and uncertainty regarding electrical use and access.



### Typical Block, East Passyunk

| Homes | Businesses |
|-------|------------|
| 147 | 4 |

| Car ownership rate | Cars per household |
|--------------------|--------------------|
| 62% | 0.795 |

| # of cars | # of spots | # of spots without impediments |
|-----------|------------|-------------------------------|
| 116 | 110 | 103 |

Parking spots with impediments include fire hydrants, disabled parking, driveways, etc.

## This block has 13 more cars than parking spots

### Scalability and long-term sustainability

The EVPS program is not scalable or sustainable in the long-term. Many of Philadelphia's neighborhoods face significant parking constraints where demand for parking exceeds the supply of on-street parking. The existing program allows no more than two EVPS permits on the largest City blocks. On smaller blocks, only one EVPS permit is allowed. As EV use grows, offering exclusive access to EV parking spaces and charging stations under the current model will become increasingly difficult. Even if the City increased the number of EVPS permits allowed per block, ensuring charging stations are reliably available to the public would be challenging, especially given the limited public accessibility of most EVPS charging stations. A visual snapshot demonstrating the challenges regarding scalability and long-term sustainability is provided to the side..

### Access to curbside street parking

The EVPS program is primarily oriented to homeowners with curbside street parking in front of their residences. Encroachment on the frontage of any neighboring property requires written consent from all properties. This applies to parking spaces that encroach on neighboring properties or to residents without curbside parking in front of their residence. If a resident cannot gain consent from neighboring properties, they will not be able to install a charging station.

While the EVPS program provides utility to a number EV users in the City and has benefited early adopters, this model is not an adequate long-term solution to addressing charging needs and encouraging EV growth in Philadelphia while also balancing the needs of non-electric vehicle owners.

## SOCIAL EQUITY IMPACTS

The City is committed to creating and supporting mobility solutions that are equitable and empowering to all Philadelphians. In Philadelphia - low-income residents, particularly low-income residents of color - live in neighborhoods with poor air quality, have longer commutes, spend a higher proportion of their income on transportation costs, and are much more likely to rely on public transportation. Although EVs provide environmental benefits such as improved air quality and greater vehicle efficiency, they do not currently offer practical mobility solutions to Philadelphia's low-income residents. For the one out of four residents who live in poverty, EVs are simply out of reach.

And while the cost of purchasing an EV is expected to decrease in the near future, even purchasing a convetional vehicle is not economically viable for many Philadelphians. Over 33% of all households in Philadelphia do not own a car.

### Percent of households without a vehicle: United States vs Philadelphia, 2014



National Equity Atlas, www.nationalequityatlas.org

## Characteristics of Vehicle Owners Compared to Philadelphia Residents



Note:  BEV, battery electric vehicle; ICE, internal combustion engine or non electric vehicle; PHEV, plug-in hybrid electric vehicle
Data on race was not available.
Source: 2016 ACS; Strategic Vision New Vehicle Experience Study of Vehicle Registrants, October 2013-June 2014

Future policies should ensure opportunities for EV use exist across Philadelphia's diverse population. More must be done to encourage EV use across all of Philadelphia while recognizing barriers that inherently inhibit EV use such as cost. Investing in electric vehicle infrastructure is important to improving air quality and helping the City shift away from gasoline and diesel fuel. However, the City must not lose sight of supporting affordable low carbon transportation options, such as walking, biking, and public transit.

# Recommendations

| STRATEGY 1 | STRATEGY 2 | STRATEGY 3 | STRATEGY 4 | STRATEGY 5 |
|---|---|---|---|---|
|  |  |  |  |  |
| Existing EVPS Program | Electric Vehicle Charging Infrastructure | Transit & Fleets | Smart Infrastructure & Technology | Education & Awareness |

Philadelphia must adopt several policies working in tandem if it is to significantly increase EV adoption rates. Cities that have succeeded in doing so have deployed a multifaceted approach that address the barriers of cost, convenience, and awareness. Recommended policies and actions are explored in the following sections.

**Public Participation**

The Electric Vehicle Policy Task Force held a public meeting on January 26, 2018 at the Municipal Services Building to present ideas, propose recommendations, and receive feedback from the community. Digital outreach was also offered to the community through an online survey.

The public meeting was open to all interested community members and attracted over 30 people. The online survey was open from January 17, 2018 to February 16, 2018 and received over 50 responses. Thirty-nine comments were provided through the survey. Respondents included residents, EV owners, private industry organizations, public entities, and non-profit organizations. A summary with of public feedback and all comments can be viewed here.



Strategy 1:
# Existing EVPS Program

**1.1. Close the existing Electric Vehicle Parking Space (EVPS) program to new applications**

The City should close the existing EVPS program to new applicants. While the EVPS program provides utility to a number EV users in the City and has benefited early adopters, this model is not an adequate long-term solution to addressing charging needs and encouraging EV growth in Philadelphia while also balancing the needs of non-electric vehicle owners. The EVPS program is not reliably accessible to the public, it is not scalable, it does not meet the needs of EV owners without access to curbside parking, and it has had limited effectiveness in encouraging more EV use.

**1.2. Transition from the EVPS Program**

The City should transition from the existing EVPS program and affiliated preferential parking through property turnover and a fifteen year sunset provision. If the EVPS permit holder ceases to reside at the address for which the EVPS was established, the EVPS permit will be discontinued and the owner of the EV charger will be responsible for removing the EVC from the public right-of-way. After fifteen years (2033), no EVPS permits will be renewed and any remaining EVPS signage will be removed. To accomodate EV users, the City is currently writing rules to implement the existing law allowing curbside charging in the public right of way.

Transition from the existing EVPS program by providing alternative curbside charging opportunities



# Strategy 2:
# Electric Vehicle Charging Infrastructure

### 2.1. Create more publicly available charging stations

Future efforts should explore programs and policies that address the charging needs of EV users in the City. Without the EVPS program, residents who currently park on the street cannot reliably recharge their car. To fill this gap, the City should proactively seek solutions that address the charging needs of residents who lack access to residential charging.

### 2.2. Encourage EV charging installation in new and existing off-street parking facilities

The City should partner with community and private industry stakeholders to develop stronger EV-ready codes and strategies for retrofitting existing buildings and facilities with EV chargers. The City should also continue enforcing the existing EV-ready construction requirement for new buildings that contain residential parking.

### 2.3. Explore public-private partnerships for an EV charger provider/operator

The City should consider the financial feasibility of, and explore opportunities for a concession agreement to allow an EV charging solution company or companies to develop and build out a public charging network throughout the City.

The concessionaire would be responsible for installing, operating, and maintaining charging infrastructure. Installation would be demand-driven with parameters that conform to the City's broader transportation goals. The City would guide/oversee site selection and access to charging would be available through payment. This should start as a pilot program.

### 2.4. Explore DC fast charging pilots

The City should explore the potential for installing DC fast charging stations as part of a pilot project and promote financial partnerships with site hosts. One potential model is Electric Avenue (Portland), where a charging hub is owned and operated by a private partner and offers curbside charging stations to EV users.

### 2.5. Reduce barriers to introducing DC fast charging in Philadelphia

DC fast charging can significantly reduce charging times and improve convenience. However, DC fast charging requires substantial investment to interconnect stations to the utility distribution grid. Additionally, DC fast charging will likely have low utilization factors in the early years after installation and high peak demand

profiles, creating challenging economics. The City should collaborate with private industry partners and explore opportunities to reduce these barriers.

### 2.6. Promote and encourage charging at the workplace

Explore and promote programs and incentives that encourage charging while at work without discouraging the use of transit, walking, and cycling. Workplace charging can serve as the primary charging opportunity for drivers without a dedicated home charging station, allowing increased flexibility for drivers who commute with their EVs. An electric vehicle owner who lives in housing without an overnight charging option could be especially interested in workplace charging. Efforts to expand workplace charging capacity should focus on retrofitting existing parking supply, rather than net new supply, to avoid inducing additional vehicle miles traveled and roadway congestion, particularly in the downtown core.

### 2.7. Offer technical assistance for installing chargers

The City should work to develop EV charging outreach, educational materials, and programs targeted to workplaces, builders, and architects to encourage EV charging infrastructure, installations, and investment.

### 2.8. Seek funding opportunities to support EV use and adoption in Philadelphia

More specifically, the City should pursue and advocate for funding made available through the VW Settlement from both the State Environmental Mitigation Trust and the Zero Emission Vehicle (ZEV) commitment in addition to partnering with private EV technology companies.

### 2.9. Encourage EV infrastructure in areas with compatible land uses

To ensure convenience for EV users and to support Philadelphia's distinct urban character, EV charging stations should be located in areas that are conducive to vehicular traffic and compatible with the City's comprehensive plan.

## The City should Explore public-private partnerships with EV infrastructure providers/operators



Strategy 3:
# Transit & Fleets

**3.1  Continue to promote low-carbon transportation**

The City should encourage greater use of Philadelphia's robust network of existing low-carbon transportation options. Philadelphia is already served by a wide array of high-capacity/low-emissions transportation options (SEPTA, PATCO, NJ Transit, Amtrak, Indego) in addition to strong pedestrian and bicycle networks. These modes also feature other benefits such as greater safety and affordability, reduced congestion, and increased physical activity.

**3.2  Encourage EV fleet adoption**

The City should explore "electric first" guidelines directing City departments to purchase EVs when their usage is compatible with available electric light-duty vehicles and the long-term benefits of purchasing EVs justify the initial costs The City should also encourage private and public entities within Philadelphia to purchase EVs.

*The City should continue to promote low-carbon transportation options*



Strategy 4:
# Smart Infrastructure & Technology

**4.1  Encourage innovation and experimentation**

The City should develop a flexible policy framework that encourages innovation and experimentation. EVs and charging infrastructure are changing quickly, resulting in challenges that go beyond responding to the growth in charging needs. Policies adopted by the City should reflect the continuous change that is inherent to EV technology. Meeting the needs of EVs will be an ongoing process.

**4.2  Encourage integration of EV technology in shared mobility**

The City should pursue policies that encourage taxi, car-share, and for-hire car services to use EVs.

**4.3  Explore the potential impact of E-Bikes**

The City should explore best practices and trends in electric bikes (e-bikes) and evaluate the impact of e-bike use in the City.

The City should develop a flexible policy framework that encourages innovation & experimentation



Strategy 5:
# Education & Awareness

**5.1  Continue to develop and promote EV planning and educational resources**

Numerous plans and resources have already been developed by partner organizations, including DVRPC's 2012 report, _Ready to Roll – Southeastern PA's Regional EV Action Plan_. The City should build upon this foundation and develop resources to provide to residents and businesses to promote electric transportation.

**5.2  Create greater awareness of EVs**

The City should participate in EV Showcase and Ride & Drive events and activities while also promoting other low-carbon transportation options to create greater awareness of EVs.

---

The City should participate in EV Showcase and Ride & Drive events and activities to create more awareness

# Implementation

This report makes eighteen recommendations that represent near-term, mid-term, and long-term opportunities to expand EV use in Philadelphia. Implementation of these recommendations primarily falls into three areas – coordination, funding, and monitoring & evaluation.

## Coordination

Encouraging greater EV use in Philadelphia will require a coordinated approach among Philadelphia City Council, City departments, local agencies, utilities, community members, and EV industry partners. The City will need to continue to engage with EV owners and community organizations to ensure their needs are being met. The City should work with regional entities and organizations to better coordinate electric vehicle actions as well. It is also important that the City and the private sector coordinate their deployment activities to ensure that convenient, affordable, and reliable public charging infrastructure is available to electric vehicle drivers. As recommendations and specific policies are adopted by Philadelphia City Council, lead entities will be identified to implement specific actions. Key entities and groups for future coordination should include:

**Local Organizations**
- Philadelphia City Council
- The Mayor's Office
- Office of Transportation & Infrastructure Systems
- Philadelphia City Planning Commission
- Office of Sustainability
- Department of Licenses & Inspections
- Office of Fleet Management
- Philadelphia Parking Authority
- Electric Vehicle Owners
- Registered Community Organizations

**Regional Organizations**
- PECO
- SEPTA
- Delaware Valley Region Planning Commission
- PennDOT
- PA Department of Environmental Protection
- Drive Electric PA
- Eastern Pennsylvania Alliance for Clean Transportation (EP-ACT)

## Funding

Many of the recommended actions, particularly actions associated with EV charging infrastructure, require funding. Potential funding sources include:

- Local City funding

- **Volkswagen Environmental Mitigation Trust Funds:** The state of Pennsylvania has been allocated approximately $118 million as part of the Volkswagen settlement. The funding will be distributed and used to support programs and actions that reduce NOx emissions.

- **Volkswagen ZEV Investment Commitment (Electrify America):** Volkswagen will invest $1.2 billion across the US to support programs and actions that increase the use of zero-emission vehicle (ZEV) technology. Greater Philadelphia is targeted to receive some of this investment.

- **Alternative Fuels Incentive Program (AFIG):** Administered through PA DEP, the AFIG program funds alternative fuel transportation projects that work to improve air quality, provide economic development for new transportation technologies, and help switch fleets to cleaner fuels. Approximately $5 million is available annually.

- **Public-Private Partnerships:** Work with EV technology companies and leverage their needs to expand their business to bring more EV infrastructure to Philadelphia.

## Monitoring and Evaluation

The City should monitor progress around implementation of adopted recommendations and evaluate their effectiveness. EV technology is still new and changing quickly. Charging solutions are still being tested and some are not yet proven. Improving data collection will be key to monitoring and evaluating adopted recommendations. By doing so, Philadelphia can strive toward the leading benchmarks of comparable cities by collecting and organizing data in a systematic approach that reflects best practices used in more advanced EV cities. Key metrics include:

- Annual EV registrations in Philadelphia

- Vehicle miles traveled and electric vehicle miles traveled

- Publicly accessible charging stations by type

- Energy use at public charging stations

- Number of charging sessions at public charging stations

- GHG emissions savings from EV use – Carbon Dioxide Equivalent (CO2e)

- Charger/vehicle ratio - offers data to help approximate the number of charging stations for a given electric vehicle market

- Chargers per 1 million residents – offers a comparison to different cities

- Inclusion of regional data to better reflect the percentage of electric commuter vehicles Philadelphia might expect to see

# Appendices

## Appendix I: Task Force Members & Contributors

### Task Force Members

- **David Oh**
  City of Philadelphia, Councilman At-Large
- **Mark Squilla**
  City of Philadelphia, Councilman 1st District
- **Michael Carroll**
  City of Philadelphia, Office of Transportation and Infrastructure Systems
- **Sarah Wu**
  City of Philadelphia, Office of Sustainability
- **Richard Montanez**
  City of Philadelphia, Streets Department
- **Terrence Dillon**
  City of Philadelphia, Licenses and Inspections
- **Clarena Tolson**
  The Philadelphia Parking Authority
- **Lance Wilus**
  City of Philadelphia, Office of Fleet Management
- **Robert Graff**
  DVRPC
- **Rebecca Collins**
  SEPTA
- **Wendy Green-Harvey**
  SEPTA
- **Jen Regan**
  Private Citizen Electric Vehicle Owner
- **David Moyer**
  Private Citizen Electric Vehicle Owner
- **Christopher Saxby**
  Private Citizen Electric Vehicle Owner
- **Bill West**
  Crosstown Coalition
- **Ilene Wilder**
  Crosstown Coalition

### Task Force Contributors

- **Matthew Pershe**
  Office of Councilman At-Large David Oh
- **Anne O'Neill**
  Philadelphia Parking Authority
- **Christopher Puchalsky**
  City of Philadelphia, Office of Transportation & Infrastructure Systems
- **Corinne O'Connor**
  Philadelphia Parking Authority
- **Danielle Wilhelm**
  Philadelphia Parking Authority
- **Michael Zaccagni**
  City of Philadelphia, Managing Director's Office
- **Patrick Clark**
  City of Philadelphia, Office of Transportation & Infrastructure Systems
- **David Kanthor**
  Philadelphia City Planning Commission

# Appendix II: Details Of The Task Force Process

The Electric Vehicle Policy Task Force was formed to develop potential solutions and make policy recommendations to encourage electric vehicles. It is part of the City's wider multi-modal transportation strategy that encourages transit, walking, and bicycling. Led by the City of Philadelphia's Office of Transportation and Infrastructure (oTIS) and Philadelphia City Council, the EV Policy Task force consists of representatives from various city and regional agencies and offices, in addition to private citizen electric vehicle owners and representatives from local community organizations.

### Structure and Governance

The Task Force worked by consensus in making the policy recommendations included in this report. Task Force members worked collaboratively and iteratively to find common ground that would support the Task Force's objectives of promoting the EVs as part of the City's wider multi-modal strategy.

### Task Force Timeline and Process

The Task Force met monthly over a period of seven months, beginning with an introductory meeting on July 18, 2017. The initial meetings primarily focused on establishing goals and objectives in addition to learning more about EVs from policy, research, and private industry experts. The Task Force also worked to identify opportunities and challenges tied existing EV infrastructure in Philadelphia.

In August, the Task Force published a Request for Information (RFI) to learn more about best practices and trends related to EVs and EV charging infrastructure. The City received fifteen responses and selected five EV Industry Partner organizations to present to the Task Force. Organizations included, ChargePoint, Con Edison Solutions, Envision Solar, Greenlots, and PECO, In September and October, the Task Force explored potential strategies for encouraging greater EV use in Philadelphia in collaboration with EV Industry Partners and Registered Community Organizations (RCO) representatives. These discussions generated valuable input on potential EV policy recommendations and helped inform future Task Force policy discussions. In November and December, the Task Force engaged in discussions based on information that was gathered in previous meetings and reached consensus on a of policy recommendations.

### Public Engagement

Opportunities for public comment were made available at a public open house on January 25, 2018. Additional opportunities for public comment were also made available online from January 17th to February 16th. For a full overview of public comments, visit the public feedback summary.

# Appendix III: References

- http://theicct.org/sites/default/files/publications/EV-charging-best-practices_ICCT-white-paper_04102017_vF.pdf
- www.nrel.gov/docs/fy17osti/69031.pdf
- www.septa.org/sustain/pdf/Sustainability2020_report.pdf
- https://beta.phila.gov/media/20161101174249/2016-Greenworks-Vision_Office-of-Sustainability.pdf
- www.dvrpc.org/Reports/12055A.pdf
- https://beta.phila.gov/media/20160429144916/2015-citywide-greenhouse-gas-emissions-inventory-for-2012.pdf
- www.nap.edu/catalog/21725/overcoming-barriers-to-deployment-of-plug-in-electric-vehicles
- Consumer Views on Plug-in Electric Vehicles – National Benchmark Report (Second Edition)
- Advanced Plug-in Electric Vehicle Travel and Charging Behavior Interim Report
- Plug-in Electric Vehicle Sales Forecast Through 2025 and the Charging Infrastructure Required
- DVRPC Memo- Electric Vehicle Charging in other US Cities

# EXHIBIT "L"



# City of Philadelphia

City Council
Chief Clerk's Office
402 City Hall
Philadelphia, PA 19107

**BILL NO. 180218**

---

**Introduced March 8, 2018**

---

**Councilmembers Oh and Squilla**

---

**Referred to the
Committee on Streets and Services**

---

## AN ORDINANCE

Amending Section 12-1131 of The Philadelphia Code, entitled "Electric Vehicle Parking," to provide for the discontinued approval of new Electric Vehicle Parking Spaces and the expiration of such existing spaces, all under certain terms and conditions.

*THE COUNCIL OF THE CITY OF PHILADELPHIA HEREBY ORDAINS:*

SECTION 1.  Section 12-1131 of The Philadelphia Code is hereby amended to read as follows:

§ 12-1131.  Electric Vehicle Parking.

  (1)  Definitions.

   "Department" means the department or departments designated by the Mayor to administer the provisions of subsection 12-1131(3)(b)(.3).

   "Electric Vehicle" is any motor vehicle that receives motive power from a battery or other storage device that receives electricity from an external source such as a charger, and includes a Plug-in Hybrid Electric Vehicle.

   "Electric Vehicle Charger" is a device which permits the transfer of electric energy (by conductive or inductive means) to a battery or other storage device in an electric vehicle.

   "Electric Vehicle Parking Space" is any legally marked parking space that identifies the use to be [exclusively for an electric vehicle.] *designated as exclusively reserved for Electric Vehicles only from 6:00 p.m. to 6:00 a.m., and non-electric vehicles for no more*

# City of Philadelphia

*than two (2) hours at a time between the hours of 6:00 a.m. and 6:00 p.m., and states that violators are subject to a fine and removal of their vehicle.*

"Non-Electric Vehicle" is any motor vehicle that does not meet the definition of "Electric Vehicle".

"Plug-in Hybrid Electric Vehicle" is any motor vehicle that combines a conventional propulsion system with an on-board rechargeable energy storage system. The different propulsion power systems in the Plug-in Hybrid Electric Vehicle may have common subsystems or components.

(2)   Electric Vehicle Parking Spaces – Generally.

(a)   Electric vehicle parking spaces are reserved for parking electric vehicles only.

(b)   Electric vehicles may be parked in any space designated for public parking, subject to the restrictions that would apply to any other vehicle that would park in that space.

(c)   This Section shall not apply to parking provided in private parking lots for residential or commercial uses.

(3)   Designation of Electric Vehicle Reserved On-Street Parking Space.

(a)   After an investigation determining need has been performed through the Philadelphia Parking Authority with the information set forth in subsection (3)(b) and the Parking Authority has approved of use of the location for practicality and feasibility of traffic operations, the Philadelphia Parking Authority may designate a reserved on-street parking space for electric vehicles. Such a reserved space shall not be designated at any location where parking is otherwise prohibited by law.

(b)   When applying for a reserved on-street parking space for the exclusive use of electric vehicles, at least the following information shall be supplied by the applicant to the Philadelphia Parking Authority and, in part, shall be used as criteria for determining the appropriate location for a reserved space for electric vehicles:

(.1)   a Pennsylvania Department of Transportation Vehicle Registration indicating that the vehicle is owned or leased by an individual who is a resident of the address at which the reserved parking space is sought;

(.2)   proof that the owner of the property at which the reserved parking space is sought, if such person is not the applicant, consents to the application;

# City of Philadelphia

*BILL NO. 180218 continued*

(.3) documentation of approval from the Department for the installation of an electrical vehicle charger at the curb immediately adjacent to the electric vehicle parking space, pursuant to any requirements established by the Department by regulation in connection with such approval, including an administrative fee;

(.4) the written consent of an adjacent neighbor if the Philadelphia Parking Authority determines that it is necessary for the reserved parking zone to extend in front of that neighbor's property;

(.5) any other information which the Philadelphia Parking Authority may require.

(c) The Streets Department shall cause appropriate signs and marking to be placed in and around electric vehicle parking spaces, indicating prominently thereon the parking regulations. The signs shall state that the parking space is reserved for the exclusive use of electric vehicles from 6:00 p.m. to 6:00 a.m., non-electric vehicles shall be authorized to park in the electric vehicle parking space for no more than two (2) hours between the hours of 6:00 a.m. and 6:00 p.m., and that violators are subject to a fine and removal of their vehicle.

[ (d) Notwithstanding the provisions of this subsection (3), effective with the adoption of the Ordinance adding this subsection (3)(d), the Parking Authority shall designate no additional electric vehicle parking spaces, pending Council's review of the impact of these spaces on overall parking availability and enactment of further legislation. During such moratorium on new spaces, all existing Electric Vehicle Parking spaces shall be designated as exclusively reserved for Electric Vehicles only from 6:00 p.m. to 6:00 a.m., and non-electric vehicles shall be authorized to park in electric vehicle parking spaces for no more than two (2) hours between the hours of 6:00 a.m. and 6:00 p.m.]

[ (e) The moratorium on additional electric vehicle parking spaces provided in subsection (3)(d) shall expire one year from the date such subsection became law, unless Council shall extend such time limit by ordinance. ]

*(d)   Notwithstanding the provisions of this subsection (3), the Parking Authority shall designate no additional electric vehicle parking spaces.*

*(e)   All existing electric vehicle parking spaces shall be eligible for renewal as long as the permittee owns or leases an electric vehicle until January 1, 2033. Permits for electric vehicle parking spaces are nontransferable through January 1, 2033 and will only be eligible for renewal by the existing permit holder. The permittee must update the Philadelphia Parking Authority about any vehicle ownership or leasing changes by*

# City of Philadelphia

*BILL NO. 180218 continued*

*submitting a Pennsylvania Department of Transportation Vehicle Registration indicating that the vehicle is owned or leased by the permittee.*

*(f)    If the permittee ceases to reside at the address for which an electric vehicle parking space was established prior to January 1, 2033, the electric vehicle parking space will be discontinued and all related signs and marking shall be immediately removed. The permittee shall be responsible for promptly removing the electric vehicle charger and for restoring the area to its former condition.*

*(g)    All remaining signs and marking placed in and around electric vehicle parking spaces shall be removed by the Department of Streets on or immediately after January 1, 2033, and the former permittee shall be responsible for promptly removing the electric vehicle charger and for restoring the area to its former condition.*

*(h) If a permittee fails to comply with Subsection 12-1131(3)(f) or a former permittee fails to comply with Subsection 12-1131(3)(g) as directed, in addition to any other remedy authorized by this Chapter, the Department of Streets is authorized to abate the violation by removing the electric vehicle charger from the area and restoring the area to its original condition. The permittee or former permittee shall be liable for the costs of such removal and restoration, including administrative costs, and the Law Department may take action to collect such costs by lien or any other method permitted by law.*

*(i)    No electrical vehicle charger, as defined in Section 11-601(8), shall be allowed on any sidewalk within the City of Philadelphia on and after January 1, 2033 unless a permit has been obtained from the Department of Licenses and Inspections with the approval of the Department of Streets in accordance with Section 11-604(10).*

[  (4)   Prohibitions. When a sign authorized under Section 12-1131(3)(c) provides notice that a space is a designated electric vehicle parking space, no person shall park any non-electric vehicle in a designated electric vehicle parking space.]

*(4)* [(5)]   Violations – Penalties.

(a)   Any person violating any of the provisions of Section 12-1131 shall be liable for payment of fines, costs and additional fees prescribed and assessed in accordance with the provisions of Chapter 12-2800 of this Title.

(b)   In addition to the payment of fines, costs and additional fees, a person who has parked in violation of this Section, is subject to having the vehicle removed by any person authorized by and subject to the requirements of the Chapter 12-2400 of The Philadelphia Code.

# City of Philadelphia

*BILL NO. 180218 continued*

SECTION 2. This Ordinance shall take effect immediately.

_____

**Explanation:**
[Brackets] indicate matter deleted.
*Italics* indicate new matter added.

# City of Philadelphia

*BILL NO. 180218 continued*