IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM MORLOK, et al.<br><br>v.<br><br>THE CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 17-4213 |
|---|---|

## ORDER RE: SUMMARY JUDGMENT

**AND NOW**, this 28th day of August, 2020, upon consideration of the City's Motion for Summary Judgment (ECF 56), Plaintiff's Response thereto (ECF 61), the City's Reply thereto (ECF 62), and the arguments of counsel, for the reasons set forth in the attached Memorandum, it is hereby **ORDERED** that the City's Motion for Summary Judgment is **GRANTED**. Plaintiffs' Motion to Certify Class (ECF 55) is **DENIED** as moot. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Michael M. Baylson*

_____
**MICHAEL M. BAYLSON, U.S.D.J.**