AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| v. | ) | Case No.: |
|  | ) | |
|  | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ Date _____ against _____ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

  ❒  Electronic service    ❒  First class mail, postage prepaid

  ❒  Other: _____

  s/ Attorney: _____

    Name of Attorney: _____

For: _____                  Date: _____
   *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____        _____
*Clerk of Court*           *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MORLOK, ADAM NOVICK, THEODORE LEWIS, individually and on behalf of all others similarly situated,<br>Plaintiffs<br><br>vs.<br><br>CITY OF PHILADLEPHIA,<br>Defendant | : : : : : : : : : : | CIVIL ACTION 17-4213 |

**DEFENDANT'S ITEMIZATION OF COSTS**

As the prevailing party in this matter, Defendant, by and through the undersigned counsel, hereby files this itemization of costs as part of his Bill of Costs. The allowable costs incurred by Defendant in this litigation are:

| | | |
|---|---|---|
| 1 | Deposition of Theodore Lewis (Invoice No. 5914) | $178.46 |
| 4 | Deposition of William Morlok (Invoice No. 5914) | $130.76 |
| 5 | Deposition of Adam Novick (Invoice No. 6078) | $104.16 |
| | **TOTAL COSTS** | $413.38 |

Respectfully Submitted,

Date: February 9, 2022

/s/ Amy M Kirby
Amy M Kirby, Esp.
Senior Attorney
Attorney Identification No. 323938
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-3566
Amy.kirby@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MORLOK, ADAM NOVICK, THEODORE LEWIS, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs<br><br>　　　vs.<br><br>CITY OF PHILADLEPHIA,<br>　　　　　　Defendant | :<br>:<br>:<br>:　CIVIL ACTION 17-4213<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Amy Kirby, Esquire, Attorney for Defendant in the above-captioned matter, certify that the foregoing Bill of Costs was filed this day via the Court's ECF system and is available for viewing and downloading by all parties of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Kirby*
　　　　　　　　　　　　　　　　　　　　　　　Amy Kirby (PA Bar ID 323938)
　　　　　　　　　　　　　　　　　　　　　　　Senior Attorney
　　　　　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　　　　　1515 Arch Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　City of Philadelphia

February 9, 2022

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5914 | 1/14/2020 | 5856 |
| **Job Date** | **Case No.** | |
| 12/11/2019 | | |
| **Case Name** | | |
| William Morlok v Phila | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Strehlow COURT REPORTING**
www.StrehlowInc.com
215-504-4622

Amy Kirby, Esq
City of Phila - Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Theodore Lewiis - 98 pgs, 20 bw exh pgs      98.00 Pages @ 1.770    173.46
        Copying of Exhibits      20.00 Pages @ 0.250    5.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    William Morlok - 63 pgs, 17 bw exh pgs      63.00 Pages @ 1.770    111.51
        Copying of Exhibits      17.00 Pages @ 0.250    4.25
        Delivery      1.00 Flat Fee @ 15.000    15.00

**TOTAL DUE   >>>**    **$309.22**

Location of Job : City of Phila - Law Department
       1515 Arch Street, 14th Floor
       Philadelphia, PA 19102

(-) Payments/Credits:    309.22
(+) Finance Charges/Debits:    0.00
(=) **New Balance:**    **$0.00**

**Tax ID:** 23-3036541

*Please detach bottom portion and return with payment.*

Amy Kirby, Esq
City of Phila - Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

Job No. : 5856     BU ID : 1-MAIN
Case No. :
Case Name : William Morlok v Phila

Invoice No. : 5914     Invoice Date : 1/14/2020
**Total Due** : **$0.00**

Remit To: **Strehlow & Associates, Inc.**
     **54 Friends Lane, Suite 116**
     **Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6078 | 1/21/2020 | 5888 |
| Job Date | Case No. ||
| 12/18/2019 |  ||
| Case Name |||
| William Morlok v Phila |||
| Payment Terms |||
| Due upon receipt |||

Amy Kirby, Esq
City of Phila - Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Adam Novick - 58 pgs, 6 BW exh pgs      58.00 Pages @ 1.770    102.66

    Copying of Exhibits      6.00 Pages @ 0.250    1.50

**TOTAL DUE   >>>**   **$104.16**

Location of Job  : City of Phila - Law Department
    1515 Arch Street, 14th Floor
    Philadelphia, PA 19102

(-) Payments/Credits:   104.16
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $0.00

**Tax ID:** 23-3036541

*Please detach bottom portion and return with payment.*

Amy Kirby, Esq
City of Phila - Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

Job No.     : 5888         BU ID       : 1-MAIN
Case No.    :
Case Name   : William Morlok v Phila

Invoice No. : 6078         Invoice Date : 1/21/2020
**Total Due**  : **$0.00**

Remit To: **Strehlow & Associates, Inc.**
    **54 Friends Lane, Suite 116**
    **Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: