UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2973
_____

WILLIAM MORLOK; ADAM NOVICK; THEODORE LEWIS, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
Appellants

v.

CITY OF PHILADELPHIA
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-17-cv-04213)
District Judge: Hon. Michael M. Baylson
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 25, 2022
_____

Before: HARDIMAN, SHWARTZ, and FUENTES, <u>Circuit Judges</u>.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on January 25, 2022.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgments of the District Court entered on November 21, 2018, August 8, 2019, and August 28, 2020, are hereby AFFIRMED. All of the above in accordance with

1

the Opinion of this Court.  Costs are to be taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 26, 2022