# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MORLOCK, ADAM NOVICK, and THEODORE LEWIS, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs<br><br>　　vs.<br><br>CITY OF PHILADELPHIA,<br>　　　　Defendant | CIVIL ACTION<br><br>NO. 17-4213 |

## JUDGMENT

**AND NOW**, this 25th day of May, 2022, judgment is hereby entered in favor of Defendant City of Philadelphia, and against Plaintiffs William Morlock, Adam Novick, and Theodore Lewis, in the amount of $398.38.

The amount requested in the Defendant's Bill of Costs (Docket No. 73) is reduced by $15.00, because the delivery costs listed on one of the transcript invoices are not taxable pursuant to 28 U.S.C. § 1920.

　

KATE BARKMAN
Clerk of Court

By:　/s/ A'iShah L. El-Shabazz
　　　Supervisor, Court Services